**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| SUNWORKS, INC., | ) |
| | ) Case No.   24-10215 |
| Debtor. | ) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| SOLCIUS, LLC., | ) |
| | ) Case No.   24-10216 |
| Debtor. | ) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| COMMERCIAL SOLAR ENERGY, INC. | ) |
| | ) Case No.   24-10217 |
| Debtor. | ) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| SUNWORKS UNITED INC. | ) |
| | ) Case No.   24-10218 |
| Debtor. | ) |
| | ) |
| | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

# INTRODUCTION

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") filed by Sunworks, Inc and its debtor affiliates, as debtors in the above-captioned cases (collectively, the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management. They are unaudited.

While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist, inaccuracies within the Debtors' books and records which were relied upon may exist, and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by Mark Trout, the Chief Executive Officer of the Debtors. In reviewing and signing the Schedules and Statements, he relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

## GLOBAL NOTES REGARDING SCHEDULES & STATEMENTS

1. **Description of the Chapter 7 Cases**. On February 5, 2024 (the "Petition Date"), the Debtors commenced voluntary cases under chapter 7 of the Bankruptcy Code (collectively, the "Chapter 7 Cases").

2. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and

Statements is intended to be, nor should it be construed as, a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 7 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a) **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b) **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c) **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d) **Claims Description**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

(e) **Estimates and Assumptions**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in estimates or assumptions.

(f) **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g) **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h) **Insiders**.  For purposes of the Schedules and Statements, the Debtors included information with respect to a range of individuals the Debtors believe could be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods, including the following: (i) current and former members of the Debtors' Board of Directors; (ii) employees that are, or were during the relevant period, officers; and (iii) Debtor affiliates.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable

law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

Further, certain of the individuals or entities identified as insiders, to the extent they are "insiders," may not have been insiders for the entirety of the twelve-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto. To the extent any individual may have been considered an insider at some point during the twelve-month period, but ceased being an insider during the twelve-month period, this schedule only reflects payments made during the time such party may have been considered an insider.

3. **Methodology**.

(a) **Basis of Presentation**. For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Debtor, Sunworks Inc. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

Moreover, given the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities among other things, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

(b) **Reporting Date.** The reported asset values in Schedules A and B, reflect the Debtors' asset values as of December 31, 2023, with the exception of cash, which is the reported bank balance as of February 2, 2024. Liabilities are reported as close to the Petition Date as possible.

(c) **Umbrella or Master Agreements**. Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

(d) **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to

amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

(e) **Leases**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property from certain third-party lessors.  The Debtors believe that all such leases are set forth in the Schedules and Statements.  The property subject to the leases is not reflected  in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors.  The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease, and the Debtors reserve all rights with respect to all such issues.

(f) **Valuation**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, net book values as of December 31, 2023, are reflected on the Schedules and Statements.  Exceptions to this include operating cash which is presented at bank balance as of February 2, 2024.  Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values and, in some cases, the Debtors do not carry the value of the assets on their books.  Amounts ultimately realized may vary from net book value (or whatever value was ascribed), and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus,

ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

(g) **Property and Equipment**. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

(h) **Inventory.** Inventories are reported based on the net book value on the Debtors' balance sheet as of December 31, 2023, except Statement 27 which reflects the latest physical inventory counts of the Debtors based on information available prior to the Petition Date.

Inventory is valued at lower of cost or net realizable value determined by the first-in, first-out method. Inventory primarily consists of panels, inverters, batteries and mounting racks and other materials. The Company reviews the cost of inventories against their estimated net realizable value and records write-downs if any inventories have costs in excess of their net realizable values. Inventory is presented net of an allowance.

(i) **Contract Assets and Liabilities**. Contract assets consist of (i) the earned, but unbilled, portion of a project for which payment is deferred by the customer until certain contractual milestones are met; (ii) direct costs, including commissions, labor related costs and permitting fees paid prior to recording revenue, and (iii) unbilled receivables that represent revenue that has been recognized in advance of billing the customer, which is common for larger construction contracts. Contract liabilities consist of deferred revenue and customer deposits and customer advances, and third-party advances or deposits which represent consideration received from a customer prior to transferring control of goods or services to the customer under the terms of a contract.

(j) **Contingent Assets**. The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and

Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, item 4(a)(i), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

(k) **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

(l) **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(m) **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

(n) **Intercompany Claims**. Intercompany receivables and payables between the Debtors as of December 31, 2023 are set forth on Schedule E/F or Schedule A/B-77 per the Debtors' books and records, as applicable. The Debtors are not able to easily segregate intercompany payables and receivables between certain debtors and therefore have disclosed certain intercompany payables at undetermined amounts. Sunworks, Inc. has funded the losses and acquisitions of the other Debtors and therefore has an intercompany receivable. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. These claims are subject to reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

Certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

(o) **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, employee benefit accruals, accrued accounts payable, capital lease assets and liabilities and certain contact asset and liability accounts as well as right of use assets and liabilities. In addition, certain immaterial assets and liabilities may have been excluded.

(p) **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.  If such liens may apply, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

(q) **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(r) **Setoffs**.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, returns, warranties, commissions and advances as well as other disputes between the Debtors and their suppliers.  Such offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

## Specific Schedules Disclosures

(a) **Schedule A/B-3 – Checking, savings, or other financial accounts.**  Schedule A/B-3 lists closing bank balances as of February 2, 2024.  JP Morgan account no. 8509 is reported on Sunworks United Inc's schedules as the account is under their EIN number. However, Solcius, LLC uses this account as an operating account.

(b) **Schedule A/B-7 – Security deposits with public utilities, telephone companies, landlords and others.**  Schedule A/B-7 does not reflect any amounts of any security deposits a supplier or factor has applied per the supplier's or factor's records.

(c) **Schedule A/B-8 - Prepayments**– In the course of business the company receives and distributes commission advances according to set milestones; some of which are earned at future milestones and thus may be considered assets or liabilities which offset for final determination of amounts due or recoverable.

(d) **Schedule A/B-11 – Accounts receivable**.  Schedule A/B-11 excludes intercompany receivables.  Please see the note on page 8 of these Global Notes regarding intercompany claims.

(e) **Schedule A/B-15 – Stock and interests in incorporated and unincorporated businesses**.  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that

the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(f) **Schedule A/B – 20 – WIP** – Solcius, LLC reported Construction in progress in this section.

(g) **Schedule A/B-21 – Inventory, excluding agricultural assets**. Inventory is valued at lower of cost or net realizable value determined by the first-in, first-out method. Inventory primarily consists of panels, inverters, batteries and mounting racks and other materials. The Company reviews the cost of inventories against their estimated net realizable value and records write-downs if any inventories have costs in excess of their net realizable values. Inventory is presented net of an allowance.

(h) **Schedules A/B-39, A/B-40, A/B-41 and A/B 50 – Office and business equipment**. Certain of the Debtors' office and business equipment, fixtures, machinery, furnishings, and supplies are not capitalized based on its accounting policies and procedures. The Debtors generally capitalize an asset if it has a life of more than 1 year and if it meets a certain dollar threshold in accordance with the Debtors' accounting policy. There may be certain assets that are not capitalized because they did not meet the Debtors' capitalization policy. Those assets that are not capitalized are not listed herein.

(i) **Schedules A/B, Part 10, Items 59-66 – Intangibles and intellectual property**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values. An impairment test has not been conducted as of the preparation of the Schedules and Statements, and therefore several of the Company's intangible asset values may be listed as undetermined. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.

(j) **Schedules A/B-74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims**. The Debtors attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. (Transfers identified in the Statements, *e.g.* at Part 2, Questions 3 and 4, may constitute avoidable transfers, however.) The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of

action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

(k) **Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, equipment lessors, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D, though their deposits may be identified in Schedule A/B.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

(l) **Schedule E/F – Creditors Who Hold Unsecured Claims**

*Part 1 – Creditors with Priority Unsecured Claims*.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

The Debtors' endeavored to pay all employee obligations including without limitation, obligations related to employee wages, accrued PTO and other employee benefits in advance of the Petition Date.  Accordingly, prepetition claims of non-insiders related to regular employee wages and other employee benefits that have been paid or may be paid pursuant to further Bankruptcy Court order are not listed in Schedule E/F Part 1.

Schedule E/F Part 1 also includes balances for advanced deposits.  Such amounts reflect instances where the Debtors have taken a cash deposit from the customer, but have not completed the construction project yet.  Such balances reflect the most current balances on the Debtors' books.

Schedule E/F Part 1 also includes Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Certain of such claims, however, may be subject to ongoing audits. Therefore, the Debtors have listed all such claims as

"contingent," "unliquidated," and "disputed," pending final resolution of ongoing audits or other outstanding issues.

***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding pending litigation involving the Debtors.  The amounts for such potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.  For the avoidance of doubt, demand letters received from potential litigants that do not list a specific Debtor are listed on the Schedules for Sunworks, Inc.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive prepetition invoices.

Liabilities listed on Schedules E/F reflect the Debtors' book and records balances as close as practicable to the petition date.

Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

(m) **Schedule G – Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the company may have inadvertently listed the incorrect Debtor party.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms of such agreements. In such cases, Debtors have included such items on Schedule G of Sunworks, Inc.

(n) **Schedule H – Co-Debtors**. In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases and other agreements. The Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedule E/F.

**Specific Statements Disclosures**.

(a) **Part 1, Question 1 – Income from operations**. The values reflected in Part 1, Question 1 are at the profit-and-loss level not on a cash basis. These are reported as of December 31, 2023 for Solcius, LLC and Commercial Solar Energy Inc, the Debtors that report income from operation, as the Debtors have not closed the books for January 2024 yet.

(b) **Part 1, Question 2 – Non-business revenue**. Non-business revenue includes such items sale of assets including inventory, vehicle and ERTC Receivable. This is reflected at the profit-and-loss level, not on a cash basis. These are reported as of December 31, 2023, as the Debtors' have not closed the books for January 2024 yet.

(c) **Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**. Any payments made to the Debtors' bankruptcy case professionals and/or insiders within the ninety days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 4, respectively, and therefore are not listed in response to SOFA 3. Payments made to the Debtors' non-insider employees also are not listed in SOFA 3.

(d) **Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. Both questions 4 and 30 in the SOFAs request information regarding payments to insiders, and all such information is provided in response to question 4. The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company, but are no longer employed by the Company.

(e) **Part 2, Question 5 – Repossessions, foreclosures, and returns**. In the ordinary course of business, returns are part of the Debtors' operations. This includes returns to vendors. This question excludes goods returned in the ordinary course of business.

(f) **Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to page 9 of these Global Notes.

(g) **Part 2, Question 7 – Legal Actions.** Information provided on Question 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum and omits threatened litigation that has not yet commenced. While the Debtors made reasonable efforts under the circumstances to complete Question 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Question 7. The Debtors reserve all of their rights to amend or supplement their response to Question 7.

(h) **Part 5, Question 10 – Losses from Fire, Theft or Other Casualty**. The Debtors occasionally incur losses for a variety of reasons, including property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

The Debtors were unable to obtain details on claims reported to the insurance company due to employees with knowledge ending employment with the Debtors. The Debtors have requested this information from the insurance broker, but did not receive as of the filing of the Statements.

(i) **Part 6, Question 11 – Certain payments or transfers**. All disbursements listed in Statement 11 were initiated and disbursed by Sunworks United Inc. but were for the benefit of all Debtors.

(j) **Part 10, Question 20 – Off-premises storage**. The locations listed for off-premise storage do not include inventory at construction sites. There may be equipment and vehicles left at construction sites.

(k) **Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients include, among others, regulatory agencies, financial institutions, investment banks, equityholders, debtholders and their legal and financial advisors. Financial statements may have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable. In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. The Debtors' financial statements are also included in their periodic securities filings and available to the public. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26.

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B                                                                 $31,948.44

1b. **Total personal property:**
Copy line 91A from Schedule A/B                                                           $33,590,056.13

1c. **Total of all property:**
Copy line 92 from Schedule A/B                                                             $33,622,004.57

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)                $594,416.14
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F                            $1,383,372.96

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F          $51,540,083.78

**4. Total Liabilities**                                                                    $53,517,872.88
Lines 2 + 3a + 3b

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 JP Morgan Chase | Operating Account | 5519 | $100.00 |
| 3.2 JP Morgan Chase | Operating Account | 5576 | $100.00 |
| 3.3 Zions Bank | Checking | 4809 | $-422,847.43 |
| 3.4 Zions Bank | Sweep Account | 1835 | $964,132.26 |

The 2/2/24 bank balance of $1,440,560.26 was adjusted to reflect 2 tax payments made on 2/2/24 that had not cleared the bank yet.

**4. Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1 None | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $541,484.83 |
|---|

## Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | See Schedule AB 7 Attachment | $2,467,810.26 |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | Prepaid Other - Courtyard by Marriott Oahu North Shore | $5,000.00 |
|---|---|---|
| 8.2 | Prepaid Other - True Capital Partners (Recruiting) | $3,500.00 |
| 8.3 | Prepaid Other - True Capital Partners (Recruiting) | $5,250.00 |
| 8.4 | Prepaid Other - True Capital Partners (Recruiting) | $62,708.33 |
| 8.5 | Prepaid Software - Asana.com | $1,340.07 |
| 8.6 | Prepaid Software - Ascent Cloud | $310.50 |
| 8.7 | Prepaid Software - Auroa Solar, Inc. | $83,539.59 |
| 8.8 | Prepaid Software - Autodesk | $4,354.35 |
| 8.9 | Prepaid Software - Bigtincan | $1,333.33 |
| 8.10 | Prepaid Software - Docusign | $25,602.81 |
| 8.11 | Prepaid Software - Enerflo Implementation Fee | $11,000.00 |
| 8.12 | Prepaid Software - Nearmap US INC | $3,619.66 |
| 8.13 | Prepaid Software - Oracle Netsuite | $796.47 |
| 8.14 | Prepaid Software - Oracle Netsuite | $16,004.19 |
| 8.15 | Prepaid Software - Salesforce | $36,284.02 |

| 8.16 | Prepaid Software - Salesforce | $2,117.88 |
| 8.17 | Prepaid Software - Salesforce | $18,142.02 |
| 8.18 | Prepaid Software - Salesforce | $-40,166.48 |
| 8.19 | Prepaid Software - Salesforce Unlimited Edition | $714.97 |
| 8.20 | Prepaid Software - Salesforce Unlimited Edition | $17,934.51 |
| 8.21 | Prepaid Software - Salesfroce Unlimited Edition | $1,216.21 |
| 8.22 | Prepaid Software - VersaPay | $5,532.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$2,733,944.69

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11. Accounts receivable** |  |  |  |  |  |  |
| 11a. | 90 days old or less: | $3,584,247.36 | − | $0.00 | = ........ ➔ | $3,584,247.36 |
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. | Over 90 days old: | $4,825,466.26 | − | $1,702,055.00 | = ........ ➔ | $3,123,411.26 |
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$6,707,658.62

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
| 14.1 |  | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1 _____  _____  _____                    $0.00
     _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____  _____                                       $0.00
     _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                        | $0.00 |

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Raw Materials | 12/22/2023 | $3,203,104.27 | Net Book Value | $3,203,104.27 |
| **20. Work in progress** | | | | |
| 20.1 Construction in Progress - Commissions | N/A | $4,558,982.78 | Net Book Value | $4,558,982.78 |
| 20.2 Construction in Progress - Labor | N/A | $1,259,439.68 | Net Book Value | $1,259,439.68 |
| 20.3 Construction in Progress - Materials | N/A | $6,030,086.48 | Net Book Value | $6,030,086.48 |
| 20.4 Construction in Progress - Non-project | N/A | $2,549,165.86 | Net Book Value | $2,549,165.86 |
| 20.5 Construction in Progress - Other | N/A | | Net Book Value | $690,071.74 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 None | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 Inventory - Sales Tax | N/A | $777,885.50 | Net Book Value | $777,885.50 |
| 22.2 Inventory in Transit | N/A | Undetermined | Net Book Value | Undetermined |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$19,068,736.31

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $49,367.80    Valuation method    Net Book Value    Current value    $49,367.80

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes      Book value _____     Valuation method _____     Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   Furniture & Fixtures | $40,528.06 | Net Book Value | $40,528.06 |
| **40. Office fixtures** | | | |
| 40.1   See AB 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   Computer Hardware | $55,829.29 | Net Book Value | $55,829.29 |
| 41.2   Computer Software | $283,333.34 | Net Book Value | $283,333.34 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1   None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $379,690.69 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>See Schedule AB 47 Attachment | N/A | N/A | Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Construction Equipment | $32,469.38 | Net Book Value | $32,469.38 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $32,469.38 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>Leasehold Improvements | Leased | $31,948.44 | Net Book Value | $31,948.44 |

55.2

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    107 S 1470 E, Suite 201
    St. George, UT 84790

55.3

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    1331 East US Hwy 80, Suite 8-A
    Mesquite, TX 75150

55.4

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    1410 Saint Andrews Road, Suite 2600
    Columbia, SC 29210

55.5

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    14529 Innovation Dr., Suite A
    Riverside, CA 92518

55.6

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    1530 Goodyear Drive, Suite G
    El Paso, TX 79936

55.7

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    1555 Freedom Blvd.
    Provo, UT 84604

55.8

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    18525 Sutter Blvd., Suite 150
    Morgan Hill, CA 95037

55.9

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    1931 G St ste A-10
    Fresno, CA 93706

55.10

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    367 Arvada, N.E.
    Albuquerque, NM 87102

55.11

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    3818 E. LaSalle St., Ste 1
    Phoenix, AZ 85040

55.12

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    401 E. Cedar Ave., Ste G-H
    McAllen, TX 78501

55.13

    Office/Warehouse -          Leased          Undetermined          N/A          Undetermined
    4425 E. Agave, Bldg 5, Ste 122&124
    Phoenix, AZ 85044

| 55.14 | Office/Warehouse -<br>4610 S. River Road, Ste 2<br>St. George, UT 84790 | Leased | Undetermined | N/A | Undetermined |
| 55.15 | Office/Warehouse -<br>4711 Viewridge Ave. Suite 230<br>San Diego, CA 92123 | Leased | Undetermined | N/A | Undetermined |
| 55.16 | Office/Warehouse -<br>6314 Eastwood Court<br>Mequon, WI 53092 | Leased | Undetermined | N/A | Undetermined |
| 55.17 | Office/Warehouse -<br>7025 S. Fulton Street, Suite 150<br>Centennial, CO 80112 | Leased | Undetermined | N/A | Undetermined |
| 55.18 | Office/Warehouse -<br>9124 Grand Ave. S, Suite 105<br>Bloomington, MN 55430 | Leased | Undetermined | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $31,948.44 |
| --- |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1   Trademarks (*) | $3,770,000.00 | N/A | Undetermined |

(*) This is a purchase accounting adjustment.  There were no specific trademarks associated with the allocation of value.

| **61. Internet domain names and websites** | | | |
| --- | --- | --- | --- |
| 61.1   www.solcius.com | N/A | N/A | Undetermined |
| 61.2   www.advancedsolarproposals.com | N/A | N/A | Undetermined |

| 61.3 | www.advancedsolarservices.com | N/A | N/A | Undetermined |
| 61.4 | www.bringsthelight.com | N/A | N/A | Undetermined |
| 61.5 | www.gosolarproposal.com | N/A | N/A | Undetermined |
| 61.6 | www.myvalidate.com | N/A | N/A | Undetermined |
| 61.7 | www.pvproposal.com | N/A | N/A | Undetermined |
| 61.8 | www.solcius.info | N/A | N/A | Undetermined |
| 61.9 | www.solcius.net | N/A | N/A | Undetermined |
| 61.10 | www.solcius.org | N/A | N/A | Undetermined |
| 61.11 | www.solciusadvisor.com | N/A | N/A | Undetermined |
| 61.12 | www.solciusdealer.com | N/A | N/A | Undetermined |
| 61.13 | www.solciusenergy.com | N/A | N/A | Undetermined |
| 61.14 | www.solciussales.com | N/A | N/A | Undetermined |
| 61.15 | www.solciussolar.com | N/A | N/A | Undetermined |
| 61.16 | www.solciusstaging.com | N/A | N/A | Undetermined |
| 61.17 | www.solciuswebapi.net | N/A | N/A | Undetermined |
| 61.18 | www.solsius.com | N/A | N/A | Undetermined |
| 61.19 | www.validateterms.com | N/A | N/A | Undetermined |
| 61.20 | www.sunworksusa.com | N/A | N/A | Undetermined |

**62. Licenses, franchises, and royalties**

| 62.1 | None | | | $0.00 |

**63. Customer lists, mailing lists, or other compilations**

63.1 None                                                                                              $0.00

**64. Other intangibles, or intellectual property**

64.1 Covenant Not to Compete                    $200,000.00    FMV at Acquisition    Undetermined

64.2 twitter.com/solciussolar                         N/A                    N/A                    Undetermined

64.3 www.facebook.com/solciussolar             N/A                    N/A                    Undetermined

64.4 www.instagram.com/solciussolar            N/A                    N/A                    Undetermined

64.5 www.linkedin.com/company/solcius          N/A                    N/A                    Undetermined

64.6 www.youtube.com/user/solciussolar         N/A                    N/A                    Undetermined

**65. Goodwill**

65.1 Goodwill                                         $6,186,000.00                            Undetermined

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                            | Undetermined |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**71. Notes receivable**
Description (include name of obligor)

71.1 None                                                                                              $0.00
                    total face amount          -    doubtful or uncollectible    =  ➡
                                                          amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1
None                                                    Tax year _____          $0.00

**73. Interests in insurance policies or annuities**

73.1
$10M x $10M - Third Excess General, Pollution and Professional Liability - AXIS Surplus          Undetermined
Insurance Company - 7/26/2023 - 7/26/2024

73.2
$5M x $5M Second Excess General, Pollution and Professional Liability - Ironshore          Undetermined
Specialty Insurance Company - 7/26/2023 - 7/26/2024

73.3
$5M x Primary Excess General, Pollution and Professional Liability- Colony Insurance          Undetermined
Company - 7/26/2023 - 7/26/2024

73.4
Auto Liability - Starr - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024          Undetermined

73.5
Commercial Crime - Berkley Crime - Policy No. BCCR-45004382-21 - 1/26/2023 -          Undetermined
1/26/2024

73.6
Cyber (5M) - Crum and Forster - Policy No. CYB-105605 - 2/25/2023 - 2/25/2024          Undetermined

73.7
D&O (5M Side-A x 15M) - Lloyd's (Alpha) - Policy No. FINMW2251198 - 7/26/2023-          Undetermined
7/26/2024

73.8
D&O (5M x 10M) - Lloyd's (Inigo) - Policy No. FINMW2261197 - 7/26/2023-7/26/2024          Undetermined

73.9
D&O (5M x 5M) - Argonaut Ins. Co. - Policy No. MLX4262886-2 - 7/26/2023 - 7/26/2024          Undetermined

73.10
D&O (Primary 5M) - AWAC - Policy No. 0313-4823 - 7/26/2023 - 7/26/2024          Undetermined

73.11
D&O (Primary 5M) - AWAC - Run Off Endorsement - Effective 2/5/2024          Undetermined

73.12
Employment Practices Liability - AWAC - Policy No. 0313-4822 - 07/26/2023 - 07/26/2024          Undetermined

73.13
Fiduciary Liability - Hudson Insurance Company/Elucid Fiduciary - Policy No.          Undetermined
SFD31211841-02 - 07/26/2023 - 07/26/2024

73.14
General, Pollution and Professional Liability - Colony Insurance Company - 7/26/2023 -          Undetermined
7/26/2024

73.15
Inland Marine/Property - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024          Undetermined

73.16
Workers Compensation - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024          Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1
    Coreview_____          Undetermined_____

Nature of Claim      Litigation_____

Amount requested    Undetermined_____

74.2
    Maria Lopez_____          Undetermined_____

Nature of Claim      Litigation_____

Amount requested    Undetermined_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1
    CHNG_____          Undetermined_____

Nature of Claim      Dealer Advance Payment Clawback for Cancelled Projects

Amount requested                            $64,655.41

75.2
    Guarantee_____          Undetermined_____

Nature of Claim      Dealer Advance Payment Clawback for Cancelled Projects

Amount requested                            $78,495.37

75.3
    Koken_____          Undetermined_____

Nature of Claim      Dealer Advance Payment Clawback for Cancelled Projects

Amount requested                          $208,890.24

75.4
    Lucid_____          Undetermined_____

Nature of Claim      Dealer Advance Payment Clawback for Cancelled Projects

Amount requested                              $6,712.91

75.5
    Meraki_____          Undetermined_____

Nature of Claim      Dealer Advance Payment Clawback for Cancelled Projects and Other Claims

Amount requested                  $1,144,859.00

75.6
    MH_____          Undetermined_____

Nature of Claim      Dealer Advance Payment Clawback for Cancelled Projects

Amount requested                            $81,762.44

75.7
    Revolution Remote_____          Undetermined_____

Nature of Claim      Dealer Advance Payment Clawback for Cancelled Projects

Amount requested                            $1,469.06

75.8
    Dividend                                                                                $107,309.90

_____

Nature of Claim      Receivable from Lender_____

Amount requested   _____

75.9

GoodLeap                                                                $913,433.25

Nature of Claim          Receivable from Lender

Amount requested

75.10

Mosaic                                                                  $224,347.17

Nature of Claim          Receivable from Lender

Amount requested

75.11

Service Finance                                                         $141,323.73

Nature of Claim          Receivable from Lender

Amount requested

75.12

Sunlight                                                                $362,986.48

Nature of Claim          Receivable from Lender

Amount requested

75.13

Sunnova                                                                 $390,118.20

Nature of Claim          Receivable from Lender

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

None                                                                        $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

Dealer Receivables                                                    $1,482,317.79
(Net Book Value)

77.2

Purchases Returned - Awaiting Credit Memo                                $79,712.78
(Net Book Value)

77.3

Credit Card Receivable                                                  $382,700.73
(Net Book Value)

77.4

Employee Advances                                                        $1,685.58
(Net Book Value)

77.5

Travel Advances                                                         $40,136.00
(Net Book Value)

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    $4,126,071.61

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $541,484.83 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $2,733,944.69 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $6,707,658.62 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $19,068,736.31 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $379,690.69 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $32,469.38 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $31,948.44 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $4,126,071.61 | |
| **91. Total. Add lines 80 through 90 for each column**    91a. | $33,590,056.13 | 91b.    $31,948.44 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$33,622,004.57

| Description, including name of holder of deposit | Current Value |
|---|---|
| Inventory Purchase Deposit - Amazon | $2,867.46 |
| Inventory Purchase Deposit - CED | $517,958.86 |
| Inventory Purchase Deposit - Megawatt Group | $105,534.00 |
| Inventory Purchase Deposit - New East Solar Energy (American) Inc. | $1,653,395.99 |
| Inventory Purchase Deposit - Reimagine Roofing LLC | $17,570.00 |
| Inventory Purchase Deposit - The Home Depot | $186.40 |
| Lease Deposit - ABS Properties, LLC | $3,300.00 |
| Lease Deposit - Apex Executive Suites | $850.00 |
| Lease Deposit - Barbado Properties LTD | $2,075.00 |
| Lease Deposit - BRE DELTA INDUSTRIAL SACRAMENTO LP | $11,559.13 |
| Lease Deposit - ConsultNet LLC | $3,700.00 |
| Lease Deposit - ConsultNet LLC | $323.75 |
| Lease Deposit - ConsultNet LLC | $508.75 |
| Lease Deposit - ConsultNet LLC | $277.50 |
| Lease Deposit - ConsultNet LLC | $416.25 |
| Lease Deposit - ConsultNet LLC | $46.25 |
| Lease Deposit - ConsultNet LLC | $92.50 |
| Lease Deposit - Dollinger Viewridge Associates LLC | $4,480.60 |
| Lease Deposit - Eastwood Nest LLC | $8,623.00 |
| Lease Deposit - Falcon BP LLC | $23,429.57 |
| Lease Deposit - Francis Properties I, LTD | $773.00 |
| Lease Deposit - Francis Properties LTD | $3,502.00 |
| Lease Deposit - Freitas Rentals 2, L.P. | $4,508.82 |
| Lease Deposit - Gallo Business Center | $3,100.00 |
| Lease Deposit - Globalization Partners | $20,024.60 |
| Lease Deposit - Grove and Lasalle | $660.00 |
| Lease Deposit - Grove and Lasalle | $1,800.00 |
| Lease Deposit - Jackie Tsang | $7,522.00 |
| Lease Deposit - JB DFW LLC | $6,676.26 |
| Lease Deposit - Meraki Solar LLC | $2,023.10 |
| Lease Deposit - Relevant Solutions | $1,238.32 |
| Lease Deposit - Riverside Circle 152, LLC | $7,402.00 |
| Lease Deposit - Spartan Acquisition LLC | $15,650.00 |
| Lease Deposit - SRP | $900.00 |
| Lease Deposit - Strategic Equity Investments, LLC | $4,000.00 |
| Lease Deposit - Stuart Enterprises LLC | $4,800.00 |
| Lease Deposit - Thompson, Coe, Cousins & Irons, L.L.P | $1,315.00 |
| Lease Deposit - Town and County Diversified Realty LLC | $3,500.00 |
| Lease Deposit - VVRM Commercial Partners LLC | $3,100.00 |
| Lease Deposit - West Heather Business Center LLC | $3,750.00 |
| Lease Deposit - Wilson Kibler Inc | $1,881.98 |
| Security Deposit - Cubework; Fresno | $3,150.00 |
| Utility Deposit - City of Provo | $8,200.00 |
| Utility Deposit - Dominion Energy | $200.00 |
| Utility Deposit - New Mexico Gas Company | $207.09 |
| Utility Deposit - Public Service Co. of New Mexico | $31.08 |
| Utility Deposit - Riverside Public Utilities | $350.00 |
| Utility Deposit - Riverside Public Utilities | $350.00 |
| **Total:** | **$2,467,810.26** |

| Vehicle ID | Model | VIN | Owned /Leased | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
| 22TH9G | 2018 Ram ProMaster 2500 High Roof Cargo Van | 3C6TRVDG4JE125686 | Leased | | | |
| 22Z36M | 2019 Ram ProMaster 2500 High Roof Cargo Van | | Leased | Undetermined | N/A | Undetermined |
| 22Z36M - additional add ons | 2019 Ram ProMaster 2500 High Roof Cargo Van | 3C6TRVDG5KE501023 | Leased | Undetermined | N/A | Undetermined |
| 235NKF | 2019 Ram ProMaster 2500 High Roof Cargo Van | 3C6TRVDG2KE506311 | Leased | Undetermined | N/A | Undetermined |
| 235NKF - additional add ons | 2019 Ram ProMaster 2500 High Roof Cargo Van | | Leased | Undetermined | N/A | Undetermined |
| 235NL9 | 2019 Ram ProMaster 2500 High Roof Cargo Van | 3C6TRVDG2KE518474 | Leased | Undetermined | N/A | Undetermined |
| 235NL9  - additional add ons | 2019 Ram ProMaster 2500 High Roof Cargo Van | | Leased | Undetermined | N/A | Undetermined |
| 238PRT | 2019 Nissan NV200 Compact Cargo Van | 3N6CM0KN7KK706336 | Leased | Undetermined | N/A | Undetermined |
| 23CM4R | 2019 Nissan NV200 Compact Cargo Van | 3N6CM0KN8KK711982 | Leased | Undetermined | N/A | Undetermined |
| 23CS2D | 2019 Ram ProMaster 2500 High Roof Cargo Van | 3C6TRVDG0KE536844 | Leased | Undetermined | N/A | Undetermined |
| 23CS2L | 2019 Ram ProMaster 2500 High Roof Cargo Van | 3C6TRVDG5KE536855 | Leased | Undetermined | N/A | Undetermined |
| 23CS2Q | 2019 Ram ProMaster 2500 High Roof Cargo Van | 3C6TRVDG8KE553259 | Leased | Undetermined | N/A | Undetermined |
| 23SWCV | 2021 Ram ProMaster 2500 High Roof Cargo Van | 3C6LRVDG6ME523082 | Leased | Undetermined | N/A | Undetermined |
| 23SWD4 | 2021 Ram ProMaster 2500 High Roof Cargo Van | 3C6LRVDG9ME527790 | Leased | Undetermined | N/A | Undetermined |
| 23SWDH | 2021 Ram ProMaster 2500 High Roof Cargo Van | 3C6LRVDG1ME534801 | Leased | Undetermined | N/A | Undetermined |
| 23SWDZ | 2021 Ram ProMaster 2500 High Roof Cargo Van | ZFBHRFAB9M6T11704 | Leased | Undetermined | N/A | Undetermined |
| 252B2D | 2021 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVJG2ME533097 | Leased | Undetermined | N/A | Undetermined |
| 252B2K | 2021 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVJG3ME533013 | Leased | Undetermined | N/A | Undetermined |
| 252B2Q | 2021 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVJG2ME533018 | Leased | Undetermined | N/A | Undetermined |
| 259RZ2 | 2021 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVJG0ME566843 | Leased | Undetermined | N/A | Undetermined |
| 259RLZ | 2021 Ram ProMaster 1500 High Roof Cargo Van | 3C6LRVBG5ME558635 | Leased | Undetermined | N/A | Undetermined |
| 259RSK | 2021 Ram ProMaster 1500 High Roof Cargo Van | 3C6LRVBG4ME558626 | Leased | Undetermined | N/A | Undetermined |
| SUN 93 | 2018 Ford Cargo Van | 1FTYR2CM2JKA42498 | Leased | Undetermined | N/A | Undetermined |
| 255ZZQ | 2020 Ram ProMaster Base Wagon | ZFBHRFBB8M6U69143 | Leased | Undetermined | N/A | Undetermined |
| 259TF7 | 2021 ProMaster Tradesman Cargo Van | ZFBHRFBB4M6U70547 | Leased | Undetermined | N/A | Undetermined |
| 259T8X | 2021 ProMaster Tradesman Cargo Van | ZFBHRFBBXM6U69600 | Leased | Undetermined | N/A | Undetermined |
| 259TCX | 2021 Ram ProMaster Tradesman Cargo Van | ZFBHRFBB5M6U66068 | Leased | Undetermined | N/A | Undetermined |
| 259RRC | 2021 Ram ProMaster 1500 High Roof Cargo Van | 3C6LRVBG8ME558631 | Leased | Undetermined | N/A | Undetermined |
| Sun 10 | 2018 Ford Cargo Van | 1FTYR2CM4JKB41257 | Leased | Undetermined | N/A | Undetermined |
| Sun 45 | 1988 Ford Truck | 1FTYR2VM8JKB14854 | Leased | Undetermined | N/A | Undetermined |
| 25X244 | 2022 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVHG9NE120634 | Leased | Undetermined | N/A | Undetermined |
| 25WZZ2 | 2022 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVHG7NE120633 | Leased | Undetermined | N/A | Undetermined |
| Sun 96 - 256MN4 | 2018 Ford F-150 XL SuperCab | 1FTEX1CB2JKF82077 | Leased | Undetermined | N/A | Undetermined |
| 25ZPKD | 2022 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVHG6NE120638 | Leased | Undetermined | N/A | Undetermined |
| 25ZPK9 | 2022 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVHG4NE120637 | Leased | Undetermined | N/A | Undetermined |
| 263FKJ | 2022 Ram ProMaster 2500 High Roof Van | 3C6LRVCG3NE111186 | Leased | Undetermined | N/A | Undetermined |
| 263FJX | 2022 Ram ProMaster 2500 High Roof Van | 3C6LRVCG8NE111183 | Leased | Undetermined | N/A | Undetermined |
| 262VB6 | 2022 Toyota Tacoma SR5 Double Cab | 3TMDZ5BN2NM135420 | Leased | Undetermined | N/A | Undetermined |
| 26547P | 2022 Ram ProMaster 2500 High Roof Van | 3C6LRVDG7NE123601 | Leased | Undetermined | N/A | Undetermined |
| 265429 | 2022 Ram ProMaster 2500 High Roof Van | 3C6LRVDG0NE128784 | Leased | Undetermined | N/A | Undetermined |
| 26546V | 2022 Ram ProMaster 2500 High Roof Van | 3C6LRVDG0NE123603 | Leased | Undetermined | N/A | Undetermined |
| 26547B | 2022 Ram ProMaster 2500 High Roof Van | 3C6LRVDG9NE123602 | Leased | Undetermined | N/A | Undetermined |
| 2644DP | 2022 Toyota TRD Double Cab | 3TMCZ5AN3NM505383 | Leased | Undetermined | N/A | Undetermined |
| 2654LP | 2022 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVHGXNE120593 | Leased | Undetermined | N/A | Undetermined |
| 2654LQ | 2019 Ram ProMaster 2500 High Roof Cargo Van | 3C6TRVDG0KE557757 | Leased | Undetermined | N/A | Undetermined |

In re: Solcius, LLC

| Vehicle ID | Model | VIN | Owned/Leased | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
| 265373 | 2022 Ram ProMaster City Base Van | ZFB636VP5N6W03172 | Leased | Undetermined | N/A | Undetermined |
| 2677KC | 2021 Ram ProMaster City Base Van | ZFBHRFAB0M6T65571 | Leased | Undetermined | N/A | Undetermined |
| 262TZG | 2022 Toyota Tocama TRD Double Cab | 3TMCZ5AN6NM519469 | Leased | Undetermined | N/A | Undetermined |
| 262TZ7 | 2022 Toyota Tacoma TRD Double Cab | 3TMCZ5AN9NM519773 | Leased | Undetermined | N/A | Undetermined |
| 25X264 | 2022 Ram ProMaster 2500 High Roof Van | 3C6MRVHG4NE130021 | Leased | Undetermined | N/A | Undetermined |
| 2654LZ | 2021 Ram ProMaster 2500 High Roof Cargo Van | 3C6LRVDG0ME540220 | Leased | Undetermined | N/A | Undetermined |
| 2654M2 | 2021 Ram ProMaster 2500 High Roof Cargo Van | 3C6LRVDG6ME510753 | Leased | Undetermined | N/A | Undetermined |
| 2654M4 | 2021 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVJG8ME529782 | Leased | Undetermined | N/A | Undetermined |
| 26GL58 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG6PE510840 | Leased | Undetermined | N/A | Undetermined |
| 26GKKN | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDGXPE504135 | Leased | Undetermined | N/A | Undetermined |
| 26D4L2 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG5NE123550 | Leased | Undetermined | N/A | Undetermined |
| 26GLB8 | 2023 Ram ProMaster 3500 High Roof Cargo Van | 3C6MRVHG4PE505344 | Leased | Undetermined | N/A | Undetermined |
| 26J82M | 2022 Ram ProMaster City Base Van | ZFBHRFABXN6X27276 | Leased | Undetermined | N/A | Undetermined |
| 26JWVR | 2023 Ram ProMaster 3500 High Roof Van | 3C6MRVHG6PE505345 | Leased | Undetermined | N/A | Undetermined |
| 26K9GX | 2023 Ram ProMaster 3500 High Roof Van | 3C6MRVHG0PE511948 | Leased | Undetermined | N/A | Undetermined |
| 26JWQG | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDGEPE510838 | Leased | Undetermined | N/A | Undetermined |
| 26D4FZ | 2023 Ram ProMaster 3500 High Roof Van | 3C6MRVJG1PE501942 | Leased | Undetermined | N/A | Undetermined |
| 26J838 | 2022 Ram ProMaster City Base Van | ZFBHRFAB0N6X36679 | Leased | Undetermined | N/A | Undetermined |
| 26GKNW | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG1PE504136 | Leased | Undetermined | N/A | Undetermined |
| 26JWJL | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDGXPE510842 | Leased | Undetermined | N/A | Undetermined |
| 25Z8MH | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG0PE517038 | Leased | Undetermined | N/A | Undetermined |
| 26FP4X | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG2PE504033 | Leased | Undetermined | N/A | Undetermined |
| 26LVMS | 2023 Ram ProMaster 3500 High Roof Van | 3C6MRVHG2PE505276 | Leased | Undetermined | N/A | Undetermined |
| 26LVMZ | 2023 Ram ProMaster 3500 High Roof Van | 3C6MRVHG6PE505278 | Leased | Undetermined | N/A | Undetermined |
| 26FPDG | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG4PE504034 | Leased | Undetermined | N/A | Undetermined |
| 26FPGP | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG6PE504035 | Leased | Undetermined | N/A | Undetermined |
| 26K9HC | 2023 Ram ProMaster 3500 High Roof Van | 3C6MRVHG2PE511949 | Leased | Undetermined | N/A | Undetermined |
| 25Z8FB | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG5PE525684 | Leased | Undetermined | N/A | Undetermined |
| 25Z8FK | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG2PE525738 | Leased | Undetermined | N/A | Undetermined |
| 25Z8MW | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG5PE517035 | Leased | Undetermined | N/A | Undetermined |
| 25Z8MZ | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG9PE517037 | Leased | Undetermined | N/A | Undetermined |
| 25Z8N6 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG4PE524980 | Leased | Undetermined | N/A | Undetermined |
| 25Z8N9 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG1PE525228 | Leased | Undetermined | N/A | Undetermined |
| 25ZPJ4 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG8PE517045 | Leased | Undetermined | N/A | Undetermined |
| 25ZPJ6 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG2PE517042 | Leased | Undetermined | N/A | Undetermined |
| 25ZPJ7 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG4PE517043 | Leased | Undetermined | N/A | Undetermined |
| 25ZPJ8 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG6PE517044 | Leased | Undetermined | N/A | Undetermined |
| 26FPLH | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDGXPE517399 | Leased | Undetermined | N/A | Undetermined |
| 26LVNH | 2023 Ram ProMaster 3500 High Roof Van | 3C6MRVHG4PE505277 | Leased | Undetermined | N/A | Undetermined |
| 26J7W7 | 2022 Ram ProMaster City Base Van | ZFBHRFAB5N6W69738 | Leased | Undetermined | N/A | Undetermined |
| 26JWQR | 2023 Ram ProMaster 3500 High Roof Van | 3C6LRVDG8PE510841 | Leased | Undetermined | N/A | Undetermined |
| 26LT87 | 2023 Ram ProMaster 3500 High Roof Van | 3C6LRVDGXPE510839 | Leased | Undetermined | N/A | Undetermined |
| 26J7V4 | 2022 Ram ProMaster City Base Van | ZFBHRFAB1N6X10608 | Leased | Undetermined | N/A | Undetermined |
| 26J823 | 2022 Ram ProMaster City Base Van | ZFBHRFAB9N6W73341 | Leased | Undetermined | N/A | Undetermined |
| 26LT7D | 2022 Ram ProMaster City Base Van | ZFBHRFAB8N6X22089 | Leased | Undetermined | N/A | Undetermined |

In re: Solcius, LLC

| Vehicle ID | Model | VIN | Owned /Leased | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
| 25Z8N2 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG7PE517036 | Leased | Undetermined | N/A | Undetermined |
| 25Z8N3 | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG3PE517034 | Leased | Undetermined | N/A | Undetermined |
| 25Z8NR | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG0PE524782 | Leased | Undetermined | N/A | Undetermined |
| 25Z8FG | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG9PE525736 | Leased | Undetermined | N/A | Undetermined |
| 25Z8NH | 2023 Ram ProMaster 2500 High Roof Van | 3C6LRVDG4PE525126 | Leased | Undetermined | N/A | Undetermined |
| 26MMMW | 2022 RAM ProMaster City Base Cargo Van | ZFBHRFAB2N6W38589 | Leased | Undetermined | N/A | Undetermined |
| 26MMVC | 2022 RAM ProMaster City Base Cargo Van | ZFBHRFAB3N6W39086 | Leased | Undetermined | N/A | Undetermined |
| 26MFCG | 2022 RAM ProMaster City Base Cargo Van | ZFBHRFAB5N6W46203 | Leased | Undetermined | N/A | Undetermined |
| 27BQCD | 2023 RAM ProMaster 2500 High Roof Cargo Van | 3C6LRVDG8PE517398 | Leased | Undetermined | N/A | Undetermined |

In re: Solcius, LLC

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

| Part 1: | List Creditors Who Have Claims Secured by Property |
| --- | --- |

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

Greentech Renewables
3286 E Gausti Rd
Ste 13
Ontario, CA 91761

**Date debt was incurred?**
12/7/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Financed inventory

**Describe the lien**
PMSI

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of Claim: $594,416.14

Value of collateral: Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$594,416.14

Debtor _Solcius, LLC_____  Case number *(if known)* _TBD_____

Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

A Odai Construction, 2949 Aspen View , Santa Fe, NM 87506

**Date or dates debt was incurred**
6/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $11,438.50
Priority amount: $3,350.00

2.2

Aaron Becker, 2544 Kilpatrick Ct, San Ramon, CA 94583

**Date or dates debt was incurred**
8/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $38,541.76
Priority amount: $3,350.00

**2.3**

Adam Geddes, 18450 Branding Iron Ct, Tehachapi, CA 93561

**Date or dates debt was incurred**
5/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $36,369.60        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.4**

Adam Wood, 605 7th St, Wilmont, MN 56185

**Date or dates debt was incurred**
6/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $32,755.00        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.5**

Adonijah Vigil, 1717 Schley St, Pueblo, CO 81004

**Date or dates debt was incurred**
7/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**        $27,561.74        $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.6

Aggie AGUILAR, 1704 Sandalwood Dr, El Centro, CA 92243

**Date or dates debt was incurred**
3/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.7

Ahmed Diiriye, 1524 Goettens Way St, Cloud, MN 56301

**Date or dates debt was incurred**
5/5/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.8

ALAN ADLER, 208 Lamar Dr, Claremont, CA 91711

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.9**

Albert M Gonzales, 217 Iron Gate Rd, Tererro, NM 87573

**Date or dates debt was incurred**
6/29/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

---

**2.10**

Albert Rodriguez, 9220A Muroc Ct, Bellflower, CA 90706

**Date or dates debt was incurred**
10/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,492.80          $3,350.00

---

**2.11**

Alex Orden, 2525 N Cerritos Rd, Palm Springs, CA 92262

**Date or dates debt was incurred**
2/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.12

Alfonso Sierra, 2525 Yreka Ave, Sacramento, CA 95822

**Date or dates debt was incurred**
12/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,842.94          $3,350.00

2.13

Alfonso Tapia, 50 Hawthorne Dr, Tracy, CA 95376

**Date or dates debt was incurred**
8/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,672.11          $3,350.00

2.14

Alfredo Yanez, 14648 Willow St, Hesperia, CA 92345

**Date or dates debt was incurred**
11/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$925.52          $925.52

**2.15**

Alistair Mercado, 667 Foxbrook Dr, Glendora, CA 91740

**Date or dates debt was incurred**
9/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $35,962.19            $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.16**

Allen Hoggatt, 4209 Fairway Dr, Flower Mound, TX 75028

**Date or dates debt was incurred**
12/12/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $1,000.00            $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.17**

Allen Mainayar, 44988 Bouchaine St, Temecula, CA 92592

**Date or dates debt was incurred**
9/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $34,841.25            $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.18**

Alozie Udeogaranya, 562 E Banyan St, Ontario, CA 91761

**Date or dates debt was incurred**
9/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,731.77          $3,350.00

**2.19**

Alvaro Aguilera Rodriguez, 16185 Onda Cir, Moreno Valley, CA 92551

**Date or dates debt was incurred**
7/23/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.20**

Alvina Ayon, 4218 E San Luis St, Compton, CA 90221

**Date or dates debt was incurred**
2/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,024.70          $3,350.00

**2.21**

AMAN MEHTA, 1265 N Fulton St, Anaheim, CA 92801

**Date or dates debt was incurred**
12/12/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                $17,720.00        $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.22**

Amy Clouse, 256 Baird Ave, South Salt Lake, UT 84115

**Date or dates debt was incurred**
9/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                $1,064.16        $1,064.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.23**

Ana Ramos, 1821 Martinho Ave, Tulare, CA 93274

**Date or dates debt was incurred**
9/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                $43,290.91        $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.24**

Ana Zambrano Ramos, 16446 Athol St, Fontana, CA 92335

**Date or dates debt was incurred**
3/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.25**

Andy Woodruff, 3601 Reinoso Ct, San Jose, CA 95136

**Date or dates debt was incurred**
7/13/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,913.00          $3,350.00

**2.26**

ANGEL Munoz, 1024 Olive Ave, Fallbrook, CA 92028

**Date or dates debt was incurred**
3/16/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,827.76          $3,350.00

**2.27**

Anita Abbott, 54887 Mountain View Trail , Yucca Valley, CA 92284

**Date or dates debt was incurred**
4/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$26,577.40          $3,350.00

---

**2.28**

Ann Crews, 32437 County 24 Blvd, Cannon Falls, MN 55009

**Date or dates debt was incurred**
5/19/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.29**

ANNA VILLICANA, 13744 Laurene Ln, Moreno Valley, CA 92555

**Date or dates debt was incurred**
5/6/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.30

Annamarie Bezzerides, 7871 Grado Cipreso , Carlsbad,
CA 92009

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $1,000.00              $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.31

Anne Langford, 0073 county rd 1 A, , CO 81223

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $3,135.00              $3,135.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.32

Annette Juszczyk, 2712 University Ct, Waukesha, WI
53188

**Date or dates debt was incurred**
10/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $28,317.40              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.33**

Anthony Ayson, 7216 Norwalk Blvd, Whittier, CA 90606

**Date or dates debt was incurred**
6/17/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $71,720.00    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.34**

Anthony Gomez, 3657 Brabham Ave, Rosamond, CA 93560

**Date or dates debt was incurred**
11/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $9,025.51    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.35**

Anthony Melgares, 28775 Portsmouth Dr, Menifee, CA 92586

**Date or dates debt was incurred**
11/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $37,116.40    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.36**

Anthony Price, 297 Mountain View Dr, Santa Maria, CA 93455

**Date or dates debt was incurred**
5/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,003.63          $3,350.00

---

**2.37**

Antoine Menifee, 105 Ohio Way, Ladson, SC 29456

**Date or dates debt was incurred**
12/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,249.77          $3,350.00

---

**2.38**

Antonio Perez Ocana, 1380 S Eaton Ct, Lakewood, CO 80232

**Date or dates debt was incurred**
2/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,274.01          $3,350.00

**2.39**

April Silva, 4301 Mentone Ave, Culver City, CA 90232

**Date or dates debt was incurred**
3/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $41,754.64                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.40**

Arizona Corporation Commission, Corporations Division, 1300 W Washington St, Phoenix, AZ 85007

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.41**

Arkansas Secretary Of State, Business Department, 500 Woodlane St, State Capitol, Ste 256, Little Rock, AK 72201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No

☐ Yes

2.42

Arnita Stout, 11949 Riverside Dr #168 , Lakeside, CA
92040

**Date or dates debt was incurred**
8/10/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.43

Arnold Truckey, 5190 Vine Rd, Seymour, WI 54165

**Date or dates debt was incurred**
12/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,360.56          $3,350.00

2.44

Arnulfo MartÃnez, 3727 S 22nd St, Milwaukee, WI
53221

**Date or dates debt was incurred**
7/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,581.34          $3,350.00

**2.45**

Arthur Goodman, 23228 Avenue 178 , Porterville, CA 93257

**Date or dates debt was incurred**
3/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $70,567.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.46**

ASHUTOSH SAWANT, 32967 Bonita Mesa St, Temecula, CA 92592

**Date or dates debt was incurred**
9/23/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1.26          $1.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.47**

Audrey Green, 73228 Cabazon Peak Dr, Palm Desert, CA 92260

**Date or dates debt was incurred**
5/10/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.48**

Augustina Abbott, 45b Road 1072 , Velarde, NM 87582

**Date or dates debt was incurred**
4/11/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,536.00          $3,350.00

**2.49**

Ausencio Fernandez, 17287 Bonita Rd, Madera, CA 93636

**Date or dates debt was incurred**
3/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,039.45          $3,350.00

**2.50**

Austin Barney, 487 S 900 W , American Fork, UT 84003

**Date or dates debt was incurred**
10/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,163.04          $3,350.00

**2.51**

Babak Mottale, 3848 Avenida Palo Verde , Bonita, CA 91902

**Date or dates debt was incurred**
3/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.52**

Barbara McWilliams, 414 Vliet St, Kewaunee, WI 54216

**Date or dates debt was incurred**
12/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,740.81         $3,350.00

**2.53**

Barry Goodwin, 5611 Harvest Rd, Rocklin, CA 95765

**Date or dates debt was incurred**
12/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,520.78         $3,350.00

**2.54**

Bernadette R Pacheco, 2795 W Archer Pl, Denver, CO
80219

**Date or dates debt was incurred**
7/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $19,014.82          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.55**

Beverly Lavallee, 450 E Bradley Ave SPC 16 , El Cajon,
CA 92021

**Date or dates debt was incurred**
11/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $12,220.87          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.56**

BILLIE DODD, 39668 Princeton Way UNIT A , Murrieta,
CA 92563

**Date or dates debt was incurred**
2/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $3,515.52          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.57**

Blake J Allen, PO Box 938 , Richfield, UT 84701

**Date or dates debt was incurred**
10/14/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1.60                    $1.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.58**

Blanca L Hernandez, 62207 Annette St, San ardo, Ca 93450

**Date or dates debt was incurred**
2/9/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                  $17,887.63               $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.59**

Bob Shepherd, 1991 Hooker Oak Ave, Chico, CA 95926

**Date or dates debt was incurred**
9/20/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                  $1,000.00               $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.60

Bobby Thatcher, 5576 Stone Creek Dr, Sanger, TX 76266

**Date or dates debt was incurred**
2/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.61

BONNIE HANLIN, 415 Mitchell Dr, Bosque Farms, NM 87068

**Date or dates debt was incurred**
7/15/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.62

Brandy Licon, 6217 Dellyne Ave NW , Albuquerque, NM 87120

**Date or dates debt was incurred**
10/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                          $18,624.83         $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.63

BRIAN ESCHBAUGH, 39395 Spanish Bayonet , Anza, CA 92539

**Date or dates debt was incurred**
1/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.64

Brian Merryman, 2564 Blossom View Dr, Sparks, NV 89434

**Date or dates debt was incurred**
11/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $14,039.58    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.65

Brian Randell, 1299 Judy Ln, Upland, CA 91784

**Date or dates debt was incurred**
9/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:** $13,950.09    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.66

Brian Villalobos, 4242 4th St, Riverside, CA 92501

**Date or dates debt was incurred**
4/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,674.30          $3,350.00

2.67

Brittany Brown, 1676 Perry Ave, Racine, WI 53406

**Date or dates debt was incurred**
11/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,414.46          $3,350.00

2.68

Britteny Scott, 1427 Golden Eye Loop NE , Rio Rancho, NM 87144

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1.000000000000673026E-2          $0.00

**2.69**

Bryan Polk, 1279 Rosemary Ln, Yuba City, CA 95991

**Date or dates debt was incurred**
8/8/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,790.75          $3,350.00

**2.70**

BRYAN WALTERS, 41011 Burgess Ct, Temecula, CA 92591

**Date or dates debt was incurred**
3/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$24,676.05          $3,350.00

**2.71**

California Department of Tax and Fee Administration, , PO Box 942879, Sacramento, CA 94279

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined          Undetermined

**2.72**

California Secretary Of State, 1500 11th St, Sacramento, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined          Undetermined

**2.73**

Calvin Adams, 607 Bell Ln, Blythe, CA 92225

**Date or dates debt was incurred**
8/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$47,449.98          $3,350.00

**2.74**

Carl Klink, 301 Burden Terrace , Paradise, CA 95969

**Date or dates debt was incurred**
3/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,000.00          $1,000.00

2.75

Carla Jenkins, 2422 Claystone Cir , Erie, CO 80516

**Date or dates debt was incurred**
8/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $55,565.87                $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.76

CARLOS AREVALO (PM calls only), 1517 Medallion Ct, Perris, CA 92571

**Date or dates debt was incurred**
7/28/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $1,000.00                $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.77

CARLOS SANCHEZ, 28654 Middlesbrough Ct, Menifee, CA 92584

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $1,000.00                $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.78

Carlos Urrutia, 2915 Woodbridge St, Roseville, MN
55113

**Date or dates debt was incurred**
10/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $23,471.07          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.79

Carol Mager, 2505 Cactus Dr, Colorado Springs, CO
80911

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $18,328.99          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.80

Carol Thayer, 971 Foothill Ln, Springdale, UT 84737

**Date or dates debt was incurred**
12/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $3,504.58          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.81**

Carola Allshouse, 2936 E Demetrius Ave, Las Vegas, NV 89101

**Date or dates debt was incurred**
10/24/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                   $56,798.38              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.82**

CARROLL KLETT, 8656 Fresno Cir, Huntington Beach, CA 92646

**Date or dates debt was incurred**
10/12/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                   $1,000.00              $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.83**

Cary Fang, 5865 Flambeau Rd, Rancho Palos Verdes, CA 90275

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                   $28,671.26              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.84**

Carylee Hammer, 2230 Washington Ave, Cedarburg, WI
53012

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,116.68          $3,350.00

**2.85**

Casey Mccants, 2 Corte La Cereza , San Clemente, CA
92673

**Date or dates debt was incurred**
10/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,320.00          $3,350.00

**2.86**

Cecilia Gonzalez, 17539 Rock Port Rd, Laredo, TX
78045

**Date or dates debt was incurred**
12/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,737.00          $3,350.00

2.87

CECILIA PARDO-SCHULT (Project 1), 28330 Avenida
Maravilla , Cathedral City, CA 92234

**Date or dates debt was incurred**
11/16/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,360.00          $3,350.00

2.88

CECILIA PARDO-SCHULT (Project 2), 13685 Colony Rd,
Desert Hot Springs, CA 92240

**Date or dates debt was incurred**
12/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,120.00          $3,350.00

2.89

Chad Strehlow, 2373 Liberty St, Poy Sippi, WI 54967

**Date or dates debt was incurred**
10/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.90

Chancey Davis, 43559 De Portola Rd, Temecula, CA 92592

**Date or dates debt was incurred**
10/6/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00        $1,000.00

2.91

Channy Tek, 2510 W 5135 S , Salt Lake City, UT 84129

**Date or dates debt was incurred**
10/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,576.60        $3,350.00

2.92

Charles Chen, 10887 Montego Dr, San Diego, CA 92124

**Date or dates debt was incurred**
4/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00        $1,000.00

2.93

CHARLES GOMEZ, 24542 Aguirre , Mission Viejo, CA 92692

**Date or dates debt was incurred**
5/26/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.94

Charles McCormick, 30695 Lajoe St, Menifee, CA 92584

**Date or dates debt was incurred**
7/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,095.05          $3,350.00

2.95

Cheryl Vigil, 704 Kay Lynn Dr, Las Vegas, NM 87701

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

9.9999999983992893E-3          $0.00

**2.96**

Chet Adkins, 3592 McIntire Cir, Oceanside, CA 92056

**Date or dates debt was incurred**
4/8/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is: $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.97**

Christian Larios, 2262 Solterra St, Colorado Springs, CO 80921

**Date or dates debt was incurred**
2/4/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is: $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.98**

Christopher Kenney, 303 W J St, Benicia, CA 94510

**Date or dates debt was incurred**
4/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is: $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.99**

Christopher Lemens, 1509 Morrow St, Green Bay, WI 54302

**Date or dates debt was incurred**
12/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $26,877.27            $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.100**

CHRISTOPHER MARTHENS, 20852 Raintree Ln, Trabuco Canyon, CA 92679

**Date or dates debt was incurred**
10/25/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1.79                 $1.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.101**

Christopher Smith, 962 Wright St, Santa Rosa, CA 95404

**Date or dates debt was incurred**
4/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $23,001.82            $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.102

Chuck Earles, 44410 Jefferson Ave, Zumbrota, MN
55992

**Date or dates debt was incurred**
8/16/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**           $27,911.40                $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.103

Cira Lloyd, 1233 Lavender Ln, Hemet, CA 92545

**Date or dates debt was incurred**
5/12/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $1,000.00                $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.104

Clifford Crane, 15 Wellesley Ct, Coto de Caza, CA 92679

**Date or dates debt was incurred**
3/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $1,000.00                $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.105

Clint Stewart, PO Box 453 , Linden, CA 95236

**Date or dates debt was incurred**
5/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $2,200.00    $2,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.106

Colleen Petrini, 1406 Conductor Ct, Sparks, NV 89434

**Date or dates debt was incurred**
5/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $23,933.15    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.107

Collin Weingardt, 793 Tramway Ln NE , Albuquerque, NM 87122

**Date or dates debt was incurred**
4/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.108

Colorado Department of Revenue, , PO Box 17087, Denver, CO 80217-0087

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined    Undetermined

2.109

Colorado Secretary Of State, 1700 Broadway, Ste 550, Denver, CO 80290

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined    Undetermined

2.110

Comptroller of Maryland, Attn: Revenue Admin. Division, 110 Carroll Street, Annapolis, MD 21411-0001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined    Undetermined

**2.111**

Craig Gerbert, 4001 Paul Robarts Ct, Las Vegas, NV 89102

**Date or dates debt was incurred**
6/21/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,321.30        $3,350.00

**2.112**

Craig Hossalla, 7322 W Freistadt Rd, Mequon, WI 53092

**Date or dates debt was incurred**
11/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00        $1,000.00

**2.113**

Creed Richardson, 1347 W 800 N , Lehi, UT 84043

**Date or dates debt was incurred**
11/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,436.81        $2,436.81

**2.114**

Curtis Minor, 20160 E Doane Dr, Aurora, CO 80013

**Date or dates debt was incurred**
5/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,700.04        $3,350.00

**2.115**

Cyril Sherlock, 40774 Rock Mountain Dr, Fallbrook, CA 92028

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00        $1,000.00

**2.116**

Dale Robinson, 5895 Colorado River Rd, Blythe, CA 92225

**Date or dates debt was incurred**
3/16/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,312.01        $3,350.00

2.117

Dan Enright, 637 Via Umbroso , San Clemente, CA 92672

**Date or dates debt was incurred**
11/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.118

Dane Bejarano, 204 Hoover St, Oceanside, CA 92054

**Date or dates debt was incurred**
9/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $37,226.31    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.119

Daniel Anderson, 3462 Ivory St, Isle, MN 56342

**Date or dates debt was incurred**
12/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**    $75,966.95    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.120

Daniel Bates, 9461 Houston Ave, Unit E Anaheim, CA 92801

**Date or dates debt was incurred**
8/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $13,969.56          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.121

DANIEL DURO, 3238 Taamiat Rd, Highland, CA 92346

**Date or dates debt was incurred**
12/21/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.122

DANIEL GAMEZ, 11470 Verbena Dr, Desert Hot Springs, CA 92240

**Date or dates debt was incurred**
4/26/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.123**

DANIEL NODICH, 375 Lewis St, Poynette, WI 53955

**Date or dates debt was incurred**
6/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,433.18          $3,350.00

**2.124**

David c Ramos, 1310 W Wisconsin St, Blythe, CA 92225

**Date or dates debt was incurred**
10/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,318.35          $3,350.00

**2.125**

David Estrada, 25970 Calle Familia , Moreno Valley, CA 92551

**Date or dates debt was incurred**
11/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,621.03          $3,350.00

**2.126**

David Mcgee, 16641 Sir Barton Way, Moreno Valley, CA 92551

**Date or dates debt was incurred**
4/30/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.127**

David Olds, 6615 W Rowland Ave, Littleton, CO 80128

**Date or dates debt was incurred**
1/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,122.36          $1,122.36

**2.128**

David Schrupp, 2130 S Nye School Rd, Beloit, WI 53511

**Date or dates debt was incurred**
11/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$51,898.82          $3,350.00

**2.129**

David Seidel, 27530 Dahlia Ct, NW Isanti, MN 55040

**Date or dates debt was incurred**
11/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $28,824.39                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.130**

David Travanty, 17820 Luna Ct, Riverside, CA 92504

**Date or dates debt was incurred**
3/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $66,510.00                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.131**

David Wilson, 128 Gamble Ln, Pueblo, CO 81001

**Date or dates debt was incurred**
3/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $44,569.60                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.132**

Deborah Cullors, 1501 N Blanchard St, Banning, CA 92220

**Date or dates debt was incurred**
9/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,400.00          $3,350.00

**2.133**

Deborah Haag, 22812 Skyview Way, Laguna Niguel, CA 92677

**Date or dates debt was incurred**
3/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.134**

DEBRA JANSEN (don't call), 16603 Francisquito Ave, La Puente, CA 91744

**Date or dates debt was incurred**
4/14/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.135

Debra King, 402 Camino Al Mar , Watsonville, CA 95076

**Date or dates debt was incurred**
4/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.136

DELORES SHIVERS-KILPATRICK, 21081 Elmwood St, Perris, CA 92570

**Date or dates debt was incurred**
3/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $22,341.06          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.137

Denise Loustalot (Project 1), 2025 Park Place , Clearlake, CA 95422

**Date or dates debt was incurred**
6/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,458.27          $1,458.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.138

Dennis Grey, 708 Jefferson St NE , Albuquerque, NM 87110

**Date or dates debt was incurred**
12/14/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,500.00          $1,500.00

---

2.139

Dennis Wychulis, 2715 Bissell Way, Wylie, TX 75098

**Date or dates debt was incurred**
10/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,555.00          $3,350.00

---

2.140

DINO IACOVINO, 608 Grant St, Oceanside, CA 92054

**Date or dates debt was incurred**
12/20/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,913.92          $3,350.00

**2.141**

Don Grewe, 3354 W Arlington Ave, Littleton, CO 80123

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $1,000.00            $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.142**

Dona Stucker, 3620 Highway 15 N , Sumter, SC 29153

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $1,000.00            $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.143**

DONOVAN SEXTON, 16570 Via Los Caballeros , Riverside, CA 92504

**Date or dates debt was incurred**
3/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $1,000.00            $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.144

Dora Ortiz, 3620 Eisenhower Ave, Bakersfield, CA 93309

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$30,645.12          $3,350.00

2.145

Dora Teutimez, 10759 Village Rd, Moreno Valley, CA 92557

**Date or dates debt was incurred**
7/14/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.146

Dorothy Cannavan, 8552 W Ave D2 , Lancaster, CA 93536

**Date or dates debt was incurred**
4/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$28,261.04          $3,350.00

2.147

Dorothy Johnson, 807 Elmhurst Ave S , Braham, MN 55006

**Date or dates debt was incurred**
9/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$81.62          $81.62

2.148

Dr. Ronald L. Wood, 12717 14th St, Yucaipa, CA 92399

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.149

Edeanne Link, 12613 Longhorne Dr, Corona, CA 92880

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,547.69          $2,547.69

2.150

EDGAR VAZQUEZ ROSAS, 18480 Hillview Ln, Lake
Elsinore, CA 92530

**Date or dates debt was incurred**
10/12/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:     $1,000.00           $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.151

Edith Collazo, 4044 Acacia St, Bell, CA 90201

**Date or dates debt was incurred**
7/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:     $35,624.13          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.152

Edward Gale, 447 Russell St, Winters, CA 95694

**Date or dates debt was incurred**
3/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:     $35,126.51          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.153**

Edward Lewis, 7008 S Kenwood Dr, North Charleston, SC 29406

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,251.50          $3,350.00

**2.154**

Edward Martinez, 1744 Gubler Dr, Santa Clara, UT 84765

**Date or dates debt was incurred**
11/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,224.94          $3,350.00

**2.155**

Eileen Marrujo, 1514 Calle Redondo , Santa Fe, NM 87505

**Date or dates debt was incurred**
10/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,381.80          $3,350.00

2.156

Elier Molina-Gomez, 3 Mountain View Rd, Los Lunas, NM 87031

**Date or dates debt was incurred**
10/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,911.48         $3,350.00

2.157

Elisha Goodwin, 1038 E Abriendo Ave, Pueblo, CO 81004

**Date or dates debt was incurred**
4/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,561.74         $3,350.00

2.158

ELIZABETH Florez, 23631 Bay Ave, Moreno Valley, CA 92553

**Date or dates debt was incurred**
3/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00         $1,000.00

2.159

Elizabeth Thorsen, 4209 Jasmine Ave, Culver City, CA 90232

**Date or dates debt was incurred**
9/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $18,626.04    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.160

Eloy Salinas, 5329 Crystal Springs Dr, Bakersfield, CA 93313

**Date or dates debt was incurred**
7/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $37,200.80    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.161

Elvira Garcia, 10672 Aspiration Ln SW , Albuquerque, NM 87121

**Date or dates debt was incurred**
8/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $3,445.00    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.162**

Emilio Nunez, 1524 N Fulgham St, Visalia, CA 93291

**Date or dates debt was incurred**
7/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$30,122.64          $3,350.00

**2.163**

Emmanuel Armendariz, 26395 Co Rd 52 , Kersey, CO 80644

**Date or dates debt was incurred**
11/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$45,160.36          $3,350.00

**2.164**

Enrique Acosta Heredia, 525 Georgia St SE , Albuquerque, NM 87108

**Date or dates debt was incurred**
11/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$200.00          $200.00

2.165

Enrique Ramirez Alvarado, 3930 Castleman St, Riverside, CA 92503

**Date or dates debt was incurred**
5/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $15,111.71          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.166

Eric fierro, 9545 Mirandy Dr, Sacramento, CA 95827

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $23,539.73          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.167

ERIC FINLEY, 22671 Baltar , Mission Viejo, CA 92691

**Date or dates debt was incurred**
4/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.168

Eric Hunt, 531 S Sanders St, Ridgecrest, CA 93555

**Date or dates debt was incurred**
4/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,000.00          $3,350.00

2.169

Erlinda Romero, 2009 Panay Dr, Los Lunas, NM 87031

**Date or dates debt was incurred**
7/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,084.55          $3,350.00

2.170

Esau Valencia, 24708 Woodacre Ave, Hayward, CA 94544

**Date or dates debt was incurred**
11/7/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.171**

Esteban Elias, 271 Rancho Dr unit B , Chula Vista, CA 91911

**Date or dates debt was incurred**
6/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

$46,248.97    $3,350.00

**2.172**

Estrellita Moore, 2912 Linda Dr, Oceanside, CA 92056

**Date or dates debt was incurred**
11/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

$18,051.38    $3,350.00

**2.173**

Eugene Stifter, 13747 Norell Ave, N Stillwater, MN 55082

**Date or dates debt was incurred**
5/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00    $1,000.00

**2.174**

Eugenio Chavez, 160 S Osceola St, Denver, CO 80219

**Date or dates debt was incurred**
11/14/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,484.00          $3,350.00

**2.175**

Evelyn Aitekha, 15906 Sulphur Springs Rd, Moreno Valley, CA 92555

**Date or dates debt was incurred**
5/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,808.45          $3,350.00

**2.176**

Evelyn McClure, 10677 Aspiration Ln, SW Albuquerque, NM 87121

**Date or dates debt was incurred**
4/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.177

FARID MAJIDI, 16805 Going My Way, San Diego, CA 92127

**Date or dates debt was incurred**
3/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.178

Faye Mauschbaugh, 23879 Green Haven Ln, Ramona, CA 92065

**Date or dates debt was incurred**
6/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.179

Felice Frank, 8540 Gray Mare Dr, Riverside, CA 92509

**Date or dates debt was incurred**
6/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.180**

Felix Lupian, 12323 Ave 340 , Visalia, CA 93291

**Date or dates debt was incurred**
4/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $98,877.76    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.181**

Fernando Garcia, 2915 Lincolnwood Dr, Racine, WI 53403

**Date or dates debt was incurred**
11/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $82.13    $82.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.182**

Fernando Morales, 683 N 2330 E St, . George, UT 84790

**Date or dates debt was incurred**
12/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $24,355.72    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.183**

Florida Department of Revenue, , 5050 West Tennessee Street, Tallahassee, FL 32399

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**    Undetermined          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.184**

Florinda Mawson, 2244 W Meadow St, Cedar City, UT 84720

**Date or dates debt was incurred**
12/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $34,016.91          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.185**

Francis Jones, 8100 Elphick Rd, Sebastopol, CA 95472

**Date or dates debt was incurred**
1/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.186

Francisco A Roa, 2541 Vintage St, Napa, CA 94558

**Date or dates debt was incurred**
4/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $21,296.25                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.187

FRANCISCO RAMIREZ RODRIGUEZ, 2752 Genuine Risk St, Perris, CA 92571

**Date or dates debt was incurred**
8/30/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $2,673.00                    $2,673.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.188

FRANCOIS MADDIN, 29667 Painted Desert Dr, Menifee, CA 92584

**Date or dates debt was incurred**
11/8/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $1.72                    $1.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.189

Frank Schwab, 534 Panoramic Hwy , Mill Valley, CA
94941

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $11,057.40              $3,350.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.190

Gabriel Picazo, 27097 Fitzgerald Pl, Menifee, CA 92584

**Date or dates debt was incurred**
3/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $41,858.65              $3,350.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.191

Gabriel Silva, 11407 Kirkvalley Dr, Houston, TX 77089

**Date or dates debt was incurred**
4/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*                    $30,318.58              $3,350.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.192

Gabriel Valdez, 3645Blvd Concord , Concord, CA 94519

**Date or dates debt was incurred**
6/9/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $25,557.67        $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.193

Garth Andrus, 17 Catalina Vista Rd, Mission Viejo, CA 92675

**Date or dates debt was incurred**
9/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**         $252.98          $252.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.194

GARY BADER, 1284 60th St, Amery, WI 54001

**Date or dates debt was incurred**
7/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $28,194.77        $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.195

Gary Bogenhagen, 265 W Mount Charm Rd, Toquerville, UT 84774

**Date or dates debt was incurred**
8/2/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $1,000.00     $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.196

Gary Kassel, 14745 Mandan Rd, Apple Valley, CA 92307

**Date or dates debt was incurred**
9/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $23,668.41     $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.197

Gary Nesbit, 8301 4th St NW BLDG 9 , Albuquerque, NM 87114

**Date or dates debt was incurred**
4/29/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $1,000.00     $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

| Debtor | Solcius, LLC | Case number (if known) | TBD |
|---|---|---|---|
| | Name | | |

2.198

Gary Richards, 79 UT-132 , Moroni, UT 84646

**Date or dates debt was incurred**
8/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $12,848.50    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.199

Gary Zohner, 1286 W 2130 S St, . George, UT 84770

**Date or dates debt was incurred**
12/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $21,736.04    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.200

Genevieve Koerner, 2295 N Robinhood Pl, Orange, CA 92867

**Date or dates debt was incurred**
11/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $26,888.40    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.201

George E McDaniel, 724 Point of the Pines Dr, Colorado
Springs, CO 80919

**Date or dates debt was incurred**
2/18/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00        $1,000.00

2.202

GEORGE GARCIA, 39623 Strada Venezia , Lake Elsinore,
CA 92532

**Date or dates debt was incurred**
10/14/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00        $1,000.00

2.203

Georgia Department of Revenue, Attn: State Revenue
Commissioner, 1800 Century Blvd. NE, Suite 15300,
Atlanta, GA 30345

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined      Undetermined

2.204

GERALD NORMAN, 41800 Avenida De Anita , Temecula, CA 92592

**Date or dates debt was incurred**
12/12/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.205

GERALD SCHUMAN, 32685 Briggs Rd, Menifee, CA 92584

**Date or dates debt was incurred**
8/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.206

Geraldine Miranda, 308 Alienta Ln, Ladera Ranch, CA 92694

**Date or dates debt was incurred**
9/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,889.76          $3,350.00

2.207

German Castro, 2113 Harris Ln, Fort Worth, TX 76117

**As of the petition filing date, the claim is:**           $41,043.91           $3,350.00
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
10/31/2022

☐ Unliquidated

**Last 4 digits of account number**

☐ Disputed

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.208

GERMAN LEIVA, 23645 Darr Road , Nuevo, CA 92567

**As of the petition filing date, the claim is:**           $1,000.00           $1,000.00
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
6/30/2022

☐ Unliquidated

**Last 4 digits of account number**

☐ Disputed

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.209

Gilbert Zurita, 33369 Pitman Ln, Menifee, CA 92584

**As of the petition filing date, the claim is:**           $27,905.07           $3,350.00
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
8/31/2023

☐ Unliquidated

**Last 4 digits of account number**

☐ Disputed

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.210**

Graham Leggett, 225 Western Dr, Richmond, CA 94801

**Date or dates debt was incurred**
3/17/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                   $1,000.00                $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.211**

GREGORY EMERY, 24371 Via Isabella , Murrieta, CA 92562

**Date or dates debt was incurred**
3/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                   $1,000.00                $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.212**

Guadalupe Gutierrez, 17581Way Blythe , Blythe, CA 92225

**Date or dates debt was incurred**
8/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                   $35,820.50               $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.213

Guadalupe Gutierrez, 18289 Palowalla Rd, Blythe, CA 92225

**Date or dates debt was incurred**
8/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $38,883.02                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.214

Guadalupe Maldonado, 1902 Hilltop Dr, Carrollton, TX 75006

**Date or dates debt was incurred**
2/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $20,826.57                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.215

GUILLERMO CONTRERAS, 34560 Persian Lilac St, Winchester, CA 92596

**Date or dates debt was incurred**
8/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $110.00                    $110.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.216

Gurpreet Dhillon, 4373 Friesian Ln, Riverside, CA 92509

**Date or dates debt was incurred**
12/11/2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00                $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.217

Gurpreet Dhillon, 4373 Friesian Ln, Riverside, CA 92509

**Date or dates debt was incurred**
8/24/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**             1.0000000000218279E-           $0.00
*Check all that apply.*                                        2
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.218

Hannah Mora, 1312 Desert Bloom Ave NW , Albuquerque, NM 87120

**Date or dates debt was incurred**
1/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $2,238.72                $2,238.72
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.219

Harjobanpreet SINGH, 30597 Red Fox Ct, Murrieta, CA
92563

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,336.99          $3,350.00

2.220

HAROLD GOSS, 33825 CA-74 , Hemet, CA 92545

**Date or dates debt was incurred**
10/20/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.221

HEATHER BRADLEY, 13578 Dalton Dr, Corona, CA
92883

**Date or dates debt was incurred**
9/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$73.50          $73.50

**2.222**

Hector De La Torre, 13026 Camden Ln, Victorville, CA 92392

**Date or dates debt was incurred**
11/9/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $33,390.73              $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.223**

Hector Hernandez, 12277 Mesquite St, Oak Hills, CA 92344

**Date or dates debt was incurred**
3/16/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $44,133.60              $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.224**

Holly Hadlock, 456 Marin Ave, Mill Valley, CA 94941

**Date or dates debt was incurred**
4/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $11,805.77              $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

2.225

Hugo Herrejon Ruiz, 5296 Jurupa Avenue , Riverside, ca 92504

**Date or dates debt was incurred**
9/16/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**        $1,000.00        $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.226

Idaho Secretary Of State, Business Entities, 450 N 4th St, Boise, ID 83702

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**        Undetermined        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

2.227

Idaho State Tax Commission, Attn: Collection Division, PO Box 36, Boise, ID 83722-0410

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**        Undetermined        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.228

Illinois Department of Revenue, Attn: Bankruptcy Unit,
PO Box 19035, Springfield, IL 62794-9035

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.229

Indiana Department of Revenue, Attn: Legal Division,
100 N. Senate Ave MS 102, Indianapolis, IN 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.230

Inthaphone Encinas, 6012 Adobe Falls Rd, San Diego,
CA 92120

**Date or dates debt was incurred**
12/4/2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.231**

Iowa Department of Revenue, , PO Box 10330, Des Moines, IA 50306-0330

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

As of the petition filing date, the claim is:    Undetermined        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.232**

Irene Baca, 919 E 2nd St, Pueblo, CO 81001

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:    $4,289.66          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.233**

Irma Gandara, 2418 Grant St, Grand Prairie, TX 75051

**Date or dates debt was incurred**
3/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:    $27,906.26         $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.234

Irvin Covert, 1561 Lowery St, Porterville, CA 93257

**Date or dates debt was incurred**
11/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $30,076.63         $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.235

Isael Mendoza, 8347 Meadowcrest Dr, Fountain, CO 80817

**Date or dates debt was incurred**
5/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $18,460.17         $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.236

Ishaq Osman, 4112 Foothill Rd, Pleasanton, CA 94588

**Date or dates debt was incurred**
4/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00         $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.237

Ismael Montanez, 4708 Ashbrook Rd, Dallas, TX 75227

**Date or dates debt was incurred**
7/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,305.81          $3,350.00

2.238

Jackelyn Choto, 1178 N Main St, Hurricane, UT 84737

**Date or dates debt was incurred**
11/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,590.82          $2,590.82

2.239

JACKIE SCOTT, 520 Marquette Ave, South Milwaukee, WI 53172

**Date or dates debt was incurred**
11/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,600.95          $3,350.00

2.240

Jacob Miller, 3440 Co Rd, M Sheboygan Falls, WI 53085

**Date or dates debt was incurred**
11/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$24,746.55          $3,350.00

2.241

Jacqueline Davis, 1978 Chalet Dr, Santa Clara, UT 84765

**Date or dates debt was incurred**
12/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,482.03          $3,350.00

2.242

JAIME ARELLANO, 14415 Evert Rd, Eastvale, CA 92880

**Date or dates debt was incurred**
2/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,124.05          $3,350.00

**2.243**

JAIME SILVA, 1002 Cannon Rd, Riverside, CA 92506

**Date or dates debt was incurred**
7/14/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.244**

James De Nino, 3195 Mann Street , Las Vegas, NV 89146

**Date or dates debt was incurred**
12/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$55,709.17          $3,350.00

**2.245**

James Dewitt, 2033 Conception Dr, Lompoc, CA 93436

**Date or dates debt was incurred**
9/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,100.49          $3,350.00

2.246

James Leclaire, 12201 Nuthatch Ct, Grass Valley, CA 95945

**Date or dates debt was incurred**
9/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:      $44,723.32          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.247

James Miglino, 130 Highland Ave, San Francisco, CA 94110

**Date or dates debt was incurred**
5/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:      $46,075.00          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.248

James Penske, 32637 Fairview Ave, Belview, MN 56214

**Date or dates debt was incurred**
9/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:      $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.249

James S Adler, 3906 Talon Trail , Indian Hills, CO 80454

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                $109,276.00                $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.250

James Stewart, 2930 Gale Ave, Long Beach, CA 90810

**Date or dates debt was incurred**
4/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                $1,000.00                $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.251

Jane Fraundorf, 8532 W Lawrence Ave, Milwaukee, WI 53225

**Date or dates debt was incurred**
12/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                $11,404.08                $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.252**

Janice Miguel, 351 W Kirkwall Rd, Glendora, CA 91740

**Date or dates debt was incurred**
9/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$32,458.45          $3,350.00

**2.253**

Jared Harrison, 547 N 600 E St, Roosevelt, UT 84066

**Date or dates debt was incurred**
10/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,678.84          $1,678.84

**2.254**

JASMINE AMBRIZ, 24292 Paseo La Plaza , Canyon Lake, CA 92587

**Date or dates debt was incurred**
4/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.255

Jason Chadwick, 1909 E 16th St, Pueblo, CO 81001

**Date or dates debt was incurred**
5/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $15,503.48          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.256

JAYLEEN MACDONALD, 1010 Palm Canyon Dr unit 91 , Borrego Springs, CA 92004

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.257

Jazmin Herrera, 480 N 9th St, Blythe, CA 92225

**Date or dates debt was incurred**
9/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $58,845.23          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.258**

Jeff Ludlow, 30 Irving Dr, San Anselmo, CA 94960

**Date or dates debt was incurred**
3/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.259**

Jeffrey Brodie, 28815 8th St, Lake Elsinore, CA 92532

**Date or dates debt was incurred**
8/3/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:          $39,569.39          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.260**

Jeffrey Stevens, 229 W Kent St, Manteca, CA 95337

**Date or dates debt was incurred**
3/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.261

Jennifer Chan, 12320 Charlwood Street , Cerritos, CA 90703

**Date or dates debt was incurred**
1/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.262

Jennifer Serwe, 117217 Big Rapids Rd, Stratford, WI 54484

**Date or dates debt was incurred**
12/15/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.263

Jennifer Taylor, 18454 Ironstone St, Woodbridge, CA 95258

**Date or dates debt was incurred**
10/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $37,059.86    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.264**

Jenny Geyer, 11286 Gunsmoke Ln, Moreno Valley, CA 92557

**Date or dates debt was incurred**
10/13/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.265**

Jeremy Mace, 5932 Fredricks Rd, Sebastopol, CA 95472

**Date or dates debt was incurred**
10/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$68,737.76          $3,350.00

---

**2.266**

Jessica Svehla, 86454 510th Ave, Jackson, MN 56143

**Date or dates debt was incurred**
11/9/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$48,300.00          $3,350.00

**2.267**

Jesus Grajeda, 6396 Jester Pl, Las Cruces, NM 88012

**Date or dates debt was incurred**
11/18/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,221.76          $3,350.00

**2.268**

JILL ESTREMA, 29962 Lagunita Court , Menifee, CA 92584

**Date or dates debt was incurred**
8/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,559.77          $3,350.00

**2.269**

Jimmie Bradley, 13225 Cuyamaca Dr, Desert Hot Springs, CA 92240

**Date or dates debt was incurred**
10/26/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.270

Joan Gallagher, 1215 Pine St, Pueblo, CO 81004

**Date or dates debt was incurred**
7/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $25,219.35                $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.271

JODY SELTZER, 1285 CLEVELAND AVE S , Saint Paul, MN 55116

**Date or dates debt was incurred**
9/30/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $1,000.00                 $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.272

JOE HARVEY, 81280 Kingston Heath , La Quinta, CA 92253

**Date or dates debt was incurred**
10/28/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $1,000.00                 $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.273

joe pacheco, 2974 NM-76 , PeÃ±asco, NM 87553

**Date or dates debt was incurred**
4/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,595.75          $3,350.00

---

2.274

Joel Galloway, 28322 Parkerton Ln, Spring, TX 77386

**Date or dates debt was incurred**
10/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

9.9999999947613105E-3          $0.00

---

2.275

JOEL STOECKELER, 728 107th St, Roberts, WI 54023

**Date or dates debt was incurred**
9/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.276**

John Bunyea, 3399 Adobe Canyon Rd, Atascadero, CA 93422

**Date or dates debt was incurred**
4/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

As of the petition filing date, the claim is: $1,000.00   $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.277**

John Collazo, 5403 W 142nd Pl, Hawthorne, CA 90250

**Date or dates debt was incurred**
12/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

As of the petition filing date, the claim is: $42,643.41   $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.278**

JOHN GANJI, 31662 Isle Vista , Laguna Niguel, CA 92677

**Date or dates debt was incurred**
11/18/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

As of the petition filing date, the claim is: $28,262.50   $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.279**

JOHN HATFIELD, 1417 Bluebird Canyon Dr, Laguna
Beach, CA 92651

**Date or dates debt was incurred**
1/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.280**

John Lopez, 2612 Del Way unit a , Huntington Beach,
CA 92648

**Date or dates debt was incurred**
8/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $28,008.78         $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.281**

John Rangel, 201 W 15th St, San Angelo, TX 76903

**Date or dates debt was incurred**
12/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $14,133.00         $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.282**

John Robert Stolarz, 9176 Bluebell Knoll Ct, Las Vegas, NV 89178

**Date or dates debt was incurred**
12/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is: $19,676.00    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.283**

JOHN ROBINSON, 26367 Brandywine Dr, Menifee, CA 92586

**Date or dates debt was incurred**
4/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is: $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.284**

JOHN ROWLES, 1707 Elevado Rd, Vista, CA 92084

**Date or dates debt was incurred**
2/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is: $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.285**

John Wojcik, 33491 Brand St, Lake Elsinore, CA 92530

**Date or dates debt was incurred**
5/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$28,024.24          $3,350.00

**2.286**

Johny Yako, 475 N Midway Dr, Escondido, CA 92027

**Date or dates debt was incurred**
4/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,140.46          $3,350.00

**2.287**

JONATHAN SALAS, 2538 Glenbush Cir, Corona, CA 92882

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.288**

JONATHAN SHORHEN, 17650 Brightman Ave, Lake Elsinore, CA 92530

**Date or dates debt was incurred**
3/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $22,433.40                    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.289**

Jonhattan Suarez, 41480 Collegian Way, Hemet, CA 92544

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.290**

JORDAN ALBA, 32881 Rome Hill Rd, Lake Elsinore, CA 92530

**Date or dates debt was incurred**
12/23/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.291

Jorge Guerrero, 1045 Sieber Ave #B , Salinas, CA 93905

**Date or dates debt was incurred**
7/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $41,357.72          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.292

Jorge Rodriguez, 14057 Tierra Halcon Dr, El Paso, TX 79938

**Date or dates debt was incurred**
9/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1.23          $1.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.293

Jose A Vigil, 200 King St, Denver, CO 80219

**Date or dates debt was incurred**
12/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $17,000.00          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.294**

Jose antonio Lopez, 7863 Clover Way, El Paso, TX 79915

**Date or dates debt was incurred**
10/5/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $1.23                $1.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.295**

Jose Carmo, 713 R St, Newman, CA 95360

**Date or dates debt was incurred**
9/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $36,668.13            $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.296**

Jose Daniel Cornejo Mendoza, 516 J St, Mendota, CA 93640

**Date or dates debt was incurred**
11/25/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $27,604.73            $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.297

JOSE HERNANDEZ, 32113 Sycamore Ct, Temecula, CA 92592

**Date or dates debt was incurred**
11/18/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**           $1.45           $1.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.298

Jose Ibarra Sanchez, 6696 Albion St, Commerce City, CO 80022

**Date or dates debt was incurred**
6/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $25,933.16       $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.299

Jose L Martinez, 150 Bronco Buster , Deming, NM 88030

**Date or dates debt was incurred**
12/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $45,876.51       $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.300**

JOSE MACIEL, 312 Mildred St, Perris, CA 92571

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $3,891.80                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.301**

JOSE RIVERA, 1580 W Orquesta Ct , Colton, CA 92324

**Date or dates debt was incurred**
7/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $142.50                    $142.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.302**

Joseph Emert, 4901 Winnetka Ave N , Minneapolis, MN 55428

**Date or dates debt was incurred**
11/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $134.68                    $134.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.303**

Joseph Musser, 656 N 700 E , Washington, UT 84780

**Date or dates debt was incurred**
12/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,299.55          $3,350.00

---

**2.304**

JOSEPH PEREZ, 92 King Charles Cir, Summerville, SC 29485

**Date or dates debt was incurred**
6/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.305**

Josephine Saavedra, 58 N castilos rd , Cubero, NM 87014

**Date or dates debt was incurred**
11/25/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$42,799.18          $3,350.00

**2.306**

JOSH GERGEN, 1800 Canton Rd, Prescott, WI 54021

**Date or dates debt was incurred**
6/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.307**

Josh McLane, 32 Michael Rd, Mission Viejo, CA 92694

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $139.86    $139.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.308**

JOSHUA EVANS, 10336 Restful Ct , Santee, CA 92071

**Date or dates debt was incurred**
5/2/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.309**

Joshua KELLEY, 1313 Calhoun Ct, Hemet, CA 92544

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.310**

Joshua Trujillo, 2057 Platina Rd, SE Rio Rancho, NM 87124

**Date or dates debt was incurred**
6/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $26,394.55          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.311**

Joshua White, 225 Ame Ln, Royse City, TX 75189

**Date or dates debt was incurred**
12/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $11,250.00          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.312**

Joshua Zingler, 685 Colorado Cir, Carson, CA 90745

**Date or dates debt was incurred**
6/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,317.50          $3,350.00

**2.313**

JOSIE SALINAS, 31871Rd Nuevo , Nuevo, CA 92567

**Date or dates debt was incurred**
11/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.314**

Joyce Jones, 3245 Josephine St, Denver, CO 80205

**Date or dates debt was incurred**
5/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$26,632.93          $3,350.00

**2.315**

Joyce Munoz, 8536 Stream St NE , Albuquerque, NM
87113

**Date or dates debt was incurred**
10/11/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**        $4,826.77        $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.316**

Juan Giron, 5415 Billings St, Denver, CO 80239

**Date or dates debt was incurred**
12/1/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**        $40,887.74        $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.317**

Juan Juan Castillo Ochoa, 20561 Emelita St, Perris, CA
92571

**Date or dates debt was incurred**
11/3/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**        $33,975.00        $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.318**

Judy Torres, 30069 Corte Coelho , Temecula, CA 92591

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.319**

Julian Mejia, 745 Birch Ave, Lemoore, CA 93245

**Date or dates debt was incurred**
5/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

1.0000000001582521E-2          $0.00

**2.320**

JULIE OLSZEWSKI, 4312 S Rose Ct, New Berlin, WI 53151

**Date or dates debt was incurred**
11/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,545.63          $3,350.00

**2.321**

Julie Warenski, 778 Cotton Meadow Lane , Washington, UT 84780

**Date or dates debt was incurred**
11/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,697.98          $3,350.00

**2.322**

JULIUS RAYAN, 225 S Main St, Placentia, CA 92870

**Date or dates debt was incurred**
4/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,000.00          $3,350.00

**2.323**

June Perez, 9643 Cedar St, Bellflower, CA 90706

**Date or dates debt was incurred**
10/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,209.24          $3,350.00

**2.324**

Justin Holzer, 3921 40th Ave S , Minneapolis, MN 55406

**Date or dates debt was incurred**
10/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$28,238.26          $3,350.00

**2.325**

JUSTIN MILLER, 214 5th Ave, Clayton, WI 54004

**Date or dates debt was incurred**
12/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$39,050.00          $3,350.00

**2.326**

Justin Schlegel, 12682 Little Pine tr SW , Brainerd, MN 56401

**Date or dates debt was incurred**
10/3/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.327**

Kalli Gilbertson Bugar, 2068 E Spring Brook Trail , Mora, MN 55051

**Date or dates debt was incurred**
9/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $11,535.36          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.328**

Kalvinder Rai, 20117 Genteel Dr, Friant, CA 93626

**Date or dates debt was incurred**
8/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $23,198.35          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.329**

Kansas Department of Revenue, , Scott State Office Building, 120 SE 10th Ave., Topeka, KS 66612-1588

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.330**

Karel Hecker, 37325 Calico Blvd, Yermo, CA 92398

**Date or dates debt was incurred**
12/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$37,318.76          $3,350.00

---

**2.331**

Karen Berens, 2570 Palisades Ln, Appleton, WI 54915

**Date or dates debt was incurred**
12/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,225.73          $3,350.00

---

**2.332**

Karen McLaughlin, 2823 E Hamilton Ave, Orange, CA 92867

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,504.82          $3,350.00

**2.333**

Karen Wheeler, 7911 Paso Robles Ave, Los Angeles, CA 91406

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,092.00          $3,350.00

**2.334**

Karissa Silagyi, 1382 E Hawthorne St, Ontario, CA 91764

**Date or dates debt was incurred**
10/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,171.88          $3,350.00

**2.335**

Karla Flores, 5002 Casa Loma Ave, Yorba Linda, CA 92886

**Date or dates debt was incurred**
12/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,831.87          $3,350.00

2.336

Katherine Celina CruzAlvarez, 706 Keith St, Lemoore,
CA 93245

**Date or dates debt was incurred**
9/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $131.49          $131.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.337

Kathryn Gwin, 4505 Wordsworth Cir, S Colorado
Springs, CO 80916

**Date or dates debt was incurred**
7/25/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $13,780.87          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.338

Kathryn Waddoups, 88 N Willow St, Layton, UT 84041

**Date or dates debt was incurred**
7/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $26,564.80          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.339**

Keith Crafton, 19875 Sunset Court , Apple Valley, CA 92308

**Date or dates debt was incurred**
11/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$49,632.75          $3,350.00

---

**2.340**

Keith Hauswirth, 1857 Harrison St, Oshkosh, WI 54901

**Date or dates debt was incurred**
11/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,527.28          $3,350.00

---

**2.341**

Kenneth Parrish, 2792 Easy Ave, Long Beach, CA 90810

**Date or dates debt was incurred**
12/5/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,957.65          $3,350.00

**2.342**

Kenny Huynh, 1223 Paseo Azul Way, Corona, CA 92879

**Date or dates debt was incurred**
10/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $24,404.28          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.343**

Kentucky Department Of Revenue, , 501 High Street, Frankfort, KY 40601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.344**

Kevin Collins, 62 Dawnwood , Ladera Ranch, CA 92694

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.345

Khin Moh, 614 Silliman St, San Francisco, CA 94134

**As of the petition filing date, the claim is:**          $26,646.40          $3,350.00
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
4/27/2022                                                  ☐ Unliquidated

**Last 4 digits of account number**                       ☐ Disputed

**Specify Code subsection of PRIORITY unsecured**         **Basis for the claim:**
**claim:**                                                Customer Deposit Claim
11 U.S.C. § 507(a) ( **7** )
                                                          **Is the claim subject to offset?**
                                                          ☑ No

                                                          ☐ Yes

2.346

Kieran Twomey, 4371 Piper St, San Diego, CA 92117

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
2/27/2023                                                  ☐ Unliquidated

**Last 4 digits of account number**                       ☐ Disputed

**Specify Code subsection of PRIORITY unsecured**         **Basis for the claim:**
**claim:**                                                Customer Deposit Claim
11 U.S.C. § 507(a) ( **7** )                              **Is the claim subject to offset?**
                                                          ☑ No

                                                          ☐ Yes

2.347

KINTAI YUELAPWAN, 753 Riesling St, Hemet, CA 92545

**As of the petition filing date, the claim is:**          $16,656.00          $3,350.00
*Check all that apply.*

**Date or dates debt was incurred**                       ☐ Contingent
11/8/2023
                                                          ☐ Unliquidated
**Last 4 digits of account number**
                                                          ☐ Disputed

**Specify Code subsection of PRIORITY unsecured**         **Basis for the claim:**
**claim:**                                                Customer Deposit Claim
11 U.S.C. § 507(a) ( **7** )                              **Is the claim subject to offset?**
                                                          ☑ No

                                                          ☐ Yes

2.348

Koorosh Yasami, 28572 Paseo Zorro , San Juan
Capistrano, CA 92675

**Date or dates debt was incurred**
4/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $53,636.57          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.349

Korie Mertens, 6543 White Oak Ct, Delavan, WI 53115

**Date or dates debt was incurred**
7/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.350

Kristi Ryall, 10523 Rose River Falls Ave, Bakersfield, CA
93312

**Date or dates debt was incurred**
9/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $17,896.68          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.351**

Kristina Mattis, 915 Centro Way, Mill Valley, CA 94941

**Date or dates debt was incurred**
9/26/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,185.00          $2,185.00

---

**2.352**

Kristine Schnbeck, 14742 Choco Rd, Apple Valley, CA 92307

**Date or dates debt was incurred**
10/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$80,901.17          $3,350.00

---

**2.353**

Kristopher Klein, 10520 405th Ave, Genoa City, WI 53128

**Date or dates debt was incurred**
10/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.354**

Kualani Kennedy, 739B LAS DISPENSAS LOOP , Las Vegas, NM 87701

**Date or dates debt was incurred**
6/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $49,215.93          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.355**

KUNDAN SANDHU, 16209 Mt Baden Powell St, Fountain Valley, CA 92708

**Date or dates debt was incurred**
11/14/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.356**

Kurtis Matejka, 4630 Briggs Ave, La Crescenta-Montrose, CA 91214

**Date or dates debt was incurred**
4/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $50,734.44          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.357

Lance Cacho, 342 Vintage Way, Tustin, CA 92780

**Date or dates debt was incurred**
3/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.358

Larry Greenhalgh, 2293 Panorama Pkwy , St. George, UT 84790

**Date or dates debt was incurred**
10/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.359

Laurie Aitken, 27906 Golden Ridge Ln, San Juan Capistrano, CA 92675

**Date or dates debt was incurred**
11/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.360**

Lavincent Swoopes, 2542 Avenue H , Fort Worth, TX 76105

**Date or dates debt was incurred**
7/22/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.361**

Lawrence Bagley, 243 750 W , Parowan, UT 84761

**Date or dates debt was incurred**
12/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $18,255.05          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.362**

Lawrence Bagley, 243 750 W , Parowan, UT 84761

**Date or dates debt was incurred**
11/4/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.363**

Lawrence Whittemore, 4 Fair Elms , Laguna Niguel, CA 92677

**Date or dates debt was incurred**
6/30/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                     $1,000.00                $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.364**

Leandro Uribe, 701 Paloma Dr, Chaparral, NM 88081

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                       $100.00                  $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.365**

Lee Liu Chin, 10333 Miner Pl, Cupertino, CA 95014

**Date or dates debt was incurred**
3/9/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $26,899.01                $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.366**

Leonardo Hernandez medina, 217 Hyde St, Watsonville, CA 95076

**Date or dates debt was incurred**
1/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:                    $36,999.27              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.367**

Leopoldo Landgrave, 434 Creelman Ln, Ramona, CA 92065

**Date or dates debt was incurred**
7/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:                    $6,391.30              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.368**

Lilia Fernando, 24412 Marbella Ave, Carson, CA 90745

**Date or dates debt was incurred**
11/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:                    $41,119.91              $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.369**

LINDA Holtz, 14155 Mussey Grade Rd, Ramona, CA 92065

**Date or dates debt was incurred**
4/18/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.370**

LINDA HOLTZ, 14155 Mussey Grade Rd, Ramona, CA 92065

**Date or dates debt was incurred**
4/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.371**

LINDA JOHNSON, 28611 Tereticornis Ct, Lake Elsinore, CA 92532

**Date or dates debt was incurred**
1/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$7,400.00          $3,350.00

2.372

Linda L Clark, 3544 Chalet Dr, Santa Clara, UT 84765

**Date or dates debt was incurred**
11/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $22,284.39          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.373

Linda Rouse, PO Box 1512 , Valley Springs, CA 95252

**Date or dates debt was incurred**
10/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $75,054.21          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.374

Lindsay Cano, 1511 W 52nd St, Los Angeles, CA 90062

**Date or dates debt was incurred**
4/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $22,386.37          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.375**

Lindy Strasrypka, 2156 W 1390 N St, . George, UT 84770

**Date or dates debt was incurred**
12/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $17,692.70          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.376**

LIONEL SAHAGUN, 20739 Lycoming St space 25 , Walnut, CA 91789

**Date or dates debt was incurred**
12/13/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.377**

Lionel Willoughby, 1505 E River Rd, Belen, NM 87002

**Date or dates debt was incurred**
6/1/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.378

Lonnie STOVALL, 11375 Green Rd, Wilton, CA 95693

**Date or dates debt was incurred**
5/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00         $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.379

Lorena Marquez, 32915 Rd, 160 Ivanhoe, CA 93235

**Date or dates debt was incurred**
10/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $222.75          $222.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.380

LORETO GEISSE, 12910 Orange Rd, Wilton, CA 95693

**Date or dates debt was incurred**
6/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00         $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.381**

LORI DEKNATEL, 24681 Lincoln Ave, Murrieta, CA 92562

**Date or dates debt was incurred**
10/11/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1.26          $1.26

---

**2.382**

Louisiana Department of Revenue, Attn: Collection Division, Bankruptcy Section, 617 North Third Street, Baton Rouge, LA 70802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

---

**2.383**

Louisiana Department of Revenue, Attn: Collection Division, Bankruptcy Section, PO Box 201, Baton Rouge, LA 70821-0201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.384**

Lucinda Medellin, 11050 Lillian Ln, South Gate, CA 90280

**Date or dates debt was incurred**
3/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                        $48,279.02          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.385**

LUIS ENRIQUEZ, 1434 Martinique Dr, Hemet, CA 92543

**Date or dates debt was incurred**
11/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                        $13,412.50          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.386**

LYLE BANGART, 4484 State Road 57 , Chilton, WI 53014

**Date or dates debt was incurred**
8/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                        $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.387**

Lynda Huynh, 3015 Peppermint Dr, San Jose, CA 95148

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                $1,000.00                $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.388**

MA De Jesus Catalan Chagolla, 3927 W Lynne Ln, Phoenix, AZ 85041

**Date or dates debt was incurred**
6/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**               $18,801.37                $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.389**

Macario E Trujillo, 1093 S Perry St, Denver, CO 80219

**Date or dates debt was incurred**
12/29/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**               $56,523.70                $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.390

Magdaleno Auriolis, 4020 Thornbury Dr, Springdale, AR 72764

**Date or dates debt was incurred**
12/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,272.10              $3,350.00

2.391

Mahesh Ega, 7284 Ridge Creek Trl , Shakopee, MN 55379

**Date or dates debt was incurred**
10/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

9.9999999983992893E-3                 $0.00

2.392

Maine Revenue Service, , PO Box 9107, Augusta, ME 04332-9107

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined              Undetermined

2.393

Malalai Gull, 2135 Tulip St, San Diego, CA 92105

**Date or dates debt was incurred**
3/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,737.49          $3,350.00

2.394

Manuel Salcido, 5184 Borland Rd, Los Angeles, CA 90032

**Date or dates debt was incurred**
12/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,920.52          $3,350.00

2.395

Manuel Umpierre Jr, 18 Lois Ln, Esko, MN 55733

**Date or dates debt was incurred**
10/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.396**

Marc Lalama, 12692 Spring St, Garden Grove, CA 92845

**Date or dates debt was incurred**
7/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $7,521.00   $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.397**

MARCELL CAGEY, 11816 Moro Rd, Pala, CA 92059

**Date or dates debt was incurred**
12/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,000.00   $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.398**

Marcia Nobriga, 36716 Wandering Pl, Murrieta, CA 92563

**Date or dates debt was incurred**
1/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,000.00   $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.399

Marco Antonio Abasolo, 2810 E 15th St, National City, CA 91950

**Date or dates debt was incurred**
10/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,864.60          $3,350.00

2.400

MARGARET LUSIBA, 9302 N Sleepy Hollow Rd, Bayside, WI 53217

**Date or dates debt was incurred**
11/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,699.05          $3,350.00

2.401

MARIA CASTILLO, 25850 Juniper Flats Rd, Homeland, CA 92548

**Date or dates debt was incurred**
8/6/2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.402

MARIA COOPER, 498 Sandalwood St, San Jacinto, CA 92582

**Date or dates debt was incurred**
3/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

2.403

MARIA E GUARDADO PEREZ, 3380 W Iowa Ave, Denver, CO 80219

**Date or dates debt was incurred**
7/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,713.04          $3,350.00

---

2.404

Maria L Mack, 9434 Nichols St, Bellflower, CA 90706

**Date or dates debt was incurred**
8/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,053.56          $3,350.00

**2.405**

Maria Mendez, 5166 FM1017 apt1 , San Isidro, TX 78588

**Date or dates debt was incurred**
4/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,025.00          $3,350.00

**2.406**

Maria Rodriguez, 16453 Gelding Way, Moreno Valley, CA 92555

**Date or dates debt was incurred**
9/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,996.90          $3,350.00

**2.407**

MARIA VAZQUEZ LOPEZ, 29642 St Andrews Ct , Murrieta, CA 92563

**Date or dates debt was incurred**
2/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.408

Marielle Navarro, 1717 Oakland ST , Aurora, CO 80010

**Date or dates debt was incurred**
10/25/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,894.14          $3,350.00

2.409

Mario Leonor, 370 E Mariposa Dr, Rialto, CA 92376

**Date or dates debt was incurred**
7/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,660.37          $3,350.00

2.410

Marjorie Angerson, 3870 Jefferson Ave, Ogden, UT 84403

**Date or dates debt was incurred**
8/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,490.03          $3,350.00

2.411

Marjorie Blanchard, 18798 Olmeda Pl, San Diego, CA 92128

**Date or dates debt was incurred**
10/26/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.412

Mark Chavez, 626 N 125 E , La Verkin, UT 84745

**Date or dates debt was incurred**
6/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $2,855.73          $2,855.73
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.413

Mark Gjerde, 50485 Evergreen Ave, Rush City, MN 55069

**Date or dates debt was incurred**
11/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __7__ )

**As of the petition filing date, the claim is:**          $45,314.20          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.414

Mark Machado, 12604 Renville St, Lakewood, CA 90715

**Date or dates debt was incurred**
10/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,544.39          $3,350.00

---

2.415

MARK MCBURNEY, 4953 Ruben Soto , El Paso, TX 79938

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,630.86          $3,350.00

---

2.416

Mark Stanger, 3996 W 9600 N , Elwood, UT 84337

**Date or dates debt was incurred**
5/25/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$85,052.38          $3,350.00

**2.417**

Mark Weiss, 12731 Bonita Heights Dr, Santa Ana, CA
92705

**Date or dates debt was incurred**
2/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.418**

Martin Forschener, 32548 Lakeview Terrace , Lake
Elsinore, CA 92530

**Date or dates debt was incurred**
1/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.419**

MARTIN MONTELONGO, 10042 Alder Ave, Bloomington,
CA 92316

**Date or dates debt was incurred**
2/17/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.420**

Marva Brown Salau, 1536 Ravenna Ln, Perris, CA 92571

**Date or dates debt was incurred**
9/30/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:      $1,000.00      $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.421**

Mary Bishop, 34001 Madera De Playa Dr, Temecula, CA 92592

**Date or dates debt was incurred**
1/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:      $1,000.00      $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.422**

Mary Labarre, 22820 Bataan St, NE Bethel, MN 55005

**Date or dates debt was incurred**
12/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:      $42,058.89      $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.423**

Mary Parsons, 32243 Perigord Rd, Winchester, CA 92596

**Date or dates debt was incurred**
1/10/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $3,752.64              $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.424**

Mary Revelli, 285 Joost Ave, San Francisco, CA 94131

**Date or dates debt was incurred**
5/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $24,314.95             $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.425**

Massachusetts Department of Revenue, , 100 Cambridge Street, Boston, MA 02114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.426**

Mauricia Garcia, 11201 Otis St, Westminster, CO 80020

**Date or dates debt was incurred**
5/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:   $17,673.70            $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.427**

Mckay Prince, 2490 W 7800 S , West Jordan, UT 84088

**Date or dates debt was incurred**
12/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:   $2,990.24            $2,990.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.428**

Melinda Murray, 3158 Orleans E , San Diego, CA 92110

**Date or dates debt was incurred**
4/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:   $65,700.50            $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.429**

Melissa Coleman, 1996 Pine Ridge Rd, N Mora, MN 55051

**Date or dates debt was incurred**
11/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $29,476.57          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.430**

Melody McClay, 3340 Del Sol Boulevard 163 (Cancelled) , San Diego, CA 92154

**Date or dates debt was incurred**
3/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.431**

Michael Chandler, 13779 W Banff Ln, Surprise, AZ 85379

**Date or dates debt was incurred**
9/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $2,243.40          $2,243.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.432**

Michael Goehring, 2851 S Valley View Blvd, Las Vegas, NV 89102

**Date or dates debt was incurred**
1/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,608.10          $3,350.00

---

**2.433**

Michael Harrington, 7698 Butterfield Rd, Eagle Mountain, UT 84005

**Date or dates debt was incurred**
8/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,788.17          $3,350.00

---

**2.434**

Michael Kratt, 3322 Sod Rd, Grasston, MN 55030

**Date or dates debt was incurred**
11/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$59,522.09          $3,350.00

2.435

Michael Oakley, 5712 Holmes Dr, Farmington, NM 87402

**Date or dates debt was incurred**
12/12/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.436

Michael Smith, 560 Valle Vista Ave, Oakland, CA 94610

**Date or dates debt was incurred**
3/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.437

Michael Wells, 1705 Beaver Mountain Trl NW , Albuquerque, NM 87120

**Date or dates debt was incurred**
10/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $18,014.22          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.438**

Michael Wright, 7247 Cozy Oaks Cir , Shawano, WI 54166

**Date or dates debt was incurred**
12/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $41,300.07 $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.439**

Michele SPELTZ, 16673 Bethany Dr, Altura, MN 55910

**Date or dates debt was incurred**
11/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,000.00 $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.440**

MICHELLE MERCADO, 33605 View Crest Dr, Wildomar, CA 92595

**Date or dates debt was incurred**
11/1/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:** $1,000.00 $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.441**

Michelle Penley, 251 Mariposa Trail , Blythe, CA 92225

**Date or dates debt was incurred**
6/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $55,905.74          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.442**

Michigan Department of Treasury, Attn: Collections Services Bureau, PO Box 30756, Lansing, MI 48922

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**                    Undetermined        Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.443**

Miguel Antonio Trejo, 1941 Euclid Ave, . Pueblo, CO 81004

**Date or dates debt was incurred**
3/16/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $12,055.09          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.444

Mike Ewell, 151 Park Cir, Elk Ridge, UT 84651

**Date or dates debt was incurred**
12/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,524.45          $3,350.00

2.445

Mike Lambol, 493 E 770 N , Tooele, UT 84074

**Date or dates debt was incurred**
12/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,431.68          $3,350.00

2.446

Mila Manalo, 3949 Spanish Barb St, Las Vegas, NV 89122

**Date or dates debt was incurred**
8/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.447**

Milind Panse, 1069 Overlook Pkwy , Riverside, CA 92506

**Date or dates debt was incurred**
5/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**            $1,000.00                $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.448**

MINAH Jackson, 34090 San Sebastian Ave, Murrieta, CA 92563

**Date or dates debt was incurred**
12/2/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**            $1,000.00                $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.449**

Minnesota Department of Revenue, , 600 North Robert St, St. Paul, MN 55146

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**            Undetermined            Undetermined
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.450**

Minnesota Secretary Of State, Business Services Office, 332 Minnesota St n201, St Paul, MN 55101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

As of the petition filing date, the claim is:    Undetermined    Undetermined
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.451**

Missouri Department of Revenue, Attn: Bankruptcy Unit, Harry S Truman State Office Building, 301 West High Street , Jefferson City, MO 65101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

As of the petition filing date, the claim is:    Undetermined    Undetermined
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.452**

Mitchel Graves, 2244 Lone Tree Rd, Oroville, CA 95965

**Date or dates debt was incurred**
9/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:    $75,715.39    $3,350.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.453**

Mitra Dixon, 7164 E Villanueva Dr, Orange, CA 92867

**Date or dates debt was incurred**
10/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.454**

Mohsin Syed, 1549 Paseo Grande , Corona, CA 92882

**Date or dates debt was incurred**
1/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,000.00          $3,350.00

---

**2.455**

Mojtaba Moghadan, 1136 Edinburgh Rd, San Dimas, CA 91773

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.456

Monika Bauerlein, 9241 Thermal St, Oakland, CA 94605

**Date or dates debt was incurred**
11/30/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00              $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.457

Morgan Burrows, 25417 Crestview Dr, Idyllwild, CA 92549

**Date or dates debt was incurred**
11/12/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00              $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.458

Morgan Schleif, 29482 Co Rd 4 , Pequot Lakes, MN 56472

**Date or dates debt was incurred**
8/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00              $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.459**

Morris Snelius, 1759 Poplar Lane , Oneida, WI 54165

**Date or dates debt was incurred**
6/10/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $1,000.00                    $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.460**

Nadezhda Sarai Rico Lopez, 3147 W Walsh Pl, Denver, CO 80219

**Date or dates debt was incurred**
8/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $21,531.60                    $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.461**

NAM NGUYEN, 3809 Bella Villagio Ave, Perris, CA 92571

**Date or dates debt was incurred**
4/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $1,000.00                    $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.462**

Nancy Chambler, 10351 Farmington St, Hesperia, CA 92344

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.73          $4.73

---

**2.463**

Natalie Sanchez, 11808 Kachina Peak Trail NW , Albuquerque, NM 87120

**Date or dates debt was incurred**
10/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$90.65          $90.65

---

**2.464**

Nathan Melton, 260 N Lake St, Hemet, CA 92544

**Date or dates debt was incurred**
11/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,109.58          $3,350.00

**2.465**

Nathan Tongier, 12632 Yorba Linda Dr SE ,
Albuquerque, NM 87123

**Date or dates debt was incurred**
11/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$210.05          $210.05

---

**2.466**

nathaniel Beckett, 3241 Colorado Ln, Costa Mesa, CA 92626

**Date or dates debt was incurred**
2/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,201.18          $3,350.00

---

**2.467**

Nebraska Department Revenue, , Nebraska State Office Building, 301 Centennial Mall S., Lincoln, NE 68508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.468

Neidin Carrillo, 38889 Hickory Hill Ct, Murrieta, CA 92563

**Date or dates debt was incurred**
8/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $17,395.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.469

Neille Fenderson, 260 900 W , Salt Lake City, UT 84116

**Date or dates debt was incurred**
10/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $68.32          $68.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.470

NELSENE DERANIAN, 6673 N Wilmington Dr, Fresno, CA 93711

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $9,190.20          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.471

Nelson GONZALEZ, 3334-3336 E 8th St, Los Angeles, CA 90023

**Date or dates debt was incurred**
6/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $21,185.17          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.472

Nevada Department of Taxation, , 1550 College Parkway Suite 115, Carson City, NV 89706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.473

Nevada Secretary Of State, Commercial Recordings Division, 202 N Carson St, Carson City, NV 89701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

2.474

New Hampshire Department of Revenue
Administration, Governor Hugh Gallen State Office Park,
Governor Hugh Gallen State Office Park, Concord, NH
03301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.475

New Hampshire Secretary Of State, Corporation
Division, 25 Capitol St, 3rd Fl, 107 N Main St, State
House, Rm 204, Concord, NH 3301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.476

New Jersey Division of Taxation, Attn: Bankruptcy
Section, PO Box 245, Trenton, NJ 08695-0245

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.477**

New Mexico Secretary of State, Corporations Bureau, 325 Don Gadspar, Ste 300, Santa Fe, NM 87501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

**2.478**

New York State Dept. of Taxation and Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

**2.479**

Nhia Vue, 5170 410th St, Ellsworth, WI 54011

**Date or dates debt was incurred**
10/16/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$50,177.14          $3,350.00

**2.480**

Nicole Glenn, 42130 Agena St, Temecula, CA 92592

**Date or dates debt was incurred**
1/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00              $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.481**

Norma Elias, 6134 Cord Ave, Pico Rivera, CA 90660

**Date or dates debt was incurred**
6/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                   $27,357.68              $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.482**

Norma Lopez Gonzalez, 294 Daystar Dr, Perris, CA 92571

**Date or dates debt was incurred**
6/1/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00              $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.483**

NORMAN FLOYD, 32941 Maiden Ln, Lake Elsinore, CA 92530

**Date or dates debt was incurred**
2/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,748.88    $3,350.00

---

**2.484**

North Carolina Department of Revenue, Attn: Bankruptcy Unit, PO Box 1168, Raleigh, NC 27602-1168

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

---

**2.485**

North Carolina Secretary Of State, Corporations Division, 2 S Salisbury St, Raleigh, NC 27601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.486

Ohio Department of Taxation, , 4485 Northland Ridge Blvd., Columbus, OH 43229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.487

Oklahoma Tax Commission, General Counsel's Office, 300 N Broadway Ave, Oklahoma City, OK 73194-1004

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**          Undetermined          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.488

Olalekan Falowo, 8483 N 62nd St, Brown Deer, WI 53223

**Date or dates debt was incurred**
12/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $21,134.86          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.489**

Oregon Department of Agriculture, , 635 Capitol Street NE, Salem, OR 97301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined          Undetermined

**2.490**

Orlando Romero, 1112 E River St, Pueblo, CO 81001

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,859.77          $2,859.77

**2.491**

OSCAR HERNANDEZ, 23360 Casa Bonita Ave, Canyon Lake, CA 92587

**Date or dates debt was incurred**
10/21/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,000.00          $1,000.00

2.492

Ovidio Estuardo Solares, 9704 Torriso Ct SW ,
Albuquerque, NM 87121

**Date or dates debt was incurred**
9/29/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $24.00                    $24.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.493

PADAM NIGAM, 916 Adam Wy , Euless, TX 76040

**Date or dates debt was incurred**
7/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                  $1,000.00                  $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.494

PAIGE SIMPSON, 26790 Mountain Glen Dr, Menifee, CA
92584

**Date or dates debt was incurred**
8/4/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                  $1,000.00                  $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.495

Pat Hamilton, 220N8073 Waukesha V , Sussex, WI
53089

**Date or dates debt was incurred**
11/21/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.496

Pat Karnes, 133 North Black Canyon Avenue ,
Washington, UT 84780

**Date or dates debt was incurred**
10/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.497

PATRICIA EDWARDS, 27723 Sand Dollar Way, Moreno
Valley, CA 92555

**Date or dates debt was incurred**
6/28/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.498

Patricia Oviedo, 963 NM-76 , Chimayo, NM 87522

**Date or dates debt was incurred**
4/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $47,632.50                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.499

Patrick Huang, 1514 Hallgreen Dr, Walnut, CA 91789

**Date or dates debt was incurred**
5/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.500

Paul E Dominguez, 4828 Whispering Hills Rd, Silver City, NM 88061

**Date or dates debt was incurred**
8/29/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                    $55,119.62                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.501

Pedro Cerna Gonzalez, 9170 Grove St, Westminster, CO 80031

**Date or dates debt was incurred**
1/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$714.50          $714.50

2.502

Pedro Larios, 675 St Augustine Dr, Salinas, CA 93905

**Date or dates debt was incurred**
2/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,949.60          $3,350.00

2.503

Pedro Ortiz, 33654 Couser Canyon Rd, Valley Center, CA 92082

**Date or dates debt was incurred**
9/29/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2.21          $2.21

2.504

Pennsylvania Dept. Of Revenue, , Municipal Services Building, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**      Undetermined      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.505

Penny Barney, 3420 Chalet Dr, Santa Clara, UT 84765

**Date or dates debt was incurred**
12/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $32,282.44      $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.506

Perry Adams, 4880 Pony Express Trail , Camino, CA 95709

**Date or dates debt was incurred**
9/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**      $27,444.80      $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.507

Pete Day, 1252 Cheyenne St, Los Alamos, NM 87544

**As of the petition filing date, the claim is:**                    $31,378.48          $3,350.00
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
3/31/2023                                          ☐ Unliquidated

**Last 4 digits of account number**                ☐ Disputed

**Specify Code subsection of PRIORITY unsecured**  **Basis for the claim:**
**claim:**                                         Customer Deposit Claim
11 U.S.C. § 507(a) ( **7** )
                                                   **Is the claim subject to offset?**
                                                   ☑ No

                                                   ☐ Yes

2.508

Peter Kaiser, 76 Central Ave, Sausalito, CA 94965

**As of the petition filing date, the claim is:**                    $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
9/5/2023                                           ☐ Unliquidated

**Last 4 digits of account number**                ☐ Disputed

**Specify Code subsection of PRIORITY unsecured**  **Basis for the claim:**
**claim:**                                         Customer Deposit Claim
11 U.S.C. § 507(a) ( **7** )                       **Is the claim subject to offset?**
                                                   ☑ No

                                                   ☐ Yes

2.509

Petra Ulrych, 745 S Canosa Ct, Denver, CO 80219

**As of the petition filing date, the claim is:**                    $18,551.74          $3,350.00
*Check all that apply.*

☐ Contingent

**Date or dates debt was incurred**
6/27/2023                                          ☐ Unliquidated

**Last 4 digits of account number**                ☐ Disputed

**Specify Code subsection of PRIORITY unsecured**  **Basis for the claim:**
**claim:**                                         Customer Deposit Claim
11 U.S.C. § 507(a) ( **7** )                       **Is the claim subject to offset?**
                                                   ☑ No

                                                   ☐ Yes

2.510

PHILLIP DUPREE, 25851 Avatar , Laguna Niguel, CA
92677

**Date or dates debt was incurred**
7/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $345.00          $345.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.511

Phillip Edwards, 706 East 1050 South Circle St, .
George, UT 84790

**Date or dates debt was incurred**
10/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $159.00          $159.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.512

Phuong Lee, 10 Windflower , Aliso Viejo, CA 92656

**Date or dates debt was incurred**
10/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $44,166.36       $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.513**

PIPER WATKINS, 4979 Via Campeche , Riverside, CA
92507

**Date or dates debt was incurred**
5/31/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.514**

Preston Knutson, 621 E 740 N , Tooele, UT 84074

**Date or dates debt was incurred**
12/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $41,544.24                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.515**

Puanani Spencer, 1438 Owl Ln, Eagle Mountain, UT
84005

**Date or dates debt was incurred**
9/12/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                    $12,415.01                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.516**

PUNATMA SINGH, 7847 Isaac St, Riverside, CA 92509

**Date or dates debt was incurred**
3/22/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $1,000.00                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.517**

Racheal Shackles, 8848 W Monrovia Ave, Milwaukee, WI 53225

**Date or dates debt was incurred**
11/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $17,154.35                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.518**

Ralph Eugene Wasner, 13 Rookery Row , Barnwell, SC 29812

**Date or dates debt was incurred**
6/8/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

As of the petition filing date, the claim is:                    $1,000.00                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.519**

Ralph Owens, 337 Acacia Ave, Blythe, CA 92225

**Date or dates debt was incurred**
8/9/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $30,459.70          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.520**

Ramona Richardson, 20114 Newton St, Corona, CA 92881

**Date or dates debt was incurred**
11/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $33,289.84          $3,350.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.521**

Randolph Duke garner, 2612 Virginia St NE , Albuquerque, NM 87110

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.522

Raul Briones, 23803 Palomino Dr, Diamond Bar, CA
91765

**Date or dates debt was incurred**
3/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $33,760.36    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.523

RAUL RODRIGUEZ, 3238 N Lugo Ave, San Bernardino,
CA 92404

**Date or dates debt was incurred**
11/4/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1.66    $1.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.524

RAVDEEP DHATT, 5274 Tudor Rose Glen , Stockton, CA
95212

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.525**

Rebecca Motlagh, 245 J Ave, Coronado, CA 92118

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.526**

Remy Padilla, 4 W Prince Rd, Santa Fe, NM 87507

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,246.99          $3,350.00

**2.527**

Renate Anderson, PO Box 361 , Annabella, UT 84711

**Date or dates debt was incurred**
9/23/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.528**

Rene Suarez, 270 Cleveland Ct, Bennett, CO 80102

**Date or dates debt was incurred**
8/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,818.41          $3,350.00

---

**2.529**

Renee Brum, 2291 Benito Dr, Camarillo, CA 93010

**Date or dates debt was incurred**
9/7/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.530**

Reymundo Nunez, 7609 Taxco Dr, El Paso, TX 79915

**Date or dates debt was incurred**
10/19/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.92          $1.92

**2.531**

Ricardo Aguilar Dena, 1680 S Wolff St, Denver, CO 80219

**Date or dates debt was incurred**
6/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                     $20,429.24                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.532**

RICARDO FERNANDEZ, 4519 Bella Ct, Riverside, CA 92501

**Date or dates debt was incurred**
2/8/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                     $1,000.00                     $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.533**

Ricardo Huizar, 9501 Whitewood Ct, Fontana, CA 92335

**Date or dates debt was incurred**
4/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**                     $1,000.00                     $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.534

Ricardo Simpson, 28156 Patti Ln, Romoland, CA 92585

**Date or dates debt was incurred**
5/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.535

RICHARD BAKER, 28875 Broken Arrow Cir, Menifee, CA 92584

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.536

Richard Boyd, PO Box 460905 , Leeds, UT 84746

**Date or dates debt was incurred**
9/7/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.537**

Richard Buehler, 2623 W 12420 S , Riverton, UT 84065

**Date or dates debt was incurred**
7/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,630.73          $3,350.00

**2.538**

Richard Cotton, 4023 Capstan Pl, Discovery Bay, CA 94505

**Date or dates debt was incurred**
8/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$52,500.87          $3,350.00

**2.539**

Richard Cranston, 2626 W 450 N , Hurricane, UT 84737

**Date or dates debt was incurred**
11/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,720.49          $3,350.00

**2.540**

RICHARD GONZALES, 10819 Hasty Ave, Downey, CA 90241

**Date or dates debt was incurred**
1/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.541**

Richard J Dilger, 210 W Alameda St, Roswell, NM 88203

**Date or dates debt was incurred**
8/16/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.542**

RIchard Lawrence, 5 portsmouth pl , Coto De Caza, ca 92679

**Date or dates debt was incurred**
10/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.543

Richard Maese, 634 N Maurer St, Porterville, CA 93257

**Date or dates debt was incurred**
10/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$40,981.20        $3,350.00

2.544

Rita B Morfin, 460 Flower Lane , Shandon, CA 93461

**Date or dates debt was incurred**
3/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$59,769.98        $3,350.00

2.545

Robert Binkowski, 2336 County Rd, U Plum City, WI 54761

**Date or dates debt was incurred**
5/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$39,111.19        $3,350.00

2.546

Robert Cross, 7792 Golondrina Dr, San Bernardino, CA 92410

**Date or dates debt was incurred**
3/28/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.547

Robert Eriksson, 483 E 650 S , Kaysville, UT 84037

**Date or dates debt was incurred**
3/18/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00          $2,000.00

2.548

Robert Gilbert, 413 Cardinal St, Mora, MN 55051

**Date or dates debt was incurred**
11/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$75.34          $75.34

**2.549**

Robert Grant, 43180 Cll Capistrano , Temecula, CA 92590

**Date or dates debt was incurred**
3/1/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.550**

Robert Paret, 9824 Farm to Market Rd 390 E , Brenham, TX 77833

**Date or dates debt was incurred**
11/4/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.551**

Robert Pullum, 33 Topaz Way, San Francisco, CA 94131

**Date or dates debt was incurred**
3/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$61,246.54          $3,350.00

**2.552**

Robert Pullum, 35 Topaz Way, San Francisco, CA 94131

**Date or dates debt was incurred**
9/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $36,842.48                    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.553**

Robert Scacco, 972 Camino Agua , Washington, Ut 84780

**Date or dates debt was incurred**
10/21/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $2.32                    $2.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.554**

Robert Westmoreland, 6580 Faught Rd, Santa Rosa, CA 95403

**Date or dates debt was incurred**
3/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**                    $1,000.00                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.555**

Roberto Ocegueda, 12322 Rodeo Ave, Bakersfield, CA 93312

**Date or dates debt was incurred**
11/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $35,602.56          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.556**

ROBERTO ROJAS, 2250 Story Ave, La Habra, CA 90631

**Date or dates debt was incurred**
11/8/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $1.14          $1.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.557**

Rodney Jolley, 136 S 100 W , Joseph, UT 84739

**Date or dates debt was incurred**
10/19/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $12,000.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.558**

Rogelio Ronquillo, 10791 Brighton Rd, Henderson, CO 80640

**Date or dates debt was incurred**
2/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,867.75          $3,350.00

**2.559**

Roger Nary, 8701 Mesa Rd SPC 16 , Santee, CA 92071

**Date or dates debt was incurred**
2/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,247.00          $3,350.00

**2.560**

Ronald Watts, 1753 Holguin St, Lancaster, CA 93534

**Date or dates debt was incurred**
9/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,861.14          $3,350.00

2.561

RORY FREEMAN, 1056 Eliot St, Oceanside, CA 92057

**Date or dates debt was incurred**
4/1/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00            $1,000.00

---

2.562

Rose Paguio, 3315 GUADELUPE RD WEST , SACRAMENTO, CA 95691

**Date or dates debt was incurred**
4/1/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00            $1,000.00

---

2.563

Roselia Contreras, 1210 E Olive Ct, Ontario, CA 91764

**Date or dates debt was incurred**
8/8/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

1.0000000000218279E-2            $0.00

**2.564**

Rosemary Pagett, 17855 Capri St, Hesperia, CA 92345

**Date or dates debt was incurred**
11/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $31,339.13          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.565**

ROZLYNN ALLEN, 25276 High Plains Ct, Menifee, CA 92584

**Date or dates debt was incurred**
3/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $24,328.50          $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.566**

Russell Botting, 45 S 300 W St, Parowan, UT 84761

**Date or dates debt was incurred**
10/21/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $1,000.00          $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.567**

Ryan Herzog, 11 Westwood Ave, Napa, CA 94558

**Date or dates debt was incurred**
8/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $14,968.21    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.568**

Ryan Scott, 29 Danbury , Ladera Ranch, CA 92694

**Date or dates debt was incurred**
4/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $22,696.00    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.569**

Sallie Martinez, 1326 Nordahl Rd, Escondido, CA 92026

**Date or dates debt was incurred**
12/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $47,014.69    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.570**

Salvador Herrera, 4355 E 94th Pl, Thornton, CO 80229

**Date or dates debt was incurred**
3/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,972.62          $3,350.00

**2.571**

Samantha Prince, 1709 S W Temple St, Salt Lake City, UT 84115

**Date or dates debt was incurred**
11/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,103.38          $2,103.38

**2.572**

Sandra Anvik, 815 Colorado St NW , Lonsdale, MN 55046

**Date or dates debt was incurred**
9/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.573

Sandra Mclaughlin, 39654 Dover Dr, Palmdale, CA 93551

**Date or dates debt was incurred**
8/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $20,718.33          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.574

Saul Martinez, 21300 Badger St, Lost Hills, CA 93249

**Date or dates debt was incurred**
3/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $23,756.12          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.575

Savannah Strunk, 1235 Cinchona St, Vista, CA 92083

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**          $38,626.54          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.576**

Scott Cohen, 1769 Brighton Trail , Woodbury, MN 55125

**Date or dates debt was incurred**
10/31/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00        $1,000.00

**2.577**

SCOTT HUDSON, 32634 Ascot Hl Cir, Wildomar, CA 92595

**Date or dates debt was incurred**
4/20/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00        $1,000.00

**2.578**

Scott Leifermann, 5960 4th St, NE Fridley, MN 55432

**Date or dates debt was incurred**
12/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,957.02        $3,350.00

2.579

Scott Lorenzo, 1408 Primrose Ln, Royse City, TX 75189

**Date or dates debt was incurred**
11/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,072.00        $3,350.00

2.580

Scott Richards, 460 W Montezuma St, Blythe, CA 92225

**Date or dates debt was incurred**
11/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$65,676.72        $3,350.00

2.581

Scott Wierschem, 171 Aspen St, Arroyo Grande, CA 93420

**Date or dates debt was incurred**
9/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,260.53        $3,350.00

2.582

Scottie Fizer, 2471 Matland Dr, Dallas, TX 75237

**Date or dates debt was incurred**
5/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$25,878.75          $3,350.00

2.583

Sean Eagan, 39108 Sundance Cir, Temecula, CA 92591

**Date or dates debt was incurred**
12/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$16,227.29          $3,350.00

2.584

Sean Small, 15342 Cascade Ln, Huntington Beach, CA 92647

**Date or dates debt was incurred**
11/24/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,071.26          $3,350.00

2.585

Sergio Estrada, 10683 Larson Drive , Denver, CO 80233

**Date or dates debt was incurred**
9/15/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,932.15          $3,350.00

---

2.586

Shana Rodriguez, 952 N Encina Ave, Rialto, CA 92376

**Date or dates debt was incurred**
8/10/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$24,561.74          $3,350.00

---

2.587

Shannon Harrison, 392 Stadium Ave, Provo, UT 84604

**Date or dates debt was incurred**
9/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.588**

Shannon Miller, 6205 Mandy Ln N , San Bernardino, CA 92407

**Date or dates debt was incurred**
9/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,193.71          $3,350.00

**2.589**

Shanon Jewell, 118 Lowell Blvd, Denver, CO 80219

**Date or dates debt was incurred**
11/30/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.590**

Sharon Hardy, 867 W Goosenest Dr, Elk Ridge, UT 84651

**Date or dates debt was incurred**
9/22/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,891.28          $3,350.00

2.591

Sharon Possin, 316 1st St NW , New Richland, MN 56072

**Date or dates debt was incurred**
4/18/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.592

Shawn Oliver, 1083 Mee Ln St, . Helena, CA 94574

**Date or dates debt was incurred**
9/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,818.42          $3,350.00

2.593

Sheila Ray, 5577 N Fork Ct, Boulder, CO 80301

**Date or dates debt was incurred**
9/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

1.0000000002037268E-2          $0.00

**2.594**

SHERWIN DESPORTES, 1057 Prospect Pl, Vista, CA 92081

**Date or dates debt was incurred**
10/6/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $1,000.00            $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.595**

Sheryl Gatoff, 73450 Country Club Dr SPC 20 t , Palm Deser, CA 92260

**Date or dates debt was incurred**
9/13/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $462.50            $462.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.596**

Siddharth Danak, 324 Council Loop , Columbia, SC 29209

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**                $1,000.00            $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.597**

Siena Pacific LLC, 7455 Pepita Wy , San Diego, CA
92037

**Date or dates debt was incurred**
12/7/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,000.00          $1,000.00

**2.598**

South Carolina Department of Revenue, , 300A Outlet
Pointe Boulevard, Columbia, SC 29210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined          Undetermined

**2.599**

South Carolina Secretary Of State, Division Of
Corporations, 1205 Pendleton St, Ste 525, Columbia, SC
29201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined          Undetermined

**2.600**

South Dakota Department of Revenue, , 445 East
Capitol Ave, Pierre, SD 57501-3185

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    Undetermined         Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.601**

Stanley Proden, 310 Staffenson Ave, Amery, WI 54001

**Date or dates debt was incurred**
6/15/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $2,185.00           $2,185.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.602**

STARLAND BANDY, 929 N Chippewa Ave, Anaheim, CA
92801

**Date or dates debt was incurred**
4/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**       $1,000.00           $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.603

State of Arizona Department of Revenue, , 1600 W
Monroe St, Phoenix, AZ 85007

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.604

State of Connecticut Department of Revenue, , 450
Columbus Blvd. Suite 1, Hartford, CT 06103

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.605

State of Delaware Division of Revenue, Attn: Bankruptcy
Administrator, 820 N. French Street , Wilmington, DE
19801

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**
_____

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.606

State of Rhode Island Div. of Taxation, , One Capital Hill, Providence, RI 02908

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.607

State of Tennessee Department of Revenue, c/o Attorney General, PO Box 20207, Nashville, TN 37202-0207

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.608

State of Wisconsin Department of Revenue, Attn: Special Procedures Unit, PO Box 8901, Madison, WI 53708-8901

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.609

Stephane Barrabes, 630 W Sycamore Ave, El Segundo, CA 90245

**Date or dates debt was incurred**
3/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.610

Stephen Elliott, 2344 Falcon St, Thermal, CA 92274

**Date or dates debt was incurred**
2/11/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.611

STEPHEN KUTYLO, 3225 Lime St, Riverside, CA 92501

**Date or dates debt was incurred**
10/11/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.612**

Steve Anderson, 4308 Sea Bright Dr, Carlsbad, CA 92008

**Date or dates debt was incurred**
5/25/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.613**

STEVE BRADLEY, 5442 Oxford Dr, Cypress, CA 90630

**Date or dates debt was incurred**
9/26/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.614**

STEVE SMITH, 19042 Blackmore St, Murrieta, CA 92562

**Date or dates debt was incurred**
3/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**    $1,000.00    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.615**

Steven Mack, 6529 N County Rd, W Reedsville, WI 54230

**Date or dates debt was incurred**
12/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$16,521.56          $3,350.00

**2.616**

Steven Pearson, 44370 Swede Alley , Hinckley, MN 55037

**Date or dates debt was incurred**
11/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$36,368.90          $3,350.00

**2.617**

Steven Rowley, 541 W 600 N , Richfield, UT 84701

**Date or dates debt was incurred**
11/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,000.00          $1,000.00

**2.618**

Steven Summers, 30906 Anderson Cir, Menifee, CA 92584

**Date or dates debt was incurred**
8/18/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $28,455.30     $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.619**

Steven Weiss, 102 W 11th Ave, Oshkosh, WI 54902

**Date or dates debt was incurred**
12/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $22,876.00     $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.620**

SUSAN HANSEN, 24142 Minnetonka Ln, Lake Forest, CA 92630

**Date or dates debt was incurred**
3/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**     $1,000.00     $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.621**

Suzie Helmsworth, 3002 Anabella , San Clemente, CA 92673

**Date or dates debt was incurred**
4/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:    $5,000.00          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.622**

Suzie Helmsworth, 23938 Vista Way, Canyon Lake, CA 92587

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:    $38,870.13          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.623**

Tamara Leausa, 4042 Montego Dr, Saratoga Springs, UT 84045

**Date or dates debt was incurred**
6/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:    $42,348.14          $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.624**

Tamer Azraei, 7395 Grace St, Fontana, CA 92336

**Date or dates debt was incurred**
1/11/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.625**

Tanya Stoner, 418 8th Ave, Shell Lake, WI 54871

**Date or dates debt was incurred**
8/30/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

**2.626**

Taxation Revenue New Mexico, , 1100 South St. Francis Drive, Santa Fe, NM 87504

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.627

Taylor Narabemi, 37762 Stamnes Rd, Warner Springs, CA 92086

**Date or dates debt was incurred**
12/7/2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.628

Terrence Mccorkle, 27880 Panamint Rd, Barstow, CA 92311

**Date or dates debt was incurred**
3/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.629

TERRY BELL, 32674 Tucson Pl, Thousand Palms, CA 92276

**Date or dates debt was incurred**
1/31/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _7_ )

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.630

Terry Blodgett, 1913 W 500 S Cir, Cedar City, UT 84720

**Date or dates debt was incurred**
11/4/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,000.00        $1,000.00

2.631

Texas Comptroller of Public Accounts, Attn: Bankruptcy, PO Box 13528, Capitol Station, Austin, TX 78711-3528

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined        Undetermined

2.632

Texas Secretary Of State, Statutory Filings Division, Corporations Section, 1019 Brazos St, PO Box 13697, Austin, TX 78701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined        Undetermined

2.633

Theresa Alexander, West Elm Drive , Granite Shoals, TX 78654

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,907.00          $3,350.00

2.634

Theresa cruz, 1973 Patrick Dr, Newman, CA 95360

**Date or dates debt was incurred**
6/8/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,445.16          $3,350.00

2.635

Thomas Bauer, 8520 Fox Haven Chase , Sturtevant, WI 53177

**Date or dates debt was incurred**
11/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$181.12          $181.12

**2.636**

THOMAS CAMPBELL, 6365 Rancho Mission Rd #4 ,
San Diego, CA 92108

**Date or dates debt was incurred**
3/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00        $1,000.00

**2.637**

Thomas Hammers, 2513 Oakwood Dr, Burnsville, MN
55306

**Date or dates debt was incurred**
11/4/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00        $1,000.00

**2.638**

Tiffany Goodwin, 3028 Desert Moon Ave, Rosamond,
CA 93560

**Date or dates debt was incurred**
4/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

1.0000000002037268E-
2                    $0.00

**2.639**

Tim Zahnow, 24 Center Ave , Cedar Grove, WI 53013

**Date or dates debt was incurred**
10/5/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $34,702.79    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.640**

Timothy Hall, 1014 Havelock Dr, Taylors, SC 29687

**Date or dates debt was incurred**
2/15/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    -1.0000000002037268E-    $0.00
*Check all that apply.*                             2

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.641**

Timothy Smart, 45894 Paseo Gallante , Temecula, CA 92592

**Date or dates debt was incurred**
9/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**    $9,351.05    $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.642

TINA WALKER, 27844 Murrieta Rd, Menifee, CA 92586

**Date or dates debt was incurred**
3/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.643

Tobias White, 2616 Huber Heights Dr, Las Vegas, NV 89128

**Date or dates debt was incurred**
8/3/2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

2.644

Tommy Dean, 4517 Adams Street , Carlsbad, CA 92008

**Date or dates debt was incurred**
1/23/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

**2.645**

Tracy Cooley, 504 Horseshoe Ln, Braham, MN 55006

**Date or dates debt was incurred**
10/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$93.68          $93.68

---

**2.646**

Troy Verheyen, 3023 Park Rd, Greenleaf, WI 54126

**Date or dates debt was incurred**
10/26/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.647**

Ubaldo Santiago, 1296 N 1610 W St, . George, UT 84770

**Date or dates debt was incurred**
8/2/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

9.9999999983992893E-3          $0.00

2.648

Utah State Tax, , 210 North 1950 West, Salt Lake City, UT 84134-0700

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.649

Valerie Moreno, 4727 N Cedar Ave, Fresno, CA 93726

**Date or dates debt was incurred**
8/14/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,675.03          $3,350.00

2.650

Vermont Department of Taxes, , 133 State Street, Montpelier, VT 05633

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.651**

Veronica Rodriguez, 1225 Tio Dink Cir, El Paso, TX 79907

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.14      $25.14

**2.652**

VICKI OLIVER GRUNEWALD, 39167 Orchard St, Cherry Valley, CA 92223

**Date or dates debt was incurred**
8/4/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00      $1,000.00

**2.653**

Victor Lopez, 2469 S Lind Ave, Fresno, CA 93725

**Date or dates debt was incurred**
9/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,345.60      $3,350.00

2.654

Victoria Vu, 1735 N Pheasant St, Anaheim, CA 92806

**Date or dates debt was incurred**
9/11/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,813.61                    $3,350.00

2.655

VIGNESH RAJA, 17190 Cantabria St, Fountain Valley, CA 92708

**Date or dates debt was incurred**
10/12/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.49                    $1.49

2.656

VINCE SCHERALDI, 32845 Celeste Way, Wildomar, CA 92595

**Date or dates debt was incurred**
1/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$680.10                    $680.10

**2.657**

Vinh Luu, 1 Iron Bark Way, Irvine, CA 92612

**Date or dates debt was incurred**
12/8/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

**2.658**

Virginia Department of Taxation, , 1957 Westmoreland Street, Richmond, VA 23230

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined          Undetermined

---

**2.659**

Washington State Department Of Revenue, Attn: Bankruptcy Unit, 2101 4th Ave, Suite 1400, Seattle, WA 98121

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined          Undetermined

2.660

WASIF KHAN, 1053 Sycamore Ln, Corona, CA 92879

**Date or dates debt was incurred**
9/6/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**            $20,675.04              $3,350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.661

Wayne Kastner, 2240 Jeanette Pl, Costa Mesa, CA 92627

**Date or dates debt was incurred**
9/15/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**             $1,000.00               $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.662

WILFRIDO VICENTE, 8014 Gopher Gulch Rd, Riverside, CA 92506

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**             $1,000.00               $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.663

William Dawson, 3704 Oakmount Dr, SE Rio Rancho, NM 87124

**Date or dates debt was incurred**
2/28/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $23,319.00                    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.664

William Fisher, 1000 E Abriendo Ave, Pueblo, CO 81004

**Date or dates debt was incurred**
4/21/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $13,482.75                    $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.665

William Harris, 233 W Poppyfields Dr, Altadena, CA 91001

**Date or dates debt was incurred**
3/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:          $1,000.00                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.666

William Kessenich, 1149 E Banta Ct, Appleton, WI
54915

**Date or dates debt was incurred**
9/27/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.667

William Petko, 18 VÃa Amor Rancho , Santa Margarita,
CA 92688

**Date or dates debt was incurred**
4/4/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00          $1,000.00

2.668

William Stevens, 805 W 23rd St, Merced, CA 95340

**Date or dates debt was incurred**
11/29/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$47,171.60          $3,350.00

2.669

William Stewart, 3015 Vina Vial , San Clemente, CA
92673

**Date or dates debt was incurred**
12/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*                            $1,000.00              $1,000.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.670

WILLIAM STROSSMAN, 43545 Corte Benavente ,
Temecula, CA 92592

**Date or dates debt was incurred**
12/6/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*                            $1.33                  $1.33

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

2.671

Winfield Lauer, 164 27th St, Ogden, UT 84401

**Date or dates debt was incurred**
11/3/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*                            $24,409.22             $3,350.00

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.672**

Wisconsin Department Of Financial Institutions, 4822 Madison Yards Way, Madison, WI 53705

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.673**

Yasuhiro Miyazawa, 13993 Carmen Pl, Riverside, CA 92503

**Date or dates debt was incurred**
12/7/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,459.52          $3,350.00

**2.674**

Ysabel Paniagua, 1818 Running Fawn Ct, North Las Vegas, NV 89031

**Date or dates debt was incurred**
6/27/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,521.26          $3,350.00

2.675

Yvette Miller, 29538 Warmsprings Dr, Menifee, CA 92584

**Date or dates debt was incurred**
6/1/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $1,000.00   $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.676

Zahira Cortes, 5067 Royal Pines Way, Dublin, CA 94568

**Date or dates debt was incurred**
5/17/2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $52,403.73   $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.677

ZELYNE RUDOLPH, 3800 W Wilson St spc 81 , Banning, CA 92220

**Date or dates debt was incurred**
12/29/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 7 )

**As of the petition filing date, the claim is:**   $12,961.08   $3,350.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

2.678

Zhimin Li, 238 W Longden Ave, Arcadia, CA 91007

**Date or dates debt was incurred**
12/29/2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

2.679

Zhiyi LIU, 2328 Country Club Vista St, Glendora, CA 91741

**Date or dates debt was incurred**
10/26/2021

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **7** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00          $1,000.00

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

1 Stop Building Construction, 2919 E Sawyer St, Long Beach, CA 90805

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,000.00

Debtor  Solcius, LLC
        Name

Case number *(if known)* TBD

**3.2**

A Odai Construction, 2949 Aspen View , Santa Fe, NM 87506

**Date or dates debt was incurred**
6/5/2023

**As of the petition filing date, the claim is:**                    $8,088.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**

Aaron Becker, 2544 Kilpatrick Ct, San Ramon, CA 94583

**Date or dates debt was incurred**
8/15/2023

**As of the petition filing date, the claim is:**                    $35,191.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

ABC Supply CO, PO Box 748242, Los Angeles, CA 90074-8242

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,952.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

Abigail Morales, 725 N Shadydale Ave, West Covina, CA 91790

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

Acme Roofing Services, 155 Mast St. STE 113, Morgan Hill, CA 95037

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,303.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.7**

Adam Geddes, 18450 Branding Iron Ct, Tehachapi, CA 93561

**Date or dates debt was incurred**
5/5/2023

As of the petition filing date, the claim is:                    $33,019.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.8**

Adam Wood, 605 7th St, Wilmont, MN 56185

**Date or dates debt was incurred**
6/22/2023

As of the petition filing date, the claim is:                    $29,405.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.9**

Adonijah Vigil, 1717 Schley St, Pueblo, CO 81004

**Date or dates debt was incurred**
7/11/2023

As of the petition filing date, the claim is:                    $24,211.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.10**

Adriana Pena, 204 Zuni Ln , Sunland Park, NM

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $15,725.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

Advanced Home Systems, Inc., Attn: Steve and Gina Koepp, 302 W Wood
Dr, Phoenix, AZ 85029

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12**

Albert Rodriguez, 9220A Muroc Ct, Bellflower, CA 90706

**Date or dates debt was incurred**
10/20/2023

**As of the petition filing date, the claim is:**                              $16,142.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13**

Alberta Zambrano De Quiroz, 3110 Vassar St, Roswell, NM

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $9,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.14

Alejandro Hernandez, 203 Camino Cuatro SW, Albuquerque, NM 87105

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $5,426.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.15

Alex Allsop, 66 W 200 North, Hurricane, UT 84737

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $2,770.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16

Alfonso Sierra, 2525 Yreka Ave, Sacramento, CA 95822

**Date or dates debt was incurred**
12/27/2023

**As of the petition filing date, the claim is:**      $22,492.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.17

Alfonso Tapia, 50 Hawthorne Dr, Tracy, CA 95376

**Date or dates debt was incurred**
8/30/2023

**As of the petition filing date, the claim is:**      $16,322.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18**

Alfrieda Sealie, 581 E Etiwanda Ave , Rialto, CA 92376

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $11.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19**

Alistair Mercado, 667 Foxbrook Dr, Glendora, CA 91740

**Date or dates debt was incurred**
9/21/2023

As of the petition filing date, the claim is:                       $32,612.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20**

All County Electric Supply Inc., 2755 S 163rd St, New Berlin, WI 53151

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                        $4,624.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21**

Allen Mainayar, 44988 Bouchaine St, Temecula, CA 92592

**Date or dates debt was incurred**
9/18/2023

As of the petition filing date, the claim is:                       $31,491.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22**

Alma Ramos and Indara Ramos , c/o KGS Attorneys at Law, Attn:
Brandon Kinard, 151 W. Parker Suite 705-B, Houston, TX 77077

**Date or dates debt was incurred**
11/17/2023

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**

Alozie Udeogaranya, 562 E Banyan St, Ontario, CA 91761

**Date or dates debt was incurred**
9/7/2023

As of the petition filing date, the claim is:                    $18,381.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

Alvina Ayon, 4218 E San Luis St, Compton, CA 90221

**Date or dates debt was incurred**
2/7/2023

As of the petition filing date, the claim is:                    $19,674.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

AMAN MEHTA, 1265 N Fulton St, Anaheim, CA 92801

**Date or dates debt was incurred**
12/12/2022

As of the petition filing date, the claim is:                    $14,370.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

Amazon, PO BOX 035184, Seattle, WA 98124-5184

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $38.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

Amelia Perez, 4741 Loma Grande Dr, El Paso, TX 79934

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $1,286.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28**

American Arbitration Association, 45 E River Park Place West, Suite 308, Fresno, CA 93720

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                   $3,625.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29**

Ana Ramos, 1821 Martinho Ave, Tulare, CA 93274

**Date or dates debt was incurred**
9/25/2023

As of the petition filing date, the claim is:                                  $39,940.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30

Andres Fernandez, 169 Majorca Cir, Sacramento, CA 95823

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31

Andrew Blunt, 7897 Seattle Slew Rd, Eagle Mountain, UT 84005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

Andy Woodruff, 3601 Reinoso Ct, San Jose, CA 95136

**Date or dates debt was incurred**
7/13/2022

As of the petition filing date, the claim is:    $15,563.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33

Angel Castillo, 916 Park Ct, Arvin, CA 93203

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $234.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.34

ANGEL Munoz, 1024 Olive Ave, Fallbrook, CA 92028

**Date or dates debt was incurred**
3/16/2023

**As of the petition filing date, the claim is:**                    $15,477.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.35

Anita Abbott, 54887 Mountain View Trail , Yucca Valley, CA 92284

**Date or dates debt was incurred**
4/7/2023

**As of the petition filing date, the claim is:**                    $23,227.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.36

Annette Juszczyk, 2712 University Ct, Waukesha, WI 53188

**Date or dates debt was incurred**
10/6/2023

**As of the petition filing date, the claim is:**                    $24,967.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.37

Anthony Ayson, 7216 Norwalk Blvd, Whittier, CA 90606

**Date or dates debt was incurred**
6/17/2022

**As of the petition filing date, the claim is:**                    $68,370.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.38

Anthony Gomez, 3657 Brabham Ave, Rosamond, CA 93560

**Date or dates debt was incurred**
11/14/2023

**As of the petition filing date, the claim is:**                    $5,675.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.39

Anthony Melgares, 28775 Portsmouth Dr, Menifee, CA 92586

**Date or dates debt was incurred**
11/14/2023

**As of the petition filing date, the claim is:**                    $33,766.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.40

Anthony Price, 297 Mountain View Dr, Santa Maria, CA 93455

**Date or dates debt was incurred**
5/26/2023

**As of the petition filing date, the claim is:**                    $22,653.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41

Antoine Menifee, 105 Ohio Way, Ladson, SC 29456

**Date or dates debt was incurred**
12/14/2023

**As of the petition filing date, the claim is:**                    $19,899.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42**

Antonio Perez Ocana, 1380 S Eaton Ct, Lakewood, CO 80232

**Date or dates debt was incurred**
2/6/2023

**As of the petition filing date, the claim is:**                    $15,924.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43**

Antonio Santiago, 658 Port Dr, San Mateo, CA 94404

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44**

APA Benefits Inc, 8899 S 700 E , Suite 225, Sandy, UT 84070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $156.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45**

API Signal, 701 Gervais St #150-113, Columbia, SC 29201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $508.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**

April Silva, 4301 Mentone Ave, Culver City, CA 90232

**Date or dates debt was incurred**
3/29/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,404.64

**3.47**

Arcadia, 5600 S Quebec St, Suite 320D, Greenwood Village, CO 80111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,500.00

**3.48**

Arnold Truckey, 5190 Vine Rd, Seymour, WI 54165

**Date or dates debt was incurred**
12/14/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,010.56

**3.49**

Arnulfo MartÃnez, 3727 S 22nd St, Milwaukee, WI 53221

**Date or dates debt was incurred**
7/14/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,231.34

**3.50**

Arthur Goodman, 23228 Avenue 178 , Porterville, CA 93257

**Date or dates debt was incurred**
3/29/2023

**As of the petition filing date, the claim is:**                    $67,217.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.51**

Augustina Abbott, 45b Road 1072 , Velarde, NM 87582

**Date or dates debt was incurred**
4/11/2022

**As of the petition filing date, the claim is:**                    $1,186.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.52**

AURELIA REYES, 2794 Reservoir Dr, Norco, CA 92860

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.53**

Aurora Solar Inc, PO Box 102896, Pasadena, CA 91189-2896

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $172,265.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.54**

Ausencio Fernandez, 17287 Bonita Rd, Madera, CA 93636

**Date or dates debt was incurred**
3/23/2023

**As of the petition filing date, the claim is:**                                    $2,689.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.55**

Austin Barney, 487 S 900 W , American Fork, UT 84003

**Date or dates debt was incurred**
10/31/2023

**As of the petition filing date, the claim is:**                                    $15,813.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.56**

Barbara McWilliams, 414 Vliet St, Kewaunee, WI 54216

**Date or dates debt was incurred**
12/19/2023

**As of the petition filing date, the claim is:**                                    $13,390.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.57**

Barry Goodwin, 5611 Harvest Rd, Rocklin, CA 95765

**Date or dates debt was incurred**
12/29/2023

**As of the petition filing date, the claim is:**                                    $20,170.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.58

Bernadette R Pacheco, 2795 W Archer Pl, Denver, CO 80219

**Date or dates debt was incurred**
7/27/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,664.82

3.59

Beverly Lavallee, 450 E Bradley Ave SPC 16 , El Cajon, CA 92021

**Date or dates debt was incurred**
11/10/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,870.87

3.60

BILLIE DODD, 39668 Princeton Way UNIT A , Murrieta, CA 92563

**Date or dates debt was incurred**
2/6/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$165.52

3.61

Blanca L Hernandez, 62207 Annette St, San ardo, Ca 93450

**Date or dates debt was incurred**
2/9/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,537.63

**3.62**

Boshard Builders DBA Same Day Electric, PO Box 1992, Provo, UT
84603-1992

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,083.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

Botkin Chiarello Calaf PLLC, 1209 Nueces Street, Austin, TX 78701

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $8,480.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

Bovee Roofing Inc, 24392 Barbados Dr, Dana Point, CA 92629

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $17,199.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.65**

BRANDI THOMAS, 54105 S Circle Dr, Idyllwild, CA 92549

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.66

Brandy Licon, 6217 Dellyne Ave NW , Albuquerque, NM 87120

**Date or dates debt was incurred**
10/13/2023

As of the petition filing date, the claim is:                    $15,274.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.67

Brent Morrill, 7091 E Oquirrh Ranch parkway, Eagle Mountain, UT 84005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.68

Brian Merryman, 2564 Blossom View Dr, Sparks, NV 89434

**Date or dates debt was incurred**
11/22/2023

As of the petition filing date, the claim is:                    $10,689.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.69

Brian Randell, 1299 Judy Ln, Upland, CA 91784

**Date or dates debt was incurred**
9/15/2023

As of the petition filing date, the claim is:                    $10,600.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70**

Brian Villalobos, 4242 4th St, Riverside, CA 92501

**Date or dates debt was incurred**
4/20/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,324.30

**3.71**

Brittany Brown, 1676 Perry Ave, Racine, WI 53406

**Date or dates debt was incurred**
11/3/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,064.46

**3.72**

Brittany Vines, 848 Winthrop St a, Ladson, SC 29456

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

**3.73**

Bronstin, c/o Oliver Law Center, Inc, Attn: Dana Oliver, 8780 19th St #559, Rancho Cucamonga, CA 91707

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.74**

Bryan Polk, 1279 Rosemary Ln, Yuba City, CA 95991

**Date or dates debt was incurred**
8/8/2022

**As of the petition filing date, the claim is:**          $17,440.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.75**

BRYAN WALTERS, 41011 Burgess Ct, Temecula, CA 92591

**Date or dates debt was incurred**
3/20/2023

**As of the petition filing date, the claim is:**          $21,326.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76**

Bryce Dodds, 1196 Avenida Azul, San Marcos, CA 92069

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $598.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.77**

Buchalter, A Professional Corporation, 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $7,048.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.78**

C&M Plaque and Trophy, Inc, 10817 Notus Ln, Ste D-101, El Paso, TX 79935-4914

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $690.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.79**

Caldarelli Hejmanowski Page & Leer LLP, 3398 Carmel Mountain Rd , Ste 250, San Diego, CA 92121

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                  $8,259.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80**

Calvin Adams, 607 Bell Ln, Blythe, CA 92225

**Date or dates debt was incurred**
8/15/2023

As of the petition filing date, the claim is:                                 $44,099.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.81**

Carla Jenkins, 2422 Claystone Cir , Erie, CO 80516

**Date or dates debt was incurred**
8/29/2023

As of the petition filing date, the claim is:                                 $52,215.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.82

Carlos Cerda, 810 NW 5th St, Fabens, TX 79838

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $92.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.83

Carlos Urrutia, 2915 Woodbridge St, Roseville, MN 55113

**Date or dates debt was incurred**
10/11/2023

**As of the petition filing date, the claim is:** $20,121.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.84

Carol Mager, 2505 Cactus Dr, Colorado Springs, CO 80911

**Date or dates debt was incurred**
1/13/2023

**As of the petition filing date, the claim is:** $14,978.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.85

Carol Thayer, 971 Foothill Ln, Springdale, UT 84737

**Date or dates debt was incurred**
12/8/2023

**As of the petition filing date, the claim is:** $154.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.86**

Carola Allshouse, 2936 E Demetrius Ave, Las Vegas, NV 89101

**Date or dates debt was incurred**
10/24/2022

**As of the petition filing date, the claim is:**      $53,448.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.87**

Carolyn Watkins, 1709 Church St, Redlands, CA 92374

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $32.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.88**

Cary Fang, 5865 Flambeau Rd, Rancho Palos Verdes, CA 90275

**Date or dates debt was incurred**
9/19/2023

**As of the petition filing date, the claim is:**      $25,321.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.89**

Carylee Hammer, 2230 Washington Ave, Cedarburg, WI 53012

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:**      $32,766.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.90**

Casey Mccants, 2 Corte La Cereza , San Clemente, CA 92673

**Date or dates debt was incurred**
10/31/2023

**As of the petition filing date, the claim is:**                $17,970.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.91**

Cecil Wise, 66885 Ironwood dr #B, Desert Hot Springs, CA 92240

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $2,444.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Independent Contractor

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.92**

Cecilia Gonzalez, 17539 Rock Port Rd, Laredo, TX 78045

**Date or dates debt was incurred**
12/15/2023

**As of the petition filing date, the claim is:**                 $2,387.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.93**

CECILIA PARDO-SCHULT (Project 1), 28330 Avenida Maravilla , Cathedral City, CA 92234

**Date or dates debt was incurred**
11/16/2023

**As of the petition filing date, the claim is:**                $10,010.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.94**

CECILIA PARDO-SCHULT (Project 2), 13685 Colony Rd, Desert Hot Springs, CA 92240

**Date or dates debt was incurred**
12/11/2023

As of the petition filing date, the claim is: $6,770.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.95**

Cecilol Moreno, 524 Loyola Dr, Placentia, CA 92870

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $674.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96**

Channy Tek, 2510 W 5135 S , Salt Lake City, UT 84129

**Date or dates debt was incurred**
10/25/2023

As of the petition filing date, the claim is: $31,226.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.97**

Charles Barrett , c/o Glassey Smith, Attn: Sharon E. Glassey, 10531 4S Commons Drive , San Diego, #166-712, CA 92127

**Date or dates debt was incurred**
3/3/2022

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

Charles McCormick, 30695 Lajoe St, Menifee, CA 92584

**Date or dates debt was incurred**
7/24/2023

**As of the petition filing date, the claim is:**                    $26,745.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**

Christopher Lemens, 1509 Morrow St, Green Bay, WI 54302

**Date or dates debt was incurred**
12/7/2023

**As of the petition filing date, the claim is:**                    $23,527.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100**

Christopher Smith, 962 Wright St, Santa Rosa, CA 95404

**Date or dates debt was incurred**
4/4/2023

**As of the petition filing date, the claim is:**                    $19,651.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.101**

Chuck Earles, 44410 Jefferson Ave, Zumbrota, MN 55992

**Date or dates debt was incurred**
8/16/2023

**As of the petition filing date, the claim is:**                    $24,561.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.102**

Clarence Goblirsch, 1388 Amaryllis Ln, Eagan, MN 55123

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.103**

Codale, 362 S Commerce Loop, Orem, UT 84058

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $9,062.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.104**

Colleen Petrini, 1406 Conductor Ct, Sparks, NV 89434

**Date or dates debt was incurred**
5/22/2023

As of the petition filing date, the claim is: $20,583.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.105**

Complete Solar, Inc, 3000 Executive Pkwy Ste 504, San Ramon, CA 94583

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $16,420.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.106

Condado Group Inc., 1301 Burlington Street, Suite 150, Kansas City, MO 64116

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.107

Contractors Access Equipment, Scaffold Solutions, 2222 S Halstead Street, Chicago, IL 60608

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $664.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.108

Craig Gerbert, 4001 Paul Robarts Ct, Las Vegas, NV 89102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,000.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.109

Craig Gerbert, 4001 Paul Robarts Ct, Las Vegas, NV 89102

**Date or dates debt was incurred**
6/21/2022

**As of the petition filing date, the claim is:**                    $5,971.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110**

Curtis Minor, 20160 E Doane Dr, Aurora, CO 80013

**Date or dates debt was incurred**
5/23/2023

As of the petition filing date, the claim is:          $28,350.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.111**

CYNTHIA Sanchezlibunao, 28176 Ajilwood Ct, Menifee, CA 92584

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $169.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.112**

Dale Robinson, 5895 Colorado River Rd, Blythe, CA 92225

**Date or dates debt was incurred**
3/16/2023

As of the petition filing date, the claim is:          $26,962.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.113**

Dane Bejarano, 204 Hoover St, Oceanside, CA 92054

**Date or dates debt was incurred**
9/13/2023

As of the petition filing date, the claim is:          $33,876.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.114

Daniel Anderson, 3462 Ivory St, Isle, MN 56342

**Date or dates debt was incurred**
12/15/2023

**As of the petition filing date, the claim is:**                    $72,616.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.115

Daniel Bates, 9461 Houston Ave, Unit E Anaheim, CA 92801

**Date or dates debt was incurred**
8/25/2023

**As of the petition filing date, the claim is:**                    $10,619.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116

Daniel Lopez, c/o Texas Riogrande Legal Aid, Inc, Attn: Paola Limon, 4920 N I-35, Austin, TX 78751

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

3.117

Daniel Nelson, 401 11th Ave N, Hopkins, MN 55343

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

3.118

DANIEL NODICH, 375 Lewis St, Poynette, WI 53955

**Date or dates debt was incurred**
6/14/2023

**As of the petition filing date, the claim is:**                    $30,083.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.119

David c Ramos, 1310 W Wisconsin St, Blythe, CA 92225

**Date or dates debt was incurred**
10/11/2023

**As of the petition filing date, the claim is:**                    $23,968.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.120

David Estrada, 25970 Calle Familia , Moreno Valley, CA 92551

**Date or dates debt was incurred**
11/2/2023

**As of the petition filing date, the claim is:**                    $24,271.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.121

David Reed, 14734 Velvet Street, Chino Hills, CA 91709

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $253.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.122**

David Schrupp, 2130 S Nye School Rd, Beloit, WI 53511

**Date or dates debt was incurred**
11/15/2023

**As of the petition filing date, the claim is:**                    $48,548.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123**

David Seidel, 27530 Dahlia Ct, NW Isanti, MN 55040

**Date or dates debt was incurred**
11/14/2023

**As of the petition filing date, the claim is:**                    $25,474.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124**

David Travanty, 17820 Luna Ct, Riverside, CA 92504

**Date or dates debt was incurred**
3/13/2023

**As of the petition filing date, the claim is:**                    $63,160.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.125**

David Washburn, 9361 Alderbury St, Cypress, CA 90630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,070.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126**

David Wilson, 128 Gamble Ln, Pueblo, CO 81001

**Date or dates debt was incurred**
3/28/2023

As of the petition filing date, the claim is:    $41,219.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.127**

Deborah Cullors, 1501 N Blanchard St, Banning, CA 92220

**Date or dates debt was incurred**
9/15/2023

As of the petition filing date, the claim is:    $25,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.128**

Deepak Oberoi, 32426 Hupp Dr, Temecula, CA 92592

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,583.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.129**

Delgado, Manuel, 1927 Sandcastle Dr, Perris, CA 92571

**Date or dates debt was incurred**
10/21/2022

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers Compensation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.130**

DELORES SHIVERS-KILPATRICK, 21081 Elmwood St, Perris, CA 92570

**Date or dates debt was incurred**
3/8/2023

As of the petition filing date, the claim is: $18,991.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.131**

Dennis Correll, 25395 E 19th St, San Bernardino, CA 92404

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,042.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.132**

Dennis Wychulis, 2715 Bissell Way, Wylie, TX 75098

**Date or dates debt was incurred**
10/20/2023

As of the petition filing date, the claim is: $9,205.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.133**

Denver Construction Specialists LLC, 8480 Franklin Dr, Denver, CO 80229

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $5,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.134**

Diana Penunuri, 4210 Crestview Dr, Norco, CA 92860

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $99.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.135**

DINO IACOVINO, 608 Grant St, Oceanside, CA 92054

**Date or dates debt was incurred**
12/20/2022

**As of the petition filing date, the claim is:**                  $12,563.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.136**

Divvy, c/o Bill.com, 6220 America Center Drive, Suite 100, San Jose, CA 95002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $115,155.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.137**

DL Freight Solutions LLC, 200 S Virginia St, Ste 100, Reno, NV 89501

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $24,385.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.138**

Domingo, Steven K

**Date or dates debt was incurred**
10/30/2023

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Auto Liability Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

**3.139**

Donicano Salinas Lopez, c/o KGS Attorneys at Law, Attn: Brandon Kinard, 151 W. Parker Suite 705-B, Houston, TX 77077

**Date or dates debt was incurred**
11/17/2023

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

**3.140**

Dora Ortiz, 3620 Eisenhower Ave, Bakersfield, CA 93309

**Date or dates debt was incurred**
2/23/2023

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$27,295.12

**3.141**

Dorothy Cannavan, 8552 W Ave D2 , Lancaster, CA 93536

**Date or dates debt was incurred**
4/6/2023

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$24,911.04

**3.142**

Dorothy Zitzler, 6324 Barela Dr Garage, Las Cruces, NM 88007

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,428.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.143**

Doug Huseth, N7119 N Shore Rd , Lake Mills, WI 53551

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.144**

EcoFasten Solar, 4741 W Polk St, Ste 4, Phoenix, AZ 85043

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $10,009.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.145**

Edges Electrical Group, PO Box 26830, San Jose, CA 95159-6830

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $124.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.146**

Edith Collazo, 4044 Acacia St, Bell, CA 90201

**Date or dates debt was incurred**
7/13/2023

**As of the petition filing date, the claim is:**                                    $32,274.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.147**

Eduardo Martinez Reyes, 1625 S Wolff St, Denver, CO 80219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.148**

Edward Gale, 447 Russell St, Winters, CA 95694

**Date or dates debt was incurred**
3/6/2023

**As of the petition filing date, the claim is:**                                    $31,776.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.149**

Edward Lewis, 7008 S Kenwood Dr, North Charleston, SC 29406

**Date or dates debt was incurred**
4/10/2023

**As of the petition filing date, the claim is:**                                    $7,901.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.150**

Edward Martinez, 1744 Gubler Dr, Santa Clara, UT 84765

**Date or dates debt was incurred**
11/29/2023

**As of the petition filing date, the claim is:**                          $13,874.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.151**

Edwin E Holbert, 4316 Van Buren Pl, Los Angeles, CA 90037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.152**

Eileen Marrujo, 1514 Calle Redondo , Santa Fe, NM 87505

**Date or dates debt was incurred**
10/18/2023

**As of the petition filing date, the claim is:**                          $15,031.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.153**

ELAV8 Consulting Group LLC DBA ELAV8 Solar, 5 Inka Ct, Greenville, SC 29607

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.154

Elier Molina-Gomez, 3 Mountain View Rd, Los Lunas, NM 87031

**Date or dates debt was incurred**
10/12/2023

As of the petition filing date, the claim is:      $17,561.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.155

Elisha Goodwin, 1038 E Abriendo Ave, Pueblo, CO 81004

**Date or dates debt was incurred**
4/21/2023

As of the petition filing date, the claim is:      $24,211.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.156

Elizabeth Thorsen, 4209 Jasmine Ave, Culver City, CA 90232

**Date or dates debt was incurred**
9/11/2023

As of the petition filing date, the claim is:      $15,276.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.157

Elliott Electric Supply, 1701 North Jackson, Suite E, McAllen, TX 78501

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $46.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.158**

Elmer Martinez, 9938 Rio Canon Ave SW, Albuquerque, NM 87121

**Date or dates debt was incurred**

_____

_____

**As of the petition filing date, the claim is:**                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.159**

Eloy Salinas, 5329 Crystal Springs Dr, Bakersfield, CA 93313

**Date or dates debt was incurred**
7/27/2023

_____

**As of the petition filing date, the claim is:**                                $33,850.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.160**

Elvira Garcia, 10672 Aspiration Ln SW , Albuquerque, NM 87121

**Date or dates debt was incurred**
8/2/2023

_____

**As of the petition filing date, the claim is:**                                    $95.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.161**

EMI Health, 5101 S Commerce Dr, Murray, UT 84107

**Date or dates debt was incurred**
Various

_____

**As of the petition filing date, the claim is:**                                 $4,948.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.162

Emilio Nunez, 1524 N Fulgham St, Visalia, CA 93291

**Date or dates debt was incurred**
7/24/2023

As of the petition filing date, the claim is:                    $26,772.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.163

Emmanuel Armendariz, 26395 Co Rd 52 , Kersey, CO 80644

**Date or dates debt was incurred**
11/10/2023

As of the petition filing date, the claim is:                    $41,810.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.164

Enrique Ramirez Alvarado, 3930 Castleman St, Riverside, CA 92503

**Date or dates debt was incurred**
5/12/2023

As of the petition filing date, the claim is:                    $11,761.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.165

Enterprise Holdings DBA EAN Services, LLC, PO Box 402383, Atlanta, GA 30384-2383

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,116.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.166**

Eric fierro, 9545 Mirandy Dr, Sacramento, CA 95827

**Date or dates debt was incurred**
4/13/2023

**As of the petition filing date, the claim is:**                      $20,189.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.167**

Eric Hunt, 531 S Sanders St, Ridgecrest, CA 93555

**Date or dates debt was incurred**
4/3/2023

**As of the petition filing date, the claim is:**                      $9,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.168**

Eric Rohmann, 349 S Sherratt Dr, Cedar City, UT 84720

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $135.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.169**

Erlinda Romero, 2009 Panay Dr, Los Lunas, NM 87031

**Date or dates debt was incurred**
7/27/2023

**As of the petition filing date, the claim is:**                      $2,734.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.170

Esteban Elias, 271 Rancho Dr unit B , Chula Vista, CA 91911

**Date or dates debt was incurred**
6/1/2023

**As of the petition filing date, the claim is:**                    $42,898.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.171

Esther Ngigi, 1151 Juniper St, Brentwood, CA 94513

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $80.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.172

Estrellita Moore, 2912 Linda Dr, Oceanside, CA 92056

**Date or dates debt was incurred**
11/10/2023

**As of the petition filing date, the claim is:**                    $14,701.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.173

Eugenio Chavez, 160 S Osceola St, Denver, CO 80219

**Date or dates debt was incurred**
11/14/2022

**As of the petition filing date, the claim is:**                    $8,134.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.174**

Evelyn Aitekha, 15906 Sulphur Springs Rd, Moreno Valley, CA 92555

**Date or dates debt was incurred**
5/2/2023

**As of the petition filing date, the claim is:** $20,458.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175**

Everlasting Homes Inc., 1815 Lacota Ln, Burnsville, MN 55337

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.176**

Evin Wieser, 256 N 6th St, San Jose, CA 95112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.177**

Felix Lupian, 12323 Ave 340 , Visalia, CA 93291

**Date or dates debt was incurred**
4/20/2023

**As of the petition filing date, the claim is:** $95,527.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178

Fernando Morales, 683 N 2330 E St, . George, UT 84790

**Date or dates debt was incurred**
12/15/2023

**As of the petition filing date, the claim is:**                    $21,005.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179

Final Touch Construction & Design, 14860 Arrow Blvd, Fontana, CA 92335

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,310.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180

Flash Roofing Inc, 13572 Arroyo Dale Ln, San Diego, CA 92130

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,975.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.181

Florinda Mawson, 2244 W Meadow St, Cedar City, UT 84720

**Date or dates debt was incurred**
12/18/2023

**As of the petition filing date, the claim is:**                    $30,666.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.182**

Francisco A Roa, 2541 Vintage St, Napa, CA 94558

**Date or dates debt was incurred**
4/12/2023

**As of the petition filing date, the claim is:**                    $17,946.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.183**

Francisco McGann, 1904 Aria Lights Avenue, North Las Vegas, NV 89081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.184**

Francisco Rios Jr, 201 S Mayberry St, Mission, TX 78572

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $163.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.185**

Frank Schwab, 534 Panoramic Hwy , Mill Valley, CA 94941

**Date or dates debt was incurred**
4/10/2023

**As of the petition filing date, the claim is:**                    $7,707.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.186**

Gabriel Picazo, 27097 Fitzgerald Pl, Menifee, CA 92584

**Date or dates debt was incurred**
3/24/2023

**As of the petition filing date, the claim is:**                    $38,508.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.187**

Gabriel Silva, 11407 Kirkvalley Dr, Houston, TX 77089

**Date or dates debt was incurred**
4/17/2023

**As of the petition filing date, the claim is:**                    $26,968.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188**

Gabriel Valdez, 3645Blvd Concord , Concord, CA 94519

**Date or dates debt was incurred**
6/9/2023

**As of the petition filing date, the claim is:**                    $22,207.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.189**

Galvan, Alexandra, 2460 Taylor, Corona, CA 92882

**Date or dates debt was incurred**
10/5/2023

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers Compensation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.190

GARY BADER, 1284 60th St, Amery, WI 54001

**Date or dates debt was incurred**
7/14/2023

**As of the petition filing date, the claim is:**                              $24,844.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.191

Gary Gavin, 890 County H, Kewaskum, WI 53040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $199.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.192

Gary Kassel, 14745 Mandan Rd, Apple Valley, CA 92307

**Date or dates debt was incurred**
9/18/2023

**As of the petition filing date, the claim is:**                              $20,318.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.193

Gary Richards, 79 UT-132 , Moroni, UT 84646

**Date or dates debt was incurred**
8/30/2023

**As of the petition filing date, the claim is:**                              $9,498.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.194

Gary Sabara, 7017 El Cerro Dr, Buena Park, CA 90620

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $642.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.195

Gary Summers, W530 Manders Ct, De Pere, WI 54115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $4,886.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.196

Gary Zohner, 1286 W 2130 S St, . George, UT 84770

**Date or dates debt was incurred**
12/14/2023

**As of the petition filing date, the claim is:**                          $18,386.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.197

Gen Digital Inc., 60 E Rio Salado Pkwy, Ste 1000, Tempe, AZ 85281

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $179.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.198**

Genevieve Koerner, 2295 N Robinhood Pl, Orange, CA 92867

**Date or dates debt was incurred**
11/24/2023

As of the petition filing date, the claim is:            $23,538.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.199**

Genoveva Ochoa and Nora Garcia, c/o Tummel & Casso, Attn: Harold K. Tummel, 7001 N 10th St, McAllen, Suite 201, TX 78504

**Date or dates debt was incurred**
9/26/2022

As of the petition filing date, the claim is:            Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

genoveva ochoa, 1219 W Hackberry Ave, McAllen, TX 78501

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            $38,638.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

Geraldine Miranda, 308 Alienta Ln, Ladera Ranch, CA 92694

**Date or dates debt was incurred**
9/8/2023

As of the petition filing date, the claim is:            $1,539.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.202

German Castro, 2113 Harris Ln, Haltom City, TX 76117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $3,911.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

German Castro, 2113 Harris Ln, Fort Worth, TX 76117

**Date or dates debt was incurred**
10/31/2022

**As of the petition filing date, the claim is:**                $37,693.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.204

Gilbert Zurita, 33369 Pitman Ln, Menifee, CA 92584

**Date or dates debt was incurred**
8/31/2023

**As of the petition filing date, the claim is:**                $24,555.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.205

GreenCal Construction Inc., 9065 Rosecrans Ave, Bellflower, CA 90706

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $4,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.206

Guadalupe Gutierrez, 17581Way Blythe , Blythe, CA 92225

**Date or dates debt was incurred**
8/22/2023

**As of the petition filing date, the claim is:**                    $32,470.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.207

Guadalupe Gutierrez, 18289 Palowalla Rd, Blythe, CA 92225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $14,843.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.208

Guadalupe Gutierrez, 18289 Palowalla Rd, Blythe, CA 92225

**Date or dates debt was incurred**
8/2/2023

**As of the petition filing date, the claim is:**                    $35,533.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.209

Guadalupe Maldonado, 1902 Hilltop Dr, Carrollton, TX 75006

**Date or dates debt was incurred**
2/7/2023

**As of the petition filing date, the claim is:**                    $17,476.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.210**

Guillermo Aguiniga, 4345 N Parkway Dr, Fresno, CA 93722

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $442.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.211**

Harjobanpreet SINGH, 30597 Red Fox Ct, Murrieta, CA 92563

**Date or dates debt was incurred**
4/14/2023

As of the petition filing date, the claim is:                    $37,986.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.212**

Harris Air Systems, LLC, 272 N Broadway, Tooele, UT 84074

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $238.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.213**

Hector De La Torre, 13026 Camden Ln, Victorville, CA 92392

**Date or dates debt was incurred**
11/9/2023

As of the petition filing date, the claim is:                    $30,040.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.214**

Hector Hernandez, 12277 Mesquite St, Oak Hills, CA 92344

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18,026.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.215**

Hector Hernandez, 12277 Mesquite St, Oak Hills, CA 92344

**Date or dates debt was incurred**
3/16/2023

As of the petition filing date, the claim is:                    $40,783.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.216**

Hector Rubalcava (Project #2), 809 Armstrong Ave, Santa Maria, CA 93454

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,597.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.217**

Hire Bloom, 1078 East Dover Dr, Provo, UT 84604

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $205,544.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.218

Holly Hadlock, 456 Marin Ave, Mill Valley, CA 94941

**Date or dates debt was incurred**
4/4/2023

**As of the petition filing date, the claim is:**    $8,455.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.219

Irene Baca, 919 E 2nd St, Pueblo, CO 81001

**Date or dates debt was incurred**
4/10/2023

**As of the petition filing date, the claim is:**    $939.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.220

Irma Gandara, 2418 Grant St, Grand Prairie, TX 75051

**Date or dates debt was incurred**
3/7/2023

**As of the petition filing date, the claim is:**    $24,556.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.221

Irvin Covert, 1561 Lowery St, Porterville, CA 93257

**Date or dates debt was incurred**
11/24/2023

**As of the petition filing date, the claim is:**    $26,726.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.222

Isael Mendoza, 8347 Meadowcrest Dr, Fountain, CO 80817

**Date or dates debt was incurred**
5/4/2023

**As of the petition filing date, the claim is:**                                    $15,110.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.223

Ismael Montanez, 4708 Ashbrook Rd, Dallas, TX 75227

**Date or dates debt was incurred**
7/28/2023

**As of the petition filing date, the claim is:**                                    $23,955.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.224

Jack Lopez, 200 Marshall St, Mc Farland, CA 93250

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $631.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.225

Jack Meyer, 24371 E Cedar Lake Dr, New Prague, MN 56071

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $68.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.226**

JACKIE SCOTT, 520 Marquette Ave, South Milwaukee, WI 53172

**Date or dates debt was incurred**
11/14/2023

As of the petition filing date, the claim is:    $19,250.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.227**

Jacob Miller, 3440 Co Rd, M Sheboygan Falls, WI 53085

**Date or dates debt was incurred**
11/15/2023

As of the petition filing date, the claim is:    $21,396.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.228**

Jacob Williams-Matijevich, 5540 Farm Road, Belgium, WI 53004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.229**

Jacquelin Edwards, 34995 Wintergrass court, Winchester, CA 92596

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.230**

Jacqueline Davis, 1978 Chalet Dr, Santa Clara, UT 84765

**Date or dates debt was incurred**
12/19/2023

**As of the petition filing date, the claim is:**                      $32,132.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.231**

JAIME ARELLANO, 14415 Evert Rd, Eastvale, CA 92880

**Date or dates debt was incurred**
2/27/2023

**As of the petition filing date, the claim is:**                      $2,774.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232**

James De Nino, 3195 Mann Street , Las Vegas, NV 89146

**Date or dates debt was incurred**
12/18/2023

**As of the petition filing date, the claim is:**                      $52,359.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.233**

James Dewitt, 2033 Conception Dr, Lompoc, CA 93436

**Date or dates debt was incurred**
9/28/2023

**As of the petition filing date, the claim is:**                      $16,750.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.234**

JAMES HUCKESTEIN, 21842 Quiet Oak Dr, Lake Forest, CA 92630

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $86.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.235**

James Leclaire, 12201 Nuthatch Ct, Grass Valley, CA 95945

**Date or dates debt was incurred**
9/1/2023

As of the petition filing date, the claim is:                 $41,373.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.236**

James Miglino, 130 Highland Ave, San Francisco, CA 94110

**Date or dates debt was incurred**
5/24/2023

As of the petition filing date, the claim is:                 $42,725.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.237**

James S Adler, 3906 Talon Trail , Indian Hills, CO 80454

**Date or dates debt was incurred**
4/13/2023

As of the petition filing date, the claim is:                $105,926.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.238**

Jane Fraundorf, 8532 W Lawrence Ave, Milwaukee, WI 53225

**Date or dates debt was incurred**
12/21/2023

**As of the petition filing date, the claim is:**                    $8,054.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.239**

Janice Miguel, 351 W Kirkwall Rd, Glendora, CA 91740

**Date or dates debt was incurred**
9/8/2023

**As of the petition filing date, the claim is:**                    $29,108.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.240**

Jason Carmody DBA Carmody Electric, 608 Los Arboles Ave NW, Albuquerque, NM 87107

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,157.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.241**

Jason Chadwick, 1909 E 16th St, Pueblo, CO 81001

**Date or dates debt was incurred**
5/3/2023

**As of the petition filing date, the claim is:**                    $12,153.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.242**

Jazmin Herrera, 480 N 9th St, Blythe, CA 92225

**Date or dates debt was incurred**
9/12/2023

**As of the petition filing date, the claim is:**                    $55,495.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.243**

JB DFW LLC, P.O. Box 168746, Irving, TX 75016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,829.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.244**

JB Electrical, 32360 Wildomar Trail, Wildomar, CA 92595

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $27,294.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.245**

Jeffrey Brodie, 28815 8th St, Lake Elsinore, CA 92532

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,976.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.246**

Jeffrey Brodie, 28815 8th St, Lake Elsinore, CA 92532

**Date or dates debt was incurred**
8/3/2022

**As of the petition filing date, the claim is:**                    $36,219.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.247**

Jennifer Cordova, 4516 11th St NW, Albuquerque, NM 87107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.248**

Jennifer Lynn Middle, et al, c/o The Law Offices of Taylor P. Call, Attn: Taylor P. Call, 836 57th Street, Sacramento, Ste. 483, CA 95819

**Date or dates debt was incurred**
2/15/2022

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.249**

Jennifer Messick, 7185 El Cerrito Rd, Corona, CA 92881

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,037.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.250**

Jennifer Taylor, 18454 Ironstone St, Woodbridge, CA 95258

**Date or dates debt was incurred**
10/11/2023

As of the petition filing date, the claim is:    $33,709.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.251**

Jeremy Mace, 5932 Fredricks Rd, Sebastopol, CA 95472

**Date or dates debt was incurred**
10/17/2023

As of the petition filing date, the claim is:    $65,387.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.252**

Jerry Stone, 3007 Onate Rd, Roswell, NM 88201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $287.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.253**

Jessica Svehla, 86454 510th Ave, Jackson, MN 56143

**Date or dates debt was incurred**
11/9/2023

As of the petition filing date, the claim is:    $44,950.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.254

Jesus Grajeda, 6396 Jester Pl, Las Cruces, NM 88012

**Date or dates debt was incurred**
11/18/2021

**As of the petition filing date, the claim is:**                    $3,871.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.255

JILL ESTREMA, 29962 Lagunita Court , Menifee, CA 92584

**Date or dates debt was incurred**
8/29/2023

**As of the petition filing date, the claim is:**                    $13,209.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.256

Joan Gallagher, 1215 Pine St, Pueblo, CO 81004

**Date or dates debt was incurred**
7/27/2023

**As of the petition filing date, the claim is:**                    $21,869.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.257

Joe Johnson, 31435 Janelle Ln, Winchester, CA 92596

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $576.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.258

joe pacheco, 2974 NM-76 , PeÃ±asco, NM 87553

**Date or dates debt was incurred**
4/25/2023

**As of the petition filing date, the claim is:**                    $12,245.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.259

John Calder, 16735 Sage St, Hesperia, CA 92345

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $238.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.260

John Collazo, 5403 W 142nd Pl, Hawthorne, CA 90250

**Date or dates debt was incurred**
12/8/2023

**As of the petition filing date, the claim is:**                    $39,293.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.261

JOHN GANJI, 31662 Isle Vista , Laguna Niguel, CA 92677

**Date or dates debt was incurred**
11/18/2022

**As of the petition filing date, the claim is:**                    $24,912.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.262**

John Lopez, 2612 Del Way unit a , Huntington Beach, CA 92648

**Date or dates debt was incurred**
8/15/2023

**As of the petition filing date, the claim is:**          $24,658.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.263**

John Rangel, 201 W 15th St, San Angelo, TX 76903

**Date or dates debt was incurred**
12/8/2023

**As of the petition filing date, the claim is:**          $10,783.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.264**

John Robert Stolarz, 9176 Bluebell Knoll Ct, Las Vegas, NV 89178

**Date or dates debt was incurred**
12/19/2023

**As of the petition filing date, the claim is:**          $16,326.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.265**

John Sladovic, 513 Halsing Ct, Carlsbad, CA 92011

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $535.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.266**

John Wojcik, 33491 Brand St, Lake Elsinore, CA 92530

**Date or dates debt was incurred**
5/22/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$24,674.24

**3.267**

Johnny's Septic Tank Co Inc., 2155 Dona Ana Rd, Las Cruces, NM 88007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,830.00

**3.268**

Johny Yako, 475 N Midway Dr, Escondido, CA 92027

**Date or dates debt was incurred**
4/4/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,790.46

**3.269**

Jonathan Lopez, 4125 Mission Tree Way, Oceanside, CA 92057

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,377.00

3.270

JONATHAN SHORHEN, 17650 Brightman Ave, Lake Elsinore, CA 92530

**Date or dates debt was incurred**
3/17/2023

**As of the petition filing date, the claim is:** $19,083.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.271

Jorge Guerrero, 1045 Sieber Ave #B , Salinas, CA 93905

**Date or dates debt was incurred**
7/3/2023

**As of the petition filing date, the claim is:** $38,007.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.272

Jose A Vigil, 200 King St, Denver, CO 80219

**Date or dates debt was incurred**
12/28/2023

**As of the petition filing date, the claim is:** $13,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.273

Jose Carmo, 713 R St, Newman, CA 95360

**Date or dates debt was incurred**
9/8/2023

**As of the petition filing date, the claim is:** $33,318.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.274**

Jose Daniel Cornejo Mendoza, 516 J St, Mendota, CA 93640

**Date or dates debt was incurred**
11/25/2022

As of the petition filing date, the claim is:    $24,254.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.275**

Jose Ibarra Sanchez, 6696 Albion St, Commerce City, CO 80022

**Date or dates debt was incurred**
6/1/2023

As of the petition filing date, the claim is:    $22,583.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.276**

Jose L Martinez, 150 Bronco Buster , Deming, NM 88030

**Date or dates debt was incurred**
12/7/2023

As of the petition filing date, the claim is:    $42,526.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.277**

Jose Luis Navarrete, 1405 Ozark Rd, Oceanside, CA 92056

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.278**

JOSE MACIEL, 312 Mildred St, Perris, CA 92571

**Date or dates debt was incurred**
4/10/2023

**As of the petition filing date, the claim is:**                $541.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.279**

JOSE RODRIGUEZ, 16924 Ellena St, Riverdale, CA 93656

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.280**

Joseph Musser, 656 N 700 E , Washington, UT 84780

**Date or dates debt was incurred**
12/8/2023

**As of the petition filing date, the claim is:**                $15,949.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.281**

Josephine Saavedra, 58 N castilos rd , Cubero, NM 87014

**Date or dates debt was incurred**
11/25/2022

**As of the petition filing date, the claim is:**                $39,449.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.282**

Joshua Trujillo, 2057 Platina Rd, SE Rio Rancho, NM 87124

**Date or dates debt was incurred**
6/22/2023

As of the petition filing date, the claim is: $23,044.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.283**

Joshua White, 225 Ame Ln, Royse City, TX 75189

**Date or dates debt was incurred**
12/8/2023

As of the petition filing date, the claim is: $7,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.284**

Joshua Zingler, 685 Colorado Cir, Carson, CA 90745

**Date or dates debt was incurred**
6/2/2023

As of the petition filing date, the claim is: $31,967.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.285**

Joyce Jones, 3245 Josephine St, Denver, CO 80205

**Date or dates debt was incurred**
5/17/2023

As of the petition filing date, the claim is: $23,282.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.286

Joyce Munoz, 8536 Stream St NE , Albuquerque, NM 87113

**Date or dates debt was incurred**
10/11/2022

As of the petition filing date, the claim is:    $1,476.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.287

Juan Giron, 5415 Billings St, Denver, CO 80239

**Date or dates debt was incurred**
12/1/2022

As of the petition filing date, the claim is:    $37,537.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.288

Juan Juan Castillo Ochoa, 20561 Emelita St, Perris, CA 92571

**Date or dates debt was incurred**
11/3/2021

As of the petition filing date, the claim is:    $30,625.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.289

Juan Perez Morado, 833 Olson St, El Paso, TX 79901

**Date or dates debt was incurred**
8/28/2020

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.290**

Juana Valenzuela De Amaya, 354 W Grand Percha Rd, Arrey, NM 87930

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $638.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.291**

Judith Supple, 789 Spaulding Ln, Palm Springs, CA 92262

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $46.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.292**

JULIE OLSZEWSKI, 4312 S Rose Ct, New Berlin, WI 53151

**Date or dates debt was incurred**
11/15/2023

**As of the petition filing date, the claim is:**                    $14,195.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.293**

Julie Warenski, 778 Cotton Meadow Lane , Washington, UT 84780

**Date or dates debt was incurred**
11/2/2023

**As of the petition filing date, the claim is:**                    $13,347.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.294

JULIUS RAYAN, 225 S Main St, Placentia, CA 92870

**Date or dates debt was incurred**
4/4/2023

**As of the petition filing date, the claim is:**                    $12,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.295

June Perez, 9643 Cedar St, Bellflower, CA 90706

**Date or dates debt was incurred**
10/3/2023

**As of the petition filing date, the claim is:**                    $19,859.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.296

Justin Holzer, 3921 40th Ave S , Minneapolis, MN 55406

**Date or dates debt was incurred**
10/27/2023

**As of the petition filing date, the claim is:**                    $24,888.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.297

JUSTIN MILLER, 214 5th Ave, Clayton, WI 54004

**Date or dates debt was incurred**
12/28/2023

**As of the petition filing date, the claim is:**                    $35,700.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.298**

Kailey Geigle, 534 e Andiron lane, Eagle Mountain, UT 84005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,224.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.299**

Kalli Gilbertson Bugar, 2068 E Spring Brook Trail , Mora, MN 55051

**Date or dates debt was incurred**
9/12/2023

As of the petition filing date, the claim is:                    $8,185.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.300**

Kalvinder Rai, 20117 Genteel Dr, Friant, CA 93626

**Date or dates debt was incurred**
8/21/2023

As of the petition filing date, the claim is:                    $19,848.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.301**

Kamille Criddle, 3116 S 2750 E, Salt Lake City, UT 84109

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $450.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.302**

Karel Hecker, 37325 Calico Blvd, Yermo, CA 92398

**Date or dates debt was incurred**
12/21/2023

**As of the petition filing date, the claim is:** $33,968.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.303**

Karen Berens, 2570 Palisades Ln, Appleton, WI 54915

**Date or dates debt was incurred**
12/20/2023

**As of the petition filing date, the claim is:** $16,875.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.304**

Karen McLaughlin, 2823 E Hamilton Ave, Orange, CA 92867

**Date or dates debt was incurred**
4/10/2023

**As of the petition filing date, the claim is:** $14,154.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.305**

Karen Wheeler, 7911 Paso Robles Ave, Los Angeles, CA 91406

**Date or dates debt was incurred**
1/30/2023

**As of the petition filing date, the claim is:** $34,742.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.306

Karina A Flores Villalba, 2270 Co Rd 947, Princeton, TX 75407

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2,930.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.307

Karissa Silagyi, 1382 E Hawthorne St, Ontario, CA 91764

**Date or dates debt was incurred**
10/17/2023

As of the petition filing date, the claim is:                                    $50,821.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.308

Karla Flores, 5002 Casa Loma Ave, Yorba Linda, CA 92886

**Date or dates debt was incurred**
12/22/2023

As of the petition filing date, the claim is:                                    $52,481.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.309

KATHERINE CLARK, 11552 Alborada Dr, San Diego, CA 92127

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $44.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.310

Kathryn Gwin, 4505 Wordsworth Cir, S Colorado Springs, CO 80916

**Date or dates debt was incurred**
7/25/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,430.87

3.311

Kathryn Waddoups, 88 N Willow St, Layton, UT 84041

**Date or dates debt was incurred**
7/5/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,214.80

3.312

Kathy Couture, 161 H Ave, Coronado, CA 92118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

3.313

Keith Crafton, 19875 Sunset Court , Apple Valley, CA 92308

**Date or dates debt was incurred**
11/24/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,282.75

3.314

Keith Hauswirth, 1857 Harrison St, Oshkosh, WI 54901

**Date or dates debt was incurred**
11/24/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,177.28

3.315

Keith Repoza, 2220 Mesa Verde Ln, Newman, CA 95360

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

$750.00

3.316

Kenneth Parrish, 2792 Easy Ave, Long Beach, CA 90810

**Date or dates debt was incurred**
12/5/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,607.65

3.317

Kenny Huynh, 1223 Paseo Azul Way, Corona, CA 92879

**Date or dates debt was incurred**
10/10/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,054.28

**3.318**

Kent F Kreul, 6824 County Rd M, Winneconne, WI 54986

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $900.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.319**

Khin Moh, 614 Silliman St, San Francisco, CA 94134

**Date or dates debt was incurred**
4/27/2022

**As of the petition filing date, the claim is:**                      $23,296.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.320**

Kim Cameron, 2460 Queen Ave, Shakopee, MN 55379

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $79.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.321**

Kim Phan, 2626 W Borchard Ave, Santa Ana, CA 92704

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $5,602.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.322

KINTAI YUELAPWAN, 753 Riesling St, Hemet, CA 92545

**Date or dates debt was incurred**
11/8/2023

As of the petition filing date, the claim is:                $13,306.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.323

Koorosh Yasami, 28572 Paseo Zorro , San Juan Capistrano, CA 92675

**Date or dates debt was incurred**
4/17/2023

As of the petition filing date, the claim is:                $50,286.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.324

Kris Verren, 320 E 2460 S, Price, UT 84501

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $1,348.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.325

Kristi Ryall, 10523 Rose River Falls Ave, Bakersfield, CA 93312

**Date or dates debt was incurred**
9/22/2023

As of the petition filing date, the claim is:                $14,546.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.326**

Kristine Schnbeck, 14742 Choco Rd, Apple Valley, CA 92307

**Date or dates debt was incurred**
10/2/2023

As of the petition filing date, the claim is:                    $77,551.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.327**

Kualani Kennedy, 739B LAS DISPENSAS LOOP , Las Vegas, NM 87701

**Date or dates debt was incurred**
6/14/2023

As of the petition filing date, the claim is:                    $45,865.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.328**

Kurtis Matejka, 4630 Briggs Ave, La Crescenta-Montrose, CA 91214

**Date or dates debt was incurred**
4/21/2023

As of the petition filing date, the claim is:                    $47,384.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.329**

L&H Electric Inc., PO Box 2334, Beaver, UT 84713

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,764.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.330**

LA Forklift Solutions Inc., 12523 Limonite Ave, #440 #167, Eastvale, CA 91752

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $4,031.47
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.331**

Lawrence Bagley, 243 750 W , Parowan, UT 84761

**Date or dates debt was incurred**
12/19/2023

As of the petition filing date, the claim is: $14,905.05
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.332**

Lee Liu Chin, 10333 Miner Pl, Cupertino, CA 95014

**Date or dates debt was incurred**
3/9/2023

As of the petition filing date, the claim is: $23,549.01
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.333**

Leonardo Hernandez medina, 217 Hyde St, Watsonville, CA 95076

**Date or dates debt was incurred**
1/26/2023

As of the petition filing date, the claim is: $33,649.27
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.334**

Leopoldo Landgrave, 434 Creelman Ln, Ramona, CA 92065

**Date or dates debt was incurred**
7/31/2023

**As of the petition filing date, the claim is:**                $3,041.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.335**

Leslie Gomez, 7642 Drummond Ave, Highland, CA 92346

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $73.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.336**

LGND Roofing Inc., 5700 San Antonio Dr NE, Unit B1, Albuquerque, NM 87109-4178

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $11,888.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.337**

Lilia Fernando, 24412 Marbella Ave, Carson, CA 90745

**Date or dates debt was incurred**
11/10/2023

**As of the petition filing date, the claim is:**                $37,769.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.338**

LINDA JOHNSON, 28611 Tereticornis Ct, Lake Elsinore, CA 92532

**Date or dates debt was incurred**
1/27/2023

As of the petition filing date, the claim is: $4,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.339**

Linda L Clark, 3544 Chalet Dr, Santa Clara, UT 84765

**Date or dates debt was incurred**
11/29/2023

As of the petition filing date, the claim is: $18,934.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.340**

Linda Rouse, PO Box 1512 , Valley Springs, CA 95252

**Date or dates debt was incurred**
10/30/2023

As of the petition filing date, the claim is: $71,704.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.341**

Linda Tullgren, 10561 Palomino St, El Paso, TX 79924

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,857.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.342**

Lindsay Cano, 1511 W 52nd St, Los Angeles, CA 90062

**Date or dates debt was incurred**
4/17/2023

**As of the petition filing date, the claim is:** $19,036.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.343**

Lindy Strasrypka, 2156 W 1390 N St, . George, UT 84770

**Date or dates debt was incurred**
12/19/2023

**As of the petition filing date, the claim is:** $14,342.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.344**

Lj Allen, 520 N 7th St , Grover Beach, CA 93433

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.345**

Lloyd Carter, 595 Rainier Dr, St George, UT 84770

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,651.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.346**

Lockton Insurance Brokers, LLC, Dept LA 23878, Pasadena, CA 91185-3878

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:   $3,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.347**

Lonnie L Hassler, 6550 Cougar Way , Wedgefield, SC 29168

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.348**

LORI WADE, 9632 Greenwich Ln, Anaheim, CA 92804

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.349**

Lubin Olson & Niewiadomski LLP, 600 Montgomery St, 14th Fl, San Francisco, CA 94111

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:   $981.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.350

Lucinda Medellin, 11050 Lillian Ln, South Gate, CA 90280

**Date or dates debt was incurred**
3/17/2023

**As of the petition filing date, the claim is:**     $44,929.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.351

Lucy Martinez, 2509 Christine St, San Bernardino, CA 92407

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $3,558.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.352

LUIS ENRIQUEZ, 1434 Martinique Dr, Hemet, CA 92543

**Date or dates debt was incurred**
11/13/2023

**As of the petition filing date, the claim is:**     $10,062.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.353

LUIS GUERRA, 32610 Santa Cruz, Lake Elsinore, CA 92530

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $3,375.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.354

LUIS MOLINA, 54654 Bautista Rd, Anza, CA 92539

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1.16

3.355

Luis Valdovinos, c/o Reid & Hellyer APC, Attn: Donald W. Hitzeman; Kiki Manti Engel, 38975 Sky Canyon Dr, Murrieeta, Suite 203, CA 92563

**Date or dates debt was incurred**
10/1/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.356

MA De Jesus Catalan Chagolla, 3927 W Lynne Ln, Phoenix, AZ 85041

**Date or dates debt was incurred**
6/7/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,451.37

3.357

Macario E Trujillo, 1093 S Perry St, Denver, CO 80219

**Date or dates debt was incurred**
12/29/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,173.70

**3.358**

Magdaleno Auriolis, 4020 Thornbury Dr, Springdale, AR 72764

**Date or dates debt was incurred**
12/11/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,922.10

**3.359**

Malalai Gull, 2135 Tulip St, San Diego, CA 92105

**Date or dates debt was incurred**
3/22/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,387.49

**3.360**

Mander Collision & Glass, 8722 N, Granville Rd, Milwaukee, WI 53224

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,726.64

**3.361**

Mango Technologies Inc. DBA ClickUp, PO Box 713171, Chicago, IL 60677-0371

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,217.78

**3.362**

Manuel Salcido, 5184 Borland Rd, Los Angeles, CA 90032

**Date or dates debt was incurred**
12/21/2023

**As of the petition filing date, the claim is:**                    $10,570.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.363**

Manuel Soto, 283 N Linden Ave, Rialto, CA 92376

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,551.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.364**

Marc Lalama, 12692 Spring St, Garden Grove, CA 92845

**Date or dates debt was incurred**
7/17/2023

**As of the petition filing date, the claim is:**                    $4,171.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.365**

Marco Antonio Abasolo, 2810 E 15th St, National City, CA 91950

**Date or dates debt was incurred**
10/31/2023

**As of the petition filing date, the claim is:**                    $30,514.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.366**

Marco Martinez and Jessica Zavala, c/o KGS Attorneys at Law, Attn: Brandon Kinard, 150 W. Parker Suite 705-B, Houston, TX 77076

**Date or dates debt was incurred**
9/19/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.367**

MARGARET LUSIBA, 9302 N Sleepy Hollow Rd, Bayside, WI 53217

**Date or dates debt was incurred**
11/13/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,349.05

**3.368**

Margarita Escobar, 12472 Del Sur St, Victorville, CA 92392

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,350.90

**3.369**

Margo Ankele, 8017 Sunrise Pl, Erie, CO 80516

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$261.98

**3.370**

Maria Cabrera, 8322 6th Ave, Hesperia, CA 92345

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $406.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.371**

MARIA E GUARDADO PEREZ, 3380 W Iowa Ave, Denver, CO 80219

**Date or dates debt was incurred**
7/20/2023

**As of the petition filing date, the claim is:**                          $19,363.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.372**

Maria Francisca Gonzalez, 1845 Arboledas Dr, Penitas, TX 78576

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $9,937.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.373**

Maria Garza, 16704 Washington Palm Dr, Penitas, TX 78576

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $2,715.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.374**

Maria L Mack, 9434 Nichols St, Bellflower, CA 90706

**Date or dates debt was incurred**
8/25/2023

As of the petition filing date, the claim is: $31,703.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.375**

Maria lourdes Vazquez, 9871 Isaac Dr, El Paso, TX 79927

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.376**

Maria Marin, 37915 Spur Dr, Murrieta, CA 92563

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $78.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.377**

Maria Mendez, 5166 FM1017 apt1 , San Isidro, TX 78588

**Date or dates debt was incurred**
4/3/2023

As of the petition filing date, the claim is: $52,675.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.378**

Maria Moreno, 6068 N Halifax Ct, Aurora, CO 800019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $424.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.379**

Maria Rodriguez, 16453 Gelding Way, Moreno Valley, CA 92555

**Date or dates debt was incurred**
9/1/2023

**As of the petition filing date, the claim is:**                   $34,646.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.380**

Marielle Navarro, 1717 Oakland ST , Aurora, CO 80010

**Date or dates debt was incurred**
10/25/2022

**As of the petition filing date, the claim is:**                   $23,544.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.381**

Marielle Navarro, 1717 Oakland ST, Aurora, CO 80010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,607.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.382

Mario Leonor, 370 E Mariposa Dr, Rialto, CA 92376

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,700.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.383

Mario Leonor, 370 E Mariposa Dr, Rialto, CA 92376

**Date or dates debt was incurred**
7/11/2023

**As of the petition filing date, the claim is:**                    $52,310.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.384

Mario Saldana, 1537 Oyster Bay Ct, Salinas, CA 93906

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7,364.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.385

Marisol Romero, 14371 Desert Sunset Dr, Horizon City, TX 79928

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.386**

Marjorie Angerson, 3870 Jefferson Ave, Ogden, UT 84403

**Date or dates debt was incurred**
8/2/2023

As of the petition filing date, the claim is:          $18,140.03
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.387**

Mark Chavez, 626 N 125 E, La Verkin, UT 84745

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $4,044.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.388**

Mark Gjerde, 50485 Evergreen Ave, Rush City, MN 55069

**Date or dates debt was incurred**
11/29/2023

As of the petition filing date, the claim is:          $41,964.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.389**

Mark Machado, 12604 Renville St, Lakewood, CA 90715

**Date or dates debt was incurred**
10/30/2023

As of the petition filing date, the claim is:          $20,194.39
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.390

MARK MCBURNEY, 4953 Ruben Soto , El Paso, TX 79938

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:**    $17,280.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.391

Mark Obermaier, 700 Calle Espejo, Santa Fe, NM 87505

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,840.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.392

Mark Stanger, 3996 W 9600 N , Elwood, UT 84337

**Date or dates debt was incurred**
5/25/2023

**As of the petition filing date, the claim is:**    $81,702.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.393

Marsha J Luce-Mckay, 22357 Kerensa Ct, Mi Wuk Village, CA 95346

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.394**

Martensen, 30 E Kiowa , Colorado Springs, CO 80903

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $3,997.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.395**

martha avina, 10516 Santa Clara St, Lamont, CA 93241

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,697.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.396**

Mary Labarre, 22820 Bataan St, NE Bethel, MN 55005

**Date or dates debt was incurred**
12/18/2023

**As of the petition filing date, the claim is:** $38,708.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.397**

Mary Parsons, 32243 Perigord Rd, Winchester, CA 92596

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,201.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.398

Mary Parsons, 32243 Perigord Rd, Winchester, CA 92596

**Date or dates debt was incurred**
1/10/2022

**As of the petition filing date, the claim is:**           $402.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.399

Mary Revelli, 285 Joost Ave, San Francisco, CA 94131

**Date or dates debt was incurred**
5/22/2023

**As of the petition filing date, the claim is:**           $20,964.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.400

Mary Spring, 215 Larkspur Rd, Columbia, SC 29212

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $496.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.401

Mauricia Garcia, 11201 Otis St, Westminster, CO 80020

**Date or dates debt was incurred**
5/4/2023

**As of the petition filing date, the claim is:**           $14,323.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.402**

Melinda Murray, 3158 Orleans E , San Diego, CA 92110

**Date or dates debt was incurred**
4/4/2023

**As of the petition filing date, the claim is:**    $62,350.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.403**

Melissa Coleman, 1996 Pine Ridge Rd, N Mora, MN 55051

**Date or dates debt was incurred**
11/30/2023

**As of the petition filing date, the claim is:**    $26,126.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.404**

Meraki Solar LLC, 21 N New Warrington Rd, Pensacola, FL 32506

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $94,581.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Commission Clawback

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.405**

Micaela Ferman, 4841 Columbus Ave., Minneapolis, MN 55417

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.406**

Michael Goehring, 2851 S Valley View Blvd, Las Vegas, NV 89102

**Date or dates debt was incurred**
1/11/2023

As of the petition filing date, the claim is:    $9,258.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.407**

Michael Harrington, 7698 Butterfield Rd, Eagle Mountain, UT 84005

**Date or dates debt was incurred**
8/31/2023

As of the petition filing date, the claim is:    $30,438.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.408**

Michael Kratt, 3322 Sod Rd, Grasston, MN 55030

**Date or dates debt was incurred**
11/2/2023

As of the petition filing date, the claim is:    $56,172.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.409**

Michael Overfield DBA Niwot Roofing LLC, 8174 Dry Creek Cir, Niwot, CO 80503

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $18,378.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.410**

Michael Wells, 1705 Beaver Mountain Trl NW , Albuquerque, NM 87120

**Date or dates debt was incurred**
10/23/2023

**As of the petition filing date, the claim is:**                    $14,664.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.411**

Michael Wright, 7247 Cozy Oaks Cir , Shawano, WI 54166

**Date or dates debt was incurred**
12/15/2023

**As of the petition filing date, the claim is:**                    $37,950.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.412**

Michelle Penley, 251 Mariposa Trail , Blythe, CA 92225

**Date or dates debt was incurred**
6/2/2023

**As of the petition filing date, the claim is:**                    $52,555.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.413**

Miguel Antonio Trejo, 1941 Euclid Ave, . Pueblo, CO 81004

**Date or dates debt was incurred**
3/16/2023

**As of the petition filing date, the claim is:**                    $8,705.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.414

Miguel Recio Garcia

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $180.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.415

Mike Ewell, 151 Park Cir, Elk Ridge, UT 84651

**Date or dates debt was incurred**
12/14/2023

As of the petition filing date, the claim is:     $24,174.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.416

Mike Ibarra, 24361 Kings View, Laguna Niguel, CA 92677

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.417

Mike Lambol, 493 E 770 N , Tooele, UT 84074

**Date or dates debt was incurred**
12/21/2023

As of the petition filing date, the claim is:     $22,081.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.418**

Miranda Cerda Anzzaldua, c/o KGS Attorneys at Law, Attn: Brandon Kinard, 151 W. Parker Suite 705-B, Houston, TX 77077

**Date or dates debt was incurred**
11/17/2023

As of the petition filing date, the claim is:          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.419**

Mitchel Graves, 2244 Lone Tree Rd, Oroville, CA 95965

**Date or dates debt was incurred**
9/8/2023

As of the petition filing date, the claim is:          $72,365.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.420**

mitchell quinnell, 12120 Faribault Blvd, Dundas, MN 55019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.421**

Modrall Sperling, PO Box 2168, Albuquerque, NM 87103-2168

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $11,283.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.422**

Mohsin Syed, 1549 Paseo Grande , Corona, CA 92882

**Date or dates debt was incurred**
1/31/2023

**As of the petition filing date, the claim is:**                    $8,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.423**

Muhammad Peters, 691 E 1600 S, Orem, UT 84097-8044

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,608.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.424**

Murphy Desmond Lawyers, PO BOX 2038, Madison, WI 53701-2038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $599.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.425**

My Smart House, 24138 Brillante Dr, Wildomar, CA 92595

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Commission Clawback

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.426**

Nadezhda Sarai Rico Lopez, 3147 W Walsh Pl, Denver, CO 80219

**Date or dates debt was incurred**
8/2/2023

**As of the petition filing date, the claim is:**           $18,181.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.427**

Nancy Salazar, Jesus Salazar, Hector Garcia, Alejandra Garcia, c/o The Vargas Law Office, Attn: Daniel E. Vargas, 324 W. University Dr, Edinburg, TX 78539

**Date or dates debt was incurred**
9/3/2019

**As of the petition filing date, the claim is:**           Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.428**

Nanda Neopaney, 2197 Beam Ave, Saint Paul, MN 55109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $2,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.429**

Nathan Melton, 260 N Lake St, Hemet, CA 92544

**Date or dates debt was incurred**
11/24/2023

**As of the petition filing date, the claim is:**           $11,759.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.430**

nathaniel Beckett, 3241 Colorado Ln, Costa Mesa, CA 92626

**Date or dates debt was incurred**
2/8/2023

As of the petition filing date, the claim is:                    $20,851.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.431**

Neidin Carrillo, 38889 Hickory Hill Ct, Murrieta, CA 92563

**Date or dates debt was incurred**
8/3/2023

As of the petition filing date, the claim is:                    $14,045.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.432**

NELSENE DERANIAN, 6673 N Wilmington Dr, Fresno, CA 93711

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,063.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.433**

NELSENE DERANIAN, 6673 N Wilmington Dr, Fresno, CA 93711

**Date or dates debt was incurred**
4/14/2023

As of the petition filing date, the claim is:                    $5,840.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.434

Nelson GONZALEZ, 3334-3336 E 8th St, Los Angeles, CA 90023

**Date or dates debt was incurred**
6/1/2023

As of the petition filing date, the claim is:    $17,835.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.435

Nelson Mullins Riley & Scarborough, LLP, PO Box Drawer 11009, Columbia, SC 29211

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $19,998.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.436

NEP, 4615 First Street , Suite # 225, Pleasanton, CA 94566

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $420,968.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.437

New East Solar Energy (American) Inc., 4411 Schaefer Ave, Chino, CA 91710

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $117,928.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.438

Nhia Vue, 5170 410th St, Ellsworth, WI 54011

**Date or dates debt was incurred**
10/16/2023

**As of the petition filing date, the claim is:**    $46,827.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.439

NICE InContact, LockBox 0268 , PO Box 7247, Philadelphia, PA 19170-0268

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $15,908.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.440

Nikki Harris, 731 Albatross Dr, Ione, CA 95640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,395.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.441

Norma Elias, 6134 Cord Ave, Pico Rivera, CA 90660

**Date or dates debt was incurred**
6/14/2023

**As of the petition filing date, the claim is:**    $24,007.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.442**

Norma Warren, 1469 Glengrove Square, Corona, CA 92882

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $1,970.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.443**

NORMAN FLOYD, 32941 Maiden Ln, Lake Elsinore, CA 92530

**Date or dates debt was incurred**
2/2/2023

**As of the petition filing date, the claim is:**                          $14,398.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.444**

Ochoa, Angel, 10601Diana Ave Apt.494, Riverside, CA 92505

**Date or dates debt was incurred**
10/2/2023

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Workers Compensation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.445**

Olalekan Falowo, 8483 N 62nd St, Brown Deer, WI 53223

**Date or dates debt was incurred**
12/21/2023

**As of the petition filing date, the claim is:**                          $17,784.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.446**

Optimize Marketing

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                        $5,172.16
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.447**

Orrick, PO Box 848066, Los Angeles, CA 90084-8066

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                        $2,027.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.448**

Oscar Diaz, 39933 Banyan St, Murrieta, CA 92563

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $1,000.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.449**

Oscar Lainez, 2262 Acadia Ct, Newman, CA 95360

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                         $800.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.450**

Pacific Office Automation - OH, 14747 NW Greenbrier Pkwy, Beaverton, OR 97006

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $197.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.451**

Patricia Oviedo, 963 NM-76 , Chimayo, NM 87522

**Date or dates debt was incurred**
4/24/2023

As of the petition filing date, the claim is:                    $44,282.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.452**

Patrick Mower, 13545 Intrigue Ct, Horizon City, TX 79928

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $288.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.453**

Paul E Dominguez, 4828 Whispering Hills Rd, Silver City, NM 88061

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,715.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.454

Paul E Dominguez, 4828 Whispering Hills Rd, Silver City, NM 88061

**Date or dates debt was incurred**
8/29/2022

**As of the petition filing date, the claim is:**                    $51,769.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.455

Pedro Larios, 675 St Augustine Dr, Salinas, CA 93905

**Date or dates debt was incurred**
2/3/2023

**As of the petition filing date, the claim is:**                    $9,599.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.456

Penny Barney, 3420 Chalet Dr, Santa Clara, UT 84765

**Date or dates debt was incurred**
12/14/2023

**As of the petition filing date, the claim is:**                    $28,932.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.457

Perry Adams, 4880 Pony Express Trail , Camino, CA 95709

**Date or dates debt was incurred**
9/27/2023

**As of the petition filing date, the claim is:**                    $24,094.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.458

Personnel Concepts, 3200 East Guasti Rd, Ste 300, Ontario, CA 91761

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $292.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.459

Pete Day, 1252 Cheyenne St, Los Alamos, NM 87544

**Date or dates debt was incurred**
3/31/2023

**As of the petition filing date, the claim is:**                  $28,028.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.460

Pete Delgadillo, 9357 N Paula Ave, Fresno, CA 93720

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.461

Petra Ulrych, 745 S Canosa Ct, Denver, CO 80219

**Date or dates debt was incurred**
6/27/2023

**As of the petition filing date, the claim is:**                 $15,201.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.462**

Phuong Lee, 10 Windflower , Aliso Viejo, CA 92656

**Date or dates debt was incurred**
10/20/2023

**As of the petition filing date, the claim is:**   $40,816.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.463**

Phuong Lee, 10 Windflower, Aliso Viejo, CA 92656

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.464**

Preston Knutson, 621 E 740 N , Tooele, UT 84074

**Date or dates debt was incurred**
12/8/2023

**As of the petition filing date, the claim is:**   $38,194.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.465**

Puanani Spencer, 1438 Owl Ln, Eagle Mountain, UT 84005

**Date or dates debt was incurred**
9/12/2023

**As of the petition filing date, the claim is:**   $9,065.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.466

Querube Proctor, 12664 Azulejos St, El Paso, TX 79836

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $125.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.467

Rachael Boyd, 22282 Hurons Ave, Apple Valley, CA 92307

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,986.15
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.468

Racheal Shackles, 8848 W Monrovia Ave, Milwaukee, WI 53225

**Date or dates debt was incurred**
11/15/2023

**As of the petition filing date, the claim is:**                    $13,804.35
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.469

Ralph Owens, 337 Acacia Ave, Blythe, CA 92225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11,383.30
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.470**

Ralph Owens, 337 Acacia Ave, Blythe, CA 92225

**Date or dates debt was incurred**
8/9/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,109.70

**3.471**

Ramona Richardson, 20114 Newton St, Corona, CA 92881

**Date or dates debt was incurred**
11/2/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,939.84

**3.472**

Raul Briones, 23803 Palomino Dr, Diamond Bar, CA 91765

**Date or dates debt was incurred**
3/20/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,410.36

**3.473**

RDCL Services, LLC, 612N Kays Dr, Kaysville, UT

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

3.474

Remy Padilla, 4 W Prince Rd, Santa Fe, NM 87507

**Date or dates debt was incurred**
4/10/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$896.99

---

3.475

Rene Suarez, 270 Cleveland Ct, Bennett, CO 80102

**Date or dates debt was incurred**
8/14/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,468.41

---

3.476

Renee Chapman, 722 E Stonebriar Dr, Eagle Mountain, UT 84005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No

☐ Yes

$375.00

---

3.477

Revere Electric Supply Co., 1515 Walnut Ridge Dr, Hartland, WI 53029

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,477.27

3.478

Ricardo Aguilar Dena, 1680 S Wolff St, Denver, CO 80219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,830.93

---

3.479

Ricardo Aguilar Dena, 1680 S Wolff St, Denver, CO 80219

**Date or dates debt was incurred**
6/5/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$17,079.24

---

3.480

Richard Buehler, 2623 W 12420 S , Riverton, UT 84065

**Date or dates debt was incurred**
7/21/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$19,280.73

---

3.481

Richard Cotton, 4023 Capstan Pl, Discovery Bay, CA 94505

**Date or dates debt was incurred**
8/17/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$49,150.87

**3.482**

Richard Cranston, 2626 W 450 N , Hurricane, UT 84737

**Date or dates debt was incurred**
11/14/2023

**As of the petition filing date, the claim is:**      $22,370.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.483**

Richard J Dilger, 1512 W 1st St, Roswell, NM 88203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $958.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.484**

Richard Maese, 634 N Maurer St, Porterville, CA 93257

**Date or dates debt was incurred**
10/17/2023

**As of the petition filing date, the claim is:**      $37,631.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.485**

Rita B Morfin, 460 Flower Lane , Shandon, CA 93461

**Date or dates debt was incurred**
3/21/2023

**As of the petition filing date, the claim is:**      $56,419.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.486**

RMA GeoScience, 12223 Highland Ave Ste. 106-579, Rancho Cucamonga, CA 91739

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $4,147.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.487**

Robert Binkowski, 2336 County Rd, U Plum City, WI 54761

**Date or dates debt was incurred**
5/15/2023

As of the petition filing date, the claim is:    $35,761.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.488**

Robert Half Finance & Accounting, 111 E Broadway, Ste 750, Salt Lake City, UT 84111

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $40,983.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.489**

Robert Pullum, 33 Topaz Way, San Francisco, CA 94131

**Date or dates debt was incurred**
3/23/2023

As of the petition filing date, the claim is:    $57,896.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.490**

Robert Pullum, 35 Topaz Way, San Francisco, CA 94131

**Date or dates debt was incurred**
9/14/2023

**As of the petition filing date, the claim is:**     $33,492.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.491**

Roberto Ocegueda, 12322 Rodeo Ave, Bakersfield, CA 93312

**Date or dates debt was incurred**
11/21/2023

**As of the petition filing date, the claim is:**     $32,252.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.492**

Rodney Jolley, 136 S 100 W , Joseph, UT 84739

**Date or dates debt was incurred**
10/19/2022

**As of the petition filing date, the claim is:**     $8,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.493**

Rogelio Ronquillo, 10791 Brighton Rd, Henderson, CO 80640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $12,332.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.494

Rogelio Ronquillo, 10791 Brighton Rd, Henderson, CO 80640

**Date or dates debt was incurred**
2/17/2023

**As of the petition filing date, the claim is:**      $51,517.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.495

Roger Nary, 8701 Mesa Rd SPC 16 , Santee, CA 92071

**Date or dates debt was incurred**
2/23/2023

**As of the petition filing date, the claim is:**      $15,897.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.496

Ronald Watts, 1753 Holguin St, Lancaster, CA 93534

**Date or dates debt was incurred**
9/11/2023

**As of the petition filing date, the claim is:**      $36,511.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.497

Ropers Majeski, PO Box 2769, Menlo Park, CA 94026-2769

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $11,427.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.498

Rosa L Rogers, 8371 S Brewington Rd, Manning, SC 29102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

3.499

Rosaelia Murillo, 301 N Virginia Ave, Farmersville, CA 93223

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $207.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.500

Rosemary Pagett, 17855 Capri St, Hesperia, CA 92345

**Date or dates debt was incurred**
11/13/2023

**As of the petition filing date, the claim is:**     $27,989.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.501

Royce Nielsen, 2593 W 12270 S, Riverton, UT 84065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $851.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.502**

ROZLYNN ALLEN, 25276 High Plains Ct, Menifee, CA 92584

**Date or dates debt was incurred**
3/17/2023

As of the petition filing date, the claim is:                                    $20,978.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.503**

Ruby Echevarria, 6615 Brenton St, Riverside, CA 92509

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2,686.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.504**

Rudolfo Barrena, 1408 Sevilla Ave, Arvin, CA 93203

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3,307.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.505**

Ryan Herzog, 11 Westwood Ave, Napa, CA 94558

**Date or dates debt was incurred**
8/17/2023

As of the petition filing date, the claim is:                                    $11,618.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.506

Ryan Scott, 29 Danbury , Ladera Ranch, CA 92694

**Date or dates debt was incurred**
4/3/2023

**As of the petition filing date, the claim is:**                                   $19,346.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.507

Safelite Auto Glass, PO Box 633197, Cincinnati, OH 45263-3197

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $1,058.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.508

Salesforce, PO Box 203141, Dallas, TX 75320-3141

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                   $53,895.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.509

Sallie Martinez, 1326 Nordahl Rd, Escondido, CA 92026

**Date or dates debt was incurred**
12/14/2023

**As of the petition filing date, the claim is:**                                   $43,664.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.510**

Salvador Herrera, 4355 E 94th Pl, Thornton, CO 80229

**Date or dates debt was incurred**
3/27/2023

**As of the petition filing date, the claim is:**                              $1,622.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.511**

Salvador Meraz, Attn: William A. Elias, 110 Montana Ave, Suite 102, El Paso, TX 79902

**Date or dates debt was incurred**
8/30/2021

**As of the petition filing date, the claim is:**                              Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.512**

SANDAG, PO Box 511270, Los Angeles, CA 90051-7825

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $288.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.513**

Sandra Mclaughlin, 39654 Dover Dr, Palmdale, CA 93551

**Date or dates debt was incurred**
8/22/2023

**As of the petition filing date, the claim is:**                              $17,368.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.514**

Sara Gonzales, 30567 Bayport Ln, Menifee, CA 92584

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $269.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.515**

Satic Inc., 1500 Clark Fork Lane, Missoula, MT 59808

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                  $14,235.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.516**

Saul Martinez, 21300 Badger St, Lost Hills, CA 93249

**Date or dates debt was incurred**
3/28/2023

As of the petition filing date, the claim is:                  $20,406.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.517**

Savannah Strunk, 1235 Cinchona St, Vista, CA 92083

**Date or dates debt was incurred**
12/1/2023

As of the petition filing date, the claim is:                  $35,276.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.518**

Scott Leifermann, 5960 4th St, NE Fridley, MN 55432

**Date or dates debt was incurred**
12/22/2023

**As of the petition filing date, the claim is:** $9,607.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.519**

Scott Lorenzo, 1408 Primrose Ln, Royse City, TX 75189

**Date or dates debt was incurred**
11/24/2023

**As of the petition filing date, the claim is:** $5,722.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.520**

Scott Richards, 460 W Montezuma St, Blythe, CA 92225

**Date or dates debt was incurred**
11/21/2023

**As of the petition filing date, the claim is:** $62,326.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.521**

Scott Rolloff, 10121 Zeno St, Commerce City, CO 80022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $99.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Solcius, LLC
          Name

Case number *(if known)* TBD

**3.522**

Scott Smith, 324 Northlake Rd, Columbia, SC 29223

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,150.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.523**

Scott Wierschem, 171 Aspen St, Arroyo Grande, CA 93420

**Date or dates debt was incurred**
9/22/2023

As of the petition filing date, the claim is:    $13,910.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.524**

Scottie Fizer, 2471 Matland Dr, Dallas, TX 75237

**Date or dates debt was incurred**
5/15/2023

As of the petition filing date, the claim is:    $22,528.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.525**

Sean Eagan, 39108 Sundance Cir, Temecula, CA 92591

**Date or dates debt was incurred**
12/21/2023

As of the petition filing date, the claim is:    $12,877.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.526**

Sean Small, 15342 Cascade Ln, Huntington Beach, CA 92647

**Date or dates debt was incurred**
11/24/2023

As of the petition filing date, the claim is:      $18,721.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.527**

Sergio Estrada, 10683 Larson Drive , Denver, CO 80233

**Date or dates debt was incurred**
9/15/2022

As of the petition filing date, the claim is:      $582.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.528**

Shana Rodriguez, 952 N Encina Ave, Rialto, CA 92376

**Date or dates debt was incurred**
8/10/2023

As of the petition filing date, the claim is:      $21,211.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.529**

Shannon Miller, 6205 Mandy Ln N , San Bernardino, CA 92407

**Date or dates debt was incurred**
9/27/2023

As of the petition filing date, the claim is:      $843.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.530**

Sharon Hardy, 867 W Goosenest Dr, Elk Ridge, UT 84651

**Date or dates debt was incurred**
9/22/2023

**As of the petition filing date, the claim is:**                    $31,541.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.531**

Sharon Mcanally, 705 Catfish Rd, Truth or Consequences, NM 87901

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.532**

Sharon Stammen, 274 Edgewood Dr, Oxford, WI 53952

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.533**

Shatterproof Agency LLC, PO Box 703254, Dallas, TX 75370-3254

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $106.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.534**

Shawn Oliver, 1083 Mee Ln St, . Helena, CA 94574

**Date or dates debt was incurred**
9/1/2023

**As of the petition filing date, the claim is:**                $18,468.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.535**

Shawn Snow, 246 N Altura Way, Ivins, UT 84738

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                  $894.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.536**

Shearman & Sterling LLP, 535 Mission Street, 25th Floor, San Francisco, CA 94105-2997

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                $4,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.537**

SHERRY MORRISON, 875 Del Rio Ave, Encinitas, CA 92024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.538**

Sierra Roof Inc., PO Box 3189, Anaheim, CA 92805

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$29,250.00

**3.539**

Simpliverified, 1192 E Draper Parkway, #232, Draper, UT 84020

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$210.20

**3.540**

Socorro Gonzales

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$352.80

**3.541**

Socorro Gonzales

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$200.00

**3.542**

Solar Contractors Inc. DBA Bright Spot Solar, 5628 Baldwin Ave, Temple City, CA 91780

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $20,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.543**

Solar ITC, 304 S Jones Blvd. Suite 6956 , Las Vegas, NV 89107

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $22,540.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.544**

Solar Roofing LLC DBA JD Roofing, 1580 E 1600 N, Mapleton, UT 84664

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $94,555.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.545**

Soligent Distribution, LLC, PO Box 888012, Los Angeles, CA 90088-8012

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $239,476.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.546**

Spiff, Inc., 9815 S Monroe St , Ste 500, Sandy, UT 84070

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $73,633.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.547**

Stacy Koster, 5881 Burlwood Court, Rancho Cucamonga, CA 91701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,609.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.548**

StarLynn Enter, 319 2nd St, Gaylord, MN 55334

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.549**

Steven Mack, 6529 N County Rd, W Reedsville, WI 54230

**Date or dates debt was incurred**
12/26/2023

**As of the petition filing date, the claim is:**                    $13,171.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.550

Steven Menges, 1655 2nd St #304, Napa, CA 94559

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.551

Steven Pearson, 44370 Swede Alley , Hinckley, MN 55037

**Date or dates debt was incurred**
11/7/2023

**As of the petition filing date, the claim is:** $33,018.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.552

Steven Summers, 30906 Anderson Cir, Menifee, CA 92584

**Date or dates debt was incurred**
8/18/2023

**As of the petition filing date, the claim is:** $25,105.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.553

Steven Weiss, 102 W 11th Ave, Oshkosh, WI 54902

**Date or dates debt was incurred**
12/11/2023

**As of the petition filing date, the claim is:** $19,526.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.554**

Summit Electric Supply, 900 Stanford Dr NE, Albuquerque, NM 87107

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:           $962.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.555**

Sunbelt Rentals, PO Box 409211, Atlanta, GA 30384-9211

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:           $3,744.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.556**

Sunstate Equipment Co., PO Box 208439, Dallas, TX 75320-8439

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:           $3,343.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.557**

Sunworks United Inc., 1555 Freedom Blvd., Provo, UT 84604

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:           $40,575,402.73
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.558**

Suzie Helmsworth, 3002 Anabella , San Clemente, CA 92673

**Date or dates debt was incurred**
4/13/2023

**As of the petition filing date, the claim is:**      $1,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.559**

Suzie Helmsworth, 23938 Vista Way, Canyon Lake, CA 92587

**Date or dates debt was incurred**
9/19/2023

**As of the petition filing date, the claim is:**      $35,520.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.560**

T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $1,111.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.561**

Tamara Leausa, 4042 Montego Dr, Saratoga Springs, UT 84045

**Date or dates debt was incurred**
6/28/2023

**As of the petition filing date, the claim is:**      $38,998.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.562**

TEC Solar, PLLC, 1881 W Traverse Pkwy Ste E #312, Lehi, UT 84043

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $3,110.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.563**

Terrance Clapsaddle, 10416 Aphrodite Dr, El Paso, TX 79924

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $620.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.564**

Terry Bailey, 26854 Mansfield St, Highland, CA 92346

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $77.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.565**

Thales Wake, 26324 Adelina Dr, Menifee, CA 92584

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $3.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.566**

The Hiring Advisors, LLC, 727 2nd St, #108, Hermosa Beach , CA 90254

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.567**

The Mom Project, Dept CH 17823, Palatine, IL 60055-7823

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $4,224.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.568**

The Toll Roads, PO BOX 57011, Irvine, CA 92619-7011

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $121.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.569**

Theresa Alexander, West Elm Drive , Granite Shoals, TX 78654

**Date or dates debt was incurred**
12/1/2023

As of the petition filing date, the claim is:    $8,557.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.570**

Theresa cruz, 1973 Patrick Dr, Newman, CA 95360

**Date or dates debt was incurred**
6/8/2023

**As of the petition filing date, the claim is:**                    $28,095.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.571**

Thomas Czechowski, 31 Blair Ln, Buffalo, NY 14224

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $735.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.572**

Thomas J Kurpinsky, 31300 Pine Mountain Rd, Cloverdale, CA 95425

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.573**

Thomson Reuters, PO BOX 6292, Carol Stream, IL 60197-6292

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,100.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.574**

Thuong Dunisch, 110 Olivadi Way, Sacramento, CA 95834

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.575**

Tim Zahnow, 24 Center Ave , Cedar Grove, WI 53013

**Date or dates debt was incurred**
10/5/2023

As of the petition filing date, the claim is: $31,352.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.576**

Timothy Smart, 45894 Paseo Gallante , Temecula, CA 92592

**Date or dates debt was incurred**
9/29/2023

As of the petition filing date, the claim is: $6,001.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.577**

Timothy Smart, 45894 Paseo Gallante, Temecula, CA 92592

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,248.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.578

Tracy Kruckeberg, 712 N Harriman St, Appleton, WI 54911

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

3.579

Trimonisha Singer, 1723 Deanna Way, Redlands, CA 92374

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No
☐ Yes

3.580

Trismart Solar LLC, 600 Northpark Central Drive, Suite 140, Houston, TX 77073

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                   $17,210.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.581

Tyler Hamilton, 7366 Golden Smt Dr, Eagle Mountain, UT 84005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,609.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.582

Unishippers SLC, 770 E Main St Ste 48, Lehi, UT 84043

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,360.23

3.583

United Rentals, PO Box 051122, Los Angeles, CA 90074-1122

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,095.44

3.584

US Roofing General Contractor LLC, 2021 Walter St SE, Albuquerque, NM 87102

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,242.25

3.585

Utah Lawn Roof and Rain Gutter, 3167 South Highland Drive, Millcreek, UT 84106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,546.00

3.586

Valerie Moreno, 4727 N Cedar Ave, Fresno, CA 93726

**Date or dates debt was incurred**
8/14/2023

**As of the petition filing date, the claim is:**                    $39,325.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.587

Valerie Swanson, 611 S Lake Ave, Crandon, WI 54520

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Rebate

**Is the claim subject to offset?**
☑ No

☐ Yes

3.588

VE Signs Inc, 9950 Indiana Ave , Unit 3, Riverside, CA 92503

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,196.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.589

Veronica Gibson, 3120 Hermosa Dr, Napa, CA 94558

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,688.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.590**

Veronica Rodriguez, 1225 Tio Dink Cir, El Paso, TX 79907

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,158.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.591**

Victor Lopez, 2469 S Lind Ave, Fresno, CA 93725

**Date or dates debt was incurred**
9/1/2023

As of the petition filing date, the claim is:                   $14,995.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.592**

Victoria Vu, 1735 N Pheasant St, Anaheim, CA 92806

**Date or dates debt was incurred**
9/11/2023

As of the petition filing date, the claim is:                   $30,463.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.593**

Viking Electric, 451 Industrial Blvd NE, Minneapolis, MN 55413

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,036.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.594**

WASIF KHAN, 1053 Sycamore Ln, Corona, CA 92879

**Date or dates debt was incurred**
9/6/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,325.04

**3.595**

Waste Management, PO Box 7400, Pasadena, CA 91109-7400

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,877.43

**3.596**

We Energies, P.O. Box 604, Carol Stream, IL 60197-6042

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$999.45

**3.597**

Western Enterprises, 2965 Durahart St, Riverside, CA 92507

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$102.31

**3.598**

WEX, PO BOX 6293, Carol Stream, IL 60197-6293

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,486.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.599**

William Dawson, 3704 Oakmount Dr, SE Rio Rancho, NM 87124

**Date or dates debt was incurred**
2/28/2023

**As of the petition filing date, the claim is:**    $19,969.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.600**

William Fisher, 1000 E Abriendo Ave, Pueblo, CO 81004

**Date or dates debt was incurred**
4/21/2023

**As of the petition filing date, the claim is:**    $10,132.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.601**

William Stevens, 805 W 23rd St, Merced, CA 95340

**Date or dates debt was incurred**
11/29/2023

**As of the petition filing date, the claim is:**    $43,821.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.602

Winfield Lauer, 164 27th St, Ogden, UT 84401

**Date or dates debt was incurred**
11/3/2023

**As of the petition filing date, the claim is:** $21,059.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.603

Xcel Energy Inc, PO BOX 59, Minneapolis , MN 55440-0059

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $242.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.604

Yan Brodsky, c/o Henderson Consumer Law, Attn: Samuel Henderson, 185 West "F" St, San Diego, Ste 100-J, CA 92101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.605

Yanling Zhang, 20002 Winter Ln, Saratoga, CA 95070

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $998.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.606**

Yasuhiro Miyazawa, 13993 Carmen Pl, Riverside, CA 92503

**Date or dates debt was incurred**
12/7/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,109.52

**3.607**

Ysabel Paniagua, 1818 Running Fawn Ct, North Las Vegas, NV 89031

**Date or dates debt was incurred**
6/27/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,171.26

**3.608**

Zahira Cortes, 5067 Royal Pines Way, Dublin, CA 94568

**Date or dates debt was incurred**
5/17/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,053.73

**3.609**

Zambrano, c/o Colorado Center for Life and Justice, Attn: Don Martin, 200 South Sheridan Boulevard, Denver, Suite 150, CO 80226

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.610**

Zayo, PO Box 734521, Chicago, IL 60673

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                          $747.79
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.611**

ZELYNE RUDOLPH, 3800 W Wilson St spc 81 , Banning, CA 92220

**Date or dates debt was incurred**
12/29/2022

As of the petition filing date, the claim is:                                       $9,611.08
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.612**

ZELYNE RUDOLPH, 3800 W Wilson St spc 81, Banning, CA 92220

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $3,100.68
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Net Accounts Receivable Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.613**

Ziegler Inc., PO Box 86, Minneapolis , MN 55486-0436

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                          $364.17
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.614

ZimTech Directional, W 4658 Popple River Rd , Owen, WI 54460

**Date or dates debt was incurred**

Various

As of the petition filing date, the claim is: $1,118.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $1,383,372.96 |
| 5b. **Total claims from Part 2** | 5b. | $51,540,083.78 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $52,923,456.74 |

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Agreement | 1LLC dba 1 + Home, PO Box 380156, Ivins, UT 84738 |
| | **State the term remaining** — Unknown | |
| | **List the contract number of any government contract** | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Agreement | 1UP Solar LLC, 3028 Adams Ave. , San Diego, CA 92116 |
| | **State the term remaining** — Unknown | |
| | **List the contract number of any government contract** | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** — Dealer Agreement | 24 Flex Inc., 692 W SPRINGER DR. , TURLOCK, CA 95382 |
| | **State the term remaining** — Unknown | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | 180 Degrees Solar LLC, 1215 Wisteria Dr, Florence, SC 29501 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | 180 Degrees Solar LLC, 3489 W 72nd Ave, Ste 230, Westminster, CO 80030 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | 220v Solar, L.L.C, 5606 S 1300 W, Taylorsville, UT 84123 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | 358 Solar LLC DBA Cheetah Solar , 3101 n central ave #770, Phoenix, AZ 85012 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | A Odai Construction, 2949 Aspen View, Santa Fe, NM 87506 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Aaron Becker, 2544 Kilpatrick Ct, San Ramon, CA 94583 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.10   **State what the contract**       Construction Contract
       **or lease is for and the**                                           ABEGALE FLORES COLMENAR, 9502 Capricorn Way (Cancelled), San Diego, CA
       **nature of the debtor's**                                            92126
       **interest**
       **State the term**                Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.11   **State what the contract**       Construction Contract
       **or lease is for and the**                                           Abhiram Nannapaneni, 7300 Waterlily Way, Shakopee, MN 55379
       **nature of the debtor's**
       **interest**
       **State the term**                Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.12   **State what the contract**       Dealer Agreement
       **or lease is for and the**                                           AC Solar, 815 s Oxford Ave. #1 , Los Angeles, CA 90005
       **nature of the debtor's**
       **interest**
       **State the term**                Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.13   **State what the contract**       Dealer Agreement
       **or lease is for and the**                                           AC Solar, PO Box 128, Florence, CO 81226
       **nature of the debtor's**
       **interest**
       **State the term**                Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.14   **State what the contract**       Dealer Agreement
       **or lease is for and the**                                           Accelerate Communications, 2196 S 700 E Ste. 2, Salt Lake City, UT 84106
       **nature of the debtor's**
       **interest**
       **State the term**                Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.15   **State what the contract**       Dealer Agreement
       **or lease is for and the**                                           Accelerate Communications, Accelerate 10842 South 1255 West, South Jordan, UT
       **nature of the debtor's**                                            84095
       **interest**
       **State the term**                Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.16 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

ACES Companies, 875 Empress Cir, Saint George, UT 84790

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.17 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Adam Geddes, 18450 Branding Iron Ct, Tehachapi, CA 93561

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.18 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

ADAM VOGEL, 1108 8th St E, Menomonie, WI 54751

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.19 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Adam Wood, 605 7th St, Wilmont, MN 56185

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.20 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Adan Rodriguez, 9606 S County Rd H, Beloit, WI 53511

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.21 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Adedanye Industries LLC, 228 Park Avenue South 691497 , New York, NY 10003

**State the term remaining**   Unknown

**List the contract number of any government contract**

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Adonijah Vigil, 1717 Schley St, Pueblo, CO 81004 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | Adrem Insurance Services LLC, 2261 Market Street #4265, San Francisco, CA 94114 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Advanced Energy Solutions, 220 Waterplant Road, Ridgeway, VA 24148 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Advanced Energy Solutions, 6142 W 9790 S, West Jordan, UT 84081 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | ADX Technologies LLC,  525 S Broadway, Lantana, FL 33462 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | ADX Technologies LLC, 525 S Broadway , Lantana, FL 33462 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

**2.28**  **State what the contract**    Dealer Agreement    Affiliate Solar, 9690 S 300 W Building 5, Suite C56, Sandy, UT 84070
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**              Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.29**  **State what the contract**    Dealer Agreement    AFMsolar LLC , 1701 silver avenue se apt 23, Albuquerque, NM 87105
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**              Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.30**  **State what the contract**    Dealer Agreement    Agape Solar, Agape Off-Grid Solar Plug In 2491 Alluvial Ave PMB 44, Clovis, CA
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**              Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.31**  **State what the contract**    Dealer Agreement    AIM Protection, 307 E Munich Dr. , St. George, UT 84790
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**              Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.32**  **State what the contract**    Dealer Agreement    Air Pro Master LLC, 2139 S Industrial Rd, Las Vegas, NV 89102
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**              Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.33**  **State what the contract**    Dealer Agreement    AIRNPOWER USA LLC, 21221 Oxnard st #145, Woodland Hills, CA 91367
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**              Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

2.34    **State what the contract**    Independent Contractor Agreement    Aji Langinbelik, 222 W Center St Unit 53, Orem, UT 84057
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**    Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.35    **State what the contract**    Offer Letter    Aji Langinbelik, 222 W Center St Unit 53, Orem, UT 84057
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**    Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.36    **State what the contract**    Dealer Agreement    AJT Fortyone, LLC, 3424 Madrigal Ln, Charlotte, NC 28214-2384
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**    Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.37    **State what the contract**    Construction Contract    Akamu Aki, 217 E 1300 N, Bountiful, UT 84010
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**    Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.38    **State what the contract**    Construction Contract    Albert Rodriguez, 9220 Muroc Ct, Bellflower, CA 90706
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**    Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.39    **State what the contract**    Construction Contract    Albert Silva, 28260 Cranberry Rd, Romoland, CA 92585
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**    Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.40 **State what the contract**     Construction Contract
     **or lease is for and the**                                    Alberto Garcia, 14609 escalera dr, El Paso, TX 79928
     **nature of the debtor's**
     **interest**
     **State the term**              Unknown
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

2.41 **State what the contract**     Construction Contract
     **or lease is for and the**                                    Alberto Martinez, 1862 Saratoga Dr, Colorado Springs, CO 80910
     **nature of the debtor's**
     **interest**
     **State the term**              Unknown
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

2.42 **State what the contract**     Construction Contract
     **or lease is for and the**                                    Alejandra Alarcón, 1105 Cerrillos Rd SW, Albuquerque, NM 87121
     **nature of the debtor's**
     **interest**
     **State the term**              Unknown
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

2.43 **State what the contract**     Construction Contract
     **or lease is for and the**                                    Alejandrino Duran, 918 Sonora St, Madera, CA 93638
     **nature of the debtor's**
     **interest**
     **State the term**              Unknown
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

2.44 **State what the contract**     Construction Contract
     **or lease is for and the**                                    Alejandro Nieto, 4336 Kenwood Ave, Los Angeles, CA 90037
     **nature of the debtor's**
     **interest**
     **State the term**              Unknown
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

2.45 **State what the contract**     Construction Contract
     **or lease is for and the**                                    ALEJANDRO P SALAZAR, 3245 S 25th St, Milwaukee, WI 53215
     **nature of the debtor's**
     **interest**
     **State the term**              Unknown
     **remaining**
     **List the contract number**
     **of any government**
     **contract**

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Alex Allsop, 66 W 200 North, Hurricane, UT 84737

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**    Independent Contractor Agreement    Alex Beeson, 3455 Kearny Villa Rd, San Diego, CA 92123

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.48** **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Alex Orden, 2525 N Cerritos Rd (Cancelled), Palm Springs, CA 92262

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.49** **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Alfonso Sierra, 2525 Yreka Ave, Sacramento, CA 95822

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.50** **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Alfonso Tapia, 50 Hawthorne Dr, Tracy, CA 95376

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.51** **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Alfred Aguero, 1906 Belmont Ave, Pueblo, CO 81004

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.52**  **State what the contract**    Construction Contract          Alistair Mercado, 667 Foxbrook Dr, Glendora, CA 91740
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**             Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.53**  **State what the contract**    Dealer Agreement              All4roof&Construction LLC DBA Solar Plus, 4101 South Navajo Street B203, Littleton,
          **or lease is for and the**                                  CO 80110
          **nature of the debtor's**
          **interest**
          **State the term**             Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.54**  **State what the contract**    Construction Contract          Allen Mainayar, 44988 Bouchaine St, Temecula, CA 92592
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**             Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.55**  **State what the contract**    Dealer Agreement              Alliance Solar Network, 1077 N Wollow Ave, Suite 105 - 36, Clovis, CA 93611
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**             Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.56**  **State what the contract**    Dealer Agreement              Aloniu, LLC, 64 E Broadway Rd, STE 200, Tempe, AZ 85282
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**             Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.57**  **State what the contract**    Construction Contract          Alozie Udeogaranya, 562 E Banyan St, Ontario, CA 91761
          **or lease is for and the**
          **nature of the debtor's**
          **interest**
          **State the term**             Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

2.58 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Alpha Pwr LLC, ALPHA POWER SYSTEMS, LLC, Tampa, FL 33611

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.59 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Alta Media Group LLC, Alta Media Group LLC, 925 B St, San Diego, CA 92101

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.60 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Altitude Imagery LLC DBA DroneQuote, 11415 W Bernardo Ct. #101, San Diego, CA 92127

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.61 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Alvaro Serratos, 3901 Fernwood Ave (Cancelled), Lynwood, CA 90262

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.62 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Alvina Ayon, 4218 E San Luis St, Compton, CA 90221

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.63 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

AMAN MEHTA, 1265 N Fulton St, Anaheim, CA 92801

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Amanda Bierman, 128 N Walnut St, Manzanola, CO 81058
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Amanda Petty, 12149 W Shadwell Cir (Cancelled), Franklin, WI 53132
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | amaryz aragon, 101 Fernwood Ave, Escondido, CA 92027
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Amazing Energy Partners Inc., 28581 Old Town Street Suite 105, Temecula, CA 92591
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | American Clean Energy LLC, 208 CAPITOL STREET, Suite 300, Charleston, WV 25301
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | American Clean Energy LLC, 17505 N 79th Ave #411, Glendale, AZ 85308
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | American Owned Energy, 232 W Palomar Plz., Pueblo, CO 81007-2615 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | American Solar Union LLP, 743 S 560 W, Lehi, UT 84043 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | American Trade Line, 130 Water Street Suite 5A, New York, NY 10005 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Americana Solar LLC Dba Amplifi Energy, 500 Dallas Street, Suite 1700, Houston, TX 77002 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | AMS MANAGEMENT SERVICE CORP, 275 South Charles Richard Beall Boulevard, Suite 216, Debary, FL 32713 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Amy Van Roy, 2797 Sunray Ln (Cancelled), Green Bay, WI 54313 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

**2.76**  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Ana Perez, 9081 East Rd, Redwood Valley, CA 95470

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.77**  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Ana Ramos, 1821 Martinho Ave, Tulare, CA 93274

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.78**  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Andrea Kelner, 24638 Northern Rd, Pine City, MN 55063

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.79**  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    ANDREW MCCORMICK, 2521 W California St, Santa Ana, CA 92704

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.80**  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Andrew Stroh, N74W15818 Stonewood Dr, Menomonee Falls, WI 53051

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.81**  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Andy Arcifa, 9970 Alameda Ave, Bloomington, CA 92316

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Andy Komor, 2421 Azure Ave, Newport Beach, CA 92660
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | ANDY VANDERLOOP, 7513 St Pats Church Rd, Greenleaf, WI 54126
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Andy Woodruff, 3601 Reinoso Ct, San Jose, CA 95136
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Angel Agredano, 1356 Lorraine Pl, Rialto, CA 92376
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | ANGEL Munoz, 1024 Olive Ave, Fallbrook, CA 92028
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Angel Sailas, 5637 Briercrest Ave, Lakewood, CA 90713
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.88** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Angela Chacon, 1302 Monroe St (Cancelled), Oshkosh, WI 54901
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.89** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Angela Fishel, 2797 Canyon View Dr, Santa Clara, UT 84765
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.90** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Angelica Vasquez, 744 Maple Ave, Lindsay, CA 93247
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.91** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Anita Abbott, 54887 Mountain View Trail, Yucca Valley, CA 92284
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.92** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Anne Lentz, 2031 E Michigan Ave, Salt Lake City, UT 84108
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.93** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Annette Juszczyk, 2712 University Ct, Waukesha, WI 53188
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Anourot Phengmany, 22668 Starlite Ct (Cancelled), Rogers, MN 55374 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Anthony Ayson, 7216 Norwalk Blvd, Whittier, CA 90606 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | ANTHONY GARCIA, 1179 Edgar Ave (Cancelled), Beaumont, CA 92223 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Anthony Melgares, 28775 Portsmouth Dr, Menifee, CA 92586 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Anthony Price, 297 Mountain View Dr, Santa Maria, CA 93455 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | ANTHONY TOMAN, 13709 88th Ave, Chippewa Falls, WI 54729 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.100   **State what the contract**    Construction Contract         Antoine Menifee, 105 Ohio Way, Ladson, SC 29456
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.101   **State what the contract**    Construction Contract         Antonia Carmona, 204 W Alondra Blvd, Compton, CA 90220
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.102   **State what the contract**    Construction Contract         Antonio Daniel, 407 Tehama Way, Greenfield, CA 93927
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.103   **State what the contract**    Construction Contract         Antonio Hollins, 7632 Arbor Ln, Savage, MN 55378
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.104   **State what the contract**    Construction Contract         Antonio Perez Ocana, 1380 S Eaton St, Lakewood, CO 80232
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.105   **State what the contract**    Construction Contract         Antonio Rios, 2467 S 19th St, Milwaukee, WI 53215
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.106 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Antonio Villanueva 2, 6203 Holmes Ave, Los Angeles, CA 90001

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.107 **State what the contract or lease is for and the nature of the debtor's interest**   Cafeteria Plan Agreement

APA Benefits Inc., 8899 South 700 East, Suite 225, Sandy, UT 84070

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.108 **State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease

APEX Executive Suites, 4425 E. Agave, Bldg 5, Ste 122&124, Phoenix, AZ 85044

**State the term remaining**   Mth-To-Mth

**List the contract number of any government contract**

2.109 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Apricot Solar (Valley Spring Marketing), 69 Lincoln Blvd. Ste A-181. Lincoln, Lincoln, CA 95648

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.110 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Apricot Solar (Valley Spring Marketing), 900 S 4th St, Las Vegas, NV 89101

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.111 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

AR Systems, LLC, 10972 County Road 140 #151, Flint, TX 75762-5027

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.112 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Aracely Rodriguez, 8261 Lodge Grass Wy, Colorado Springs, CO 80908

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.113 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Armando Aguayo, 7060 Leyden St, Commerce City, CO 80022

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.114 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Armando Alvarez, 179 Casas Lindas Ln, Santa Teresa, NM 88008

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.115 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Armando Hernandez, 3437 McKinley Ave, Los Angeles, CA 90011

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.116 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Armando Lopez, 11400 Ambrosio Dr, Desert Hot Springs, CA 92240

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.117 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Armando Mendez, 9150 Verbena Rd, Phelan, CA 92371

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.118  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Arnold Truckey, N5190 Vine Rd, Seymour, WI 54165

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.119  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Arnulfo Martínez, 3727 S 22nd St, Milwaukee, WI 53221

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.120  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Arthur Goodman, 23228 Avenue 178, Porterville, CA 93257

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.121  **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Ascension Home Solutions, 1836 W TERRA VISTA DRIVE, 304, Saratoga Springs, UT 84045

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.122  **State what the contract or lease is for and the nature of the debtor's interest**    Ascent Cloud License Agreement and Geopointe w/ Google Subscription

Ascent Cloud LLC, 28 West Adams Avenue, Suite 800, Detroit, MI 48226

**State the term remaining**    5/15/2024 (then auto-renews)

**List the contract number of any government contract**

2.123  **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Aspen Solar, 135 West Main Street, Suite E., Aspen, CO 81611

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.124 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Aspen Solar, 1407 Broadway, 24th Floor, New York, NY 10018

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.125 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Astound Energy Solutions LLC DBA Astound Energy, 6689 Orchard Lake Rd, Unit 349, West Bloomfield, MI 48322

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.126 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Aurora, Aurora Solar Inc, PO Box 102896, Pasadena, CA 91189-2896

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.127 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Aurum Security LLC, 115 3rd st #10 , Frost, MN 56033

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.128 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Aurum Security LLC, 8424 5th Pl Se, Lake Stevens, WA 98258

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.129 **State what the contract or lease is for and the nature of the debtor's interest**

Invoice for 16 AutoCAD LT Licenses

Autodesk Inc., The Landmark @ One Market, 1 Market Street, Suite 400, San Francisco, CA 94105

**State the term remaining**

8/15/2024

**List the contract number of any government contract**

2.130 **State what the contract or lease is for and the nature of the debtor's interest**
Invoice for 2 AutoCAD Full Licenses

Autodesk Inc., The Landmark @ One Market, 1 Market Street, Suite 400, San Francisco, CA 94105

**State the term remaining**
6/8/2024

**List the contract number of any government contract**

2.131 **State what the contract or lease is for and the nature of the debtor's interest**
Invoice for 3 AutoCAD LT Licenses

Autodesk Inc., The Landmark @ One Market, 1 Market Street, Suite 400, San Francisco, CA 94105

**State the term remaining**
11/28/2024

**List the contract number of any government contract**

2.132 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Ava Wealth LLC, 11350 McCormick Road, Executive Plaza III, Suite 202, Hunt Valley, MD 21031

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.133 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Ava Wealth LLC, Ava Wealth Advisors 12110 Sunset Hills Rd, Suite 340, Reston, VA 20190

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.134 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Avolta Power Inc., 1640 S State St, Orem, UT 84097

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.135 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

AZELA REYES, 9005 Beech Ave, Fontana, CA 92335

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.136 **State what the contract or lease is for and the nature of the debtor's interest**   Letter re: Confidential Offer of Employment

**State the term remaining**   Unknown

**List the contract number of any government contract**

Baker Ward, 1862 N 300 W, Logan, UT 84341

2.137 **State what the contract or lease is for and the nature of the debtor's interest**   Offer Letter

**State the term remaining**   Unknown

**List the contract number of any government contract**

Baker Ward, 1862 N 300 W, Logan, UT 84341

2.138 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

**State the term remaining**   Unknown

**List the contract number of any government contract**

Barbara Basche, 1170 Division St (Cancelled), Green Bay, WI 54303

2.139 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

**State the term remaining**   Unknown

**List the contract number of any government contract**

Barbara McWilliams, 414 Vliet St, Kewaunee, WI 54216

2.140 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

**State the term remaining**   Unknown

**List the contract number of any government contract**

BARBARA O DANIEL, 5603 Circlegate Dr, Spring, TX 77373

2.141 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

**State the term remaining**   Unknown

**List the contract number of any government contract**

Barry Goodwin, 5611 Harvest Rd, Rocklin, CA 95765

2.142 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Baudencio Hernandez Garcia, 3029 Skyline Blvd, Bakersfield, CA 93305

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.143 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Beast Lee Inc, 2183 W Main St A201, Lehi, UT 84043

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.144 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Beatriz Beltran, 2262 E 105th St, Los Angeles, CA 90002

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.145 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Beatriz Walker, 32635 Westchester Dr, Thousand Palms, CA 92276

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.146 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Bellarine Gonzales, 1338 Holt St, Stockton, CA 95203

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.147 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ben Wilcox, 165 E Zen Rd, Vineyard, UT 84058

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.148 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Benjamin H Madera, 14604 Valentin Drive, El Paso, TX 79928

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.149 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    BENJAMIN PEREZ, 15328 Pauma Valley Dr, Pauma Valley, CA 92061

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.150 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Bernadette R Pacheco, 2795 W Archer Pl, Denver, CO 80219

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.151 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Bert Dech, 8433 Liverpool Cir, Littleton, CO 80125

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.152 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Bertha Aguirre, 14168 Coyote Drift CT, El Paso, TX 79938

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.153 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Beth Grundvig, 1664 Sea Way, Bodega Bay, CA 94923

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.154 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

betty Denny, 1208 Michaline Dr, Green Bay, WI 54304

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.155 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Beverly Goodrich, 2586 El Vista Dr, Santa Clara, UT 84765

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.156 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Beverly Lardinois, 1076 valley view rd, Green Bay, WI 54304

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.157 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Beverly Lavallee, 450 E Bradley Ave SPC 16, El Cajon, CA 92021

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.158 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Beyond Infinity, 79 Birch Hill Rd., Weston,  CT  06883

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.159 **State what the contract or lease is for and the nature of the debtor's interest**

Order for Bigtincan EH Enterprise Software Subscription and Software License Agreement

Bigtincan Mobile Pty Ltd, Lv 8, 320 Pitt Street, Sydney, NSW 2000

**State the term remaining**

8/31/2024

**List the contract number of any government contract**

2.160 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Biltmore Home Services LLC, 2083 Biltmore Point, Ashville, NC 28803

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.161 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Black 33 LLC, DBA Solar Quotes LLC, 15 South Main Street, Unit B105, Providence, UT 84332

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.162 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

BlackStone Energy , 201 W Lakeview Way, woodland hills, ut 84653

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.163 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Blanca Castillo, 3725 John Henry St, El Paso, TX 79938

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.164 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Blanca L Sanchez-Cruz, 1640 Hertel Ln, San Martin, CA 95046

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.165 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Blitz Services, LLC, DBA Blitz Solar, 726 400 E, Lindon, UT 84042

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.166 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Blitz Services, LLC, DBA Blitz Solar, 22642 Lambert St. #407, Lake Forest, CA 92630

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.167 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Blue Diamond Solar LLC, 896 Lucille Ave, Pocatello, ID 83201

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.168 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Blue Group Distribution, 7935 W Sahara Ave #104, Las Vegas, NV 89117

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.169 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Blue Sky Energy, 116 W Gentile St Suite 3, Layton, UT 84040

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.170 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Blue Sky Energy, 2105 W 1800 N, Ogden, UT 84404

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.171 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Bobbi Resendiz, 2303 Meadow View Cir, Santa Clara, UT 84765

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.172   **State what the contract**        Construction Contract          Bobbie Bachan, 7338 1st Ave S, Richfield, MN 55423
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.173   **State what the contract**        Dealer Agreement              Bonar Entertainment, 3670 West Way,, Sacramento, CA 95821
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.174   **State what the contract**        Construction Contract          Bonnie Choice, 10304 Crossing Green Cir, Moreno Valley, CA 92557
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.175   **State what the contract**        Dealer Agreement              Bott LLC
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.176   **State what the contract**        Dealer Agreement              Bradley Solutions LLC dba Wise Power Company, 4823 E Estevan Rd, Phoenix, AZ
        **or lease is for and the**                                      85054
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.177   **State what the contract**        Dealer Agreement              Bradley Solutions LLC dba Wise Power Company, 15900 N 78th St Suite 205 ,
        **or lease is for and the**                                      Scottsdale, AZ 85260
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.178 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Brand X Marketing

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.179 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Brandon Freeman, 3114 E 2nd Ave, Hibbing, MN 55746

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.180 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Brandon Karnes, 31375 Station Rd, Valley Center, CA 92082

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.181 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Brandy Licon, 6217 Dellyne Ave NW, Albuquerque, NM 87120

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.182 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Brenda Griffith, 104 N Crestline Dr, St George, UT 84790

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.183 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Brenda Inman, 7147 St Louis River Rd W, Cloquet, MN 55720

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.184 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Brenda Nielsen, N3948 Co Rd AB, Luxemburg, WI 54217

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.185 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Brennon Miller, 120 N Scenic Dr E, Washington, UT 84780

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.186 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Brent Weichers, 5010 E Barwick Dr, Cave Creek, AZ 85331

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.187 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Brett D Filkins, W10345 Konstad Ln, Crivitz, WI 54114

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.188 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Brett Dalman, 4 Dennis Ln, Mission Viejo, CA 92694

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.189 **State what the contract or lease is for and the nature of the debtor's interest**   Amendment to Employment Agreement

Brett Lee, 1125 Oxford Pl, Saint George, UT 84790

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Independent Contractor Agreement |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Brett Lee, 1125 Oxford Pl, Saint George, UT 84790

| | | |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Brett Vanderhorst, 43611 150th St (Cancelled), Waseca, MN 56093

| | | |
|---|---|---|
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Brett Vroman, 161 E 1050 N, Bountiful, UT 84010

| | | |
|---|---|---|
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

BRIAN BAUGUS, 13912 W Speich Rd, Orfordville, WI 53576

| | | |
|---|---|---|
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Brian Brandon, 1578 Canyon View Dr, Santa Clara, UT 84765

| | | |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Brian Merryman, 2564 Blossom View Dr, Sparks, NV 89434

2.196  **State what the contract**    Construction Contract_____    BRIAN THOMPSON, 19947 190th St, Jim Falls, WI 54748
       **or lease is for and the**                                            _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.197  **State what the contract**    Construction Contract_____    Brian Villalobos, 4242 4th St, Riverside, CA 92501
       **or lease is for and the**                                            _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.198  **State what the contract**    Dealer Agreement_____    Bright Wave Solar, Inc, 41750 Rancho Las Palmas Dr. Suite O1, Rancho Mirage, CA
       **or lease is for and the**                                     92270
       **nature of the debtor's**                                      _____
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.199  **State what the contract**    Dealer Agreement_____    Brite Marketing LLC, 1629 S Convention Center Dr, St. George, UT 84770
       **or lease is for and the**                                     _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.200  **State what the contract**    Dealer Agreement_____    Brite Marketing LLC, 4012 S. River Road Unit 5b, Saint George, UT 84790
       **or lease is for and the**                                     _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.201  **State what the contract**    Dealer Agreement_____    Britt Co DBA Go Energy, 150 Golden Drive Unit 110, Durham, NC 27705
       **or lease is for and the**                                     _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.202 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Britt Co DBA Go Energy, Brittco, Inc DBA Go Energy 2500 N West Ln, Stockton, CA 95210

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.203 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Brittany Gilbert, 342 E Palo Verde Dr (Cancelled), Washington, UT 84780

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.204 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Brittco, Inc DBA Go Energy, 2500 N West Ln., Stockton, CA 95210

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.205 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Brittco, Inc DBA Go Energy, 7500 West Lane #113, Stockton, CA 85210

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.206 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Bronson Ashjian, 2604 N 27th St #5, Phoenix, AZ 85008

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.207 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Bruce Isaacs, 64851 Indian Lake Rd, Finlayson, MN 55735

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.208 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Bruce Whittaker, 3376 W 10000 S, South Jordan, UT 84095

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.209 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Bruna Training Technologies Inc, 4407 Keystone Ave, Culver City, CA 90232

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.210 **State what the contract or lease is for and the nature of the debtor's interest**    Amendment to Terms of Employment    Bryan Jackson, 14249 Canyon Vine Cove, Draper, UT 84020

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.211 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Bryan Polk, 1279 Rosemary Ln, Yuba City, CA 95991

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.212 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    BRYAN WALTERS, 41011 Burgess Ct, Temecula, CA 92591

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.213 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Bryant Chase, 595 N 100 E, Spanish Fork, UT 84660

**State the term remaining**    Unknown

**List the contract number of any government contract**

| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Bryton Power LLC, 1971 700 N Suite 201, Lindon, UT 84042 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Buy Affordable Solar, Affordable Solar 3900 Singer Blvd NE, Albuquerque, NM 87109 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | C Yvette Dow, 6412 Sunray Ct NW, Albuquerque, NM 87120 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | C3P Energy LLC, 5098 Foothills Blvd. Suite 3-151, Roseville, CA 95747 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | CA Renewable Energies, Inc., 2820 La Mirad Dr, Vista, CA 92081 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Cache Marketing Alliance, 14249 Canyon View Cove, Draper, UT 84020 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.220   **State what the contract
or lease is for and the
nature of the debtor's
interest**

Dealer Agreement

Cali Clean Solutions Inc, 68 E 11th St 113, Tracy, CA 95376

**State the term
remaining**

Unknown

**List the contract number
of any government
contract**

2.221   **State what the contract
or lease is for and the
nature of the debtor's
interest**

Construction Contract

Cali Palumbo, 581 Ludlow Ln, Columbia, SC 29229

**State the term
remaining**

Unknown

**List the contract number
of any government
contract**

2.222   **State what the contract
or lease is for and the
nature of the debtor's
interest**

Dealer Agreement

California Clean Power, 4 Basilica Pl, Ladera Ranch, CA 92694

**State the term
remaining**

Unknown

**List the contract number
of any government
contract**

2.223   **State what the contract
or lease is for and the
nature of the debtor's
interest**

Construction Contract

Calvin Adams, 607 Bell Ln, Blythe, CA 92225

**State the term
remaining**

Unknown

**List the contract number
of any government
contract**

2.224   **State what the contract
or lease is for and the
nature of the debtor's
interest**

Construction Contract

Carla Jenkins, 2422 Claystone Cir, Erie, CO 80516

**State the term
remaining**

Unknown

**List the contract number
of any government
contract**

2.225   **State what the contract
or lease is for and the
nature of the debtor's
interest**

Construction Contract

Carlo de Lara, 2296 Ruby Ave, San Jose, CA 95148

**State the term
remaining**

Unknown

**List the contract number
of any government
contract**

2.226
**State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carlos Cesar Meija jr, 4608 W Oklahoma Ave, Milwaukee, WI 53219

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.227
**State what the contract or lease is for and the nature of the debtor's interest**

Docusign Certificate of Completion

Carlos Puerto, 4188 Cresthaven Ln, Lehi, UT 84043

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.228
**State what the contract or lease is for and the nature of the debtor's interest**

Solsius Sales Partner Agreement

Carlos Puerto, 4188 Cresthaven Ln, Lehi, UT 84043

**State the term remaining**

5/9/2026

**List the contract number of any government contract**


2.229
**State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carlos Urrutia, 2915 Woodbridge St, Roseville, MN 55113

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.230
**State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carlos Vallejo, 4704 Misty Ct, Bakersfield, CA 93309

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.231
**State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carlos Zambrano Nogal, 1290 S Irving St, Denver, CO 80219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.232   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carol Mager, 2505 Cactus Dr, Colorado Springs, CO 80911

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.233   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carol Ortega, 2811 Rosen Ave, Fort Worth, TX 76106

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.234   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carol Stewart, 3331 Mercury Ln, Las Cruces, NM 88012

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.235   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carola Allshouse, 2936 E Demetrius Ave, Las Vegas, NV 89101

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.236   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carolina Sale, 28132 Bethany Cir, Moreno Valley, CA 92555

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.237   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Carolyn Jackson, 3724 N 37th St, Milwaukee, WI 53216

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.238 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Cary Fang, 5865 Flambeau Rd, Rancho Palos Verdes, CA 90275

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.239 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Casey Schowalter, 2368 155th Ave, Mora, MN 55051

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.240 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Cass Swenson, 109 E 8th St (Cancelled), Duluth, MN 55805

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.241 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Cassie Green, 24899 1st St, Fellows, CA 93224

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.242 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Castlehouse Distributing, 4751 Pell Dr #5, Sacramento, CA 95838

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.243 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Catalina Gaytan, 4315 E Cesar E Chavez Ave, East Los Angeles, CA 90022

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.244  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Catalyst Solar LLC, 1000 5th Street #200 Y-4, Miami Beach, FL 33139

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.245  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Cathy J Hatton, 522 E Evans Ave, Pueblo, CO 81004

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.246  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

CBD Solar Corp., 3000 W Memorial Rd Suite 123 #149 , Oklahoma City, OK 73120

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.247  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

CCG (Junio Martinez), 119 Harden Parkway #E, Salinas, CA 93906

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.248  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Cecilia Gonzalez, 17539 Rock Port Rd, Laredo, TX 78045

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.249  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

CECILIA PARDO-SCHULT, 13685 Colony Rd (Duplicate}, Desert Hot Springs, CA 92240

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | CECILIA PARDO-SCHULT, 13685 Colony Rd (Duplicate}, Desert Hot Springs, CA 92240 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Chad France, 6748 Myrtle Creek Dr, Colorado Springs, CO 80927 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Chad Strehlow, 2373 Liberty St, Poy Sippi, WI 54967 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Champion City Solar Ltd., 12457 E 106th Avenue, Commerce City, CO 80022 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Channel Linx Technologies, LLC DBA Channel Linx, 51 E 800 N, Spanish Fork, UT 84660 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Channy Tek, 2510 W 5135 S, Salt Lake City, UT 84129 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | CHARLES BARRETT, 2537 North Stage Coach Lane, Fallbrook, CA 92028
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Charles Charlemagne, 3637 Frontier Dr, Edinburg, TX 78539
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Charles McCormick, 30695 Lajoe St, Menifee, CA 92584
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Charlotte Nysse, 3380 Paula St, Green Bay, WI 54311
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Chase Rowley, 550 N 470 E, Ephraim, UT 84627
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Chet Adkins, 3592 McIntire Cir, Oceanside, CA 92056
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.262 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Cheuk Shing Ng, 9660 E Lemon Ave, Arcadia, CA 91007

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.263 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Chiquita Nolen, 5358 N 56th St, Milwaukee, WI 53218

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.264 **State what the contract or lease is for and the nature of the debtor's interest**  Dealer Agreement

CHNG, 5078 Clay Hollw Ave, West Jordan, UT 84081

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.265 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Chris Cannistraci, 275 S Broadway Ave (Cancelled), Alden, MN 56009

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.266 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Chris S Cambell, 310 Rim Rd, El Paso, TX 79902

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.267 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Christian Simmons, 522 Horseshoe Ln (Cancelled), Braham, MN 55006

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.268 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Christina Camps, 2403 W Halsey Ave, Milwaukee, WI 53221

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.269 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Christine Perez, 3218 Devonshire Ln, Pueblo, CO 81005

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.270 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Christopher Adams, 581 E Draper Woods Way, Draper, UT 84020

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.271 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Christopher Bradshaw, 2308 Shoop St (Cancelled), Racine, WI 53404

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.272 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Christopher Gagnow, W3739 County Rd VV, Seymour, WI 54165

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.273 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Christopher Kenney, 303 W J St, Benicia, CA 94510

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.274   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Christopher Lemens, 1509 Morrow St, Green Bay, WI 54302

    **State the term remaining**

Unknown

    **List the contract number of any government contract**

2.275   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Christopher Smith, 962 Wright St, Santa Rosa, CA 95404

    **State the term remaining**

Unknown

    **List the contract number of any government contract**

2.276   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Chuck Earles, 44410 Jefferson Ave, Zumbrota, MN 55992

    **State the term remaining**

Unknown

    **List the contract number of any government contract**

2.277   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

chuyita virgen, 26424 Pacific St, Highland, CA 92346

    **State the term remaining**

Unknown

    **List the contract number of any government contract**

2.278   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Claire Schiefelbein, 742 Memory Ave (Cancelled), Green Bay, WI 54301

    **State the term remaining**

Unknown

    **List the contract number of any government contract**

2.279   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Claudia Diaz, 256 Avenida Mirador, Santa Teresa, NM 88008

    **State the term remaining**

Unknown

    **List the contract number of any government contract**

| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Clean Energy America, LLC, 3330 Montana Ave, El Paso, TX 79903 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Clean Energy America, LLC, 7133 N Mesa St. Apt 142, El Paso, TX 79912 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Clean Power, California Clean Power, 4 Basilica Pl, Ladera Ranch, CA 92694 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Cleanlyte Inc., 610 Mark Thomas dr , Yuba City, CA 95993 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Clear Home, 135 South Mountain Way, Orem, UT 84058 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Clear Solar LLC, 2102 Business Center Drive, Ste 130, Irvine, CA 92612-1001 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

**2.286** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Cletus Iepak, 2454 Forest Meadows Ct (Cancelled), Green Bay, WI 54313

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.287** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Clint Stewart, 9301 State Rte 26, Stockton, CA 95215

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.288** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Clive Waring, 5722 Placer Ave, Westminster, CA 92683

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.289** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Clyde Grafe, 6830 E Posada Cir, Mesa, AZ 85212

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.290** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

CM Solar, CM Solar Electric 9125 Chesapeake Dr, San Diego, CA 92123

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.291** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Cobbes Inc, Cobbe's Plumbing and Heating 1800 Saskatchewan Ave. E, Portage la Prairie, MB R1N 0N9

**State the term remaining**

Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | Colarusso Ventures, 504 W 800 N, OREM, UT 84057 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Employment Agreement |
| | | Colin Rounds, 875 Empress Cir, Saint George, UT 84790 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement |
| | | Colin Rounds, 875 Empress Cir, Saint George, UT 84790 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter |
| | | Colin Rounds, 875 Empress Cir, Saint George, UT 84790 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Colleen Petrini, 1406 Conductor Ct, Sparks, NV 89434 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Collin Weingardt, 793 Tramway Ln NE, Albuquerque, NM 87122 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Connie Craven, 221 S 200 W, Price, UT 84501 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Constance Maynard, 761 Country Pl Ct, Santa Clara, UT 84765 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Independent Contractor Agreement | Cooper Hodson, 2644 S 2000 E, Salt Lake City, UT 84109 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Cooper Hodson, 2644 S 2000 E, Salt Lake City, UT 84790 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Cooper Hodson, 2644 S 2000 E, Salt Lake City, UT 84790 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Cordova Jeanette Elena, 3107 N 52nd Pkwy, Phoenix, AZ 85031 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.304 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Corview Solar, Inc, 5020 Campus Drive, Newport Beach, CA 92660

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.305 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Craig Effertz, 1116 Grande Oaks Ln, De Pere, WI 54115

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.306 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Craig Gerbert, 4001 Paul Robarts Ct, Las Vegas, NV 89102

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.307 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Craig Hamilton, 3 Luz Del Cielo, Sandia Park, NM 87047

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.308 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Craig Hossalla, 7322 W Freistadt Rd, Mequon, WI 53092

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.309 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Craig Martin, 31824 Silk Vine Dr, Winchester, CA 92596

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.310 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Cream City Solar LLC, 3655 Lilly Rd. , Brookfield, WI 53005

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.311 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Cream City Solar LLC, PO Box 206, Muscoda, WI 53573-0206

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.312 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Cristina Vigil, 8423 Brook St, Albuquerque, NM 87113

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.313 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Crown Exteriors Inc., 8673 Eagle Point Blvd, Lake Elmo, MN 55042

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.314 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

CRS Services Limited, DBA Pure Solar Solutions, 3037 E Warm Spring Rd, STE 100, Las Vegas, NV 89120

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.315 **State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease

Cubework, 900 Turnbull Canyon Rd, City of Industry, CA 91745

**State the term remaining**   3Mth-To-3Mth

**List the contract number of any government contract**

**2.316** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Cuevas Investments LLC, 110 E Houston St FL 7 , San Antonio, TX 78205-2991

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.317** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Cuevas Investments LLC, 751 Oak View Dr, Oak Point, TX 5068-3073

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.318** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Curb Tech, 3610 Central Ave, Suite#400, Riverside, Ca 92506

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.319** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Current Energy, 7900 Balboa Pl, Van Nuys, CA 91406

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.320** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Curtis Kempenich, 1203 10th St SW, Faribault, MN 55021

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.321** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Customerstays.com, 14781 Pomerado rd, Poway, CA 92064

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.322   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Daisy Dozal, 435 Dorado Ln, Chaparral, NM 88081

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.323   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dalton Nolen, 151 Private Rd 5818, Elkhart, TX 75839

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.324   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Damingo Jones, 1318 N 58th St, Milwaukee, WI 53208

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.325   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dan Enright, 637 Via Umbroso, San Clemente, CA 92672

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.326   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dane Bejarano, 204 Hoover St, Oceanside, CA 92054

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.327   **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dang Lor, N5170 410TH ST, Ellsworth, WI 54011

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.328  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Daniel Anderson, 3462 Ivory St, Isle, MN 56342

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.329  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Daniel Bates, 9461 Houston Ave Unit E, Anaheim, CA 92801

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.330  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Daniel Carlson, 11470 Latham Ln, Chisago City, MN 55013

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.331  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Daniel Lim, 1852 Stageline Cir, Rocklin, CA 95765

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.332  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   DANIEL NODICH, 375 Lewis St, Poynette, WI 53955

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.333  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Daniel Orellana, 470 S Estudillo Ave, San Jacinto, CA 92583

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Daniel Rank, E1342 Northbrook Rd, Luxemburg, WI 54217 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Darlene C Morales, 1017 Hickory Dr (project 1), Las Cruces, NM 88005 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Darlene Evans, 6100 W Spokane St, Milwaukee, WI 53223 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Darlene Morales 2, 1017 Hickory Loop (project 2), Las Cruces, NM 88005 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | Dash Solar LLC, 1330 E 900 S, Provo, UT 84606 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | Dave_s Crew Construction, Inc DBA Bright Home Improvements, 3661 West Shields Ave, Fresno, CA 93722 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

**2.340**   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Dave_s Crew Construction, Inc DBA Bright Home Improvements, 5104 N. Harvestore Rd. , Sioux Falls, SD 57107

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.341**   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

David Becerra, 12053 Lemming St, Lakewood, CA 90715

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.342**   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

David c Ramos, 1310 W Wisconsin St, Blythe, CA 92225

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.343**   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

David Copija, 8484 County Rd S, Hortonville, WI 54944

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.344**   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

David Coronado, 308 reynosa st, Weslaco, TX 78596

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.345**   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

DAVID DANEAU, 8609 W Mitchell St, West Allis, WI 53214

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.346 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

David Estrada, 25970 Cll Familia, Moreno Valley, CA 92551

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.347 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

David Kobow, 1817 Clear Ave E, Saint Paul, MN 55119

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.348 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

David Krueger, 5732 150th St N, Hugo, MN 55038

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.349 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

David Martin, 2440 Bruce St, Neenah, WI 54956

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.350 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

David McLay, 3051 E Peakview Cir, Centennial, CO 80121

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.351 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

David Ploetz, 1218 Lake Bluff Ct (Cancelled), Cleveland, WI 53015

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.352  **State what the contract**     Construction Contract
       **or lease is for and the**                                              David Quiroz, 5193 El Paraiso Ave, Sacramento, CA 95824
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.353  **State what the contract**     Construction Contract
       **or lease is for and the**                                              David Schrupp, 2130 S Nye School Rd, Beloit, WI 53511
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.354  **State what the contract**     Construction Contract
       **or lease is for and the**                                              David Seidel, 27530 Dahlia Ct NW, Isanti, MN 55040
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.355  **State what the contract**     Construction Contract
       **or lease is for and the**                                              David Stinson, 7146 Font Ave, Riverside, CA 92509
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.356  **State what the contract**     Construction Contract
       **or lease is for and the**                                              David Travanty, 17820 Luna Ct, Riverside, CA 92504
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.357  **State what the contract**     Construction Contract
       **or lease is for and the**                                              David Uelmen, N5697 E Channel Dr, Shawano, WI 54166
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

**2.358**  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

David Wilson, 128 Gamble Ln, Pueblo, CO 81001

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.359**  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dawn Giesbers, 3066 Sandia Dr, Green Bay, WI 54313

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.360**  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

DEAN STRUBE, 13862 Silver Hill Rd, Mountain, WI 54149

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.361**  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dean Tande, 129 S Buckley St, Alma Center, WI 54611

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.362**  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Deborah Cullors, 1501 N Blanchard St, Banning, CA 92220

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.363**  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

DEBORAH DANIELSEN, 48113 Dirt Rd, Aguanga, CA 92536

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.364   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Debra Jo Wrigley, 2944 S 39th St, Milwaukee, WI 53215

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.365   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Debra King, 402 Camino Al Mar, Watsonville, CA 95076

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.366   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Debra Sue Steffen, 3700 S 15th Pl, Milwaukee, WI 53221

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.367   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Debra Verkuilen, 1509 E Moon Beam Trail, Appleton, WI 54915

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.368   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Deena Eggleston, W 6558 Edgewood Ct, Westfield, WI 53964

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.369   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Delfina Galvez, 505 Venado Dr, El Paso, TX 79915

**State the term remaining**   Unknown

**List the contract number of any government contract**

| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | DELORES SHIVERS-KILPATRICK, 21081 Elmwood St, Perris, CA 92570 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Deloris Turchin, 17647 MN-29, Parkers Prairie, MN 56361 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | Delta Dental PPOSM Group Dental Service Contract as amended | Delta Dental of California, 100 First Street, San Francisco, CA 94105 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Delta Sun Power LLC , 5161 Brook Hallow Pkwy , Suite 221 D, Norcross, GA 30093 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Denice Aguilera, 21975 Maumee Rd, Apple Valley, CA 92308 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Denise Roberts, 1374 Thrush St, Green Bay, WI 54303 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.376 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Dennis Deppe, 2353 E 90 S, St George, UT 84790

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.377 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Dennis Dunn, 1812 Ivanhoe Way, Las Vegas, NV 89102

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.378 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Dennis Dworshok, W9533 County Rd F, Bear Creek, WI 54922

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.379 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Dennis Guivara, 2141 Painted Desert Dr, Chula Vista, CA 91915

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.380 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Dennis Hershberger, 6127 County Rd J (Cancelled), Reedsville, WI 54230

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.381 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Dennis Hershberger, 6127 County Rd J (Cancelled), Reedsville, WI 54230

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Dennis Wychulis, 2715 Bissell Way (TriSMART DO NOT WORK), Wylie, TX 75098

**State the term remaining** — Unknown

**List the contract number of any government contract**

2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Derek Brian Ness, 3262 S 21st St, Milwaukee, WI 53215

**State the term remaining** — Unknown

**List the contract number of any government contract**

2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | DESIREE DANNER, W485 Lienke Rd, Fall River, WI 53932

**State the term remaining** — Unknown

**List the contract number of any government contract**

2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Dessert Companies LLC, 522 South 5th Street, Leavenworth, KS 66048

**State the term remaining** — Unknown

**List the contract number of any government contract**

2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Devon Hohn, 11919 E Arizona Ave, Aurora, CO 80012

**State the term remaining** — Unknown

**List the contract number of any government contract**

2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Dianne Lamm, 705 Timpie Rd, Tooele, UT 84074

**State the term remaining** — Unknown

**List the contract number of any government contract**

**2.388** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | DINO IACOVINO, 608 Grant St, Oceanside, CA 92054
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.389** | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Direct Energy Consultants Inc, 9212 West Russell Rd. Unit 206, Las Vegas, NV 89148
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.390** | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Dish for All
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.391** | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Diverse Lead Consultants
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.392** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Dmitrii Cotofana, 5200 Camino del Griego, Santa Fe, NM 87507
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.393** | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form and Master Services Agreement | DocuSign, Inc., Attn: Jessica O'Connor, 221 Main Street, Suite 1550, San Francisco, CA 94105
| **State the term remaining** | 6/14/2024 |
| **List the contract number of any government contract** | |

2.394 **State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease

Dollinger Viewridge Assoc, LLC, 555 Twin Dolphin Dr, #600 , Redwood City , CA 94065

**State the term remaining**   3/31/2024

**List the contract number of any government contract**

2.395 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

DOLORES ESPINOSA, 2 Newton St, Denver, CO 80219

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.396 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Domination Inc

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.397 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Don Coonen, 1416 E Apple Creek Rd, Appleton, WI 54913

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.398 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

DON KNOTT, 629 1st St, Kenyon, MN 55946

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.399 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Donald Charles Gidlund, 3708 S 25th St, Milwaukee, WI 53221

**State the term remaining**   Unknown

**List the contract number of any government contract**

| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Donald Kunde, 4245 Maxwell Rd, Oshkosh, WI 54904 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Donald McDaniel, 4100 N Atkinson Ave, Roswell, NM 88201 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Donna J Moss, 2744 S 49th St, Milwaukee, WI 53219 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Dorothy Cannavan, 8552 W Ave D2, Lancaster, CA 93536 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Dovie Johnson, 4304 N 19th Pl., Milwaukee, WI 53209 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | DP Enterprize LLC, DP Enterprises LLC 2875 IL-146, Jonesboro, IL 62952 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.406  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dr. Ronald L. Wood, 12717 14th St, Yucaipa, CA 92399

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.407  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dreyson James Anderson, 3024 S 48th St, Milwaukee, WI 53219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.408  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

DroneQuote, 366 Madrona St N, Twin Falls, ID 83301

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.409  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

DT2 Investments LLC DBA Energy Squared, DT2 Investments Limited Lynton House, 7-12 Tavistock Square, London, WC1H 9BQ

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.410  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Duane King, 3757 S 21st St, Milwaukee, WI 53221

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.411  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Duane Lashinski, 3927 120th Ave, Bowlus, MN 56314

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.412   **State what the contract**      Construction Contract_____      Duncan McNeil, 24771 Rosebrugh Lane, Hemet, CA 92544
        **or lease is for and the**                                         _____
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.413   **State what the contract**      Construction Contract_____      Dustin Sellers, 792 Roberts Rd, Aynor, SC 29511
        **or lease is for and the**                                         _____
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.414   **State what the contract**      Dealer Agreement_____      Dynami Solar LLC, 1550 Liberty Ridge Dr., Suite 310, Wayne , PA 19087
        **or lease is for and the**                                         _____
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.415   **State what the contract**      Dealer Agreement_____      Dynamic Installers LLC , 240201 N Tothill Circle, Sterling Heights, MI 48310
        **or lease is for and the**                                         _____
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.416   **State what the contract**      Dealer Agreement_____      EAD Solar LLC, 42027 N Wollemi st , San Tan Valley, Az 85140
        **or lease is for and the**                                         _____
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.417   **State what the contract**      Dealer Agreement_____      EARTHTECH ENTERPRISE INC, 3400 COTTAGE WAY STE G2 #3450, SACRAMENTO,
        **or lease is for and the**                                         CA 95825
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.418 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Eastwood Nest LLC, 6306 Eastwood Ct, Mequon , WI 53092

**State the term remaining**

10/14/2024

**List the contract number of any government contract**

2.419 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Eco Solar LLC, 1160 S State Street Suite 200, Orem, UT 84097

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.420 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Eco-Home Financial Services, Inc. dba Ecohome Solution, 17212 Norwalk Blvd, Cerritos, CA 90703

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.421 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

EcoRay Colorado LLC, 1111 Bison Way, Wiggins, CO 80654

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.422 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

EcoSol LLC, 4840 Pan American Freeway NE, Albuquerque, NM 87109

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.423 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

EcoVision LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.424   **State what the contract**       Dealer Agreement                        EcoWise Solar, LLC, 26435 Cedro, San Antonio, TX 78260-2254
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.425   **State what the contract**       Construction Contract                   Eddie Aguayo, 15974 Cherry Hill Cir, Moreno Valley, CA 92555
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.426   **State what the contract**       Independent Contractor Agreement        Eddy Wong, 649 North Emery Avenue, Oren, UT 84057
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.427   **State what the contract**       Dealer Agreement                        Edge Renewables, Lea Quarry, Much Wenlock , TF13 6DG
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.428   **State what the contract**       Construction Contract                   Edilberto Medina, 7834 Cole Ave (Cancelled), Highland, CA 92346
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.429   **State what the contract**       Construction Contract                   Edith Baires, 1434 W 30th St, Los Angeles, CA 90007
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Edith Collazo, 4044 Acacia St, Bell, CA 90201
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | EDJ Enterprises Inc, 915 N Franklin St., Tampa, FL
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Edmundo Pizarro, 16740 Tupper St, Northridge, CA 91343
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Eduardo Henriquez, 711 N Eucalyptus Ave, Rialto, CA 92376
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Edward Ballard, 37286 Calico Blvd, Yermo, CA 92398
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Edward Gale, 447 Russell St, Winters, CA 95694
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Edward Martinez, 1744 Gubler Dr, Santa Clara, UT 84765 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | EDWARD MOLNAR, 118 Kinglet Dr (Cancelled), Hastings, MN 55033 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Edwin Ramirez, 7900 San Pedro St, Los Angeles, CA 90003 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Efficient Solar Solutions LLC , 30800 telegraph road ste 2820, Bingham Farms, MI 48025 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Efrain Mojica, 4523 Fox Trot Cir, Hemet, CA 92545 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Eileen Marrujo, 1514 Calle Redondo, Santa Fe, NM 87505 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.442  **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Elan Technologies LLC, 910 16th Street Mall, Suite 206, Denver, CO 80202

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.443  **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Electron Energy, LLC

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.444  **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Electrum Capital LLC, 2085 Summerfield Ln, Rexberg, ID 83440

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.445  **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Elisa Solar Energy LLC, 130 N Preston Road Ste 100, Prosper, TX 75078

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.446  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Elisabeth Henson, 521 Lillian Dr, Barstow, CA 92311

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.447  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Elisha Goodwin, 1038 E Abriendo Ave, Pueblo, CO 81004

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Elite Energy Consulting Inc, 57 Dodge Ave, North Haven, CT 06473
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | ELITE SOLAR ARP SOLUTIONS, LLC, 11199 PELLICANO DR. STE. C, El Paso, TX 79935
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Elite Solar LLC
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Elizabeth Morrow, 7033 Johnson Cir, Longmont, CO 80503
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Elizabeth Roper, 1471 Rose Pl (Cancelled), Roseville, MN 55113
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Elizabeth Sierra, 28375 Rostrata Ave, Lake Elsinore, CA 92532
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.454** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Elizabeth Thorsen, 4209 Jasmine Ave, Culver City, CA 90232

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.455** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Elliptic Energy Inc, 10566 Peach Ave, Mission Hills, CA 91345

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.456** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Partner Agreement

Elmer and Octavio Reyna, 11904 Badger Mountain Trail NW, Albuquerque, NM 87120

**State the term remaining**

9/27/2025

**List the contract number of any government contract**

**2.457** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Partner Agreement

Elmer and Octavio Reyna, 12016 Echo Valley Ln NW, Albuquerque, NM 87120

**State the term remaining**

9/27/2025

**List the contract number of any government contract**

**2.458** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Elmer Cadena, 952 Mallett St, El Paso, TX 79907

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.459** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Elmer Hilo, 122 Chronology, Irvine, CA 92618

**State the term remaining**

Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Elmer Novoa, 1600 Taos Mountain Way NW, Albuquerque, NM 87120 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Eloise Kurth, S31W25109 Green Valley Dr, Waukesha, WI 53189 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Eloy Salinas, 5329 Crystal Springs Dr, Bakersfield, CA 93313 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | EMC Energy, 4120 Falcons Flight Ave, North Las Vegas, NV 89084 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Emery Solutions, LLC , 1293 whispering meadows lane , Kaysville, UT 84037 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Emilia Becerra, 2461 Sumac Dr (Cancelled), San Diego, CA 92105 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.466 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Emilio Nunez, 1524 N Fulgham St, Visalia, CA 93291

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.467 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Emily Jeffs, 559 S Cyn Cir, Manti, UT 84642

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.468 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Emily White, 300 De Clark St, Beaver Dam, WI 53916

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.469 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Emma Correa, 5826 Ridge Dr, Santa Teresa, NM 88008

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.470 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Emmanuel Armendariz, 26395 Co Rd 52, Kersey, CO 80644

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.471 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Empower Marketing Group LLC, 2500 Wilcrest Ste.300, Houston, TX 77042

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.472   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Empyreal Power LLC, 4838 E Baseline Rd # 118, Mesa, AZ 85206

**State the term remaining**   Unknown

**List the contract number of any government contract**

---

2.473   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Ener Plus LLC, 6615 Mariposa Dr, El Paso, TX 79912

**State the term remaining**   Unknown

**List the contract number of any government contract**

---

2.474   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Energy Advance LLC, 73 Myrtle Beach Drive , Henderson, NV 89074

**State the term remaining**   Unknown

**List the contract number of any government contract**

---

2.475   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Energy Automatic LLC, 1400 Barton Rd, #1314, Redlands, CA 92373

**State the term remaining**   Unknown

**List the contract number of any government contract**

---

2.476   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Energy Incentive Programs LLC, 116 e live oak, unit 501, Arcadia, CA 91006

**State the term remaining**   Unknown

**List the contract number of any government contract**

---

2.477   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Energy Zero LLC, 21461 SALIX AVE , MORENO VALLEY, CA 92557

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.478 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

EnergyGeeks Corporation

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.479 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Enlyten Energy, 6585 High St Suite 116, Las Vegas, NV 89113

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.480 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Enrique Ramirez Alvarado, 3930 Castleman St, Riverside, CA 92503

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.481 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25X244

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**

6/22/2026

**List the contract number of any government contract**

2.482 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 2DBQCD

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**

10/30/2027

**List the contract number of any government contract**

2.483 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 235NL9

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**

5/31/2023

**List the contract number of any government contract**

2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 238PRT | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 10/23/2023 |
| **List the contract number of any government contract** | |

2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 23SWD4 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 4/29/2025 |
| **List the contract number of any government contract** | |

2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 252PK9 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 7/26/2026 |
| **List the contract number of any government contract** | |

2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 255ZZQ | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 1/19/2026 |
| **List the contract number of any government contract** | |

2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 259RRC | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 1/5/2026 |
| **List the contract number of any government contract** | |

2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 259RSK | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 12/13/2025 |
| **List the contract number of any government contract** | |

2.490 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 259T8X

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  1/18/2026

**List the contract number of any government contract**

2.491 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 259TCX

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  1/18/2026

**List the contract number of any government contract**

2.492 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 259TF7

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  1/19/2026

**List the contract number of any government contract**

2.493 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25WZZ2

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  6/22/2026

**List the contract number of any government contract**

2.494 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8FB

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  4/29/2027

**List the contract number of any government contract**

2.495 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8FG

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  9/12/2027

**List the contract number of any government contract**

2.496  **State what the contract or lease is for and the nature of the debtor's interest**   Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8FK   Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   4/29/2027

**List the contract number of any government contract**

2.497  **State what the contract or lease is for and the nature of the debtor's interest**   Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8MH   Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   3/14/2027

**List the contract number of any government contract**

2.498  **State what the contract or lease is for and the nature of the debtor's interest**   Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8MW   Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   4/29/2027

**List the contract number of any government contract**

2.499  **State what the contract or lease is for and the nature of the debtor's interest**   Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8MZ   Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   4/29/2027

**List the contract number of any government contract**

2.500  **State what the contract or lease is for and the nature of the debtor's interest**   Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8N2   Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   7/10/2027

**List the contract number of any government contract**

2.501  **State what the contract or lease is for and the nature of the debtor's interest**   Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8N3   Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   7/10/2027

**List the contract number of any government contract**

| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8N6 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089 |
| | **State the term remaining** | 4/29/2027 | |
| | **List the contract number of any government contract** | | |

| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8N9 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089 |
| | **State the term remaining** | 4/29/2027 | |
| | **List the contract number of any government contract** | | |

| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8NH | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089 |
| | **State the term remaining** | 9/12/2027 | |
| | **List the contract number of any government contract** | | |

| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25Z8NR | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089 |
| | **State the term remaining** | 9/12/2027 | |
| | **List the contract number of any government contract** | | |

| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25ZPJ4 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089 |
| | **State the term remaining** | 4/29/2027 | |
| | **List the contract number of any government contract** | | |

| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25ZPJ6 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089 |
| | **State the term remaining** | 4/29/2027 | |
| | **List the contract number of any government contract** | | |

2.508 **State what the contract or lease is for and the nature of the debtor's interest**  Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25ZPJ7    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  4/29/2027

**List the contract number of any government contract**

2.509 **State what the contract or lease is for and the nature of the debtor's interest**  Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25ZPJ8    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  4/29/2027

**List the contract number of any government contract**

2.510 **State what the contract or lease is for and the nature of the debtor's interest**  Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 25ZPKD    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  7/26/2026

**List the contract number of any government contract**

2.511 **State what the contract or lease is for and the nature of the debtor's interest**  Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 262TZ7    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  12/8/2026

**List the contract number of any government contract**

2.512 **State what the contract or lease is for and the nature of the debtor's interest**  Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 262TZG    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  12/13/2026

**List the contract number of any government contract**

2.513 **State what the contract or lease is for and the nature of the debtor's interest**  Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 262VB6    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**  9/18/2026

**List the contract number of any government contract**

**2.514** **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 263FJX

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   7/28/2026

**List the contract number of any government contract**

**2.515** **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 2644DP

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   9/6/2026

**List the contract number of any government contract**

**2.516** **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 265373

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   11/22/2026

**List the contract number of any government contract**

**2.517** **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 265429

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   9/14/2026

**List the contract number of any government contract**

**2.518** **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26546V

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   9/14/2026

**List the contract number of any government contract**

**2.519** **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26547B

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**   9/14/2026

**List the contract number of any government contract**

2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26547P | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 9/18/2026 |
| **List the contract number of any government contract** | |

2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 2654LP | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 10/10/2026 |
| **List the contract number of any government contract** | |

2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 2654LQ | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 10/3/2026 |
| **List the contract number of any government contract** | |

2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 2654LZ | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 11/30/2026 |
| **List the contract number of any government contract** | |

2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 2654M2 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 11/30/2026 |
| **List the contract number of any government contract** | |

2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 2654M4 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 11/30/2026 |
| **List the contract number of any government contract** | |

2.526   **State what the contract**     Master Equity Lease Agreement - Open - End        Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
        **or lease is for and the**     (Equity) Lease Schedule - 2677KC                  64180-0089
        **nature of the debtor's**
        **interest**
        **State the term**              11/17/2026
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.527   **State what the contract**     Master Equity Lease Agreement - Open - End        Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
        **or lease is for and the**     (Equity) Lease Schedule - 26D4FZ                  64180-0089
        **nature of the debtor's**
        **interest**
        **State the term**              2/9/2027
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.528   **State what the contract**     Master Equity Lease Agreement - Open - End        Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
        **or lease is for and the**     (Equity) Lease Schedule - 26D4L2                  64180-0089
        **nature of the debtor's**
        **interest**
        **State the term**              1/26/2027
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.529   **State what the contract**     Master Equity Lease Agreement - Open - End        Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
        **or lease is for and the**     (Equity) Lease Schedule - 26FKJ                   64180-0089
        **nature of the debtor's**
        **interest**
        **State the term**              7/28/2026
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.530   **State what the contract**     Master Equity Lease Agreement - Open - End        Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
        **or lease is for and the**     (Equity) Lease Schedule - 26FP4X                  64180-0089
        **nature of the debtor's**
        **interest**
        **State the term**              3/14/2027
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.531   **State what the contract**     Master Equity Lease Agreement - Open - End        Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
        **or lease is for and the**     (Equity) Lease Schedule - 26FPDG                  64180-0089
        **nature of the debtor's**
        **interest**
        **State the term**              3/13/2027
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26FPGP | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 3/13/2027 |
| **List the contract number of any government contract** | |

2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26FPLH | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 4/29/2027 |
| **List the contract number of any government contract** | |

2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26GKKN | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 1/29/2027 |
| **List the contract number of any government contract** | |

2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26GKNW | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 3/22/2027 |
| **List the contract number of any government contract** | |

2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26GL58 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 1/30/2027 |
| **List the contract number of any government contract** | |

2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26GLB8 | Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089
| **State the term remaining** | 1/18/2027 |
| **List the contract number of any government contract** | |

2.538  **State what the contract**     Master Equity Lease Agreement - Open - End
       **or lease is for and the**     (Equity) Lease Schedule - 26J7V4
       **nature of the debtor's**                                                    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
       **interest**                                                                  64180-0089
       **State the term**              4/20/2027
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.539  **State what the contract**     Master Equity Lease Agreement - Open - End
       **or lease is for and the**     (Equity) Lease Schedule - 26J7W7
       **nature of the debtor's**                                                    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
       **interest**                                                                  64180-0089
       **State the term**              4/27/2027
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.540  **State what the contract**     Master Equity Lease Agreement - Open - End
       **or lease is for and the**     (Equity) Lease Schedule - 26j823
       **nature of the debtor's**                                                    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
       **interest**                                                                  64180-0089
       **State the term**              4/20/2027
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.541  **State what the contract**     Master Equity Lease Agreement - Open - End
       **or lease is for and the**     (Equity) Lease Schedule - 26J82M
       **nature of the debtor's**                                                    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
       **interest**                                                                  64180-0089
       **State the term**              1/18/2027
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.542  **State what the contract**     Master Equity Lease Agreement - Open - End
       **or lease is for and the**     (Equity) Lease Schedule - 26J838
       **nature of the debtor's**                                                    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
       **interest**                                                                  64180-0089
       **State the term**              2/9/2027
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.543  **State what the contract**     Master Equity Lease Agreement - Open - End
       **or lease is for and the**     (Equity) Lease Schedule - 26JWJL
       **nature of the debtor's**                                                    Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
       **interest**                                                                  64180-0089
       **State the term**              3/22/2027
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.544 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26JWQG

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining** 2/14/2027

**List the contract number of any government contract**

2.545 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26JWQR

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining** 4/27/2027

**List the contract number of any government contract**

2.546 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26JWVR

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining** 1/18/2027

**List the contract number of any government contract**

2.547 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26K9GX

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining** 1/8/2027

**List the contract number of any government contract**

2.548 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26K9HC

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining** 3/2/2027

**List the contract number of any government contract**

2.549 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26LT7D

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining** 5/14/2027

**List the contract number of any government contract**

2.550   **State what the contract or lease is for and the nature of the debtor's interest**    Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26LT87      Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

     **State the term remaining**    4/27/2027

     **List the contract number of any government contract**

2.551   **State what the contract or lease is for and the nature of the debtor's interest**    Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26LVMS      Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

     **State the term remaining**    3/14/2027

     **List the contract number of any government contract**

2.552   **State what the contract or lease is for and the nature of the debtor's interest**    Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26LVMZ      Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

     **State the term remaining**    3/14/2027

     **List the contract number of any government contract**

2.553   **State what the contract or lease is for and the nature of the debtor's interest**    Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26LVNH      Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

     **State the term remaining**    4/29/2027

     **List the contract number of any government contract**

2.554   **State what the contract or lease is for and the nature of the debtor's interest**    Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26MMMW      Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

     **State the term remaining**    10/30/2027

     **List the contract number of any government contract**

2.555   **State what the contract or lease is for and the nature of the debtor's interest**    Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 26MMVC      Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

     **State the term remaining**    10/30/2027

     **List the contract number of any government contract**

2.556  **State what the contract**    Master Equity Lease Agreement - Open - End
       **or lease is for and the**    (Equity) Lease Schedule - 26MMVC
       **nature of the debtor's**
       **interest**
                                                                              Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO
                                                                              64180-0089
       **State the term**             10/30/2027
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.557  **State what the contract**    Dealer Agreement
       **or lease is for and the**
       **nature of the debtor's**                                             Entron Holding Inc, 4500 Park Granada, Calabasas, CA 91302
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.558  **State what the contract**    Dealer Agreement
       **or lease is for and the**
       **nature of the debtor's**                                             Environmental Improvement Agency LLC, 1780 E 11400 S, Sandy, UT 84092
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.559  **State what the contract**    Dealer Agreement
       **or lease is for and the**
       **nature of the debtor's**                                             Envisha Solar LLC, 1050 South Norman C Francis Parkway Suite 301 , New Orleans,
       **interest**                                                           LA 70125
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.560  **State what the contract**    Dealer Agreement
       **or lease is for and the**
       **nature of the debtor's**                                             Epic Energy Group, LLC, 1380 Rio Rancho Dr SE Suite 116, Rio Rancho, NM 87124
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.561  **State what the contract**    Dealer Agreement
       **or lease is for and the**
       **nature of the debtor's**                                             Epic Home Solar, 9083 Foothills Blvd, Roseville, CA 95747-7144
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.562 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Eric fierro, 9545 Mirandy Dr, Sacramento, CA 95827

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.563 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Eric Gonzalez, 99 N 3450 W, Hurricane, UT 84737

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.564 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Eric Hunt, 531 S Sanders St, Ridgecrest, CA 93555

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.565 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Eric Najduch, 46435 Palomino Rd, Aguanga, CA 92536

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.566 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Erik Freitas, 2948 Wathen St, Atwater, CA 95301

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.567 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Erika Hansen, 2505 Arch Cir, Santa Clara, UT 84765

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.568 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Ernest Kraudy, 60501 110th Ave, Claremont, MN 55924

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.569 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Ernesto Banuelos, 160 Railroad Rd, Hatch, NM 87937

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.570 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Eroof LLC, 1600 Utica Ave S, Floor 9, St. Louis Park, MN 55416

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.571 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Esperanza Rocha, 12 Eastern Dr, Watsonville, CA 95076

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.572 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Esteban Elias, 271 Rancho Dr unit B, Chula Vista, CA 91911

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.573 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Estelle Frede, 3572 66th Ave, Oakland, CA 94605

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.574 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Ethan Chow, 1901 Claremont Ave, Pueblo, CO 81004

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.575 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Eula Michaels, 25 Camino Sombreado, Tijeras, NM 87059

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.576 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Evelyn Aitekha, 15906 Sulphur Springs Rd, Moreno Valley, CA 92555

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.577 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Evelyn Diana Valencia Torres, 13652 Sylvan Oaks Rd, Victorville, CA 92392

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.578 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Evin Wieser, 256 N 6th St, San Jose, CA 95112

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.579 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Excel Solar LLC, Excela Solar LLC 1141 Larry Mahan Dr, Suite E, El Paso, TX 79905

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.580 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

EZ Breezy Enterprises LLC, 3138 e Harwell Rd. , Phoenix, AZ 85042

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.581 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Fabian Paco, 117 E 93rd St, Los Angeles, CA 90003

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.582 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Falcon BP II LLC, 4 Upper Newport Plaza , Ste 60, Newport Beach, CA 92660

**State the term remaining**

11/30/2025

**List the contract number of any government contract**

2.583 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Farah Ronaghy, 4120 Camino Ticino (Cancelled), San Diego, CA 92122

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.584 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Farnsworth Solar

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.585 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

FARSHID HAMIDI, 101 Mirth, Irvine, CA 92618

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.586  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Faye Mauschbaugh, 23879 Green Haven Ln, Ramona, CA 92065

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.587  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

FELIPE VARGAS, 31220 Terand Ave (Cancelled), Homeland, CA 92548

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.588  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Fernando Contreras, 206 Ebano Dr, San Juan, TX 78589

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.589  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Fernando Macias, 775 Hamlin Way, Lindsay, CA 93247

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.590  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Fernando Morales, 683 N 2330 E, St George, UT 84790

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.591  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Fidel Cornejo, 1435 E Cypress Ave, Tulare, CA 93274

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.592  **State what the contract**    Construction Contract_____    Fidel Garcia Guerrero, 30750 Cll Helene, Thousand Palms, CA 92276
       **or lease is for and the**                                             _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.593  **State what the contract**    Construction Contract_____    Fidencio Patino Reyes, 3124 N 64th Dr (Cancelled), Phoenix, AZ 85033
       **or lease is for and the**                                             _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.594  **State what the contract**    Solar Financing Program Agreement_____    Fifth Third Bank, N.A., dba Dividend, 38 Fountain Square Plaza, Cincinnati, OH 45263
       **or lease is for and the**                                             _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.595  **State what the contract**    Dealer Agreement_____         Finer Interior
       **or lease is for and the**                                             _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.596  **State what the contract**    Dealer Agreement_____         FiveStrata, 313 S 740 E #2, American Fork, UT 84003
       **or lease is for and the**                                             _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.597  **State what the contract**    Construction Contract_____    Flor Providence, 37 B Dusty Rd, Gallup, NM 87301
       **or lease is for and the**                                             _____
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown_____
       **remaining**
       **List the contract number**  _____
       **of any government**
       **contract**

2.598   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Florinda Mawson, 2244 W Meadow St, Cedar City, UT 84720

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.599   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement   Fortius Energy LLC, 805 S. Dixie Dr. #29 , Saint George, UT 84770

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.600   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement   Fox 4 Home Solutions Inc, 4485 Laurelhurst Ln, Frisco, TX 75033

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.601   **State what the contract or lease is for and the nature of the debtor's interest**   Real Property Lease   Francis Properties I, Ltd., PO Box 3739, El Paso , TX 79923-3739

**State the term remaining**   9/30/2025

**List the contract number of any government contract**

2.602   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Francisco Jose Alonso, 1110 Wilma Dr #A, Hollister, CA 95023

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.603   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Frank Flores, 1308 S Zuni St, Denver, CO 80223

**State the term remaining**   Unknown

**List the contract number of any government contract**

| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Frank Schwab, 534 Panoramic Hwy, Mill Valley, CA 94941 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Fredy Ventura Serrano, 10401 Mary Ave, Los Angeles, CA 90002 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Free Hold Concepts |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Frontline Home Solutions LLC, 101 E. Interstate 2 Suite B , Pharr, TX 78577 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | Funding LLC, DBA Vim Solar |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Dealer Agreement | G6 Solar |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.610 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gabriel Picazo, 27097 Fitzgerald Pl, Menifee, CA 92584

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.611 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gabriel Silva, 11407 Kirkvalley Dr, Houston, TX 77089

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.612 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gabriel Valdez, 3645 Concord Blvd, Concord, CA 94519

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.613 **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Garrett Larson, 9715 North 93rd Way , # 250, Scottsdale, AZ 85258

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.614 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

GARY BADER, 1284 60th St, Amery, WI 54001

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.615 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gary Kassel, 14745 Mandan Rd, Apple Valley, CA 92307

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.616   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Gary Linton, 1508 Pecan Dr (Cancelled), Roswell, NM 88201

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.617   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Gary Richards, 79 UT-132, Moroni, UT 84646

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.618   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Gary Summers, W530 Manders Ct, De Pere, WI 54115

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.619   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Gary Waldeck, 624 N 26th St (Cancelled), Sheboygan, WI 53081

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.620   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   GATLUAK WELL, 616 W Nathan St (Cancelled), Lake Crystal, MN 56055

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.621   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Gayle Beckhart, 5644 County Lane 10, Olney Springs, CO 81062

**State the term remaining**   Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | Genesis Solar, Inc, Genesis Clean Energy 5352 S Jordan Pkwy, South Jordan, UT 84009 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | GeniSun Energy, LLC, 406 W. South Jordan Parkway, Ste 260, South Jordan , UT 84095 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | Genius Solution LLC |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Genoveva Beltran, 9180 Leonor Ct (Cancelled), El Paso, TX 79907 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | genoveva ochoa, 1219 W Hackberry Ave, McAllen, TX 78501 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Geoffrey Pettis, 17043 Huntington Path, Lakeville, MN 55044 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.628  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

George Stegner, W10031 County Highway DE, Beaver Dam, WI 53916

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.629  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

GEORGE SUAREZ, 2263 Monterey Peninsula Dr, Corona, CA 92882

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.630  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

GERALD COMPTON, 51705 Avenida Madero, La Quinta, CA 92253

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.631  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Gerald Curtis, 1438 Santa Clara Pkwy, Santa Clara, UT 84765

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.632  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Geralyn Romero, 3391 Switchgrass St, Dacono, CO 80514

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.633  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Gerardo Aguirre, 404 S Atkins St, Porterville, CA 93257

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.634   **State what the contract**    Construction Contract               Gerardo Rey, 11442 Bakersfield Rd, Socorro, TX 79927
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.635   **State what the contract**    Construction Contract               Gerardo Ruiz, 360 Cragmore St, Denver, CO 80221
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.636   **State what the contract**    Construction Contract               Gerardo Vasquez, 1102 Richard Dr (Cancelled), Garland, TX 75040
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.637   **State what the contract**    Construction Contract               German Castro, 2113 Harris Ln, Haltom City, TX 76117
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.638   **State what the contract**    Dealer Agreement                   Gift Solar
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.639   **State what the contract**    Construction Contract               Gilbert Zurita, 33369 Pitman Ln, Menifee, CA 92584
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.640** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gilberto Enciso Zamora, 18547 Via Jose, San Lorenzo, CA 94580

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.641** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

gina natera, 3643 45th St, San Diego, CA 92105

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.642** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Glaser Solar Inc

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.643** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Glyde Solar, LLC, 380 W Data Dr Suite 400 , Pharr, UT 84020

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.644** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Goldie Fielder, 9756 Co Rd 800, Royse City, TX 75189

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.645** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gonzalo Sarabia, 201 Hillside Dr, El Paso, TX 79922

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.646   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Good 3nergy, LLC, 36 E Jackson Street, Orlando, FL 32801

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.647   **State what the contract or lease is for and the nature of the debtor's interest**   Financing Program Agreement

Goodleap, LLC, Attn: General Counsel, 8781 Sierra College Blvd, Roseville, CA 95661

**State the term remaining**   Evergreen

**List the contract number of any government contract**

2.648   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

GoSunlite LLC

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.649   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Graciela Castaneda, 8918 Noble Ave, North Hills, CA 91343

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.650   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Grand Design Solar, LLC, PO Box 970282, Orem, UT 84097

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.651   **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Green Earth Operations LLC, 16225 Park Ten PL #500, Houston, TX 77084

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.652 **State what the contract or lease is for and the nature of the debtor's interest**    Real Property Lease

Greenleaf Investment Partners L091, LLC, P.O Box 209448, Austin, TX 78720-9282

**State the term remaining**    8/31/2023

**List the contract number of any government contract**

2.653 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

GreenMind Energy, 75 S 5th W #41, Rexburg, ID 83440

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.654 **State what the contract or lease is for and the nature of the debtor's interest**    Financing Program Agreement

GreenSky, Box/Dept. #3021, PO Box 2153, Birmingham, AL  35287-0002

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.655 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Greenstar Solar Group Inc

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.656 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Gregorio Perez, 6795 Niagara St, Commerce City, CO 80022

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.657 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Gregory Kuckes, 3632 S 25th St, Milwaukee, WI 53221

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.658   **State what the contract**        Construction Contract
        **or lease is for and the**                                                 Gretchen Zallar, 3414 W Pelican Lane (Cancelled), Glendale, WI 53209
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.659   **State what the contract**        Dealer Agreement
        **or lease is for and the**                                                 Grid Solar Co, FRDM Power, LLC, 3707 E Southern Ave, Mesa, AZ 85206
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.660   **State what the contract**        Dealer Agreement
        **or lease is for and the**                                                 Grity Power, LLC, 221 25th Street, Ogden, UT 84401
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.661   **State what the contract**        Dealer Agreement
        **or lease is for and the**                                                 Groesbeck Global Ltd. Co. , PO Box 1886 , Cloudcraft, NM 88317
        **nature of the debtor's**
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.662   **State what the contract**        Real Property Lease
        **or lease is for and the**                                                 Grove and LaSalle, LLC, 5100 N 40th St , Phoenix, AZ 85018
        **nature of the debtor's**
        **interest**
        **State the term**                 6/30/2025
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.663   **State what the contract**        Dealer Agreement
        **or lease is for and the**                                                 GSJ Construction Company INC. DBA American Engineering Contractor, 1079
        **nature of the debtor's**                                                  Sunrise Blvd B 343, Rancho Cordova, CA 95670
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.664  **State what the contract**     Construction Contract              Guadalupe Gutierrez, 17581 Blythe Way, Blythe, CA 92225
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.665  **State what the contract**     Construction Contract              Guadalupe Juarez Vasquez, 2112 Summit Ave, Racine, WI 53404
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.666  **State what the contract**     Construction Contract              Guadalupe Maldonado, 1902 Hilltop Dr, Carrollton, TX 75006
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.667  **State what the contract**     Dealer Agreement                  Guarantee, Guaranteed Rate Solar Inc. 27375 Ida Lane, Hemet, CA 92544
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.668  **State what the contract**     Dealer Agreement                  Guaranteed Rate Solar, Guaranteed Rate Solar Inc. 27375 Ida Lane, Hemet, CA
       **or lease is for and the**                                        92544
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.669  **State what the contract**     Construction Contract              GURMEET SINGH, 31900 Via Del Senor, Homeland, CA 92548
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.670 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gurpreet Singh, 13400 Roscoe Blvd, Van Nuys, CA 91402

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.671 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gustavo Chavez, 446 W 91st Pl, Los Angeles, CA 90003

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.672 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Gustavo Vera, 13860 Marion Rd (Cancelled), Moreno Valley, CA 92555

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.673 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Hannah Katcher, S5198 WI-113, Baraboo, WI 53913

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.674 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Harjobanpreet SINGH, 30597 Red Fox Ct, Murrieta, CA 92563

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.675 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Harley Rubin, 2213 W Club View Dr, Glendale, WI 53209

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.676   **State what the contract**    Dealer Agreement
        **or lease is for and the**                                            Haron Properties LLC, 8315 Arrowood Ln N, Maple Grove, MN 55369
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.677   **State what the contract**    Dealer Agreement
        **or lease is for and the**                                            Harris Spencer Industries, 3851 E chevelle ln, St. George, UT 84790
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.678   **State what the contract**    Dealer Agreement
        **or lease is for and the**                                            Healthy Renovations LLC
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.679   **State what the contract**    Construction Contract
        **or lease is for and the**                                            Hector Bolanos, 12550 San Fernando Rd, Sylmar, CA 91342
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.680   **State what the contract**    Construction Contract
        **or lease is for and the**                                            Hector De La Torre, 13026 Camden Ln, Victorville, CA 92392
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.681   **State what the contract**    Construction Contract
        **or lease is for and the**                                            Hector Hernandez, 12277 Mesquite St, Oak Hills, CA 92344
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Hector Talavera Nunez, 307 Central Ave, Platteville, CO 80651
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Helios Power Partners LLC, 4444 Corona Dr STE 239, Corpus Christi, TX 78411
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Henry Koc, 1467 Cardinal Rd, Grafton, WI 53024
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Hermelinda Flores, 18215 woodrow rd, Combes, TX 78535
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Hernan Martinez, 33007 Rd 159, Ivanhoe, CA 93235
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Hibrid LLC
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.688   **State what the contract**          Dealer Agreement
        **or lease is for and the**                                                    High Altitude Marketing, Altitude Marketing 225 MAIN STREET, EMMAUS, PA 18049
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.689   **State what the contract**          Dealer Agreement
        **or lease is for and the**                                                    High Five Energy LLC, 3697 Penang Drive , Castle Rock, CO 80109-3895
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.690   **State what the contract**          Dealer Agreement
        **or lease is for and the**                                                    Hive Home Solutions, LLC, 3125 E Somerset Dr, Spanish Fork, UT 84660
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.691   **State what the contract**          Construction Contract
        **or lease is for and the**                                                    Holly Hadlock, 456 Marin Ave, Mill Valley, CA 94941
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.692   **State what the contract**          Dealer Agreement
        **or lease is for and the**                                                    Hollywood Riveria Studios
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.693   **State what the contract**          Dealer Agreement
        **or lease is for and the**                                                    Home Luxe LLC , 1414 E 73rd Ave, Denver, CO 80229
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.694   **State what the contract**
        **or lease is for and the**
        **nature of the debtor's**
        **interest**

Dealer Agreement

Home Pro Services LLC, 1091 south Orem Blvd , Orem, UT 84058

        **State the term**
        **remaining**

Unknown

        **List the contract number**
        **of any government**
        **contract**

2.695   **State what the contract**
        **or lease is for and the**
        **nature of the debtor's**
        **interest**

Financing Program Agreement

HomeRun Financing (PACE)

        **State the term**
        **remaining**

Unknown

        **List the contract number**
        **of any government**
        **contract**

2.696   **State what the contract**
        **or lease is for and the**
        **nature of the debtor's**
        **interest**

Dealer Agreement

HomEze LLC, 1171 W Topaz Rd, St. George, UT 84770

        **State the term**
        **remaining**

Unknown

        **List the contract number**
        **of any government**
        **contract**

2.697   **State what the contract**
        **or lease is for and the**
        **nature of the debtor's**
        **interest**

Construction Contract

Horace J Lee Jr, 9130 Canyon Oak Rd, Salinas, CA 93907

        **State the term**
        **remaining**

Unknown

        **List the contract number**
        **of any government**
        **contract**

2.698   **State what the contract**
        **or lease is for and the**
        **nature of the debtor's**
        **interest**

Dealer Agreement

Horizon Energy Consultants, 610 E Bell Rd, Phoenix, AZ 85022

        **State the term**
        **remaining**

Unknown

        **List the contract number**
        **of any government**
        **contract**

2.699   **State what the contract**
        **or lease is for and the**
        **nature of the debtor's**
        **interest**

Construction Contract

Howard Holliday, 111 Richard St, Manning, SC 29102

        **State the term**
        **remaining**

Unknown

        **List the contract number**
        **of any government**
        **contract**

**2.700**  **State what the contract**    Construction Contract
           **or lease is for and the**                                    Howard Nault, W1177 Mary St, Green Lake, WI 54941
           **nature of the debtor's**
           **interest**
           **State the term**             Unknown
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.701**  **State what the contract**    Construction Contract
           **or lease is for and the**                                    Hugo Garcia, 37912 Cabana Pl, Palmdale, CA 93550
           **nature of the debtor's**
           **interest**
           **State the term**             Unknown
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.702**  **State what the contract**    Construction Contract
           **or lease is for and the**                                    Hussein Nimer, 7516 Teakwood Dr NW, Albuquerque, NM 87120
           **nature of the debtor's**
           **interest**
           **State the term**             Unknown
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.703**  **State what the contract**    Dealer Agreement
           **or lease is for and the**                                    HYBRID ENERGY U.S.A LLC , 21221 Oxnard st, #145, Woodland Hills, CA 91367
           **nature of the debtor's**
           **interest**
           **State the term**             Unknown
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.704**  **State what the contract**    Dealer Agreement
           **or lease is for and the**                                    i10x Solutions LLC, 6908 E S 725, Midvale,  UT  84047
           **nature of the debtor's**
           **interest**
           **State the term**             Unknown
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.705**  **State what the contract**    Construction Contract
           **or lease is for and the**                                    Ian Kritz, 9 Birch Grove Rd, Esko, MN 55733
           **nature of the debtor's**
           **interest**
           **State the term**             Unknown
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

2.706  **State what the contract**    Construction Contract              Idell Tarver, S4076 Brennan Rd, Baraboo, WI 53913
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.707  **State what the contract**    Dealer Agreement                  Ikigai Solutions LLC, 5602 Maple Ave #2313, Dallas, TX 75235
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.708  **State what the contract**    Construction Contract              Ilasue Butler, 5064 S Heath Ave, Salt Lake City, UT 84118
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.709  **State what the contract**    Dealer Agreement                  iMetros.com, Corporation, 3355 S Town Center Dr. #2006, Las Vegas, NV 89135
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.710  **State what the contract**    Dealer Agreement                  Impact Energi LLC, 2 North Central Avenue, Suite 1800 - #9795, Phoenix, AZ 85004
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.711  **State what the contract**    Dealer Agreement                  Impact Power, 1579 N Main Street, Unit 106, Cedar City, UT 84721
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.712 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Inez Valdez, 317 Petra Ave., Raymondville, TX 78580

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.713 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Infinite Energy Technologies LLC, Infinite NRG 494 Rocky Mouth Ln, Draper, UT 84020

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.714 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Infinity Technologies, 3017 Douglas Boulevard, Suite 300, Roseville, CA 95661

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.715 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Inside Marketing Inc DBA Prosper Security _ Solar, 307 Spillway Court, Lexington, SC 29072

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.716 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

INSIDE MARKETING INC DBA PROSPER SECURITY & SOLAR, 307 Spillway Court , Lexington, SC

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.717 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

IRENE RODRIGUEZ, 721 S Dorchester St, Anaheim, CA 92805

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.718  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Iris Tucker, 8016 W Herbert Ave, Milwaukee, WI 53218

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.719  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Irma Aguilera Ortiz, 3635 S 23rd St, Milwaukee, WI 53221

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.720  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Irma Gandara, 2418 Grant St, Grand Prairie, TX 75051

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.721  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Irvin Covert, 1561 Lowery St, Porterville, CA 93257

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.722  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Isabella Alves, 3602 34th Cir SE, Rio Rancho, NM 87124

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.723  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Isael Mendoza, 8347 Meadowcrest Dr, Fountain, CO 80817

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.724  **State what the contract**    Construction Contract                    Ivan Radziak, 2226 Whistler Way, Rancho Cordova, CA 95670
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.725  **State what the contract**    Construction Contract                    Ivan TRUJILLO, 3203 S 22nd St (Cancelled), Milwaukee, WI 53215
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.726  **State what the contract**    Independent Contractor Agreement         Izaiah Forrest, 35676 Aster Dr, Wildomar, CA 92595
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.727  **State what the contract**    Dealer Agreement                         Izel Dev LLC, 3825 Craig Crossing Dr 1104, North Las Vegas, NV 89032
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.728  **State what the contract**    Dealer Agreement                         J_L Hancock Appraisals Checklist, John Hancock Insurance Co. PO Box 55979,
       **or lease is for and the**                                             Boston, MA 02205
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.729  **State what the contract**    Dealer Agreement                         J8 Digital Marketing, Inc. DBA Solar YOUniversity, 2451 W Grapevine Mills Cir, Suite
       **or lease is for and the**                                             #117, Grapevine, TX 76051
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

| | | | |
|---|---|---|---|
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | JAB Solar, LLC, 6510 S Millrock Dr #150, Holladay, UT 84121 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | JACK KLANDERUD, 4330 397th Ave NE (Cancelled), Stanchfield, MN 55080 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jack Walker, 8609 N 48th Ln, Glendale, AZ 85302 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | JACKIE SCOTT, 520 Marquette Ave, South Milwaukee, WI 53172 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jackie Vallejo, 27142 Fleming St, Highland, CA 92346 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |
| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Jacob Kelly |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.736  **State what the contract**    Construction Contract
**or lease is for and the**
**nature of the debtor's**                         Jacob Miller, N3440 Co Rd M, Sheboygan Falls, WI 53085
**interest**
**State the term**    Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.737  **State what the contract**    Construction Contract
**or lease is for and the**
**nature of the debtor's**                         Jacqueline Corcoran, 43518 Valley Center Rd, Newberry Springs, CA 92365
**interest**
**State the term**    Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.738  **State what the contract**    Construction Contract
**or lease is for and the**
**nature of the debtor's**                         Jacqueline Davis, 1978 Chalet Dr, Santa Clara, UT 84765
**interest**
**State the term**    Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.739  **State what the contract**    Dealer Agreement
**or lease is for and the**
**nature of the debtor's**                         JaGa Networks LLC, 1625 Rio Bravo Blvd SW Suite 29 , Albuquerque, NM 87105
**interest**
**State the term**    Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.740  **State what the contract**    Dealer Agreement
**or lease is for and the**
**nature of the debtor's**                         JAGA Networks LLC, 6427 PETIRROJO RD NW, Albuquerque, NM 87120
**interest**
**State the term**    Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.741  **State what the contract**    Construction Contract
**or lease is for and the**
**nature of the debtor's**                         Jaime Anchondo, 9897 Logan St, Thornton, CO 80229
**interest**
**State the term**    Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.742  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Jaime Campos, 28841 Avenue De Las Flores, Menifee, CA 92587

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.743  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

James Batley, N3236 County Rd E, Appleton, WI 54913

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.744  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

James Bonny, 2118 N Chianti St, Saratoga Springs, UT 84043

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.745  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

JAMES BURGETT, 3965 Blue Goose Rd, West Bend, WI 53090

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.746  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

James Carter, 2185 S Wild Canyon Dr, Colton, CA 92324

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.747  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

James De Nino, 3195 Mann Street, Las Vegas, NV 89146

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.748 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   James Dewitt, 2033 Conception Dr, Lompoc, CA 93436

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.749 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   James Femal, W6573 Firelane 7, Menasha, WI 54952

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.750 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   James Guerard, 3826 Coolidge Ave, Los Angeles, CA 90066

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.751 **State what the contract or lease is for and the nature of the debtor's interest**   Offer Letter   James Hopkins, 1882 N 350 W, Orem, UT 84057

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.752 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   James Jonas, 1502 E Tripoli Ave (Cancelled), Milwaukee, WI 53207

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.753 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   James Kempen, 521 E Oak St, Kimberly, WI 54136

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | James Leclaire, 12201 Nuthatch Ct, Grass Valley, CA 95945
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | James Miglino, 130 Highland Ave, San Francisco, CA 94110
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | James Penske, 32637 Fairview Ave, Belview, MN 56214
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | JAMES REED, 38010 Whitmore, Anza, CA 92539
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | James Russell, 6643 W Cypress St, Phoenix, AZ 85035
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | James S Adler, 3906 Talon Trail, Indian Hills, CO 80454
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.760 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

James Stewart, 2930 Gale Ave, Long Beach, CA 90810

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.761 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

James Weaver, 160 E 100 N, Huntington, UT 84528

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.762 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

James Weber, 4500 Big Sky Dr, Las Cruces, NM 88012

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.763 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Jamie Brudos, 2420 Pueblo Bonito Ct NW, Albuquerque, NM 87104

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.764 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Jane Fraundorf, 8532 W Lawrence Ave, Milwaukee, WI 53225

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.765 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Janel Fernandez, 3142 S 25th St, Milwaukee, WI 53215

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.766  **State what the contract**    Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                 Janet Cray, 1565 El Vista Cir, Santa Clara, UT 84765
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.767  **State what the contract**    Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                 Janice Miguel, 351 W Kirkwall Rd, Glendora, CA 91740
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.768  **State what the contract**    Dealer Agreement
       **or lease is for and the**
       **nature of the debtor's**                                 Janus Prime, 10274 N MOUNTAIN VIEW DR, Highland, UT 84003
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.769  **State what the contract**    Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                 Jared Richardson, 1 Brittany Way, Columbia, SC 29212
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.770  **State what the contract**    Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                 Jason Chadwick, 1909 E 16th St, Pueblo, CO 81001
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.771  **State what the contract**    Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                 Jason Jones, 302 Hunterview Dr (Cancelled), Granbury, TX 76048
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.772 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Jason Taylor, 6265 W 10220 N , American Fork, UT 84003

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.773 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jason Vande Loo, 890 Diversity Dr, De Pere, WI 54115

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.774 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Javier Hurtado, 1098 Locust St (Cancelled), San Jose, CA 95110

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.775 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Jay Maa Brahamani, LLC, Jay Brahmani 4855 York Blvd, Los Angeles, CA 90042

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.776 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jay Walch, 19008 Sylvan St, Reseda, CA 91335

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.777 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jayro Moreno, 15013 La Brisa Rd, Victorville, CA 92392

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.778  **State what the contract**      Construction Contract
       **or lease is for and the**                                      Jazmin Herrera, 480 N 9th St, Blythe, CA 92225
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.779  **State what the contract**      Real Property Lease
       **or lease is for and the**                                      JB DFW LLC, P.O. Box 168746, Irving , TX 75016
       **nature of the debtor's**
       **interest**
       **State the term**               9/30/2023
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.780  **State what the contract**      Real Property Lease
       **or lease is for and the**                                      JB DFW LLC, P.O. Box 168746, Irving , TX 75016
       **nature of the debtor's**
       **interest**
       **State the term**               6/12/2024
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.781  **State what the contract**      Construction Contract
       **or lease is for and the**                                      Jeanette Graff, 1540 Squaw Bush Gum Dr (Cancelled), Santa Clara, UT 84765
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.782  **State what the contract**      Construction Contract
       **or lease is for and the**                                      Jeanne Dempsey, N2423 Greenville Dr, Hortonville, WI 54944
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.783  **State what the contract**      Construction Contract
       **or lease is for and the**                                      Jeanne Lester, 1948 N 600 E, Ogden, UT 84414
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.784 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jeannie Cawley, 2520 Camellia St, Pueblo, CO 81005

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.785 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jeff Brost, 110022 County Rd N, Colby, WI 54421

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.786 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jeffery Ehmke, 8734 N Pelham Pkwy, Bayside, WI 53217

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.787 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jeffrey Brodie, 28815 8th St, Lake Elsinore, CA 92532

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.788 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

JEFFREY LEAK, 285 Julie Anna Ct, Belgium, WI 53004

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.789 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jenifer Andersen, 39950 Calle Breve, Temecula, CA 92592

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.790 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jennifer Halsey, 3144 S Vintage St, Visalia, CA 93277

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.791 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jennifer Samuelson Lindstrom, 2154 Waukon Ave, Saint Paul, MN 55119

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.792 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jennifer Taylor, 18454 Ironstone St, Woodbridge, CA 95258

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.793 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jeremy Aikin, 28892 White Oak Ln, Highland, CA 92346

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.794 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jeremy Mace, 5932 Fredricks Rd, Sebastopol, CA 95472

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.795 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jesse Andersen, 2725 Newport Ave, Oshkosh, WI 54904

**State the term remaining**

Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.796 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jesse McCann, 2158 S 64th St, West Allis, WI 53219 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jesse Perez, 20336 Nyack Ct, Apple Valley, CA 92308 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jessica Svehla, 86454 510th Ave, Jackson, MN 56143 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jesus Castillo, 1007 Taft St, Fairfield, CA 94533 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Jesus Cuevas , 10005 Huntersville Trl, Fort Worth, TX 76108 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Jesus Cuevas , 10005 Huntersville Trl, Fort Worth, TX 76108 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.802 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract
Jesus Gonzalez, 2757 W Iliff Ave, Denver, CO 80219

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.803 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract
Jesus Grajeda, 6396 Jester Pl, Las Cruces, NM 88012

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.804 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract
Jesus Hernandez, 650 zinc pl, El Paso, TX 79928

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.805 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract
Jesus Ruelas, 2313 S Rimpau Blvd, Los Angeles, CA 90016

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.806 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract
Jillian Gunnels, 2310 Isabella Ln, Belen, NM 87002

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.807 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement
JLM Gray

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.808  **State what the contract**      Dealer Agreement              JMG Enterprises
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.809  **State what the contract**      Construction Contract         Joan G Repinski, 2845 S 33rd St, Milwaukee, WI 53215
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.810  **State what the contract**      Construction Contract         Joan Gallagher, 1215 Pine St, Pueblo, CO 81004
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.811  **State what the contract**      Construction Contract         Joann Najera, 16 Chestnut Dr, Pueblo, CO 81005
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.812  **State what the contract**      Construction Contract         Jodie Molzahn-Brunner, 1431 Apache Ave, Green Bay, WI 54313
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.813  **State what the contract**      Construction Contract         Jodie Stobb, W13773 County Rd AW, Waupun, WI 53963
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.814 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

joe pacheco, 2974 NM-76, Penasco, NM 87553

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.815 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Joe Trampusch, 8197 Townline Rd, Kewaskum, WI 53040

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.816 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Joel Galloway, 28322 Parkerton Ln, Spring, TX 77386

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.817 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

JOEL Medina Tadeo, 3675 S 22nd St, Milwaukee, WI 53221

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.818 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

JOEL STOECKELER, 728 107th St, Roberts, WI 54023

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.819 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

John Bailey, 80070 Palm Cir Dr, La Quinta, CA 92253

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.820   **State what the contract**      Construction Contract
        **or lease is for and the**                                              John Collazo, 5403 W 142nd Pl, Hawthorne, CA 90250
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.821   **State what the contract**      Construction Contract
        **or lease is for and the**                                              JOHN DREW, 21940 Birds Eye Dr, Diamond Bar, CA 91765
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.822   **State what the contract**      Construction Contract
        **or lease is for and the**                                              John F. Dexter, W5351 Pleasant Rd, Black Creek, WI 54106
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.823   **State what the contract**      Construction Contract
        **or lease is for and the**                                              John Feliz, 3236 E Marywood Dr, Orange, CA 92867
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.824   **State what the contract**      Construction Contract
        **or lease is for and the**                                              John L Hayes, 12522 FM 225, Laneville, TX 75667
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.825   **State what the contract**      Construction Contract
        **or lease is for and the**                                              John Leith, 2615 Canyon View Dr, Santa Clara, UT 84765
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.826**  **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Amendment to Terms of Employment

John Lopez

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

**2.827**  **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Offer Letter

John Lopez

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

**2.828**  **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Construction Contract

John Lopez, 2612 Del Way unit a, Huntington Beach, CA 92648

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

**2.829**  **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Construction Contract

John Macewicz, 966 Hackett St, Beloit, WI 53511

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

**2.830**  **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Construction Contract

John Miller, 25992 Terra Bella Ave, Laguna Hills, CA 92653

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

**2.831**  **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Construction Contract

John Petitt, 471 Andover Dr, Pacifica, CA 94044

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

2.832 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

John Rangel, 201 W 15th St, San Angelo, TX 76903

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.833 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

John Robert Stolarz, 9176 Bluebell Knoll Ct, Las Vegas, NV 89178

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.834 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

John Sepulveda, 221 McMahon Rd, Hollister, CA 95023

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.835 **State what the contract or lease is for and the nature of the debtor's interest**  Dealer Agreement

John Tuberosa DBA Matrix NRG Solutions

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.836 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

John Wojcik, 33491 Brand St, Lake Elsinore, CA 92530

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.837 **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

JOHN YATES, 20800 Kelly Ln, Perris, CA 92570

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.838 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Johnnie Schear, 3585 Red Butte Dr, Santa Clara, UT 84765

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.839 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Johny Yako, 475 N Midway Dr, Escondido, CA 92027

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.840 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

jonatan villafan, 9800 Defiance Ave, Los Angeles, CA 90002

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.841 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

JONATHAN BACON, 14 N 1250 W, St George, UT 84770

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.842 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

JONATHAN SHORHEN, 17650 Brightman Ave, Lake Elsinore, CA 92530

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.843 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Jordan Gash, 27101 Manzano, Mission Viejo, CA 92692

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jorge Guerrero, 1045 Sieber Ave #B, Salinas, CA 93905
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jorge Lopez, 1154 1/2 Calzona St, Los Angeles, CA 90023
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.846 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jorge Madrigal, 1234 W Pine St, Santa Ana, CA 92703
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.847 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jose A Vigil, 200 King St, Denver, CO 80219
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.848 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jose Amaya, 6224 S 3rd Ave, Phoenix, AZ 85041
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.849 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Jose Avila Juarez, 203 Division Blvd, Platteville, CO 80651
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.850  **State what the contract**   Construction Contract          Jose Avila, 1531 Elmsford Ave (Cancelled), La Habra, CA 90631
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.851  **State what the contract**   Construction Contract          Jose Baldomero Chavez Payan, 847 S 13th Ave, Brighton, CO 80601
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.852  **State what the contract**   Construction Contract          Jose Carmo, 713 R St, Newman, CA 95360
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.853  **State what the contract**   Construction Contract          Jose Daniel Cornejo Mendoza, 516 J St, Mendota, CA 93640
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.854  **State what the contract**   Construction Contract          jose E avila, 11599 Socorro Rd Project 2 (cancelled), Socorro, TX 79927
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.855  **State what the contract**   Construction Contract          Jose guadalupe Garcia landa, 2231 W Custer Pl, Denver, CO 80223
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.856   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract        Jose Ibarra Sanchez, 6696 Albion St, Commerce City, CO 80022

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.857   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract        Jose L Martinez, 150 Bronco Buster Rd SW, Deming, NM 88030

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.858   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract        Jose Luis Sanchez, 150 S Clay St, Denver, CO 80219

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.859   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract        Jose Marin, 853 S Clay St, Denver, CO 80219

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.860   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract        Jose Martinez, 1123 E 66th St, Los Angeles, CA 90001

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.861   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract        Jose Medina, 10 Brooks Pl, Pueblo, CO 81001

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.862   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Jose Murillo, 19526 E 17th Pl, Aurora, CO 80011

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.863   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Jose Ramirez, 38821 Texas Sago Palm Dr, Penitas, TX 78576

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.864   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Jose Raul Ramirez, 5204 N Ebony St, Pharr, TX 78577

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.865   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Jose Reynoso, 2648 E Buckingham Way, Fresno, CA 93726

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.866   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   JOSE RIVERA, 1580 W Orquesta Ct, Colton, CA 92324

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.867   **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Jose Rodriguez, 16924 Ellena St, Riverdale, CA 93656

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.868 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Independent Contractor Agreement

Jose Ruvalcaba, 129 E Ave Q4, Palmdale, CA 93550

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.869 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jose Serrano, 4314 Stillwell Ave (Cancelled), Los Angeles, CA 90032

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.870 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jose Servantes, 1109 Arno St SE (Cancelled), Albuquerque, NM 87102

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.871 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jose Tostado, 7111 Bel Air St, Corona, CA 92881

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.872 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Joseph Casares, 4657 Weatherwood Ln, Mount Pleasant, WI 53403

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.873 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Joseph Dorin, N5849 Moore Rd, Seymour, WI 54165

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.874 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract      Joseph Emert, 4901 Winnetka Ave N, Minneapolis, MN 55428

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.875 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract      Joseph Musser, 656 N 700 E, Washington, UT 84780

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.876 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract      Joseph Pajkos, 2977 S 46th St, Milwaukee, WI 53219

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.877 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract      Josephine Saavedra, 58 N castilos rd, Cubero, NM 87014

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.878 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract      Josh Savage, 4732 Roundtable Rd, West Valley City, UT 84120

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.879 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract      Joshua Delacruz, 33830 Lincoln Dr, Yucaipa, CA 92399

**State the term remaining**    Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | JOSHUA KELLEY, 1313 Calhoun Ct, Hemet, CA 92544 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Joshua Sanchez, 11908 Kachina Peak Trail NW, Albuquerque, NM 87120 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Joshua Trujillo, 2057 Platina Rd SE, Rio Rancho, NM 87124 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Joshua White, 225 Ame Ln, Royse City, TX 75189 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Joshua Zingler, 685 Colorado Cir, Carson, CA 90745 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | JOYCE GUTILLA, 2957 S 39th St, Milwaukee, WI 53215 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.886  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Joyce Jones, 3245 Josephine St, Denver, CO 80205

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.887  **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

JP Transactions

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.888  **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

JP Ventures LLC, 6960 north 5th street #1065, ,

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.889  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Juan Castillo Ochoa, 20561 Emelita St, Perris, CA 92570

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.890  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Juan Castillo Ochoa, 20561 Emelita St, Perris, CA 92570

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.891  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Juan Giron, 5415 Billings St, Denver, CO 80239

**State the term remaining**   Unknown

**List the contract number of any government contract**

| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Juan Hernandez, 703 Green Valley Ln, Alamo, TX 78516 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Juan Huerta, 109 Cholla Dr, Horizon City, TX 79928 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Juan Lopez, 1352 E 42nd St, Los Angeles, CA 90011 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Juan Pelayo, 1359 E Julian St, San Jose, CA 95116 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Juan Ramos, 7290 Quivas St, Denver, CO 80221 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Juanita Herrera, 26 Bonita Vista Blvd, Los Lunas, NM 87031 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.898   **State what the contract**    Construction Contract               Judy lynn Wilson, 990 9th St, Las Cruces, NM 88005
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.899   **State what the contract**    Construction Contract               Julia Macias, 4712 E Tulare Ave, Fresno, CA 93702
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.900   **State what the contract**    Construction Contract               JULIE OLSZEWSKI, 4312 S Rose Ct, New Berlin, WI 53151
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.901   **State what the contract**    Construction Contract               Julie Olszewski, 4312 S Rose Ct, New Berlin, WI 53151
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.902   **State what the contract**    Construction Contract               Julio Cesar Aguilar Aguilar, 7222 Marianna Rd, Delhi, CA 95315
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.903   **State what the contract**    Construction Contract               JULIUS RAYAN, 225 S Main St, Placentia, CA 92870
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.904 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Employment Agreement

Junio Martinez, 9130 Canyon Oak Road, Salinas, CA 93907

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.905 **State what the contract or lease is for and the nature of the debtor's interest**

Employee Agreement

Junio Martinez, 9130 Canyon Oak Road, Salinas, CA 93907

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.906 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Jurgen Taylor, 2120 w 3825 S St, Roy, UT 84067

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.907 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Just Right Solar

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.908 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Justin Holzer, 3921 40th Ave S, Minneapolis, MN 55406

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.909 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Justin Judkins, 588 Picturesque Dr (Cancelled), St George, UT 84770

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.910 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   JUSTIN MILLER, 214 5th Ave, Clayton, WI 54004

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.911 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Justin R Miller, 214 5th Ave, Clayton, WI 54004

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.912 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Justin Siegler, 8241 W New Jersey Ave, Milwaukee, WI 53220

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.913 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement   JW Sales Consulting LLC, 7878 north 16th street , phoenix, AZ 85020

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.914 **State what the contract or lease is for and the nature of the debtor's interest**   Evidence of Coverage - Deductible HMO Plan   Kaiser Foundation Health Plan, Inc., 393 E Walnut St,Pasadena, CA 91118

**State the term remaining**   12/31/2024

**List the contract number of any government contract**

2.915 **State what the contract or lease is for and the nature of the debtor's interest**   Evidence of Coverage - HSA-Qualified High Deductible Health Plan ("HDHP") HMO   Kaiser Foundation Health Plan, Inc., 393 E Walnut St,Pasadena, CA 91118

**State the term remaining**   12/31/2024

**List the contract number of any government contract**

2.916   **State what the contract**          Dealer Agreement
**or lease is for and the**                                     Kaizen
**nature of the debtor's**
**interest**
**State the term**                           Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.917   **State what the contract**          Construction Contract
**or lease is for and the**                                     Kalvinder Rai, 20117 Genteel Dr, Friant, CA 93626
**nature of the debtor's**
**interest**
**State the term**                           Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.918   **State what the contract**          Construction Contract
**or lease is for and the**                                     Karel Hecker, 37325 Calico Blvd, Yermo, CA 92398
**nature of the debtor's**
**interest**
**State the term**                           Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.919   **State what the contract**          Construction Contract
**or lease is for and the**                                     Karen Berens, 2570 Palisades Ln, Appleton, WI 54915
**nature of the debtor's**
**interest**
**State the term**                           Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.920   **State what the contract**          Construction Contract
**or lease is for and the**                                     Karen Ryan, 487 N Saguaro Drive, Washington, UT 84780
**nature of the debtor's**
**interest**
**State the term**                           Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.921   **State what the contract**          Construction Contract
**or lease is for and the**                                     Karen Wheeler, 7911 Paso Robles Ave, Van Nuys, CA 91406
**nature of the debtor's**
**interest**
**State the term**                           Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.922 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Karissa Silagyi, 1382 E Hawthorne St, Ontario, CA 91764

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.923 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Karla Flores, 5002 Casa Loma Ave, Yorba Linda, CA 92886

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.924 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Karla Wint, 4411 S 50th St, Greenfield, WI 53220

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.925 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Katherine Beck, 605 Green Ridge Dr, Green Bay, WI 54313

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.926 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Katherine Jaramillo, 211 Arizona St, Hurley, NM 88043

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.927 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Kathryn Giede, 608 S 36th Ave (Cancelled), Wausau, WI 54401

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.928  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Kathryn Gwin, 4505 Wordsworth Cir S, Colorado Springs, CO 80916

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.929  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Kathryn Waddoups, 88 N Willow St, Layton, UT 84041

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.930  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   KATHY DE LEON, 3587 Day St, San Diego, CA 92105

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.931  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Kathy Hall, 3162 Desert Dawn Dr (Cancelled), Santa Clara, UT 84765

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.932  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Kay Cagle, 6820 Kelly Ave NE, Albuquerque, NM 87109

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.933  **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement   KDR Business Investments, LLC, 13574 Wild Brooke Dr. , Riverton, UT 84065

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.934 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Keeping Count Marketing Group LLC, 10106 Victoria Falls lane, Houston, TX 77075

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.935 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Keith Brothersen, 391 N 900 E, Mount Pleasant, UT 84647

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.936 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Keith Crafton, 19875 Sunset Court, Apple Valley, CA 92308

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.937 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Keith D Holt, 108 South St W, Eagle Bend, MN 56446

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.938 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Keith Hauswirth, 1857 Harrison St, Oshkosh, WI 54901

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.939 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Keith Metoxen, W276 Fish Creek Rd, De Pere, WI 54115

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.940 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

KEITH ROLLER, 870 Mallorca Ct (Cancelled), Riverside, CA 92501

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.941 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality, Nondisclosure and Limited Use Agreement

Keldon Espinoza-Cole, 1741 N 400 W, Orem, UT 84057

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.942 **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Keldon Espinoza-Cole, 1741 N 400 W, Orem, UT 84057

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.943 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Kellie Loberg, 67713 154th Pl, Jacobson, MN 55752

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.944 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Kelsey Evans, 7940 Swan Lake Rd, Culver, MN 55779

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.945 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ken Marckstadt, 4870 Usona Rd, Mariposa, CA 95338

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.946 **State what the contract or lease is for and the nature of the debtor's interest**    Independent Contractor Agreement

Kendall Perkins, 29518 Kearney Ridge, Boerne, TX 78015

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.947 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Kenneth D. Jones Enterprises, Inc., 325 E 2600 N, Lehi, UT 84043

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.948 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Kenneth Parrish, 2792 Easy Ave (Cancelled), Long Beach, CA 90810

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.949 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Kerry Smith, 2809 Red Mountain Dr (Cancelled), Santa Clara, UT 84765

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.950 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Kevin Collins, 62 Dawnwood, Ladera Ranch, CA 92694

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.951 **State what the contract or lease is for and the nature of the debtor's interest**    Amendment to Independent Contractor Agreement

Kevin Dueck, 927 E Walkara CV, Washington, UT 84780

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.952   **State what the contract**   Independent Contractor Agreement
        **or lease is for and the**                                          Kevin Dueck, 927 E Walkara CV, Washington, UT 84780
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.953   **State what the contract**   Construction Contract
        **or lease is for and the**                                          Kevin Wilson, 527 Mercury Ct, Oakley, CA 94561
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.954   **State what the contract**   Construction Contract
        **or lease is for and the**                                          Khin Moh, 614 Silliman St, San Francisco, CA 94134
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.955   **State what the contract**   Construction Contract
        **or lease is for and the**                                          Kianna Lehman, 5740 26th Ave S, Minneapolis, MN 55417
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.956   **State what the contract**   Construction Contract
        **or lease is for and the**                                          Kieran Twomey, 4371 Piper St, San Diego, CA 92117
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.957   **State what the contract**   Construction Contract
        **or lease is for and the**                                          Kim Hafen, 204 E Foothill Dr, Washington, UT 84780
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.958 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Kim Keyser, 4207 Pouwels Ct, De Pere, WI 54115

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.959 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Kingdom Energy, 11779 south pale moon lane, South Jordan, UT 84009

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.960 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Kirk R EVANS, 2141 S 96th St, West Allis, WI 53227

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.961 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

KIRSTIN Cope, 39685 Calle Casablanca, Murrieta, CA 92563

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.962 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Kitchner Larsen, 2085 Summerfield Ln, Rexburg, ID 83440

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.963 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Koken Power LLC, Koken Consulting , 328 S 100 W , Malad City , ID 83252

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.964 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Koorosh Yasami, 28572 Paseo Zorro, San Juan Capistrano, CA 92675

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.965 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Kortney Ahlstrom, 266 W 635 N, La Verkin, UT 84745

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.966 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Kristen Cowing, 2307 Meadow View Cir (Cancelled), Santa Clara, UT 84765

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.967 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Kristi Ryall, 10523 Rose River Falls Ave, Bakersfield, CA 93312

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.968 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Kristopher Klein, 10520 405th Ave, Genoa City, WI 53128

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.969 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Kristopher KLEIN, 10520 405th Ave, Genoa City, WI 53128

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.970   **State what the contract**     Construction Contract                    Kualani Kennedy, 739B LAS DISPENSAS LOOP, Las Vegas, NM 87701
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.971   **State what the contract**     Independent Contractor Agreement        Kyle Bennett, 16 Gallivan Avenue, Salt Lake City, UT 84111
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.972   **State what the contract**     Construction Contract                    L Dale Fowers, 2289 Julie Dr, Santa Clara, UT 84765
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.973   **State what the contract**     Construction Contract                    La verne Bochek-robbins, 595 riverdale dr (Cancelled), Oneida, WI 54155
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.974   **State what the contract**     Construction Contract                    LaMond McFadden Kirby, 1213 Old Ruby Rd, Hartsville, SC 29550
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.975   **State what the contract**     Construction Contract                    Lance Cacho, 342 Vintage Way, Tustin, CA 92780
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.976 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Lance Richards

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.977 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

LaReta Keppert, 1133 E Newhall Ave, Waukesha, WI 53186

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.978 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

LARRY DAUM, N57W34386 Nickels Point Rd, Oconomowoc, WI 53066

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.979 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Larry Greenhalgh, 2293 Panorama Pkwy, St George, UT 84790

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.980 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Larry Jehn, 237268 Radar Rd, Wausau, WI 54403

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.981 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Larry Manuel, 28212 E 6th Pl, Watkins, CO 80137

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.982   **State what the contract**       Dealer Agreement
        **or lease is for and the**                                                  Las Vegas Solar Training Program LLC, 5145 Arville St Suite F, Las Vegas, NV 89118
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.983   **State what the contract**       Construction Contract
        **or lease is for and the**                                                  Laura Bourne, 6103 E Riverdale St, Mesa, AZ 85215
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.984   **State what the contract**       Construction Contract
        **or lease is for and the**                                                  Laura Hollenberger, 1420 S Main St (Cancelled), Fort Atkinson, WI 53538
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.985   **State what the contract**       Construction Contract
        **or lease is for and the**                                                  Lawrence Krepline, 21913 W Goodwin Rd, Reedsville, WI 54230
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.986   **State what the contract**       Construction Contract
        **or lease is for and the**                                                  Lawrence Krepline, 21913 W Goodwin Rd, Reedsville, WI 54230
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.987   **State what the contract**       Construction Contract
        **or lease is for and the**                                                  Lawrence Krepline, 21913 W Goodwin Rd, Reedsville, WI 54230
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.988 **State what the contract**    Dealer Agreement
      **or lease is for and the**                                              LC Solar Panels LLC , 3090 S Jamaica ct 311, Aurora, CO 80014
      **nature of the debtor's**
      **interest**
      **State the term**             Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.989 **State what the contract**    Construction Contract
      **or lease is for and the**                                              LEAH CLEVELAND, 5126 Kingscross Road, Westminster, CA 92683
      **nature of the debtor's**
      **interest**
      **State the term**             Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.990 **State what the contract**    Construction Contract
      **or lease is for and the**                                              LEE DAO, 3254 Turlock Dr, Costa Mesa, CA 92626
      **nature of the debtor's**
      **interest**
      **State the term**             Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.991 **State what the contract**    Dealer Agreement
      **or lease is for and the**                                              Legacy Construction _ Roofing, LLC, 711 West Nolana Avenue, McAllen, TX 78504
      **nature of the debtor's**
      **interest**
      **State the term**             Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.992 **State what the contract**    Dealer Agreement
      **or lease is for and the**                                              Legion Marketing LLC, 4447 E Tampa Dr, Eagle Mountain, UT 84005
      **nature of the debtor's**
      **interest**
      **State the term**             Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.993 **State what the contract**    Construction Contract
      **or lease is for and the**                                              Leo Lorentz, 1705 Ives Ave N, Glencoe, MN 55336
      **nature of the debtor's**
      **interest**
      **State the term**             Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.994 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Leona Carlson, 1337 20th St, Cloquet, MN 55720

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.995 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Leona Parsons, 169 East Rienstra Street, Chula Vista, CA 91911

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.996 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Leonardo Hernandez medina, 217 HYDE ST, Watsonville, CA 95076

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.997 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Leonardo Orozco, 7148 Banana Tree Ln, El Paso, TX 79915

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.998 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Leonor Hernandez, 3437 McKinley Ave, Los Angeles, CA 90011

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.999 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lester Chambers, 6264 Viewpoint Dr, San Diego, CA 92139

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1000 **State what the contract**   Construction Contract
       **or lease is for and the**                                            Lester Maas, N7947 County Road D, Watertown, WI 53094
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1001 **State what the contract**   Construction Contract
       **or lease is for and the**                                            Leticia Urbach, 4499 Alpine Cir SE, Rio Rancho, NM 87124
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1002 **State what the contract**   Dealer Agreement
       **or lease is for and the**                                            LGCY Power, 3333 Digital Dr #600, Lehi, UT 84043
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1003 **State what the contract**   Construction Contract
       **or lease is for and the**                                            Lilia Dehorta, 5359 Anderson St, Chino, CA 91710
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1004 **State what the contract**   Construction Contract
       **or lease is for and the**                                            Lilia Fernando, 24412 Marbella Ave, Carson, CA 90745
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1005 **State what the contract**   Construction Contract
       **or lease is for and the**                                            Lilian Lopez, 1407 Valencia St, Los Angeles, CA 90015
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1006 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Liliana morin, 903 W Bluebonnet St, Rio Grande City, TX 78582

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1007 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Limitless Solar Energy Professionals, LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1008 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Linda Horvitz, 1481 Paseo De Las Flores, Encinitas, CA 92024

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1009 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

LINDA JOHNSON, 28611 Tereticornis Ct, Lake Elsinore, CA 92532

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1010 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Linda L Clark, 3544 Chalet Dr, Santa Clara, UT 84765

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1011 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Linda Myers, 3031 S 9100 W, Magna, UT 84044

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1012 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Linda Otto Peeters, W7147 County Rd JJ (Cancelled), Hortonville, WI 54944

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1013 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Linda Pease, 102 Pecan ST, Refugio, TX 78377

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1014 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Linda Rouse, 2172 Quail Oaks Rd, Valley Springs, CA 95252

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1015 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Linda Schingen, 2096 Swanstone Cir, De Pere, WI 54115

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1016 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lindy Strasrypka, 2156 W 1390 N, St George, UT 84770

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1017 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lisa Castro, 3041 S 48th St, Milwaukee, WI 53219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1018  **State what the contract**   Construction Contract         Lisa Foreman, 658 W Cheshire St PROJECT 1, Rialto, CA 92377
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1019  **State what the contract**   Construction Contract         Lizeth Ruiz, 497 Desert Mist Dr SW, Albuquerque, NM 87121
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1020  **State what the contract**   Dealer Agreement              Lobo Distribution LLC DBA StarForce, 6354 N Mesa, El Paso, TX 79912
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1021  **State what the contract**   Dealer Agreement              Lobo Solar LLC, 1746 Gallinas Rd NE, Rio Rancho, NM 87144
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1022  **State what the contract**   Dealer Agreement              Locally Referred LLC , 128 mountain ave, Berthoud, CO 80513
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1023  **State what the contract**   Dealer Agreement              Locally Referred LLC, 128 Mountain Ave, Berthoud, CO 80513
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1024  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Logan Dickinson, 889 Colorado St W, Salt Lake City, UT 84116

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1025  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lola Shnyder, 8525 Cottonwood Ave, Hesperia, CA 92345

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1026  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Loreto Geisse, 12912 Orange Rd (Project 2), Wilton, CA 95693

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1027  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

LORETO GEISSE, 12912 Orange Rd (Project 2), Wilton, CA 95693

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1028  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lori Denison, 2423 68th St NW (Cancelled), Rochester, MN 55901

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1029  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lori Leskow, 3404 S 19th St, Milwaukee, WI 53215

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1030 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Los Angeles County Solar Training Program LLC, 2040 west avenue j13 suite 23, Lancaster, CA 93535

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1031 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Lotus Enterprises Group, 13359 Rowen Ct, Eastvale, CA 92880

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1032 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lourdes Maldonado, 390 Jacaranda Dr, Suisun City, CA 94585

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1033 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lourdes Stephanie Saligan Mora, 2132 S 99th St, West Allis, WI 53227

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1034 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Loyal Energy LLC, 180 North University Ave. Set 200, Provo, UT 84601

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1035 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lu Tiong, 44024 Rosee Ct, Temecula, CA 92592

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1036 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Lucid

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.1037 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lucinda Medellin, 11050 Lillian Ln, South Gate, CA 90280

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.1038 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ludivina Mota, 4751 Thompson Ct, Denver, CO 80216

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.1039 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

LUIS ENRIQUEZ, 1434 Martinique Dr, Hemet, CA 92543

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.1040 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Luis Rodriguez, 3848 Lilita St, Lynwood, CA 90262

**State the term remaining**

Unknown

**List the contract number of any government contract**


2.1041 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

luis vargas, 3619 Randolph Pl, Huntington Park, CA 90255

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1042** **State what the contract or lease is for and the nature of the debtor's interest**

Financing Program Agreement

Lumifi (BrightOak), 1020 East Battlefield Rd, Springfield, MO 65807

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1043** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Luna Farrera, 521 E Abriendo Ave, Pueblo, CO 81004

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1044** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Luvelle Solar LLC, PO Box 7488, Pueblo West, CO 81007

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1045** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

LYLE BANGART, N4484 State Road 57, Chilton, WI 53014

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1046** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lynda Huynh, 3015 Peppermint Dr, San Jose, CA 95148

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1047** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Lynnie Leopard, 1517 Whippoorwill Dr (Cancelled), West Columbia, SC 29169

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1048 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

M Patrick McGee, 7138 S Shadow Cv, Salt Lake City, UT 84121

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1049 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

MA De Jesus Catalan Chagolla, 3927 W Lynne Ln, Phoenix, AZ 85041

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1050 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Macario E Trujillo, 1093 S Perry St, Denver, CO 80219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1051 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Magdaleno Auriolis, 4020 Thornbury Dr, Springdale, AR 72764

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1052 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Malalai Gull, 2135 Tulip St, San Diego, CA 92105

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1053 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Malissa Davis, 4255 N Gold Dust Trl St, Enoch, UT 84721

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1054  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mandy Finsand, 3495 Red Butte Dr, Santa Clara, UT 84765

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1055  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

manuel Cervantes Moreno, 2114 S 36th St, Milwaukee, WI 53215

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1056  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Manuel Ortega, 1935 E 6th St, Pueblo, CO 81001

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1057  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Manuel Salcido, 5184 Borland Rd, Los Angeles, CA 90032

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1058  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

manuela A garcia, 6025 Cll Bronce, Las Cruces, NM 88012

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1059  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Margaret Clyburn, 903 W Jacaranda St, Ontario, CA 91762

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1060 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Margaret L Wolf, 2325 E Orman Ave, Pueblo, CO 81004

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1061 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

MARGARET LUSIBA, 9302 N Sleepy Hollow Rd, Bayside, WI 53217

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1062 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Margie Stubbs, 51570 Avenida Alvarado, La Quinta, CA 92253

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1063 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Barahona, 3414 Pomona St, Los Angeles, CA 90031

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1064 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria cabrera, 8322 6th Ave, Hesperia, CA 92345

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1065 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Campbell, 1009 N 6th St, Artesia, NM 88210

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1066 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Coronado Huerta, 1422 W Juniper St, Portales, NM 88130

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1067 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria De Lourdes Martinez, 14750 Miguel St, El Paso, TX 79928

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1068 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Del Socorro Guzman, 1146 Kimball Ave, Hayward, CA 94541

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1069 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Deleon, 11539 Hemlock Ave, Hesperia, CA 92345

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1070 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria E Guardado, 3380 W Iowa Ave, Denver, CO 80219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1071 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Echaburu, 26116 Abby Ln, Menifee, CA 92584

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1072 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Espinosa, 330 S McBride Ave, East Los Angeles, CA 90022

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1073 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Fermin, 2317 Rogers Ave, Los Angeles, CA 90023

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1074 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Galicia, 3 Ryder Ct, Los Lunas, NM 87031

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1075 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Krasnov, 3932 Bagua Ct, Las Vegas, NV 89129

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1076 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria L Mack, 9434 Nichols St, Bellflower, CA 90706

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1077 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Lopez, 1722 Indiana St, Fairfield, CA 94533

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1078  **State what the contract**          Construction Contract
        **or lease is for and the**                                                          Maria M Basoco, 12051 Marquis St, El Paso, TX 79936
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1079  **State what the contract**          Construction Contract
        **or lease is for and the**                                                          Maria Martinez, 10611 Lou Dillon Ave, Los Angeles, CA 90002
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1080  **State what the contract**          Construction Contract
        **or lease is for and the**                                                          Maria Martinez, 10611 Lou Dillon Ave, Los Angeles, CA 93308
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1081  **State what the contract**          Construction Contract
        **or lease is for and the**                                                          Maria Mendez, 5166 FM1017, San Isidro, TX 78588
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1082  **State what the contract**          Construction Contract
        **or lease is for and the**                                                          Maria Ramirez, 1025 E 10th St pue, Pueblo, CO 81001
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1083  **State what the contract**          Construction Contract
        **or lease is for and the**                                                          Maria Rodriguez, 16453 Gelding Way, Moreno Valley, CA 89107
        **nature of the debtor's**
        **interest**
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1084 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Rodriguez, 16453 Gelding Way, Moreno Valley, CA 92555

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1085 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Salazar, 812 Hoke Smith Dr, Dallas, TX 75224

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1086 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maria Soto, 3887 Cortland St, Lynwood, CA 90262

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1087 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mariah Swenson, 3239 Seal Ct, Sacramento, CA 95827

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1088 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mariano Guzman, 5600 Casino Ave, San Pablo, CA 94806

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1089 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Marielle Navarro, 1717 Oakland ST, Aurora, CO 80010

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1090 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Marilee Simkins, 105 S 2340 E, St George, UT 84790

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1091 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Marjorie Angerson, 3870 Jefferson Ave, Ogden, UT 84403

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1092 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mark Abeyta, 17153 Juniper St, Fountain Valley, CA 92708

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1093 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mark Gjerde, 50485 Evergreen Ave, Rush City, MN 55069

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1094 **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Confidential Offer of Employment

Mark Hodson, 1549 Creek Rd, Sandy, UT 84093

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1095 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

MARK IVEY, 44840 Sherwood Dr (Cancelled), Indio, CA 92201

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1096** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mark Jerovetz, 926 Smith St, Green Bay, WI 54302

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1097** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

mark johnson, 924 Mallard Ln, Belle Plaine, MN 56011

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1098** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mark Machado, 12604 Renville St, Lakewood, CA 90715

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1099** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

MARK MCBURNEY, 4953 Ruben Soto, El Paso, TX 79938

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1100** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mark Stanger, 3996 W 9600 N, Elwood, UT 84337

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1101** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

MARK VILLICANO, 14259 S Union Ave, Bakersfield, CA 93307

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1102 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mark Weiss, 12731 Bonita Heights Dr, Santa Ana, CA 92705

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1103 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Market Wright

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1104 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Marlene Dokken, 4501 22nd Ave NE, Rochester, MN 55906

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1105 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Marquita Valdez, 3234 W 18th St, Pueblo, CO 81003

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1106 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

MARTHA A OLGUIN, 24696 Freeport Dr, Moreno Valley, CA 92551

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1107 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

MARTHA JULIA MARTIN-LOPEZ, 3107 N 55th Ave, Phoenix, AZ 85031

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1108  **State what the contract**  Construction Contract  Martin Casas-Robles, 1264 S Beach Ct, Denver, CO 80219
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1109  **State what the contract**  Construction Contract  Martyn L Perkins, 376 Peakview Pl, Parker, CO 80138
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1110  **State what the contract**  Construction Contract  Mary Jansen, 3815 Fond du Lac Rd (Cancelled), Oshkosh, WI 54902
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1111  **State what the contract**  Construction Contract  Mary Labarre, 22820 Bataan St NE, Bethel, MN 55005
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1112  **State what the contract**  Construction Contract  Mary Parsons, 32243 Perigord Rd, Winchester, CA 92596
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1113  **State what the contract**  Construction Contract  Mary Revelli, 285 Joost Ave, San Francisco, CA 94131
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1114 **State what the contract**          Construction Contract                    Mary Spring, 215 Larkspur Rd, Columbia, SC 29212
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**                  Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1115 **State what the contract**          Construction Contract                    Maryam Hadavi, 5466 W Bavarian Pass, Fridley, MN 55432
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**                  Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1116 **State what the contract**          Construction Contract                    MATHEW KAPARIC, 727 Paradise Cove Way, Oceanside, CA 92058
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**                  Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1117 **State what the contract**          Construction Contract                    Matilde Tafolla, 555 N 600 W, Orem, UT 84057
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**                  Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1118 **State what the contract**          Construction Contract                    Matt Gilbertson, 2537 Burl Oak Curve, Hudson, WI 54016
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**                  Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1119 **State what the contract**          Construction Contract                    Matt Hachmeister, 1234 N Harrisville Rd, Ogden, UT 84404
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**                  Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1120 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

MATTHEW BAAS, 58393 100th St, Walters, MN 56097

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1121 **State what the contract or lease is for and the nature of the debtor's interest**

Solcius Sales Partner Agreement: Select Program

Matthew McKay (CA Renewable Energies, Inc) , 640 Banjo Ct, San Marcos, CA 92069

**State the term remaining**

3/10/2025

**List the contract number of any government contract**

2.1122 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Matthew Rairie, 1508 Deane Blvd, Racine, WI 53405

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1123 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Matthew Welch, 3530 Red Butte Dr, Santa Clara, UT 84765

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1124 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maurice Green, 811 Stony Point Rd, Petaluma, CA 94952

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1125 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mauricia Garcia, 11201 Otis St, Broomfield, CO 80020

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1126 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Max Energy Solar Inc, 22642 Lambert St. #407, Lake Forest, CA 92630

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1127 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Max Hollenback, 2080 ROSEWOOD LN S, Roseville, MN 55113

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1128 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Max Prohaska, 4419 22nd Ave NW, Rochester, MN 55901

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1129 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Maximino Gutierrez-quintana, 419 Hopi Rd, Arrey, NM 87930

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1130 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Maxwell Energy Solutions LLC, 2320 n Huoston st #2211, Dallas, TX

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1131 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

May Vang, 2225 Kaylee Cir, Green Bay, WI 54311

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1132 **State what the contract**     Real Property Lease
       **or lease is for and the**
       **nature of the debtor's**                                          McPherson Family Trust, 507 Polk St, Ste 300 , San Francisco , CA 94102
       **interest**
       **State the term**              2/29/2024
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1133 **State what the contract**     Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                          Meera Collier, 35 Paseo Dr, Watsonville, CA 95076
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1134 **State what the contract**     Dealer Agreement
       **or lease is for and the**
       **nature of the debtor's**                                          Meg-Energy LLC
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1135 **State what the contract**     Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                          Melinda Murray, 3158 Orleans E, San Diego, CA 92110
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1136 **State what the contract**     Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                          Melissa Coleman, 1996 Pine Ridge Rd N, Mora, MN 55051
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1137 **State what the contract**     Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                          Melissa Holguin, 21851 Shenandoah Dr, Lake Forest, CA 92630
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1138 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Melody McClay, 3340 Del Sol Boulevard 163, San Diego, CA 92154

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1139 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Meraki Solar, LLC, PO Box 309, Gulf Breeze, FL 32506

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1140 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mercedes Reyes-Rios, 1110 Wilma Dr # B, Hollister, CA 95023

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1141 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Merna Grasham, 480 Coronado St, Blythe, CA 92225

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1142 **State what the contract or lease is for and the nature of the debtor's interest**

Group Vision Policy

Metropolitan Life Insurance Company, 200 Park Ave, New York, NY 10166

**State the term remaining**

12/31/2026

**List the contract number of any government contract**

2.1143 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael F Chicos, 117 Co Rd 56 (Cancelled), Le Roy, MN 55951

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1144 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Firkins, 131 Chicago St, Pulaski, WI 54162

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1145 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Garcia, 3800 W Wilson St. Spc #4, Banning, CA 92220

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1146 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Harrington, 7698 Butterfield Rd, Eagle Mountain, UT 84005

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1147 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Hemann, 24080 534th Ave, Austin, MN 55912

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1148 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Kratt, 3322 Sod Rd, Grasston, MN 55030

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1149 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Lazaro, 8529 Williams Rd, Fontana, CA 92335

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1150 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Mack, 3152 Turquoise Trail, Green Bay, WI 54311

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1151 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Nottoli, 6792 Corte Adalina, Carlsbad, CA 92009

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1152 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Smith, 560 Valle Vista Ave (Cancelled), Oakland, CA 94610

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1153 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael V TINDALL, 3236 S 23rd St, Milwaukee, WI 53215

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1154 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michael Wright, N7247 COZY OAKS Cr, Shawano, WI 54166

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1155 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Micheal Hoffmann, 2762 Brookview Dr, Howard, WI 54313

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1156** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michele SPELTZ, 16673 Bethany Dr, Altura, MN 55910

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1157** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michelle Hoop, 14221 Winchester Dr, Mojave, CA 93501

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1158** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michelle Mcrae, N3130 Meade St, Appleton, WI 54913

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1159** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michelle Mcrae, N3130 Meade St, Appleton, WI 54913

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1160** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Michelle Vernon, 8412 Tamarack Ave, California City, CA 93505

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1161** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Midwest Marketing, 2000 E. War Memorial Dr., Peoria, IL 61614

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1162 State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Miguel Antonio Trejo, 1941 Euclid Ave ., Pueblo, CO 81004

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1163 State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Miguel Lastra Consulting LLC, 1419 Clinton Street, Delano, CA 93215

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1164 State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Miguel Velarde Martinez, 6616 W Drexel Rd, Tucson, AZ 85757

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1165 State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mike Copeland, 17289 147th Ave, Milaca, MN 56353

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1166 State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mike Ewell, 151 Park Cir, Elk Ridge, UT 84651

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

**2.1167 State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mike Foster, 1208 E 36th St, Farmington, NM 87401

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1168 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Mike Hackenmueller, 13611 250th St, Milaca, MN 56353

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1169 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Mike Lambol, 493 E 770 N, Tooele, UT 84074

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1170 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Mike Zambri, 938 Westranch Pl, Simi Valley, CA 93065

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1171 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Mila Manalo, 3949 Spanish Barb St (Cancelled), Las Vegas, NV 89122

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1172 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Mimi Patterson, 6563 San Ignacio Ave, San Jose, CA 95119

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1173 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Mission Energy Solutions LLC, 42020 Village Center Plaza, Suite 120 #650, Stone Ridge, VA 20105

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1174 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mitchel Graves, 2244 Lone Tree Rd, Oroville, CA 95965

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1175 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Mitchell Hopkins

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1176 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mitra Dixon, 7164 E Villanueva Dr, Orange, CA 92867

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1177 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

MMW BUILDERS (Mountain Metal Works, Inc.), 11090 Trails End Court, Truckee, CA 96262

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1178 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Modern Solutions Consulting LLC, 3309 Thomas Ave, Berkley, MI 48072

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1179 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Mohammed Osman Bin Mur Husseim, 2966 S 38th St, Milwaukee, WI 53215

**State the term remaining**

Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Mohsin Syed, 1549 Paseo Grande, Corona, CA 92882 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.1181 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Monika Bauerlein, 9241 Thermal St, Oakland, CA 94605 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.1182 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | MONIQUE LACHAPPA, 36648 CA-94, Campo, CA 91906 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.1183 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Monty Floyd, 122 Wilbert Donahue Rd, Mount Croghan, SC 29727 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.1184 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement |
| | | More Solar, LLC |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.1185 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Morgan Schleif, 29482 Co Rd 4 (Cancelled), Pequot Lakes, MN 56472 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.1186 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Financing Program Agreement

Mosaic, PO Box 78080, Phoenix, AZ 85062

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

2.1187 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Dealer Agreement

Motion SG, 700 Ardmore Terrace, Libertyville, IL 60048

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

2.1188 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Dealer Agreement

Mountain Metal Works, Inc. (MMW Builders), 835 S 430 W, Heber City, UT 84032

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

2.1189 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Dealer Agreement

MX Solutions LLC, 5 Lake Carolina Way, STE 260, Columbia, SC 29229

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

2.1190 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Dealer Agreement

My Smart House, 24138 Brillante Dr, Wildomar, CA 92595

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

2.1191 **State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Dealer Agreement

MyPower Solar LLC, 140 West Center Street Unit 11 , Ivins, UT 84738

**State the term**
**remaining**

Unknown

**List the contract number**
**of any government**
**contract**

2.1192 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Nadezhda Sarai Rico Lopez, 3147 W Walsh Pl, Denver, CO 80219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1193 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Nanette Snow-Campbell, 5830 Deanna Street, Pahrump, NV 89048

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1194 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Nathan Charles Gray, 2763 S 63rd St, Milwaukee, WI 53219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1195 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Nathan Melton, 260 N Lake St, Hemet, CA 92544

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1196 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Nathaniel Smailer, 2211 W 19th St, Pueblo, CO 81003

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1197 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

National Clean Energy Corp, 510 E Grant St, Rialto, CA 92376

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1198 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Nationwide General Contracting, LLC, 2400 Sand Lake Road, Orlando, FL 32809

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1199 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Neidin Carrillo, 38889 Hickory Hill Ct, Murrieta, CA 92563

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1200 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    NELSON GONZALEZ, 3334-3336 E 8th St, Los Angeles, CA 90023

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1201 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Nelson GONZALEZ, 3334-3336 E 8th St, Los Angeles, CA 90023

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1202 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Net Zero Energy LLC, 12013 NE 99th St #1670, Vancouver, WA 98682

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1203 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Nevermind LLC, 3575 Ringsby Ct, Ste 420, Denver, CO 80216

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.1204** **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

New Era Marketing, 4562 Sunbelt Dr, Addison, TX 75001

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.1205** **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

New Era Roofing, Inc, 1355 S Seneca Ct, Denver, CO 80223

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.1206** **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

New Era Solar, Inc , 3489 W 72nd Ave. Ste 230 , Westminster, CO 80030

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.1207** **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

New Era Solar, Inc, 1355 S Seneca Ct , Denver, CO 80223

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.1208** **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

New Power, 22886 Montanya Pl, Murrieta, CA 92562

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.1209** **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Nexa Solar LLC, 10555 E Dartmouth Ave #240 , Aurora, CO 80014

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1210 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Next Wave LLC, 1955 W Baseline Rd, Ste 113-448, Mesa, AZ 85202-9016

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1211 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

NextLight Energy, 2908 Hennepin Ave S Suite 230, Minneapolis, MN 55408

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1212 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Niagara Mohawk Solar L.L.C., 1100 Plumcreek Pkwy E bldg 11, 205 Castle Rock, Castle Rock, CO 80104

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1213 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Nick Romero, 250 S Donlee DR Unit 19, St George, UT 84770

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1214 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Nicole Gallier, 1792 Lewis Rd Unit A, Wheatland, CA 95692

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1215 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Nikki Harris, 731 Albatross Dr, Ione, CA 95640

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1216 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Noble Paintings LLC, 835 W 22nd St #103 , Tempe, AZ 85282

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1217 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Nomo Hub, LLC, 515 30th Street, Unit B, Newport Beach, CA 92663

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1218 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Norah Okere, 6500 N Cynthia St, McAllen, TX 78504

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1219 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Norberto Castillo, 1007 S 109th St, West Allis, WI 53214

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1220 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Norma Elias, 6134 Cord Ave, Pico Rivera, CA 90660

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1221 **State what the contract or lease is for and the nature of the debtor's interest**

Group Application and the Employer Benefits Program Terms

Norton - Life Lock, 60 East Rio Salado Parkway, Suite 1000, Tempe, AZ 85281

**State the term remaining**

Auto-Renewal Annually

**List the contract number of any government contract**

2.1222 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Nova Solar

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1223 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Nusun Power LLC, 3400 N 1200 W, Lehi, UT 84043

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1224 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Nuvion Energy

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1225 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

NXT Energy, LLC, 119 Lilywood ct , Simpsonville, SC 29681

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1226 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Octavio Aguirre, 248 Maricela Dr, El Paso, TX 79915

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1227 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Off Grid Energy Solutions LLC dba Aveyo, 1261 E. 820 S. Suite 300, American Fork, UT 84003

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1228 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Olalekan Falowo, 8483 N 62nd St, Brown Deer, WI 53223

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1229 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Olga Garcia, 1735 N 1975 W, St George, UT 84770

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1230 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Omar L Moreno, 4632 S 15th Ave, Tucson, AZ 85714

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1231 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Once Earth Connect LLC, 18818 Teller Ave STE 220, Irvvine, CA 92612

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1232 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

One Power Group

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1233 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

One Sun America LLC, 935 N Wilcres dr APT 4086, houston, TX 77079

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1234 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Onyx Telecommunications LLC, 380 SW 5th Street #226, Madras, OR 97741

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1235 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Optimum Energy Solutions, LLC, 12569 S 2700 W, Suite 100, Riverton, UT 84065

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1236 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

opulent ventures II LLC, 4960 w Oregon pl, Denver, CO 80219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1237 **State what the contract or lease is for and the nature of the debtor's interest**

Netsuite Subscription Renewal

Oracle America Inc., 2300 Oracle Way, Austin, TX 78741

**State the term remaining**

Approx. 12/14/2024

**List the contract number of any government contract**

2.1238 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Oralia Salas, 52560 Avenida Vallejo, La Quinta, CA 92253

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1239 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Origin Solar, 4800 Manzanita Ave STE. C6, Carmichael, CA 95608

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1240 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    OSCAR ALVARENGA, 2019 Clover Ln, Janesville, WI 53545

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1241 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Oscar Maldonado, 3236 E Marywood Dr, Orange, CA 92867

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1242 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Oscar Sosa, 1773 E 42nd St, Vernon, CA 90058

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1243 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Oscar Velasquez, 21040 Loren Ln, Nuevo, CA 92567

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1244 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Otto

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1245 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Ovanova Inc, 607 Sawmill Rd W, Cedar Grove, NC 27231

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1246 **State what the contract**   Dealer Agreement
       **or lease is for and the**                                     Owl Security LLC, 2904 St Andrews Dr, Seagoville, TX 75159
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1247 **State what the contract**   Dealer Agreement
       **or lease is for and the**                                     Pacific Power, 2762 Crooked Sticker Dr, Lehi, UT 84043
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1248 **State what the contract**   Dealer Agreement
       **or lease is for and the**                                     Pacific Remodeling Group, 13448 Eaglebluff Lane, Eastvale, CA 92880
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1249 **State what the contract**   Dealer Agreement
       **or lease is for and the**                                     PacWest Power
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1250 **State what the contract**   Dealer Agreement
       **or lease is for and the**                                     Palmetto Roofing and Solar LLC, 510 Quincy Hall Dr, Myrtle Beach, SC 29579
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1251 **State what the contract**   Dealer Agreement
       **or lease is for and the**                                     Paradigm Shift Solar LLC, 615 N La Jolla Ave, Los Angeles, CA 90048
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1252 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Pascuala Copado, 1908 1/2 Patton Rd SW, Albuquerque, NM 87105

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1253 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Pat Karnes, 133 North Black Canyon Avenue, Washington, UT 84780

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1254 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Terms of Employment

Pat Petrini, 1406 Conductor Ct, Sparks, NV 89434

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1255 **State what the contract or lease is for and the nature of the debtor's interest**

Confidentiality, Nondisclosure and Limited Use Agreement

Pat Petrini, 1406 Conductor Ct, Sparks, NV 89434

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1256 **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Pat Petrini, 1406 Conductor Ct, Sparks, NV 89434

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1257 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

PATRICIA NADZAM, 26340 Hayden Ln, Menifee, CA 92584

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1258 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Patricia Oviedo, 961 NM-76, Chimayo, NM 87522

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1259 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Patricia Oviedo, 961 NM-76, Chimayo, NM 87523

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1260 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Paul Clem, 1202 Rains Ct, Ojai, CA 93023

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1261 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Paul E Dominguez, 4828 Whispering Hills Rd, Silver City, NM 88061

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1262 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Paul Edge, 2104 Las Brisas Cir SE, Rio Rancho, NM 87124

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1263 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Paul Ehrfurth, 1338 Bond St, Green Bay, WI 54303

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1264 State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Paul Johnson, 2423 Altair St (Cancelled), Green Bay, WI 54311

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1265 State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Paul Montoya, customer? 2305 S Cahoon Ave, Roswell, NM 88203

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1266 State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Paul Neyhard, 1224 Liberty St, Oshkosh, WI 54901

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1267 State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Peak Power Pro LLC , 1160 S State Street Ste 200, Orem, UT 84097

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1268 State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Peak Satellite LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1269 State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Peak to Peak Solar LLC, 4885 Marshall St. Ste. 106, Wheat Ridge, CO 80033

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1270 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Pedro Larios, 675 St Augustine Dr, Salinas, CA 93905

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1271 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Penelope Hanson, 133 Serenity Oaks Terrace (Pending Cancellation) (Cancelled), Watertown, WI 53098

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1272 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Penny Barney, 3420 Chalet Dr, Santa Clara, UT 84765

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1273 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Performance Energy, 12774 N. Colorado Boulevard Suite B1, Thornton, CO 80241

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1274 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Perla Contreras, 1313 Juniper Ave, Las Cruces, NM 88001

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1275 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Pete Day, 1252 Cheyenne St, Los Alamos, NM 87544

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1276 **State what the contract** | Construction Contract | Pete Delgadillo, 9357 N Paula Ave, Fresno, CA 93720
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term** | Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1277 **State what the contract** | Construction Contract | Peter A Herrick, 23404 Arrowhead St NW, Saint Francis, MN 55070
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term** | Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1278 **State what the contract** | Construction Contract | PETER BARLEY, 6151 N 116th St, Milwaukee, WI 53225
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term** | Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1279 **State what the contract** | Construction Contract | Peter Echaves, 6602 Elwood Dr NW, Albuquerque, NM 87107
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term** | Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1280 **State what the contract** | Construction Contract | Peter Kaiser, 76 Central Ave, Sausalito, CA 94965
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term** | Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1281 **State what the contract** | Construction Contract | Peter Mades, 19350 Creekside Trl, Maple Grove, MN 55311
**or lease is for and the**
**nature of the debtor's**
**interest**
**State the term** | Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

**2.1282** **State what the contract**
          **or lease is for and the**          Construction Contract
          **nature of the debtor's**
          **interest**                                                              Petra Ulrych, 745 S Canosa Ct, Denver, CO 80219
          **State the term**                    Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.1283** **State what the contract**
          **or lease is for and the**          Dealer Agreement
          **nature of the debtor's**
          **interest**                                                              Phase III Marketing Co
          **State the term**                    Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.1284** **State what the contract**
          **or lease is for and the**          Construction Contract
          **nature of the debtor's**
          **interest**                                                              pheng Xiong, 6412 Kyle Ave N, Minneapolis, MN 55429
          **State the term**                    Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.1285** **State what the contract**
          **or lease is for and the**          Construction Contract
          **nature of the debtor's**
          **interest**                                                              Phil Desjarden, 25472 Fallen Oak, Laguna Niguel, CA 92677
          **State the term**                    Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.1286** **State what the contract**
          **or lease is for and the**          Construction Contract
          **nature of the debtor's**
          **interest**                                                              Philip Slinden, 2050 Kandi-Meeker Rd SE, Atwater, MN 56209
          **State the term**                    Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

**2.1287** **State what the contract**
          **or lease is for and the**          Construction Contract
          **nature of the debtor's**
          **interest**                                                              Phillip Petersen, 71692 220th St, Albert Lea, MN 56007
          **State the term**                    Unknown
          **remaining**
          **List the contract number**
          **of any government**
          **contract**

2.1288  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

PHNX Power, LLC, Remora St., Temecula, CA 92592

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1289  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Phoenix Power Solutions, LLC, 2440 E Germann Rd, Suite 19, Chandler, AZ 85286

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1290  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Phuong Lee, 10 Windflower, Aliso Viejo, CA 92656

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1291  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Phyllis Tueller, 27944 Turner Heights Ln, Escondido, CA 92026

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1292  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Platinum Energy Solutions LLC, 953 W 700 N, Suite 112, Logan, UT 84321

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1293  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Platinum X Consulting Inc

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1294 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Poly Energy LLC, 845 E 1000 S, Orem, UT 84097

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1295 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Power Style Corporation, 14416 Hamlin St #103, Van Nuys, CA 914001

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1296 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Power With The Sun LLC, 9270 S 500 W Suite F, Sandy, UT 84070

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1297 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Powersmith Energy LLC, 2776 Worden St, San Diego, CA 92110

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1298 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Precision Solar

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1299 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Preferred Contracting and Construction LLC, 670 Commerce Dr Ste 240 , Woodbury, MN 55125

**State the term remaining**    Unknown

**List the contract number of any government contract**

**2.1300** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Preston Knutson, 621 E 740 N, Tooele, UT 84074

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1301** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Prime Industries LLC, 24726 Airville Ave, Newhall, CA 91321

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1302** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Pro Communications, LLC, 62 E 800 N , Suite 207, Spanish Fork, UT 84660

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1303** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

PRQ, LLC, ?13401 W 43rd Dr., Unit 6, Golden, CO 80403

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1304** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Pure Smart Home, LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1305** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Pure Solutions Group Trust, 30839 Silver Palm Dr, Homeland, Ca 92548

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1306** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Quintin Stevens, 310 Southridge Dr, Kiel, WI 53042

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1307** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rachael Metzger, 302 N 100 E, Tooele, UT 84074

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1308** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Racheal Shackles, 8848 W Monrovia Ave, Milwaukee, WI 53225

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1309** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Radiant Energy Solutions LLC, 2220 Otay Lakes Rd. Ste 502-625, Chula Vista, CA 91915

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1310** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Radiant Light Solar LLC, 11375 nahcolite point unit 301 , Colorado Springs, co 80921

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1311** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rajendra Rathour, 2555 S Brookside Pkwy, New Berlin, WI 53151

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1312 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ralph Ellsworth, 31082 Via Limon, San Juan Capistrano, CA 92675

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1313 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ralph Owens, 337 Acacia Ave, Blythe, CA 92225

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1314 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

RAMON AGRINSONI, 819 Swift Ave, Sheboygan, WI 53081

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1315 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ramon Garcia Santos, 148 Celia Dr, Watsonville, CA 95076

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1316 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ramona Richardson, 20114 Newton St, Corona, CA 92881

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1317 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Randall Warwick, 26974 Safiro, Mission Viejo, CA 92691

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.1318** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Randy Faber, N2723 Kelly Rd, Fond du Lac, WI 54937

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1319** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Raul Sanchez, 251 S Quitman St, Denver, CO 80219

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1320** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ray Reyes, 12009 Copper Point Pl, El Paso, TX 79934

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1321** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Raymax Solar

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1322** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Raymond Binder, 1514 Pendleton Rd, Neenah, WI 54956

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1323** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Raymond Kleinhans, 830 Graves St, Chilton, WI 53014

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1324** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Raymond McCumber, 1066 N 1010 W, Pleasant Grove, UT 84062

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1325** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Raymond Oronoz, 20114 Willow Rd, Walnut, CA 91789

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1326** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Ready Home Energy Inc, 250 Technology Way - , Rocklin, CA 95765

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1327** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Real Consultants Mortgage and Real Estate Services Inc, 8141 2nd Street Suite 420, Downey, CA 90241

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1328** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Real Consultants Mortgage and Real Estate Services Inc., 8141 2ND ST, STE 420, Downey, CA 90241

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1329** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rebeca Ochoa, 1410 Toberman St, Los Angeles, CA 90015

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1330  **State what the contract**     Construction Contract
        **or lease is for and the**                                              Rebecca Brough, 2818 E Apple Blossom Ln, Holladay, UT 84117
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1331  **State what the contract**     Construction Contract
        **or lease is for and the**                                              Rebecca Kruegar, 11456 360th St, Stanley, WI 54768
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1332  **State what the contract**     Construction Contract
        **or lease is for and the**                                              REBEKKA SWANSON, 1403 Birch Ave N, Glencoe, MN 55336
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1333  **State what the contract**     Dealer Agreement
        **or lease is for and the**                                              Reborne Solar LLC, 4610 S. Ulster St., Denver, CO 80237
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1334  **State what the contract**     Dealer Agreement
        **or lease is for and the**                                              Redwood LLC, 2229 E 350 N, Layton, UT 84040
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1335  **State what the contract**     Dealer Agreement
        **or lease is for and the**                                              Regal Satellite, 23403 E. Mission Ave, #227, Liberty Lake, WA 99019
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1336  **State what the contract**     Construction Contract
        **or lease is for and the**                                              Reginald Murrell, 30264 Laruns St, Murrieta, CA 92563
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1337  **State what the contract**     Dealer Agreement
        **or lease is for and the**                                              Reidhead Industries LLC
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1338  **State what the contract**     Accident, Critical Illness, Hospital Confinement
        **or lease is for and the**     Indemnity Insurance Application                ReliaStar Life Insurance Company, PO Box 122,Minneapolis, MN 55440-0122
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1339  **State what the contract**     Administration Agreement
        **or lease is for and the**                                              ReliaStar Life Insurance Company, PO Box 122,Minneapolis, MN 55440-0122
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1340  **State what the contract**     Basic,Supplemental and Supplemental
        **or lease is for and the**     Dependent Life Insurance and AD&D Policy       ReliaStar Life Insurance Company, PO Box 122,Minneapolis, MN 55440-0122
        **nature of the debtor's**      Application
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1341  **State what the contract**     Short Term Disability Insurance Policy
        **or lease is for and the**                                              ReliaStar Life Insurance Company, PO Box 122,Minneapolis, MN 55440-0122
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.1342 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rendell Drew, 3002 Fernheath Ln, Costa Mesa, CA 92626

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1343 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rene Palomino, 5803 E Farmstead Dr, Tucson, AZ 85756

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1344 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rene Suarez, 270 Cleveland Ct, Bennett, CO 80102

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1345 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Renee Beltran2, 2525 Calle De Parian A, Mesilla, NM 88046

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1346 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Renee Boal, 5957 Arrowhead Lake Rd, Hesperia, CA 92345

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1347 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Renee Boal, 5957 Arrowhead Lake Rd, Hesperia, CA 92345

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1348** **State what the contract**     Construction Contract              Renee Coleman, 1682 Olympic St, Mora, MN 55051
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**              Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

**2.1349** **State what the contract**     Dealer Agreement                  renew LLC, 2508 Alder St., Rocklin, CA 93301
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**              Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

**2.1350** **State what the contract**     Dealer Agreement                  Renewable Energy Holdings LLC, 8 The Green, Ste 8357, Dover, DE 19901
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**              Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

**2.1351** **State what the contract**     Construction Contract              Renita Whitehead, 493 Summer Storm Ln, Washington, UT 84780
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**              Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

**2.1352** **State what the contract**     Dealer Agreement                  Renovo Home Efficiency LLC, 1450 S Havana St, Ste 241, Aurora, CO 80012
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**              Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

**2.1353** **State what the contract**     Dealer Agreement                  ReThink Energy LLC, 38975 Sky Canyon Drive, Suite 106. , Murrieta, CA 92563
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**              Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

2.1354 **State what the contract**      Dealer Agreement                              Revolution Solar Company LLC, 8952 Sandy Slate Way, Las Vegas, NV 89123
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**             Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

2.1355 **State what the contract**      Construction Contract                         Reyna Robles, 631 Woodrow St, Taft, CA 93268
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**             Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

2.1356 **State what the contract**      Construction Contract                         Ricardo Aguilar Dena, 1680 S Wolff St, Denver, CO 80219
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**             Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

2.1357 **State what the contract**      Construction Contract                         Richard Bower, 1565 W Paulson Rd, Green Bay, WI 54313
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**             Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

2.1358 **State what the contract**      Construction Contract                         Richard Buehler, 2623 W 12420 S, Riverton, UT 84065
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**             Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

2.1359 **State what the contract**      Construction Contract                         Richard Cotton, 4023 Capstan Pl, Discovery Bay, CA 94505
         **or lease is for and the**
         **nature of the debtor's**
         **interest**
         **State the term**             Unknown
         **remaining**
         **List the contract number**
         **of any government**
         **contract**

2.1360 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Richard Cranston, 2626 W 450 N, Hurricane, UT 84737

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1361 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Richard Groholski, 7542 Oak St (Cancelled), Wisconsin Rapids, WI 54494

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1362 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Richard Harju, W2031 Elk Ct, Montello, WI 53949

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1363 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Richard Juarez, 23121 Yarborough Dr, Moreno Valley, CA 92553

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1364 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

RIchard Lawrence, 5 portsmouth pl, Coto de Caza, CA 92679

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1365 **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract

Richard Maese, 634 N Maurer St, Porterville, CA 93257

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1366 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Richard Matykiewicz, 38367 510th Ave, New York Mills, MN 56567

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1367 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

RICHARD ROLLEFSON, 809 Jamesway Dr, Watertown, WI 53098

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1368 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Richard Samaniego, 450 E Bradley Ave Spc 85, El Cajon, CA 92021

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1369 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Richard Vasquez, 2409 Florence Blvd, Blythe, CA 92225

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1370 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ricke Wilson, 5873 Blue Meadow Dr, Salt Lake City, UT 84129

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1371 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ricky Higgs, 53 Dick Trefz St, Pueblo, CO 81001

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1372 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

rigoberto amador Lagos, 9895 WOODALE AVE, Arleta, CA 91331

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1373 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rigoberto Mendoza, 1340 W 76th St, Los Angeles, CA 90044

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1374 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Riley Harsch, 10532 308th Ave NW (Cancelled), Princeton, MN 55371

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1375 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rita B Morfin, 460 Flower Lane, Shandon, CA 93461

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1376 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

RJM Holdings LLC, 901B Heritage Vlg, Southbury, CT 06488-5362

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1377 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Robert Binkowski, N2336 County Rd U, Plum City, WI 54761

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1378 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Robert Brient, 414 Willow Winds Dr, Columbia, SC 29210

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1379 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

ROBERT HEIZMANN, W145 N5023 Stone Dr (Cancelled), Menomonee Falls, WI 53051

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1380 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Robert Lee

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1381 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Robert Peace, 52742 134th St, Vernon Center, MN 56090

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1382 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Robert Perkins, 20441 E Rancho Los Cerritos Rd, Covina, CA 91724

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1383 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Robert Pullum, 35 Topaz Way, San Francisco, CA 94131

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1384 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Robert Pullum, 35 Topaz Way, San Francisco, CA 94131

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1385 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Robert Wollangk, N1103 County Rd U, Weyauwega, WI 54983

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1386 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Robert Zimmerman, 2583 Golden Glow Rd, De Pere, WI 54115

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1387 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Roberto Muro, 439 Yale Dr, Las Cruces, NM 88005

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1388 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Roberto Ocegueda, 12322 Rodeo Ave, Bakersfield, CA 93312

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1389 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Rocky Mountain Solar Energy LLC, 1813 Seminole Lane, Pueblo, CO 81001

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1390 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rodel Rebodos, 9307 Nolina Dr, Hesperia, CA 92344

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1391 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rogelio Ronquillo, 10791 Brighton Rd, Henderson, CO 80640

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1392 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Roger Nary, 8701 Mesa Rd SPC 16 (Cancelled), Santee, CA 92071

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1393 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Romeo Usi, 2136 17th Pl, Delano, CA 93215

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1394 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ronald Elliott, 1447 Biemeret St, Green Bay, WI 54304

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1395 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ronald Hansche, 52 Eveline St (Cancelled), Oshkosh, WI 54901

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1396** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ronald Howell, 25931 Glenhurst, Lake Forest, CA 92630

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1397** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Roofio, LLC, 201 Comanche Cp. , Kyle, TX 78640

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1398** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Rook Media Group

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1399** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rosa Cajavilca, 6449 S Wakefield Way, Salt Lake City, UT 84118

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1400** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

ROSA CAMPOS, 12628 Willowbrook Ln (Cancelled), Moreno Valley, CA 92555

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1401** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rosa Rodriguez, 734 Cameo Ct, Pomona, CA 91766

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1402 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rosa Washington, 7036 Whitmell Ave, Columbia, SC 29223

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1403 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rose Mary Salinas, 2067 E Decatur Ave, Fresno, CA 93720

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1404 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rose Retana, 1325 E River St, Pueblo, CO 81001

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1405 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rossina Leon, 965 Blake Ct, Gilroy, CA 95020

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1406 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Roy Crosby, 1508 Boomers Loop W, Santa Clara, UT 84765

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1407 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Roy Group, 7 E Bijou St, Ste 204, Colorado Springs, CO 80903

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1408** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

ROZLYNN ALLEN, 25276 High Plains Ct, Menifee, CA 92584

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1409** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

RRD Group, 35 West Wacker Drive, Chicago, IL  60601

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1410** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

RUBEN ARCE Morales, 3178 S 26th St, Milwaukee, WI 53215

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1411** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ruben Barrios, 8412 Independence Dr (Cancelled), El Paso, TX 79907

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1412** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ruben Contreras, 3568 Arroyo Seco Ave, Los Angeles, CA 90065

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1413** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ruben Gonzalez, 3051 S 32nd St, Milwaukee, WI 53215

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1414 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ruben Ruiz, 1810 Silver St, Edinburg, TX 78542

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1415 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

RUPANZEL DANIEL, 520 Spy Rock Ave, Henderson, NV 89044

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1416 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ryan Anderson, 498 E Bulloch St, Washington, UT 84780

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1417 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ryan Herzog, 11 Westwood Ave, Napa, CA 94558

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1418 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ryan Kinney, 232 Isanti St, Duluth, MN 55803

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1419 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sabino Nunez, 165 S Newton St, Denver, CO 80219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1420 **State what the contract**    Construction Contract
**or lease is for and the**                            Sabrina Sauceda, 2927 S 8850 W, Magna, UT 84044
**nature of the debtor's**
**interest**
**State the term**            Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1421 **State what the contract**    Dealer Agreement
**or lease is for and the**                            Safe House Exteriors LLC, 7808 E Cherry Creek South Dr Ste 107, Denver, CO 80231-
**nature of the debtor's**                            3230
**interest**
**State the term**            Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1422 **State what the contract**    Construction Contract
**or lease is for and the**                            Saied Hamidi, 26725 Granvia Dr, Mission Viejo, CA 92691
**nature of the debtor's**
**interest**
**State the term**            Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1423 **State what the contract**    Dealer Agreement
**or lease is for and the**                            Sales Monster LLC DBA M_M Solar Consultants LLC, 1720 Dutch Fork Rd, Irmo, SC
**nature of the debtor's**                            29063
**interest**
**State the term**            Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1424 **State what the contract**    Order Form and Master Services Agreement for
**or lease is for and the**    various software subscriptions         Salesforce, Inc., Attn: Amog Garadi, Salesforce Tower, 415 Mission Street, 3rd Floor,
**nature of the debtor's**                            San Francisco, CA 94105
**interest**
**State the term**            6/7/2024
**remaining**
**List the contract number**
**of any government**
**contract**

2.1425 **State what the contract**    Order Form and Master Services Agreement for
**or lease is for and the**    various software subscriptions         Salesforce, Inc., Attn: Amog Garadi, Salesforce Tower, 415 Mission Street, 3rd Floor,
**nature of the debtor's**                            San Francisco, CA 94105
**interest**
**State the term**            6/7/2024
**remaining**
**List the contract number**
**of any government**
**contract**

2.1426  **State what the contract or lease is for and the nature of the debtor's interest**

Order Form and Master Services Agreement for various software subscriptions with Reference to Contract No(s). 03425464,

Salesforce, Inc., Attn: Amog Garadi, Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, CA 94105

**State the term remaining**  5/21/2024

**List the contract number of any government contract**

---

2.1427  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sallie Martinez, 1326 Nordahl Rd, Escondido, CA 92026

**State the term remaining**  Unknown

**List the contract number of any government contract**

---

2.1428  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sally Lynn Wilson, 108 4th St SW, Pine Island, MN 55963

**State the term remaining**  Unknown

**List the contract number of any government contract**

---

2.1429  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Salvador Mora, 4811 E California Ave, Las Vegas, NV 89104

**State the term remaining**  Unknown

**List the contract number of any government contract**

---

2.1430  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Samantha Gutierrez, 3012 Gillen St, Racine, WI 53403

**State the term remaining**  Unknown

**List the contract number of any government contract**

---

2.1431  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Samantha Prince, 1709 S W Temple St, Salt Lake City, UT 84115

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.1432 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Samuel M Kruk, 3127 S 55th St, Milwaukee, WI 53219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1433 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

san juana Rios, 1845 Arboledas Dr, Penitas, TX 78576

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1434 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sandra De Valkenaere, W638 Church Rd, Hartford, WI 53027

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1435 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SANREME LLC, S CORP, 544 DORSEY DR, El Paso, TX 79912

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1436 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sara Trigueros, 44247 Soft Ave (Cancelled), Lancaster, CA 93536

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1437 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Satellite Ave Inc, 9882 Waterman Rd #110, Elk Grove, CA 95624

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1438 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Satellite Systems LLC, 1728 Lake St #1, Salt Lake City, UT 84015

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1439 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Satic Solar LLC, 1500 Clark Fork Ln Suite 1, Missoula, MT 59808

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1440 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Saul Martinez, 21300 Badger St, Lost Hills, CA 93249

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1441 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Savannah Strunk, 1235 Cinchona St, Vista, CA 92083

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1442 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scheral Fanning, 144 Shortleaf Rd, Neeses, SC 29107

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1443 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Scott Clawson, 1044 W 1600 S, Payson, UT 84651

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1444** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scott Cohen, 1769 Brighton Trail, Woodbury, MN 55125

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1445** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scott Hughes, 2632 Violeta Cir SE, Rio Rancho, NM 87124

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1446** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scott Leifermann, 5960 4th St NE, Fridley, MN 55432

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1447** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scott Lorenzo, 1408 Primrose Ln, Royse City, TX 75189

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1448** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scott Meyer, 308 Wild Willow Dr, Francis, UT 84036

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1449** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scott Peterson, 7744 County Rd H, Fremont, WI 54940

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1450 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scott Wickman, N2747 State Highway 15, Hortonville, WI 54944

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1451 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Scott Wierschem, 171 Aspen St, Arroyo Grande, CA 93420

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1452 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SD Solar Brokers LLC, 12707 High Bluff Dr Ste 200, San Diego, CA 92130

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1453 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sean Corcorran, 1830 East Napa Street, Sonoma, CA 95476

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1454 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sean Eagan, 39108 Sundance Cir, Temecula, CA 92591

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1455 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sean Small, 15342 Cascade Ln, Huntington Beach, CA 92647

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1456 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Secured Home

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1457 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Security One, Security One International Inc., 18093 S Prairie Ave, Torrance , CA 90504

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1458 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Sega Communication LLC, 3531 Gibson Blvd. Se. , Albuquerque, NM 87106

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1459 **State what the contract or lease is for and the nature of the debtor's interest**
Offer Letter

Sergio Cordova, 2702 S Cain Court, Bakerfield, CA 93292

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1460 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Sergio Estrada, 10683 Larson Drive, Denver, CO 80233

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1461 **State what the contract or lease is for and the nature of the debtor's interest**
Construction Contract

Sergio Torres, 759 E 106th St, Los Angeles, CA 90002

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1462 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sertec USA, 5665 New Northside Drive Suite 400 , Atlanta, GA 30328

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1463 **State what the contract or lease is for and the nature of the debtor's interest**

Financing Program Agreement

Service Finance, 555 South Federal Highway, Ste. 200, Boca Raton, FL 33432

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1464 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Seth Gerget, 3159 Swiss Dr, Santa Clara, UT 84765

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1465 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SFY South, Inc, 1109 Melrose Avenue, apt. 5, Glendale, CA 91202

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1466 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Shacolby Randell, 125 S Calle Da Gama, Anaheim, CA 92807

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1467 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Shana Rodriguez, 952 N Encina Ave, Rialto, CA 92376

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1468 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Shane White, 2202 Lockhaven Dr, Colorado Springs, CO 80909

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1469 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Shannon Harrison, 392 Stadium Ave, Provo, UT 84604

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1470 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Shariatmadari Enterprise Inc

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1471 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sharina-Mae Bello, 7308 1st St NW, Albuquerque, NM 87107

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1472 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sharon Fhurman, 128 W 14th Ave (Cancelled), Oshkosh, WI 54902

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1473 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sharon Hardy, 867 W Goosenest Dr, Elk Ridge, UT 84651

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1474 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sharon Nemecek, 3316 N Racine St, Appleton, WI 54911

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1475 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Shaun Baago, 716 Timberwolf Dr, Mankato, MN 56001

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1476 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Shawn Oliver, 1083 Mee Ln, Saint Helena, CA 94574

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1477 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sheena Diaz, 9349 Amethyst Ave, Mentone, CA 92359

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1478 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Silvia Flamenco, 714 W 104th St, Los Angeles, CA 90044

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1479 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Simply Smart Solar LLC, 423 N I STREET, Salt Lake City, UT 84103

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1480 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Singlepoint Direct Solar, LLC, 3101 N Central Ave #760, Phoenix, AZ 85012

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1481 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

SKOL Solar LLC, 610 13th Ave SW Unit D, Cambridge, MN 55008

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1482 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Sky Power Arizona LLC - (Renamed + Resigned to Pure Smart Home), 2065 S Cooper Rd, Chandler, AZ 85286

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1483 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Skygrid Solar, 10580 Cherrybrook Cir, Highlands Ranch, CO 80126

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1484 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

Skyline Solar, LLC, 663 W State St Unit 3, Henderson, NV 84062

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1485 **State what the contract or lease is for and the nature of the debtor's interest**   Dealer Agreement

SLR Energy, 8820 Russell Road, Suite 155, Las Vegas, NV 89148

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.1486 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Small Changes LLC, 1421 N Jones Blvd #440, Las Vegas, NV 89108

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1487 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Smart Choice Solar LLC, 37746 52nd st e, Palmdale, CA 93552

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1488 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Smart Connect LLC, 4768 Luna Ridge Court, Irmo, SC 89129

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1489 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Smart Energy Direct LLC, 1371 Ruby Sky Ct., Murrieta, CA 89052

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1490 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Smart Human LLC, 260 stonehaven street circle, Dacono, CO 80514

**State the term remaining**
Unknown

**List the contract number of any government contract**

2.1491 **State what the contract or lease is for and the nature of the debtor's interest**
Dealer Agreement

Smart Living Advisors LLC, 200 Minstry Dr, Saint George, UT 29063

**State the term remaining**
Unknown

**List the contract number of any government contract**

**2.1492** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Smart NRG LLC, 10000 Ranch Hand Avenue, Las Vegas, NV 89117

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1493** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Smart Sky Solar LLC, 17577 W Horseshoe Ln, Gurnee, IL 60031

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1494** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Smooth Solar Inc, 1955 Market Center Blvd, Dallas, TX 75207

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1495** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Socom, 3504 Atwater Blvd, Roy, UT 95301

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1496** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Socorro Perez, 3037 Future Pl, Los Angeles, CA 90065

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1497** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sol Energy, 520 S 3rd St Ste 30, Carbondale, CO 81623

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1498 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Sol Provider LLC, 24624 Chalone Drive, Clearwater, FL 92562

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1499 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Sol Solar, LLC, 207 Shadow Point Drive, Dallas, TX 84770

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1500 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Solana Home Solutions LLC, 11211 Provencal Pl. , San Diego, CA 92128

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1501 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Solar 360 LLC, 2216 Padre Blvd Ste B, #644, South Padre Island, TX 78597

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1502 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Solar Advantage LLC, 4423 S 1800 W, Rigby, ID 84067

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1503 **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement

Solar Bear LLC, 4091 Amtc Center Dr, Cheyenne, WY 33764

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1504 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Buddy, AZ LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1505 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Connect, LLC , 6615 dupper ct, Dallas, TX 75252

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1506 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Connect, LLC, 6615 Dupper Ct, Orem, UT 75252

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1507 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Dealer Consulting Inc , 1317 EDGEWATER DR SUITE 4099, Orlando, FL 32804

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1508 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Energy Consultants LLC, 5 Caletta Ave, San Anselmo, CA 94960

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1509 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Energy Family Inc

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1510 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Energy Partners LLC, 250 W 2nd N, Mapleton, UT 83442

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1511 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Energy Partners, LLC, 250 West 2nd North, Rigby, ID 83442

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1512 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Fusion Power LLC, 6800 jericho turnpike suite 120w, Syosset, NY 11791

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1513 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Home Direct LLC, 6768 Regal Park Dr, Fontana, CA

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1514 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Homes Inc

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1515 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Initiative, 1718 Capitol Ave, Lehi, UT 82001

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1516  **State what the contract**    Dealer Agreement_____    Solar Made Simple, LLC, 10817 Notus Ln, Suite E102, TX 79935
        **or lease is for and the**                                       _____
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown_____
        **remaining**
        **List the contract number**   _____
        **of any government**
        **contract**

2.1517  **State what the contract**    Dealer Agreement_____    Solar Reign, 217 E Ridge Rd, Lancaster, SC 84057
        **or lease is for and the**                                       _____
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown_____
        **remaining**
        **List the contract number**   _____
        **of any government**
        **contract**

2.1518  **State what the contract**    Dealer Agreement_____    Solar Roofing LLC DBA JD Roofing, 1580 E 1600 N, Orem, UT 84664
        **or lease is for and the**                                       _____
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown_____
        **remaining**
        **List the contract number**   _____
        **of any government**
        **contract**

2.1519  **State what the contract**    Dealer Agreement_____    Solar Squad LLC, 1629 Highway 96 East, St. Paul, MN 55110
        **or lease is for and the**                                       _____
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown_____
        **remaining**
        **List the contract number**   _____
        **of any government**
        **contract**

2.1520  **State what the contract**    Dealer Agreement_____    Solar Strong Power LLC dba Residential Solar Brokers
        **or lease is for and the**                                       _____
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown_____
        **remaining**
        **List the contract number**   _____
        **of any government**
        **contract**

2.1521  **State what the contract**    Dealer Agreement_____    Solar Sunburst, 2583 Pebble Creek Ln, Mauldin, SC 84043
        **or lease is for and the**                                       _____
        **nature of the debtor's**
        **interest**
        **State the term**             Unknown_____
        **remaining**
        **List the contract number**   _____
        **of any government**
        **contract**

2.1522 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar Technologies, 1432 W 223 St, Las Vegas, NV 90501

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1523 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar That Makes Sense Inc., 15 A Bull St., ,

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1524 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solar United LLC, 2207 Maclean Court, Ramona, CA 29720

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1525 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solara Energy LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1526 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solara Power, 752 W 210 N, Murrieta, CA 84057

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1527 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solarbox LLC, 200 Spectrum Center Drive #300, Irvine, CA 92782

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1528 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solares, 17845 Vanowen St, Reseda, CA 91335

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1529 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solarex USA LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1530 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solarify Inc, 801 N brand Blvd, suite 210, CA 91203

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1531 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solaris by SunEnergy llc, 127 Wade st Unit C West , Columbia, SC 29169

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1532 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solaris Power LLC, 510 31st Street, Suite G, Newport Beach, CA 92663

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1533 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SolarNext LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1534 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solarplex LLC, 5902 Firestone Blvd, South Gate, CA 90280

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1535 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solarplex LLC, 5902 Firestone Blvd, South Gate, CA 90280

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1536 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SolarPro

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1537 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SolarX Solutions LLC, 950E 3300S Millcreek, Millcreek, UT 84106

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1538 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solectus, 1440 N Nova Rd #310, Daytona Beach, FL 32117

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1539 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solex Power LLC, 221 25th St, Ogden, UT 84401

**State the term remaining** Unknown

**List the contract number of any government contract**

2.1540 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solfinity Power LLC, 4742 N 24th St Suite 362, Phoenix, AZ 85016

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1541 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solicity Market LLC, 108 Baldwin Circle, Saratoga Springs, UT 29662

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1542 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Solid Solar Solutions Inc, 1810 1/2 East River Drive , Davenport, IA 52803

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1543 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SOLPRO LLC, 4270 RIMWOOD CT, Las Vegas, NV 89123

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1544 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SolPro LLC, 4270 Rimwood Ct, Unit C, Las Vegas, NV

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1545 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SolSpark Energy, LLC, 110 Wiltshire Ct, Schaumberg, IL 60193

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1546 **State what the contract**  Dealer Agreement
**or lease is for and the**
**nature of the debtor's**                                      Solstice Solar LLC, 763 Shirehampton Dr, Indio, CA 89178
**interest**
**State the term**          Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1547 **State what the contract**  Dealer Agreement
**or lease is for and the**
**nature of the debtor's**                                      Solux
**interest**
**State the term**          Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1548 **State what the contract**  Construction Contract
**or lease is for and the**
**nature of the debtor's**                                      Sonia Alvarez, 8328 Nuevo Ave (Cancelled), Fontana, CA 92335
**interest**
**State the term**          Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1549 **State what the contract**  Construction Contract
**or lease is for and the**
**nature of the debtor's**                                      Sonia Hernandez, 2031 W Center Ave, Denver, CO 80223
**interest**
**State the term**          Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1550 **State what the contract**  Dealer Agreement
**or lease is for and the**
**nature of the debtor's**                                      Source NRG Inc., 925 S. Niagara Street, Suite 550, Denver, CO 80224
**interest**
**State the term**          Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1551 **State what the contract**  Dealer Agreement
**or lease is for and the**
**nature of the debtor's**                                      Source Solar LLC, 17350 State Hwy 249, Ste 220 #10299, Houston, TX 77064
**interest**
**State the term**          Unknown
**remaining**
**List the contract number**
**of any government**
**contract**

2.1552 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

South Carolina Renewable Energy Commission, LLC DBA SCREC, 101 Saxe Gotha Lane, Gilbert, AZ 29072

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1553 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Spartan Acquisition, LLC, 2500 ETC Jester Blvd, Ste 500 , Houston , TX 77008

**State the term remaining**

4/30/2024

**List the contract number of any government contract**

2.1554 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Spencer Hopps, 25505 Morgan Ln, Tehachapi, CA 93561

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1555 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Stephanie Asghar, 3616 S 53rd St, Greenfield, WI 53220

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1556 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Stephanie Gartrell, 1138 E Monte Wy, Phoenix, AZ 85042

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1557 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Stephen Chojnacki, 1015 W Fairfield Ct, Glendale, WI 53217

**State the term remaining**

Unknown

**List the contract number of any government contract**

Debtor  Solcius, LLC
        Name

Case number *(if known)* TBD

2.1558 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Stephen Fameree, 8165 County Rd S, Pulaski, WI 54162

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1559 **State what the contract or lease is for and the nature of the debtor's interest**

Independent Contractor Agreement

Stephen Grant, 31 Meadow Dr, San Rafael, CA 94903

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1560 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Stephen Kalies, 2406 W Quarry Rd, Reedsville, WI 54230

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1561 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

STEPHEN KUTYLO, 3225 Lime St (Cancelled), Riverside, CA 92501

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1562 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sterling Electrical, 607 Brazos Street Suite R, Las Vegas, NV 92065

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1563 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Employment Agreement

Steve Haycock, 328 South 100 West, Malad City, ID 83252

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1564 **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

Steve Haycock, 328 South 100 West, Malad City, ID 83252

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1565 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Steven Bouwhuis, 2336 S 770 W, Hurricane, UT 84737

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1566 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

STEVEN DANDREA, 18625 County Rd 24 (Cancelled), Minneapolis, MN 55447

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1567 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Steven Mack, 6529 N County Rd W, Reedsville, WI 54230

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1568 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Steven Pearson, 44370 Swede Alley, Hinckley, MN 55037

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1569 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Steven Raubolt, 30 Bower Ln, Mission Viejo, CA 92694

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1570 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Steven Rowley, 541 W 600 N, Richfield, UT 84701

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1571 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Steven Strachota, 4043 Hi Mt Rd, Kewaskum, WI 53040

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1572 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Steven Summers, 30906 Anderson Cir, Menifee, CA 92584

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1573 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Stone Creek Roofing & Solar, 1567 Skyway Drive #A, Longmont, CO 80504

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1574 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Straight Talk Solar Co, 6018 Paseo Alameda, Carlsbad, CA 92009

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1575 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Strategic Equity Investments, LLC, 305 Vineyard Town Center , #300 , Morgan Hill, CA 95037

**State the term remaining**

12/31/2024

**List the contract number of any government contract**

2.1576 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Street Legend Enterprises Inc. DBA The Solar Race, 29635 Troon Ct, Sandy, UT 92563

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1577 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Stuart Enterprises LLC, 4610 S River Rd , Ste 1 , St George , UT 84790

**State the term remaining**

2/28/2024

**List the contract number of any government contract**

---

2.1578 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sue Landin, 400 N Main St (Cancelled), Sherburn, MN 56171

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1579 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sun And Done LLC, 4011 Florida St Apt 4, San Diego, CA 92104

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1580 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sun City Solar Solutions LLC, 1111 Barranca Dr Suite 600, El Paso, TX 79935

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1581 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sun Valley Press, 131 W Ridge Road, Palmdale, CA 84045

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1582 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sun Wise, 80661 Avenida Santa Carmen, Gilbert, AZ 92203

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1583 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sundance Solar LLC, 9809 Drovers View Trail, Fort Worth, TX 76131

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1584 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sundot Solar Solutions, 3948 E Jasper Drive, Columbia, SC 85296

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1585 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunlight Solar LLC, 631 W 2010 S, Las Vegas, NV 84075

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1586 **State what the contract or lease is for and the nature of the debtor's interest**

Financing Program Agreement

Sunlight, 101 N. Tryon St., Suite 1000, Charlotte, NC 28246

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1587 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunlogix, 7401 W Washington Ave. #1098, Draper, UT 89128

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1588  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunnara Solar, 10888 S Navarro Way, South Jordan, UT 84009

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1589  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunniva, 8131 Silver Birch Dr, West Jordan, UT 80927

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1590  **State what the contract or lease is for and the nature of the debtor's interest**

Financing Program Agreement

Sunnova , 20 Greenway Plaza #540, Houston, TX 77046

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1591  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunny Renewable Energy, 898 S State #315, Orem, UT 84097

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1592  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SunParadise Solar LLC, 3962 E Yeager Dr, Woods Cross, UT 85295

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1593  **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SunQuest Energy LLC, 203 Fort Wade Rd Ponte, San Bernardino, CA 32081

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1594 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunright Solar

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1595 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SunRoof, Inc, 7460 Warren Pkwy STE 100, Frisco, TX 75034

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1596 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SunRun Solutions LLC , 7 Overlook Pt SE , Cartersville, GA 30121

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1597 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunscape LLC, 808 Mercury Cir, Lone Tree, CO 80124

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1598 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunserity LLC, 2000 Pennsylvania Avenue, ,

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1599 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sunus Technologies, LLC, 1712 South East Bay Blvd #306, Provo, UT 84606

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1600** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

SunVault Solar LLC, 21354 Dexter Drive, Cupertino, CA 95014

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1601** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Susan Koutsios, N97W16746 Chippewa Dr, Germantown, WI 53022

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1602** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sustainable Solutions Advisors LLC, 4251 Island Circle Unit 6, Fort Myers, FL 84606

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1603** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Suzann Canady, 9355 W Arch Ave, Milwaukee, WI 53224

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1604** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Suzie Helmsworth, 23938 Vista Way, Canyon Lake, CA 92587

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1605** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Sway Solar, 1371 N 1075 W, #1, Farmington, UT 84025

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1606** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Swenson & Shelley Properties, LLC, 43 S 100E, St George , UT 84770

**State the term remaining**

11/31/2024

**List the contract number of any government contract**

**2.1607** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sylvester Bass, 4140 E St Charles Ave, Phoenix, AZ 85042

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1608** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Synergy Power, 2246A N Indian Canyon Drive, Orem, UT 92262

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1609** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Synesthesia Solar LLC dba SkyCap Solar

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1610** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

TAKLA MANKARIOUS, 1008 Juanita Ave, La Verne, CA 91750

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1611** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tamara Leausa, 4042 Montego Dr, Saratoga Springs, UT 84045

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1612 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tami Choudoir, 337 Bellin St, Neenah, WI 54956

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1613 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Team Innovations, LLC, 9160 S 300 W STE 13, Saint George, UT 84070

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1614 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Telesales - MH

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1615 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Telesales - Revolution Remote

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1616 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tenzin Tsewang, 10030 Toledo Dr N, Minneapolis, MN 55443

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1617 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Tera Solar, LLC, 550 W Plumb Ln, Suite B 526, Reno, NV 89509

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1618 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Teresa Martinez - Blanco, 35 Road 3004 (Cancelled), Aztec, NM 87410

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1619 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Teri Schleef, 800 N 2nd St, Watertown, WI 53098

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1620 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Terika Dorn, 1495 Conrad Pl, San Jacinto, CA 92583

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1621 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Terry Baldwin, 966 E Blackstone Dr, Pueblo, CO 81007

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1622 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

The Chipping Group LLC, 1631 East Pebble Beach Circle, Sandy, UT 84092

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1623 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

The Solar Guys, 5022 W Av N Ste 102-42, Lehi, UT 93551

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1624 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

The Window Store Inc, 2924 Anthony Ln, Suite 115, St. Anthony, MN 55418

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1625 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Theresa Alexander, West Elm Drive, Marble Falls, TX 78654

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1626 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Theresa cruz, 1973 Patrick Dr, Newman, CA 95360

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1627 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Thomas Boucher, E125 Cherneyville Rd (Cancelled), Luxemburg, WI 54217

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1628 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Thomas Hammers, 2513 Oakwood Dr, Burnsville, MN 55306

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1629 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Thomas Howard, 2930 Brookview Dr, Green Bay, WI 54313

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.1630 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Thomas Kehl, 7016 Woodenshoe Rd, Neenah, WI 54956 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.1631 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Thomas Shoenhair, 1195 Brown Ave, Lafayette, CA 94549 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.1632 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Thomas VanErmen, 504 N Platten St, Green Bay, WI 54303 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.1633 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Tim Zahnow, 23 Center Ave, Cedar Grove, WI 53013 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.1634 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | TIMOLEON STAVRAKIS, 38496 Calaveras Road (Cancelled), Temecula, CA 92592 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.1635 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Timothy Diedrick, 308 Foote St, Seymour, WI 54165 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

**2.1636** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Timothy Mealey, 2301 Hillcrest Dr, Duluth, MN 55811

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1637** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tine Jensen, 259 E 1950 S (Cancelled), Bountiful, UT 84010

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1638** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Titanium

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1639** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Tite Home LLC, 1209 E Frances LN, Milwaukie, OR 85295

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1640** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

TJ Halford LLC, 217 E Ridge Rd, Orem,  UT  84057

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1641** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Toby Hickman, 11600 Rose Anderson Rd, Middletown, CA 95461

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1642 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Todd Andrews, 7464 Final Turn Dr, Wellington, CO 80549

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1643 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

TODD KELM, 14928 108th St S, Hastings, MN 55033

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1644 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Todd Pankow, 1029 17th Ave N, South Saint Paul, MN 55075

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1645 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

TOMAS SALCIDO, 211 S Osceola St, Denver, CO 80219

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1646 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Tongue n Chic Co dba Pure Energy Solar, 3132 Johannesberg Rd, North Port, FL 34288

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1647 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tony Garcia, 7253 1/2 Toler Ave (Cancelled), Bell Gardens, CA 90201

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1648** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Total Sun Marketing, LLC, 1723 N Loop 1604 E Ste 210, San Antonio, TX 78232

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1649** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Touch Of Grey Marketing , 1115 County Road 111, Alice, TX 78332

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1650** **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

Town & Country Diversified

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1651** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Toyi Segece, 5062 West Park Commons Way, West Valley City, UT 84120

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1652** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tracy Kruckeberg, 712 N Harriman St, Appleton, WI 54911

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1653** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tracy Moe, 5590 99th St S (Cancelled), Saint Paul Park, MN 55071

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1654 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tracy Weaver, 450 East Bradley Avenue spc 135, El Cajon, CA 92021

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1655 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Travis Leeper, 30949 199th Ave, Menahga, MN 56464

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1656 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Trevor Felt, 3135 72nd Ave, Kenosha, WI 53144

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1657 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Trifred Productions Inc

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1658 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Troy Fabanich, 2074 Riviera Dr, Blythe, CA 92225

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1659 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Troy Mcspadden, 824 W 13th St, Pueblo, CO 81003

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1660** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Troy Sells, 24931 Wells Fargo Dr (Cancelled), Laguna Hills, CA 92653

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1661** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Tru Cost Solar, LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1662** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Trudi Fenner, 372 Autumn Park Cir, Kaysville, UT 84037

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1663** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

True Pwr LLC, 30598 windwalker way, Sun City, CA 92584-2656

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1664** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

TwineSpot Inc, 3005 Del Monte St, San Mateo, CA 94403

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1665** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Tyler Samuelson, 9099 Parell Cir NE (Cancelled), Otsego, MN 55330

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.1666 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Tyra Mackert, 1148 Northfield Rd UNIT 65 (Cancelled), Cedar City, UT 84721 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1667 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Underground Connection, 633 Charerelle Way, Eastvale, CA 29229 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1668 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | United Builders USA , 5922 Jillson St , Commerce, CA 90040 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1669 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | united builders usa, 100 Citadel Drive, Los Angeles, CA 90040 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1670 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | University of Independence Inc, 1940 N Decatur Ave, Bluffdale, UT 89147 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1671 | **State what the contract or lease is for and the nature of the debtor's interest** | Dealer Agreement | Unlimited Prepaid Inc |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1672 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Unlimited Sunshine

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1673 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Ursus Solaris of America LLC, 12180 Ridgecrest Rd #106 , Victorville, CA 92395

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1674 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Utah Clean Power, 638 East Rockwell Vista, Eastvale, CA 84020

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1675 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Utah Greenhome, LLC, 9069 S 1300 W Ste 202, Provo, UT 84088

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1676 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Utah Smart Energy, 1664 S Mountain View Blvd, Woods Cross, UT 84087

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1677 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Valentin Perez, 4606 Haas Dr, Dallas, TX 75216

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1678** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Valeria Amador, 12323 Ave 340 #B, Visalia, CA 93291

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1679** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Valerie Moreno, 4727 N Cedar Ave, Fresno, CA 93726

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1680** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Valley Spring Marketing, LLC, 8 The Green, STE A, Dover, DE 19901

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1681** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Vantage Solar, LLC, 3000 N University Ave, Suite 250, Provo, UT 84604

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1682** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Vella Myers, 7685 Poppy Blvd, California City, CA 93505

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1683** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Verdon Pete, 1527 Parrot St, San Diego, CA 92105

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1684 State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Construction Contract_____

Verdon Pete, 1527 Parrot St, San Diego, CA 92105

**State the term**
**remaining**

Unknown_____

**List the contract number**
**of any government**
**contract**

**2.1685 State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Construction Contract_____

Veronica Chavez, 7065 Jenkins Ave, Hesperia, CA 92345

**State the term**
**remaining**

Unknown_____

**List the contract number**
**of any government**
**contract**

**2.1686 State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Dealer Agreement_____

Veronica_s Insurance, 290 W Orange Show Rd #101, San Bernardino, CA 92408

**State the term**
**remaining**

Unknown_____

**List the contract number**
**of any government**
**contract**

**2.1687 State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Dealer Agreement_____

Versatec, 1127 N 1450 E, Orem, UT 84097

**State the term**
**remaining**

Unknown_____

**List the contract number**
**of any government**
**contract**

**2.1688 State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Dealer Agreement_____

Vibrant Solar, 619 S Bluff St #401, Saint George, UT 84770

**State the term**
**remaining**

Unknown_____

**List the contract number**
**of any government**
**contract**

**2.1689 State what the contract**
**or lease is for and the**
**nature of the debtor's**
**interest**

Construction Contract_____

Vicente Lopez, 8005 Chardonnay Pl, Valley Springs, CA 95252

**State the term**
**remaining**

Unknown_____

**List the contract number**
**of any government**
**contract**

2.1690  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Vickie Smith, 9975 Palmetto Ave, Fontana, CA 92335

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1691  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Victor Jesus Teran, 13031 Via Real, Desert Hot Springs, CA 92240

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1692  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Victor Lopez, 2469 S Lind Ave, Fresno, CA 93725

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1693  **State what the contract or lease is for and the nature of the debtor's interest**    Independent Contractor Agreement    Victor Marion, 1241 Sunset Heights Rd , Escondido, CA 92026

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1694  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Victor Rivas, 718 Elm St, Pueblo, CO 81004

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1695  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Victor Romano, 16005 Keno Dr, Horizon City, TX 79928

**State the term remaining**    Unknown

**List the contract number of any government contract**

2.1696 **State what the contract**      Construction Contract
       **or lease is for and the**                                          Victoria Ciani, 144 S Center St, Enterprise, UT 84725
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1697 **State what the contract**      Construction Contract
       **or lease is for and the**                                          Victoria Guijosa, 690 N Easy St (Cancelled), Merced, CA 95340
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1698 **State what the contract**      Construction Contract
       **or lease is for and the**                                          Victoria Leanos, 42259 Andrea Ave, Hemet, CA 92544
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1699 **State what the contract**      Construction Contract
       **or lease is for and the**                                          Victoria Vu, 1735 N Pheasant St, Anaheim, CA 92806
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1700 **State what the contract**      Construction Contract
       **or lease is for and the**                                          Victorio Escamilla, 3545 James Avenue (TriSMART project do not work), Fort Worth,
       **nature of the debtor's**                                           TX 76110
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.1701 **State what the contract**      Dealer Agreement
       **or lease is for and the**                                          VictoryPower LLC, 11175 Cicero Dr, Alpharetta, GA 30022
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

**2.1702** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Vimitek LLC, 2455 Eaglecrest Dr, Lehi, UT 84043

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.1703** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Virginia A Williams, 3613 Bison Ln, Pueblo, CO 81005

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.1704** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Virtual Solar Dealer LLC, 1810 E Sahara Ave #324, Las Vegas, NV 89104

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.1705** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Visiom Solar LLC, 4252 SE International Way STE J, Milwaukie, OR 97269

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.1706** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Vivint Smart Home, Inc., 4931 North 300 West Provo, Provo, UT  84604

**State the term remaining**

Unknown

**List the contract number of any government contract**


**2.1707** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Volaris, 13448 Eaglebluff Lane, Eastvale, CA 92880

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1708 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Volt Energy, LLC, 5314 south array, Mesa, AZ 85212

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1709 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

VOLT NRG LLC, Volt Energy, LLC 2200 East Williams Field Rd, Ste 200, Gilbert, AZ 85295

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1710 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Voltek Energy LLC, 720 E Center Ave, Visalia, CA 93292

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1711 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Voltio LLC, 1396 Betty Ln, Las Vegas, NV 89110

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1712 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

VPG Consulting LLC, 11225 North 28th Drive # D115D, Phoenix, AZ 85029

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.1713 **State what the contract or lease is for and the nature of the debtor's interest**

Real Property Lease

VVRM Commercial Partners LLC, c/o MNR Realty , Attn: AR Management LLC, PO Box 1999, Burnsville, MN 55337

**State the term remaining**

7/1/2024

**List the contract number of any government contract**

2.1714 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Walt Brown, 18767 Lunada Point, San Diego, CA 92128

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1715 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Walter Ealey, 3610 Swiss Dr, Santa Clara, UT 84765

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1716 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Walter Mendez, 1502 W 137th St, Compton, CA 90222

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1717 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Wasatch Overhead Energy, Wasatch Energy P.O. Box 26588, Salt Lake City, UT 84126

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1718 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Employment Agreement

Watson Ellison (Skeeter), 549 N. 800 E., Springville, UT 84663

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1719 **State what the contract or lease is for and the nature of the debtor's interest**

Amendment to Independent Contractor Agreement

Watson Ellison (Skeeter), 549 N. 800 E., Springville, UT 84663

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.1720 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Watson Ellison (Skeeter), 549 N. 800 E., Springville, UT 84663 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1721 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wayne Kastner, 2240 Jeanette Pl, Costa Mesa, CA 92627 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1722 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | WAYNE WOODMAN, 1916 Grumann Dr, Tomah, WI 54660 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1723 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wendi Kartchner, 7511 Addison Ave, Eagle Mountain, UT 84005 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1724 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wendy Heil, 14555 Angel Crest Ln (Cancelled), Lakewood, WI 54138 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.1725 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wendy Warcup, 4205 N Jasper Ave, Las Vegas, NV 89108 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.1726 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

West Energy Wisdom LLC

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1727 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Western Sun Solutions, 15077 S Gallant Dr, Bluffdale, UT 84065

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1728 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Weston Carroll, 2927 3rd Ave, Pueblo, CO 81008

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1729 **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Whole Home Energy, 14533 Monet Drive, Eastvale, CA 92880

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1730 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

WILL CORRIVEAU, 1105 Crooks St, Green Bay, WI 54301

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1731 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Willard Stegert, 1031 W Elsie St, Appleton, WI 54914

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1732 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

William Castleman, 7325 Piute Creek Dr, Corona, CA 92881

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1733 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

William Dawson, 3704 Oakmount Dr SE, Rio Rancho, NM 87124

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1734 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

William Fisher, 1000 E Abriendo Ave, Pueblo, CO 81004

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1735 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

William Gonzalez, 134 E 82nd St, Los Angeles, CA 90003

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1736 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

William H Bright, 132 Forest Dr, Bennettsville, SC 29512

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1737 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

William Palmer, 32767 Stoneman St, Lake Elsinore, CA 92530

**State the term remaining**

Unknown

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.1738 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | William Schlafli, 1009 Zodiac Dr, Colorado Springs, CO 80905 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1739 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | William Wallin, 5337 Zara Ave, Richmond, CA 94805 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1740 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | William Warren, 215 Lakeside Dr, Clintonville, WI 54929 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1741 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | William Wilson III, 2426 Antler Dr, Janesville, WI 53548 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1742 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Williams Solis, 7836 Montour Falls St, Las Vegas, NV 89149 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.1743 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Willow Young, 596 E 900 S, Springville, UT 84663 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

**2.1744** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

WILMA ANDRES, 2222 S Nautical St, Anaheim, CA 92802

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1745** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

Wise Watts Energy Solutions, 217 S Wrenwood Drive, Lexington, SC 29073

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1746** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

WRP Solar, LLC, WRP Solar LLC, 4160 E 2nd Street #1010, Casper, WY 82609

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1747** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

XD dimensions, LLC, 1616 Audrey Dr, Mission, TX 78572

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1748** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Yasuhiro Miyazawa, 13993 Carmen Pl, Riverside, CA 92503

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.1749** **State what the contract or lease is for and the nature of the debtor's interest**

Dealer Agreement

YES Solar Brokers, Inc., 5045 Archcrest way, Sacramento, CA 95835

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.1750  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Yolanda Torralba, 5352 Templeton St (Cancelled), Los Angeles, CA 90032

**State the term remaining**    Unknown

**List the contract number of any government contract**


2.1751  **State what the contract or lease is for and the nature of the debtor's interest**    Dealer Agreement    Your Solar Space LLC, 2831 Eldorado Pkwy Suite 103 #159 , Frisco, TX 75033

**State the term remaining**    Unknown

**List the contract number of any government contract**


2.1752  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Ysabel Paniagua, 1818 Running Fawn Ct, North Las Vegas, NV 89031

**State the term remaining**    Unknown

**List the contract number of any government contract**


2.1753  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    Zachary Carey, 3819 Lincoln St NE, Minneapolis, MN 55421

**State the term remaining**    Unknown

**List the contract number of any government contract**


2.1754  **State what the contract or lease is for and the nature of the debtor's interest**    Construction Contract    ZELYNE RUDOLPH, 3800 W Wilson St spc 81, Banning, CA 92220

**State the term remaining**    Unknown

**List the contract number of any government contract**

☐ **Check if this is an amended filing**

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D |
| | | | ☐ E/F |
| | | | ☐ G |

Fill in this information to identify the case:

Debtor name    Solcius LLC

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended Schedule _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 5, 2024     X *Mark Trout*
                                        Signature of individual signing on behalf of debtor

                                         Mark Trout
                                         Printed name

                                         Chief Executive Officer
                                         Position or relationship to debtor